1  AV Inn Associates 1, LLC;
   Hooshang Harooni
2  259 Kenter Avenue
   Brentwood, CA 90049
3  Tel: (310)440-9162
   Fax: (310)440-9181
4

____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

MAY 0 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                    B  DEPUTY

5               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
6

7

8  BEST WESTERN INTERNATIONAL, INC.,  )  Case No.: CIV08-02274-PHX-DGC
                                      )
          Plaintiff,                  )  DEFENDANT'S MOTION AND MEMORANDUM
9                                     )  FOR LEAVE TO FILE COUNTERCLAIM
       vs.                            )
10                                    )
   AV INN ASSOCIATES 1, LLC;          )
11                                    )
   HOOSHANG HAROONI,                  )
12                                    )
          Defendant                   )
13  _____

14      COMES NOW, the Defendants AV INN ASSOCIATES 1, LLC, a California

15  Limited Liability Company and HOOSHANG HAROONI appearing in pro per,

16  (hereinafter collectively referred to as the "Defendants") and

17  respectfully move this Court for leave to file a Counterclaim against

18  the Plaintiff. In support of this motion, defendant submits the

19  counterclaim and states the following compelling reasons for allowing

20  the case to proceed on this basis:

21      Defendants have completed some investigation which has brought

22  forth evidence for the counterclaim now, which was not readily

23  available earlier.

24      The counterclaim is necessary to do complete justice in the case

25  and there is no reason for requiring the filing of a new and separate

26  case, since this action is already pending and well underway. The

27  matters in this case and the counterclaim overlap and intertwine

28

1  substantially.

2      This Court is familiar with this case and dispute already. This

3  case should not be split into multiple actions because that would

4  overburden the very limited resources of the defendant, and lead to

5  repetition and redundancy.

6

7  WHEREFORE, defendants respectfully move this Court to file and proceed

8  upon the counterclaim as a part of this pending action.

9

10

    Respectfully submitted this 4th day of May, 2009.

11

12  _____

13      Hooshang Harooni

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28