# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AV Inn Associates 1, LLC, a California limited liability company; Hooshang Harooni,<br><br>Defendants. | No. CV-08-2274-PHX-DGC<br><br>**ORDER** |

Pending before the Court is a motion for leave to file a counterclaim by Defendants AV Inn Associates 1 and Hooshang Harooni. Dkt. #22. Defendant Harooni is appearing pro se in this matter. Defendant Harooni also claims to represent Defendant AV Inn Associates 1, LLC, a California limited liability company.

Only licensed attorneys may represent a corporation or other entity in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel.") (citing *Osborn v. President of Bank of U.S.*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that 'corporations and other unincorporated associations must appear in court through an attorney.'") (alteration and citation omitted); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *United*

*States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (holding that a corporation's president and sole shareholder could not make an "end run around" the counsel requirement by intervening pro se rather than retaining counsel to represent the corporation) (citing 28 U.S.C. 1654).

The Court will permit Defendant Harooni to file a counterclaim on his own behalf, but cannot allow Defendant Harooni to file anything on behalf of AV Inn Associates 1. Defendant AV Inn Associates 1 must obtain licensed counsel for representation in this matter.

**IT IS ORDERED** that Defendant's Motion for Leave to File Counterclaim (Dkt. #22) is **granted** with respect to Defendant Harooni and **denied** with respect to Defendant AV Inn Associates 1. The Clerk is directed to file the Counterclaim (Dkt. #23) as to Plaintiff Harooni only.

DATED this 12th day of June, 2009.

David G. Campbell
United States District Judge