_____ FILED          ✓ LODGED
_____ RECEIVED     _____ COPY

MAY 0 6 2009

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
                    B  DEPUTY

1  AV Inn Associates 1, LLC;
   Hooshang Harooni
2  259 Kenter Avenue
   Brentwood, CA 90049
3  Tel: (310)440-9162
   Fax: (310)440-9181
4

5              IN THE UNITED STATES DISTRICT COURT
6                 FOR THE DISTRICT OF ARIZONA

7

8  BEST WESTERN INTERNATIONAL, INC., ) Case No.: CIV08-02274-PHX-DGC
                                      )
9            Plaintiff,               ) DEFENDANT'S COUNTERCLAIM
                                      )
10      vs.                           )
                                      )
11 AV INN ASSOCIATES 1, LLC;          )
                                      )
12 HOOSHANG HAROONI,                  )
                                      )
13           Defendant                )
   _____

14 COMES NOW, the Defendants AV INN ASSOCIATES 1, LLC, a California

15 Limited Liability Company and HOOSHANG HAROONI appearing in pro per,

16 (hereinafter collectively referred to as the "Defendants") for the

17 counterclaim against the plaintiff, Best Western International, Inc.

18 and allege as follows:

19                        CAUSES OF ACTION

20  (BREACH OF CONTRACT, BREACH OF IMPLIED CONTRACT, BREACH OF IMPLIED

21              COVENANT OF GOOD FAITH AND FAIR DEALING)

22 1.   On or about December 1, 2004 I applied for membership with Best

23 Western International, Inc. Originally, there were to be three

24 partners, including myself who would manage the hotel as evidenced on

25 page 10 ½ of the Membership Agreement, attached hereto as Exhibit "A".

26 However, the other two partners backed out prior to the purchase of

27 the hotel.

28

2.     I was extremely hesitant to purchase and manage the hotel by myself and expressed that concern to Terry Wininger, District VI Manager of Best Western International, Inc. Ms. Wininger reassured me that Best Western would provide me various support in managing the hotel and in generating sales. I was told that Best Western had a great support team for its members that I could utilize in the event any problems should arise.

3.     Plaintiff induced me to purchase the franchise through falsehood and failed to perform all of the promised services. Plaintiff failed to provide any support in the management of the hotel, generating sales or marketing of my property.

4.     Plaintiff failed to maintain a functioning online reservation system. Shortly after the purchase of the hotel, it was discovered that the online reservation site was malfunctioning and the occupancy of the hotel was shown as full when in fact it had low occupancy. Plaintiff was notified of the problem immediately, however, made little effort to resolve this issue and the reservation system continued to malfunction for a considerable period of time.

5.     Plaintiff failed to inform me of its procedures on obtaining various corporate accounts and its operational procedures.

6.     Plaintiff failed to inform me that during the renovation of the hotel's restaurant my hotel would become ineligible for corporate travel accounts.

7.     When I purchased the hotel, its condition was in complete despair. The hotel required over $2,000,000 in renovations to comply with Best Western's standards. After the renovation the hotel improved

substantially overall. Attached hereto and marked collectively as Exhibit "B" are documents evidencing the improvements.

8.   The reports of the hotel's condition prior to my purchase were misleading in that they showed its condition to be much better than it actually was. Despite the hotels sub par condition prior to my purchase, the property's membership was never canceled.

9.   In late 2007, the hotel was put on the market for sale. Unbeknownst to me, the broker listed the sale for an automatic transfer. Under the automatic transfer if the property is sold while it has a passing rating, the transfer fees are $5,000. If the property has a substandard rating, the transfer fee increases to $57,000. From March 1, 2005 to October 25, 2007 the hotel had received scores above the minimum standard of 800 (with the exception of the 5/26/05 assessment). After the property was put on the market, it had received two failing scores which inevitably led to the termination of the membership. Attached hereto and marked as Exhibit "C" is an assessment history summary.

10.   Plaintiff unjustly issued failing scores for Best Western Antelope Valley Inn and its motives were financial gain. Attached hereto and marked as Exhibit "D" is a declaration of Lenaa Eseltine.

11.   Plaintiff failed to remedy the situation despite my numerous attempts and offers to fix the property in any way they saw fit. Attached hereto and marked as Exhibit "E" is a letter dated March 21, 2008 to Plaintiff. On or about April 18, 2008 plaintiff terminated the membership agreement.

12. Plaintiff unjustly canceled the membership agreement and failed to provide services it was contractually obligated to. Plaintiff also

failed to provide the support it promised to induce me to purchase the hotel. Attached hereto and marked as Exhibit "F" is a declaration of Cheryl Duggan and Exhibit "G" is a declaration of Lisa Wilkerson.

13.   Defendant has suffered and continues to suffer economic harm due to plaintiff's conduct.

14.   Defendant's damages are continuing and permanent. Plaintiff has caused and continues to cause irreparable harm to defendant's business and property.

DECLARATORY RELIEF

WHEREFORE, having fully answered plaintiff's complaint and having asserted a counterclaim, defendants AV Inn Associates 1, LLC and Hooshang Harooni, pray for relief as follows:

1.   That plaintiff's claim for relief be denied and its complaint be dismissed;

2.   That defendants be entitled to compensatory damages and lost profits;

3.   Defendants also request any other relief that the court deems just and equitable.


Respectfully submitted this 4th day of May, 2009.

Hooshang Harooni

Lancaster, CA
BW Antelope Valley Inn



# BEST WESTERN INTERNATIONAL, INC.

# MEMBERSHIP APPLICATION AND AGREEMENT

Date: _12-01-04_

Current Hotel Name (if applicable): _ANTELOPE VALLEY INN, BEST WEST_

City and State/Province (Hotel Location): _Lancaster CA._

## Description of Membership Application and Agreement

1.      This Membership Application and Agreement contains four parts.  The Application for Membership section sets out the terms which will be applicable to the application process.  If the application is approved in writing by Best Western, the Membership Agreement and License Agreement sections will control the relationship between Applicant and Best Western.  The General Provisions section applies to the entire Membership Application and Agreement.

2.      This Membership Application and Agreement is submitted to affiliate with Best Western the hotel identified at the top of this page ("Hotel").  A guest room is any sleeping facility available through or managed through the Hotel front desk.  If the Hotel is currently being operated as a "Best Western", the date of sale or transfer to Applicant is _APX. 12-26-04_ .

3.      This Membership Application and Agreement is made jointly by the owner or lessee of the Hotel and a natural person known as the voting member.  The owner or lessee of the Hotel is _AV Inn Associates LL_ The voting member is _Hooshang Harooni_ THE OWNER OR LESSEE AND THE VOTING MEMBER ARE EACH PERSONALLY RESPONSIBLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS TO BEST WESTERN ARISING UNDER THIS MEMBERSHIP APPLICATION AND AGREEMENT OR RELATING TO THE AFFILIATION OF THE HOTEL WITH BEST WESTERN.  Throughout this document the owner or lessee and the voting member are jointly referred to as "Applicant".

### Part I.  Application for Membership

**Application Fees**

4.      All application fees referenced herein are payable in U.S. funds or Canadian funds that are equivalent to the U.S. funds (see Canadian Fee Schedule).  Applicant has submitted, in connection with this application, an entrance fee which includes an affiliation fee and an evaluation fee.  The affiliation fee is non-refundable and is to cover the administrative costs of processing the application.  Payment of the evaluation fee entitles Applicant to an administrative work-up of the application.  Payment of any fee or submission of this application does not give Applicant any right to affiliation with Best Western under any circumstances.  The Board of Directors ("Board") may deny this application for any or no reason.  The affiliation fee will be refunded without interest in the event that this application is denied or in the event that the application is withdrawn before Best Western approval.

Exhibit "A"

1

(r) 6/18/04

**Current "Best Western"**

5.     In the event that the Hotel is currently receiving services from Best Western, Best Western may permit Applicant to continue operating the Hotel as a "Best Western".  In that event, Applicant agrees to pay the usual fees and charges relating to Best Western membership, beginning upon the earlier of Applicant's possession or ownership of the property or Hotel.  During the pendency of this application, Applicant agrees to abide by all terms of the Membership Agreement and License Agreement as though Applicant were affiliated with Best Western.  If this application is denied, Applicant agrees to be subject to the obligations and remedies provided in the License Agreement.

**Conditions of Application**

6.     As a condition to presentation of this application to the Board, unless waived in writing by Best Western:

(a)     If the Hotel is currently operated as a "Best Western", Applicant shall pay all past due fees, dues, assessments and charges, and the cost of all goods and services which have been incurred by prior members in connection with the Hotel, whether or not Applicant has received the goods or services or membership benefits.

(b)     Applicant shall cure any past or current obligations or defaults to Best Western at other "Best Western" hotels owned or operated by Applicant.

**Approval of Application**

7.     Except as provided in this paragraph all fees will become non-refundable upon approval of this application by Best Western.   Best Western approval may be subject to certain additional applicant-specific conditions which will be communicated in writing along with Best Western's approval of this application.  If the approval is subject to additional applicant-specific conditions, Applicant may reject the conditions within fifteen (15) days of the notification, in which case the application will be deemed to have been withdrawn.  If Applicant does not reject the additional conditions, the application will be deemed approved subject to the conditions imposed by Best Western and all fees will become non-refundable.

8.     In the event that approval is subject to additional applicant-specific conditions, the approval for membership shall be "conditional".  Strict compliance with each condition and with each representation made by the Applicant, and strict adherence and compliance with all Best Western specifications, are required for the granting of membership.  Time is of the essence.  Best Western shall have no obligation to extend the time for Applicant's compliance with the conditions, even if the Applicant has attempted to perform all conditions in good faith and has substantially met all conditions.  Unless specifically provided by Best Western, a "conditional" approval conveys no membership rights to the Applicant and conveys no rights to the Applicant to use the Best Western name or identification symbols, or to use any of the services provided by Best Western.

**Application Not Confidential**

9.     Best Western may inform nearby Best Western hotels of this application.   Applicant expressly consents to this disclosure and waives any right which Applicant may have to the confidentiality of this application.

<u>**Part II.  Membership Agreement**</u>

10.     This "Membership Agreement" section becomes operative only upon Best Western's written approval of the application and is subject to any condition that may be imposed under paragraph 7.

2

**Membership Rights and Obligations**

11.     Best Western is a membership organization providing rights and obligations as set forth by the membership in the "Bylaws" and as set forth by the Board in the "Rules and Regulations". In connection only with the Hotel, Best Western agrees to provide to Applicant all rights, and Applicant agrees to abide by all obligations, as may be established from time to time in the duly adopted Bylaws and Rules and Regulations.  APPLICANT ACKNOWLEDGES THAT APPLICANT HAS RECEIVED, READ AND UNDERSTOOD THE CURRENT BYLAWS AND RULES AND REGULATIONS.

12.     Applicant agrees to timely pay all fees, dues, charges and assessments imposed generally on the membership by the Board, and the cost of all goods or services provided by or ordered through Best Western.  Past due amounts shall bear interest at the rate of one and one half percent (1.5%) per month from the due date until paid, provided that such interest charge shall in no way authorize or excuse late payments or limit Best Western's rights and remedies against Applicant.

13.     Where grounds for termination exist because of a default under this agreement, the Board may, in lieu of termination, impose additional conditions to membership.  These may include, for example, higher quality assurance requirements, additional design requirements, or restriction of rights or services.

**Agreement Term**

14.     The term of this Membership Agreement is through the end of Best Western's current fiscal year, which ends on November 30.  Thereafter, this agreement may be renewed for additional one year terms as provided in the Best Western Bylaws.  Applicant may terminate this Membership Agreement at any time without penalty.  In the event that the Hotel continues to operate as a "Best Western" after termination of the Membership Agreement, Applicant shall pay full fees, dues, charges and assessments until the Hotel ceases operation as a "Best Western".

**Member Market Area**

15.     A new application for membership for a property located within the member market area of a qualified hotel will not be accepted.  An exception to this will only apply if the voting member responsible for each affected qualified hotel advises the Board of Directors in writing that the member has no objection to the approval of the application.  For definitions of terms used in this section, and to determine if or how this section may apply to or affect the applicant, applicant should refer to Best Western's Bylaws & Articles, Article II, Section 3 (A & B).

**Reservations & Communications Equipment; High Speed Internet Access**

16.     (a)     Reservations & Communications Equipment

Applicant will purchase computer hardware through Best Western that will be used by the Applicant in receiving and sending reservations and in communicating with Best Western ("Hardware").  Applicant will also purchase Hardware maintenance through Best Western for three years.  Best Western is not required to provide Hardware maintenance after such three years.  Best Western has provided or will provide the computer software that is to be loaded into the Hardware ("Software").  Software programs are copyrighted by Best Western or licensed to Best Western by third parties.  This Software is the property of Best Western and must be deleted or returned to Best Western upon demand.  The Hardware and Software may be upgraded by Best Western or its designee from time to time.  Best Western has provided or will provide communications equipment, (including but not limited to a satellite dish, related cabling, Personal Earth Station and optional credit card authorization equipment) for the purpose of reservations delivery and information exchange ("Communications Equipment") as long as Applicant is a member of Best Western.  Communications Equipment may be upgraded by Best Western or its designee from time to time.  Communications Equipment is the property of Best Western and must be returned to Best Western upon demand. Applicant will pay a monthly fee for the Communications Equipment.
    In addition to the above, Applicant agrees:

(r) 6/18/04

(i)      to use the Hardware, Software and Communications Equipment only for reservation communications with Best Western Central Reservations and with other Members and for other business purposes relating to the operation of the Hotel as a Best Western Hotel. The Hardware, Software and Communications Equipment may be upgraded from time to time by Best Western or its designee. Applicant may be charged an upgrade fee.

(ii)      to not copy, disclose or allow to be copied or disclosed any of the Software programs. Only Best Western authorized software may be utilized on the Hardware. Any cost of service or maintenance required as a result of using unauthorized software, shall be the obligation of the Applicant and shall include a minimum service charge of $200.00.

(iii)      to abide in all respect with the terms of the Software licensed to Best Western, copies of which shall be provided on request, and with the terms of the Software copyrighted by Best Western. The Software licensed to Best Western and the Software copyrighted by Best Western shall be deleted or returned upon demand of Best Western and upon termination of the Membership Application and Agreement. Applicant shall provide Best Western with a signed statement that the Software has been deleted or returned.

(iv)      to utilize Best Western for the maintenance and repair for three years of the Hardware purchased through Best Western and for the maintenance and repair as long as Applicant is a member of Best Western of the Communications Equipment provided by Best Western, both at Applicant's expense. In the event of Hardware or Communications Equipment failure or interruption of service, it will be the responsibility of the Applicant to participate in the troubleshooting process. It shall be the sole responsibility of Best Western to make final problem determination and dispatch technical resources as needed to achieve problem resolution.

(v)      to assume and hereby assumes all risks and liabilities, whether covered by insurance or not, for loss or damage to or destruction of the Hardware, Software and Communications Equipment or any part thereof. Applicant shall replace, at its expense, any Hardware, Software, Communications Equipment or any part thereof which is lost, damaged or destroyed.

(vi)      to return the Communications Equipment to Best Western in good condition, reasonable wear and tear excepted, upon demand.

(b)      High Speed Internet Access

Applicant will, at its own expense, install, maintain and provide for its guests high speed internet access ("HSIA") that is compliant in all respects (including service and cost) with that required of other Best Western members, as such HSIA requirements may be changed from time to time by the Board of Directors or a vote of the members.

Relationship of Parties

17.      Best Western is a non profit corporation operated on a cooperative basis by and for its hotelier members. The relationship of Best Western to its members is one of an independent contractor. Neither party has the power to obligate or bind the other in any way. No relationship of partners, joint venturers or agents is created. BEST WESTERN ONLY PROVIDES SERVICES AS DIRECTED BY THE MEMBERSHIP. BEST WESTERN HAS NO RESPONSIBILITY FOR THE USE, CONDITION OR OPERATION OF THE HOTEL OR THE SAFETY OF THE DESIGN OF ANY STRUCTURE OR PRODUCT. BEST WESTERN HAS NO CONTROL OVER OR RESPONSIBILITY FOR ANY DECISION AFFECTING THE EMPLOYMENT OR SUPERVISION OF ANY PERSON EMPLOYED IN CONNECTION WITH THE HOTEL.

(r) 6/18/04

**Termination of Agreement**

18.     This Membership Agreement terminates:

(a)     upon sale or lease of the Hotel, or transfer of control of the Hotel, as more fully set forth in the Bylaws.

(b)     upon default of any obligation to Best Western, as more fully set forth in the Bylaws, Rules and Regulations, and Operations Manual.

**Part III. License Agreement**

19.     This "License Agreement" section  becomes operative only upon Best Western's written approval of the application.


**Grant of License**

20.     Best Western grants to Applicant a non-exclusive license to use, at and in connection with the Hotel, the Best Western name and those Best Western trademarks, service marks, and identification symbols as set forth from time-to-time in the Brand Identity Manual ("Best Western Symbols").

**Ownership of Signs**

21.     Any portion of any sign displaying a Best Western Symbol is and shall remain the property of Best Western.  Applicant transfers title of all such portions of signs, whether now owned or acquired in the future, to Best Western.

**Termination of License**

22.     This license shall terminate upon termination of Applicant's Membership Agreement.  Within fifteen (15) days of license termination, Applicant shall remove from public view and cease using all Best Western Symbols. This prohibition includes any representation, directly or indirectly that the Hotel was formerly affiliated with Best Western.  Furthermore, Applicant shall actively take such steps as may be necessary to cause the cessation of all advertising and distribution of promotional material containing any Best Western Symbol.

23. Upon termination of this License Agreement, Applicant agrees not to use anything consisting of or incorporating any one or more words, letters, designs or devices which contain any part of any Best Western Symbol, or which singly or together are similar in spelling, sound, appearance or otherwise to any Best Western Symbol.

**Remedies**

24.     For each day during which any Best Western Symbol or any name, symbol or device described in paragraph 23 are used in connection with the Hotel, after fifteen (15) days following termination of this License Agreement, Best Western may elect to claim from Applicant daily damages in an amount equal to fifteen percent (15%) of the mean of the Hotel's room rates per room per day multiplied by the total number of rooms.  This amount is payable by Applicant whether or not Applicant continues to exercise control over the operations of the Hotel.  It is understood and agreed that said amount is fixed as liquidated damages because of the difficulty of ascertaining the exact amount of damages that may be sustained because of such use.  It is further understood and agreed that said amount fixed as liquidated damages is a reasonable amount, considering the damages that Best Western will sustain in the event of such use.

(r) 6/18/04

25.     The rights provided in paragraph 24 shall be exercised solely at the option of Best Western. Best Western shall have the right to invoke any remedy at law or in equity, whether or not such remedy is herein provided. The exercise of any remedy shall not be deemed to be a waiver or exclusion of any other. If Best Western brings an injunctive action against Applicant, Applicant waives any requirement that Best Western post bond.

26.     The obligations of Applicant and the remedies available to Best Western under this License Agreement are binding upon Applicant's heirs, executors, administrators, successors, assignees, receivers, and trustees in bankruptcy.

## Part IV. General Provisions

27.     Each provision in this "General Provisions" section is applicable to the Application, Membership Agreement, and License Agreement sections of this document.

### Representations to Best Western

28.     Applicant certifies that all representations made in connection with this Application and Agreement are true and constitute material representations for the purpose of inducing Best Western to grant membership. Applicant agrees that any misrepresentation shall be grounds for denial of this application or cancellation of membership. Applicant further agrees that any representations made in the future, whether in connection with renewing this agreement or otherwise, constitute material representations for the purpose of inducing Best Western to grant, continue or renew membership and that any false representation shall be grounds for denial of this Application, denial of membership renewal, or cancellation of membership.

### Appointment of Voting Member as Attorney-in-Fact

29.     The undersigned owner or lessee hereby appoints the undersigned voting member, and any substituted voting member, as its attorney-in-fact with full power and authority to bind owner or lessee in any and all agreements and liabilities which voting member may enter into or undertake to Best Western in connection with the Hotel. This authorization shall continue during the term of the Membership Agreement and during any renewal or continuation thereof, until terminated in writing by the owner or lessee. This power of attorney shall survive the death or disability of the undersigned.

### Remedies

30.     It is understood that Best Western shall have the right to invoke any remedy at law or in equity, whether or not other remedies are herein provided, for any breach of this Membership Application and Agreement, or for any other matter arising out of Applicant's affiliation or dealings with Best Western. All rights and remedies given to Best Western are distinct, separate and cumulative and no one of them, whether or not exercised by Best Western, shall be deemed to be an election of that remedy only or to be a waiver or exclusion of any of the others.

### Limitation of Damages

31.     Applicant agrees that Applicant shall have no recourse of any kind against Best Western, its directors, officers, employees, agents or members, if this application is denied. Applicant further agrees that Applicant shall have no recourse of any kind against Best Western, its directors, officers, employees, agents or members, for failure to grant membership after conditional approval unless Applicant has strictly, absolutely and timely complied with each and every requirement imposed upon Applicant by Best Western and this agreement, to the satisfaction of Best Western.

(r) 6/18/04

32.     Applicant agrees that should the Hotel's Road Atlas and Travelers' Guide listing be omitted or if a material error occurs in any portion of the listing, whether or not through the negligence of Best Western, Applicant's sole remedy shall be the refund, without interest, of the annual dues paid on behalf of the Hotel.  Best Western shall have no other liability in connection with the preparation or publication of the Road Atlas and Travelers' Guide.

33.     Applicant agrees that Applicant shall be limited to actual damages for any breach or default by Best Western of any obligation or duty owed to Applicant, and Applicant further agrees that Best Western's liability for any damages shall be limited to the amount of membership fees actually paid by Applicant in connection with the Hotel, during a single fiscal year in which the breach or default occurred.

34.     In the event that Best Western wrongfully fails to grant membership after making a "conditional" commitment for membership under paragraphs 7 and 8 of this Membership Application and Agreement, or if Best Western is found to have wrongfully failed to grant membership in any other situation, Applicant shall have no right to compel Best Western to grant a membership to Applicant.  Applicant agrees that Applicant's sole remedy shall be limited to actual damages, which in no event shall exceed twice the amount of money paid by Applicant to Best Western in connection with the submission of this application.

**Indemnification**

35.     Applicant shall indemnify, defend, and hold Best Western harmless and all of its employees, agents, representatives, and insurers (hereinafter collectively referred to as "indemnitees") from any and all claims, demands, suits, actions, proceedings, loss, cause and damages of every kind and description, including but not limited to any attorneys' fees and/or costs and expenses, whether or not a lawsuit is filed, which may be brought or made against or incurred by any indemnitee (a) arising out of, or contributed to, in whole or in part, by reason of any alleged act, omission, fault, mistake, or negligence of Applicant, its employees, agents, representatives, or subcontractors, in connection with or incident to the use, condition or operation of the Hotel, or (b) arising out of workers' compensation claims, unemployment disability compensation claims, or discrimination claims of employees of Applicant and/or its subcontractors or claims under similar such laws or obligations, or (c) in connection with any valid claim made by any indemnitee against Applicant for indemnity.  Applicant's obligation under this section shall extend to any liability caused by the sole or concurrent negligence of an indemnitee (including both active and passive negligence).

**Attorneys' Fees**

36.     In the event that Applicant breaches any obligation to Best Western, Applicant is liable to Best Western for all attorneys' fees, costs and expenses incurred by Best Western in connection with the breach or violation, whether or not suit is filed.

**Application of Law and Choice of Forum**

37.     This Membership Application and Agreement shall be governed and construed according to the laws of the State of Arizona, unless any obligations under this Membership Application and Agreement shall be invalid or unenforceable under such laws, in which event the laws of the jurisdiction whose law can apply to and validate the obligations under this Membership Application and Agreement shall apply.  This Membership Application and Agreement shall be deemed executed in Phoenix, Arizona.

38.     Applicant acknowledges that Best Western is headquartered in Phoenix, Arizona, that the majority of Best Western's records and employees are in Phoenix, Arizona, and that Phoenix, Arizona is the most convenient locale for actions between Best Western and Applicant.

(r) 6/18/04

UNLESS WAIVED BY BEST WESTERN IN WHOLE OR IN PART, THE COURTS LOCATED IN THE STATE OF ARIZONA, STATE OR FEDERAL, SHALL HAVE EXCLUSIVE JURISDICTION TO HEAR AND DETERMINE ALL CLAIMS, DISPUTES AND ACTIONS ARISING FROM OR RELATED TO THE APPLICATION PROCESS, THIS MEMBERSHIP APPLICATION AND AGREEMENT OR TO ANY RELATIONSHIP BETWEEN THE PARTIES HERETO AND VENUE SHALL BE IN THE COURTS LOCATED IN MARICOPA COUNTY, ARIZONA. APPLICANT EXPRESSLY CONSENTS AND SUBMITS TO THE JURISDICTION OF SAID COURTS AND TO VENUE BEING IN MARICOPA COUNTY, ARIZONA.

**Waiver**

39.     Any waiver by Best Western of a breach of any provision of this Membership Application and Agreement, or of any breach of any other requirement or policy of Best Western, shall not operate or be construed as a waiver of any subsequent breach thereof.  Any delay by Best Western of enforcement of obligations shall not be deemed to be a waiver of Best Western's right to enforce the obligation.

**Notices**

40.     All notices given by Best Western, under this Membership Application and Agreement or otherwise, shall be given to the voting member at such location as may be specified by the voting member, in writing, to the Best Western Membership Administration Department.  Notice to the voting member shall constitute notice to each person or entity signing this Membership Application and Agreement.  Any notice given to Best Western under this Membership Application and Agreement shall be given in writing to Best Western International, Inc., 6201 North 24th Parkway, Phoenix, Arizona 85016-2023, Attention Membership Administration, or such other location as may be specified by Best Western.

**Headings**

41.     The headings of the sections of this Membership Application and Agreement are for convenience only and are not to be considered part of this Membership Application and Agreement or used in determining its content or context.

**Severability**

42.     Any provision of this Membership Application and Agreement prohibited by law, or by court decree, in any jurisdiction shall be ineffective to the extent of such prohibition without in any way invalidating or affecting the remaining provisions of this Membership Application and Agreement.

**Entire Agreement**

43.     This Membership Application and Agreement embodies the whole agreement of the parties.  There are no promises, terms, conditions or obligations other than those contained herein.  This Membership Application and Agreement shall supersede all previous communications, representations, or agreements, either verbal or written, between the parties hereto.

(r) 6/18/04

**Signature of Owner or Lessee**

44.     The signature of all persons or entities having an ownership interest in the Hotel, or having a lessee interest in the lease, must sign. This means, for example, that a corporation owning the Hotel must sign through one of its authorized agents. It does not mean that each stockholder of the corporation must sign. **Please refer to the Applicant Information Form for additional instructions on owner or lessee signatures. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR BEST WESTERN REPRESENTATIVE. FAILURE TO PROPERLY SIGN WILL DELAY CONSIDERATION OF THIS APPLICATION.**

HOOSHANG   HAROONI
Name

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                                      Signature
Social Security No.

Date: 12-01-04

JILA   HAROONI
Spouse's Name*

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                                      X
Social Security No.                              Signature

Date: 12-01-04

AV Inn Associates 1, LLC
Entity Name

By:
Signature of Authorized Signer

Its: Managing Member
Title of Authorized Signer

Date: 12-01-04

**USE ADDITIONAL PAGES IF NECESSARY**

*Spouse's name and signature is required only in community property jurisdictions. Community property jurisdictions are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Quebec, Texas and Washington.

(r) 6/18/04

**Signature of Voting Member**

45.     The voting member must sign using the voting member's name only.  Any use of a title will delay consideration of this application.  VOTING MEMBER IS PERSONALLY LIABLE FOR ALL OBLIGATIONS OF THE HOTEL TO BEST WESTERN UNDER THIS MEMBERSHIP APPLICATION AND AGREEMENT.

*HOOSHANG  HAROONI*

**Voting Member**

**Signature (DO NOT USE TITLE)**

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

**Social Security No.**

Date:  12-01-04

(r) 6/18/04

1/05/2005  18:10    602957                    BW MEMBERSHIP                    PAGE   07/09

05050



# BEST WESTERN INTERNATIONAL, INC.

## APPLICANT GENERAL INFORMATION FORM

### THIS FORM MUST BE COMPLETED IN ITS ENTIRETY. FAILURE TO DO SO WILL RESULT IN A DELAY IN PROCESSING THE APPLICATION.

**CHECK ONE BOX ONLY:**

☒ **Applicant Owns The Hotel**

☐ **Applicant is Lessee of The Hotel**

## I.    INFORMATION REGARDING APPLICANT(S)

1.    State the name and percentage of owning/leasing interest for each person or entity holding an ownership/leasing interest in the Hotel, as well as the social security number of each owner. In this sub-part do not indicate the breakdown of interest in corporations, partnerships or limited liability companies who are owners/lessees. Merely state the name of each owner/lessee and percent interest. For example: XYZ Corporation - 50%, John James - 25%, Jane James - 25%.

| Full Name | Address | Phone Number | Soc. Sec. # | % Interest |
|-----------|---------|--------------|-------------|------------|

AV INN ASSOCIATES 1, LLC                                    100%

(310) 562-0293      P.O. BOX 24541 LA, CA 90024

Tax Id #                77-06-52449

TOTAL 100 (Must Equal 100%)

2.    If any owner/lessee is not an individual (i.e. is a corporation, partnership, limited partnership, limited liability company or other entity), provide the following information for each owner/lessee:

    (1)  Corporation (answer only subparagraphs A – D);
    (2)  Partnership (answer only subparagraphs E – G);
    (3)  Limited Partnership (answer only subparagraph H);
    (2) (4)  Limited Liability Company (answer only subparagraph I – L); and
    (5)  Other Entity (answer only subparagraph M).

11/98

01/06/2005  12:21   602     BW MEMBERSH     PAGE  01/01

**Limited Partners:**

| Name | Soc. Sec. # or Corp. Tax ID # | % Ownership |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Limited Liability Company

I.  Name of Company: _AV INN ASSOCIATES I, LLC_

J.  Date and state/province of formation of company: _November 12, 2001 CA_

K.  Tax identification number for company: _77-06-52449_

L.  Names and percent of interest of each member.

| Name | Soc. Sec. # | % Interest |
|---|---|---|
| HooShang Haroo N. | 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 | 50% |
| Jila Harooni | 613-149584 | 50% |
| | | |
| | | |

## Other Entity

M.  If an entity other than a corporation, partnership, limited partnership or limited liability company, fully describe the entity, identify each person having an ownership interest therein, and specify the percent interest of each person.

| Entity | Owner | Soc. Sec. # | % Ownership |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3

11/98

## II. INFORMATION REGARDING MANAGEMENT

MANAGEMENT EXPERIENCE of person or entity who will be primarily responsible for the management of the property.

*Hooshang Harooni* (Please See EXiBiT #1 Page 10½)
**Company or Individual Name**

P.O. Box 24541 Los Angeles CA 90024
**Address**

_____
**City**                               **State/Province**                           **Postal Code**

310-562-0293
**Telephone Number**

_____
**President**

_____
**Vice President or Director of Finance**

_____
**Vice President or Director of Sales and Marketing**

_____
**Vice President of Operations**

List all hotels and restaurants owned and/or operated by manager or management entity within the last three years. Attach a separate sheet if necessary.

California Grill Since 1995                    Mr. Tom Azhdam
**Name**                                      **Name**
1720 M Street, N.W. Wash.DC.    & 1090 Vermont Ave. N.W. Wash.D
**Address**                                   **Address**
Restaurant.                              Restaurant
**Type of Business**                          **Type of Business**

Owned X  Operated X                      Owned X  Operated X
From 95 to 12/04                         From ____ to ____
   Mo/Yr    Mo/Yr                            Mo/Yr    Mo/Yr

EPICURE DELI/Restaurant   & SEMINARY BEER, WINE & DELI
**Name**                                      **Name**
7315 Wisconsin Ave. Bethesda    9458 Georgia Ave. Silver Spr
**Address**                    MD.          **Address**       MD .209
Restaurant.                              
**Type of Business**                          **Type of Business**

Owned X  Operated X                      Owned X  Operated X
From 83 to 2003                          From 95 to Now
   Mo/Yr    Mo/Yr                            Mo/Yr    Mo/Yr

→ Mr. BAHRAM KAMDJOU (BOB)

5

11/98

## III.   INFORMATION REGARDING VOTING MEMBER

1.   Full Name: _HOOSHANG   HAROONI_

2.   Mailing Address: _P.O. Box 24541  Los Angeles CA._

_AV Inn Associates I, LLC_

Company Name                                        Area Code/Telephone Number

_44055 Sierra Highway, Lancaster CA 93534_

Street Address - include suite number if applicable

City                        State/Province                        Postal Code

3.   Street Address (for express mail deliveries, if different from mailing address):

Company Name                                        Area Code/Telephone Number

Street Address - include suite number if applicable

City                        State/Province                        Postal Code

4.   Home Address (if different from mailing address):

_259  N. Kenter  Ave, Los Angeles  CA  90049_

Street Address                                        Area Code/Telephone Number

City                        State/Province                        Postal Code

5.   Telephone Number (if different from above): _310-440-9162_

6.   Facsimile Number: _310--440-9181_

7.   Social Security Number: _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_

8.   Explain affiliation with any person or entity listed previously.

11/98

Has the Hotel ever been affiliated with any chain, franchise, or other hotel/motel organization?____Yes ____ No. If yes, provide the names and dates of each affiliation and the reasons for the termination thereof.

_____

_____

_____

## VI. COMPLETE THIS SECTION ONLY IF APPLICANT PROPERTY IS A PROJECT PROPOSED FOR CONSTRUCTION OR UNDER CONSTRUCTION

☐ Proposed Construction Hotel

   Estimated Date When Construction Will Begin _____   Estimated Opening Date _____

☐ Under Construction Hotel (concrete footings have been poured)

   Estimated Opening Date _____

☐ Architectural Plans Enclosed With Application   Preliminary _____   Complete _____
   (For projects *under construction,* architectural plans are required at the time of application.)

☐ Architectural plans will not be available for review prior to presentation of this application to the Board of Directors; however, applicant agrees that at a minimum, preliminary plans will be submitted within 90 days from written notice of approval of application, unless otherwise specified by the Board of Directors. Applicant also agrees that plans submitted will indicate compliance with Best Western New Construction Guidelines.

NOTE: Variance request(s) must be submitted for consideration with any extension(s). Outline below specific details of any known variance request(s).

_____

_____

_____

_____

**RENDERINGS AND COLORBOARDS TO BE SUBMITTED FOR INCLUSION WITH THE PRESENTATION OF YOUR PROJECT, IF AVAILABLE.**

## ALL APPLICANTS PROCEED TO SECTION VII

11/98

☐   Restaurant on Premises (defined as connected to or located within the lodging establishment).

_____ Owned         _____ Leased

Name of Restaurant: _____

Hours of Operation: _____ a.m. to _____ p.m.

☐   Restaurant not located within or connected to the lodging establishment (please complete the following):

| Name of Closest Restaurants(s) | Hours of Operation | Type of Service | Distance in Feet From Your Hotel Lobby |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Are any of the above restaurants located in another lodging establishment? ____ Yes ____ No

If yes, state the name of the lodging establishment(s): _____

_____

Other Amenities/Facilities/Services (identify any that are leased): _____

_____

_____

_____

_____

## VIII.  INSURANCE

*Checking a few Companies @ this time*

Name of Insured

_____

Insurance Company Name and Address

_____

Agent's Name and Address

_____

Policy No.                                              Policy Period

_____

Insurer Policy Limits

11/98

## IX.   CERTIFICATION

I certify that all information in this application is true and correct.  I understand that falsification of any information shall be grounds for denial of the Membership Application and Agreement or termination of membership.

Date:   _12-01-04_

_HOOSHANG  HAROONI_
Name Of Voting Member (Print or Type)

Signature (DO NOT USE ANY TITLE)

# over.

11

EXIBIT 1.

*. In addition to Current Management Group

There Will be Me: HARRY (HOOSHANG, HAROON,

BAHRAM   KAMDJOU

& TOM  NASSIR  AZHDAM.

(10½)

# Brief Two-Year History for Current Owner

All data are computerized from Best Western Headquarters, Credit Card companies, taxes paid to the government and internal accounting.

- The owner purchased the property on March 2005
- The gross sale, including room and banquets, was 2.85 million at the time of purchase
- The property condition at the time of purchase was extremely poor and needed extensive remodeling; the hotel was in probation for many years and eventually Best Western Franchise ordered the sale of the hotel because it was no longer in habitable condition
- Since then, the last two years, the new owner has totally remodeled the restaurant, bar, lobby, banquet, and every corner of the property from air conditioning of the roof tops to tile and flooring of the ground. Over $2,000,000.00 has been spent in remodeling.
- Current owner had no previous hotel experience and he is currently battling with few major health issues
- Due to not having adequate experience, three major mistakes were made:
  - Closing the restaurant and bar for remodeling for five months resulted in loss of most corporate business
  - For many months, the Best Western reservation site, mistakenly showed that our hotel rooms are full and couldn't make any new reservation. The owner became aware of this problem after a long period of time
  - The owner missed the September deadline for renewal of contracts with major corporate companies and therefore lost all that business for the year of 2006
- Now, the hotel has changed its AAA rating from two-diamond to three-diamond, and it has been approved as a choice hotel for many corporate companies like Lockheed, Boeing, General Dynamics, construction companies, and many others.
- The new corporate business has just started less than a month and the hotel has raised its average daily rates by $25 per room. Our average daily rate now is $90.
- The biggest major hotel, and the only possible competition in Lancaster, has been sold to an old age home.
- With the corporate companies and a major hotel going out of business, the hotel has a very good chance of having 85-90% occupancy in 2007.
- The hotel has many meeting and banquet rooms, the sales are going up daily and has been doubled as of January 2007 and looks like to be more then $50,000-$60,000 in the month of February.
- One of the reason for having very high employee cost is because of a few things:
  - A) In order to assure full customer satisfaction to change the old owners image.
  - B) A lot of remodeling and internal work has been done with our own employees

Exhibit "B"

Capital Improvements

A: Land Improvement
    1) Removed and put in new asphalt as needed.
    2) Seal coated entire property

B: Building Improvement
    1) Painted all Exterior buildings
    2) Updated electrical/plumbing in all buildings
    3) New roof on all buildings/except one
    4) Replaced all HVACs with new ones

C: Sleeping Rooms (completely remodeled all 144 rooms)
    1) Textured /painted walls
    2) New Carpet with padding
    3) New granite and sink
    4) Updated furniture
    5) Exhaust fans in all rooms
    6) New vanity fixture in all bathrooms
    7) Put in new A/C units in rooms as needed

D: Computer System

    1) Updated hotel software
    2) Brand new computers
    3) Brand new Point of Sale for resturant/ banquet
    4) Installed over 20 cameras around the property

E: Banquet Facility

    1) Painted interior of building
    2) Changed carpet in all rooms including main ball room
    3) Created brand new banquet office
    4) Changed chandeliers
    5) Updated sound system

F: Resturant/Bar

    1) Changed carpet
    2) Painted interior
    3) Reupholstered booths
    4) New granite in bar
    5) Bought new equipment as needed for kitchen

# R F P   S T A T U S   U P D A T E

**TO:**     Lisa Wilkerson
**HOTEL:**  BW Antelope Valley Inn #05050
**FAX:**    6619484532

**FROM:**   Debbie Haines, Sales Account Specialist
**PHONE:**  623-780-6439
**FAX:**    623-780-6918
**E-MAIL:** Debbie.Haines@bestwestern.com



**BEST WESTERN
INTERNATIONAL, INC.**

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 29th Avenue
Phoenix, AZ

PAGES: 1   (including cover)          DATE: January 22, 2007

Congratulations!!!  Your hotel has been accepted into the Kroger preferred hotel program for 2007.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Debbie Haines

# R F P   S T A T U S   U P D A T E

**TO:**
**COMPANY:**     BW Antelope Valley Inn
**FAX:**              6619484532

**FROM:**          Debbie Haines
**PHONE:**         623-780-6439
**FAX:**              800-365-6991 or 623-780-6918
**E-MAIL:**         Debbie.Haines@bestwestern.com

**Best Western**

BEST WESTERN
INTERNATIONAL, INC.

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 29th Avenue
Phoenix, AZ

PAGES: 1   (including cover)          DATE: January 5, 2007

Congratulations!!!  Your hotel has been accepted into the **SAIC** preferred hotel program for 2007.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Debbie Haines

THE WORLD'S LARGEST HOTEL CHAIN®

# RFP STATUS UPDATE



**BEST WESTERN INTERNATIONAL, INC.**

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 25ᵗʰ Avenue
Phoenix, AZ

**TO:** Lisa Wilkerson
**COMPANY:** BW  Antelope Valley Inn
**FAX:** 661 948 4532

**FROM:** Terry Rollins
**PHONE:** 800-711-2378
**FAX:** 800-365-6991 or 623-780-6918
**E-MAIL:** Terry.rollins@bestwestern.com

PAGES: 1  (including cover)        DATE: December 21, 2006

Congratulations!!!  Your hotel has been accepted into the Lockheed Martin preferred hotel program for 2007.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Terry Rollins

**TO:** Lisa Wilkerson
**COMPANY:** BW-Antelope Valley Inn #05050
**FAX:** 661-948-4532

**FROM:** Ariel Ford, Sales Account Specialist
**PHONE:** 800-456-4547 or 623-780-6455
**FAX:** 800-365-6991 or 623-780-6918
**E-MAIL:** Ariel.ford@bestwestern.com

**Best Western**

BEST WESTERN
INTERNATIONAL, INC.

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 29th Avenue
Phoenix, AZ

PAGES. 1 (including cover)          DATE: December 14, 2006

Congratulations!!!  Your hotel has been accepted into the **PG&E** preferred hotel program for 2007.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Ariel Ford

THE WORLD'S LARGEST HOTEL CHAIN®

# R F P   S T A T U S   U P D A T E



**BEST WESTERN
INTERNATIONAL, INC.**

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 29th Avenue
Phoenix, AZ

**TO:**          Lisa Wilkerson
**COMPANY:**  BW Antelope Valley Inn
**FAX:**        6619484532

**FROM:**       Dianna Girard, Sales Account Specialist
**PHONE:**     800-548-0375 or 623-780-6456
**FAX:**        800-365-6991 or 623-780-6918
**E-MAIL:**    Dianna.girard@bestwestern.com

**PAGES:** 1   (including cover)          **DATE:** December 11, 2006

Congratulations!!!  Your hotel has been accepted into the Raytheon preferred hotel program for 2005.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Dianna Girard

THE WORLD'S LARGEST HOTEL CHAIN®

# Pro Lodgic

Home | User Maintenance | Hotel Profile | Respond to RFPs | Tools | Re...

**Christine Chaney at Best Western Antelope Valley Inn**    **44055 N Sierra Hwy**

**Company:**    Tyco

**RFP Number: 65975**

**Company RFP Review Status**

## Status

Congratulations! Your hotel has been accepted as a preferred hotel! rates be loaded into the various global distribution systems. Please s instructions.

## Rate Loading Instructions

1. Rates need to be loaded in the Global Distribution Systems (GDS) also know as include Apollo, Amadeus, Worldspan, Sabre, etc. This will be the primary method load the rates into the GDSs will result in lost business.

2. The procedure to load rates varies by chain and by hotel. If you are unfamiliar your central reservation office, hotel chain automation department, or hotel Repre

3. Forward the following Pseudo-city code, Rate Access codes and IATA numbers a appropriate department.

4. To finalize the rate loading process you will need to return to this page and clic that the rates are loaded and available for sale in the GDSs.

NOTE: RATES MUST BE LOADED WITH THE RATE ACCESS CODE SHOWN BELOW. WILL PREVENT TRAVEL AGENTS FROM ACCESSING THE NEGOTIATED RATE.

Once you have confirmed that the rates are loaded and accessible click this button.

[RATES LOADED]

**IMPORTANT NOTE:** *You will continue to receive Accepta Notification until you click this button.*

## Travel Agency Pseudo-City Codes

| GDS | Rate Code | Pseudo Code | IATA |
|-----|-----------|-------------|------|
| Sabre | TYA | 50SA | 91295691 |
| Amadeus | TYA | BCNWL2297 | 78229373 |
| Amadeus | TYA | BCNWL2320 | 78292642 |

Close Window

| Corporation: | URS Corporation |
| Corporate RFP: | URS_Corporation_2006 |
| Property: | Best Western Antelope Valley Inn |

**"Congratulations" Letter**

- o Rate Loading Instruction
- o View Bid
- o Company and Room Night Information
- o Negotiation Result

Kevin Refoua

Best Western Antelope Valley Inn
44055 N Sierra Hwy
Lancaster, CA 93534

Dear Colleague,

**URS Corporation** is pleased to announce that as a result of your response to our solicitation (RFP: **URS_Corporation_2006**), your property has been selected to participate in our preferred lodging program. Please load the rates pursuant to the attached rate loading instructions. More detailed information about this selection can be obtained from the Internet at www.rfpexpress.com.

**The following specifies the agreed upon rates and conditions:**

| Season (mm/dd/yy) | | Length Of Stay | RoomType | Preferred LRA | | Preferred Non-LRA | |
| From | To | | | Single Rate | Double Rate | Single Rate | Double Rate |
|---|---|---|---|---|---|---|---|
| 01/01/06 | 12/31/06 | 1 | Standard | 79.00 | 85.00 | 79.00 | 85.00 |

- Currency of above rates:  USD
- Standard room type is defined as:  Standard
- Upgraded room type is defined as:  (Not supplied)
- Your property will guarantee room preferences (i.e. King, Non-Smoking) at time of booking reservations via:  (no selection)
- Taxes:  Lodging Tax 7 %; State Tax 0.00 (actual amount); City Tax 0.00 (actual amount); VAT/GST Tax 0.00 (actual amount); Service charges Tax 0.00 (actual amount); Occupancy Tax 0.00 (actual amount)
- Rates for Core Pricing are Commissionable
- Rates listed above are available to:  Subsidiary employees, Company employed contractors and/or consultants, Personal Use, Company retirees
- Rates listed above are:  based on a minimum of 10 nights per year
- Blackout Dates:;
- Rate Notes:  None

## R F P    S T A T U S    U P D A T E

**TO:**         Lisa Wilkerson, Director of Sales
**COMPANY:** BW Antelope Valley Inn #05050
**FAX:**       (661) 948-4532

**FROM:**     Edna Ribeiro, Sales Account Specialist
**PHONE:**    6237806384
**FAX:**       800-365-6991 or 623-780-6918
**E-MAIL:**   Edna.ribeiro@bestwestern.com



**BEST WESTERN
INTERNATIONAL, INC.**

WORLDWIDE
HOTELS
WORLDWIDE SALES

20400 N. 29th Avenue
Phoenix, AZ

PAGES: 1  (including cover)         DATE: December 29, 2006

Congratulations!!!  Your hotel has been accepted into the Boeing preferred hotel program for 2007.

The negotiated rates offered to this client, as submitted via previous correspondence, have been forwarded to the EDS department for loading.  These rates will be accessible through their designated travel agency.

Thank you for all of your efforts and cooperation with this RFP.

If you have any questions, please feel free to contact me at the above number.

Again, CONGRATULATIONS!!!!

Best regards,

Edna Ribeiro

THE WORLD'S LARGEST HOTEL CHAIN®

|  |  | $146,043.55 |
|---|---|---|
|  |  | $47,567.13 |

**Date**

### 2004

| Date | Rm Rev. | Catering / Banquet | Service Charge |
|---|---|---|---|
| 1/31/2004 | $117,289.42 | Catering $33,654.57 | $6,060.57 |
| 2/28/2004 | $163,250.88 | Catering $25,989.35 | $4,709.37 |
| 3/31/2004 | $158,901.15 | Catering $25,275.10 | $4,582.16 |
| 4/30/2004 | $172,879.86 | Catering $31,589.20 | $5,842.98 |
| 5/31/2004 | $160,807.58 | Catering $19,314.25 | $3,476.17 |
| 6/30/2004 | $153,994.67 | Catering $40,249.82 | $7,264.25 |
| 7/31/2004 | $201,931.12 | Banquet $23,170.20 | $4,359.96 |
| 8/31/2004 | $171,304.55 | Banquet $24,688.30 | $4,482.05 |
| 9/30/2004 | $146,572.18 | Banquet $26,131.90 | $4,731.20 |
| 10/31/2004 | $167,497.26 | Banquet $41,446.00 | $7,738.35 |
| 11/30/2004 | $114,561.86 | Banquet $31,720.96 | $5,795.12 |
| 12/31/2004 | $88,296.71 | Banquet $51,489.34 | $9,454.17 |

### 2005

| Date | Rm Rev. | Catering / Banquet | Service Charge |
|---|---|---|---|
| 1/31/05 | $71,492.48 | Catering $33,878.65 | $6,098.17 |
| 2/28/2005 | $100,435.41 | Catering $36,215.18 | $6,687.00 |
| 3/31/2005 | $133,019.30 | Catering $29,178.65 | $5,417.79 |
| 4/30/2005 | $179,253.48 | Catering $46,080.95 | $8,540.90 |
| 5/31/2005 | $158,728.12 | Catering $43,267.90 | $7,788.23 |
| 6/30/2005 | $133,570.68 | Catering $28,901.40 | $5,202.26 |
| 7/31/2005 | $164,908.47 | Banquet $21,881.27 |  |
| 8/31/2005 | $177,941.68 | Banquet $36,611.72 |  |
| 9/30/2005 | $138,869.87 | Banquet $47,190.46 |  |
| 10/31/2005 | $129,759.15 | Banquet $65,297.35 |  |
| 11/30/2005 | $108,761.70 | Banquet $40,176.99 |  |
| 12/31/2005 | $71,437.71 | Banquet $84,950.26 |  |

### 2006

| Date | Rm Rev. | Banquet |
|---|---|---|
| 1/31/2006 | Rm Rev. | Banquet |
| 2/28/2006 | Rm Rev. | Banquet |
| 3/31/2006 | Rm Rev. | Banquet |
| 4/30/2006 | Rm Rev. | Banquet |
| 5/31/2006 | Rm Rev. | Banquet |
| 6/30/2006 | Rm Rev. | Banquet |
| 7/31/2006 | Rm Rev. | Banquet |
| 8/31/2006 | Rm Rev. | Banquet |
| 9/30/2006 | Rm Rev. | Banquet |
| 10/31/2006 | Rm Rev. | Banquet |
| 11/30/2006 | Rm Rev. | Banquet |
| 12/31/2006 | Rm Rev. | Banquet |

### 2007

| Date | Rm Rev. | Banquet |
|---|---|---|
| 1/31/2007 | $71,906.14 | $29,941.48 |
| 2/28/2007 | $109,437.14 | $37,061.05 |
| 3/31/2007 | $134,955.85 | $48,765.32 |
| 4/30/2007 | $151,102.42 | $42,038.41 |
| 5/31/2007 | $119,304.59 | $34,032.80 |
| (6/30/2007) | $151,234.15 | $45,126.21 |
| (7/31/2007) | $184,438.28 | $30,561.00 |
| (8/31/2007) | $165,120.99 | $32,296.50 |
| (9/30/2007) | $202,169.40 | $34,275.52 |
| (10/31/2007) | $219,255.28 | $62,654.43 |
| (11/30/2007) | $182,403.54 | $35,987.12 |
| (12/31/2007) | $136,342.97 | $88,244.08 |



3:34 PM

02/15/07

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Gross Sales** | |
| **4025 · Sales - Hotel** | |
| 4026 · Room Sales | 1,568,177.95 |
| 4027 · Non Taxable Room Sales | -48,267.21 |
| 4028 · DSL | 75.00 |
| 4029 · Long Distance | 3,109.59 |
| 4030 · Lodgenet Movies | 33.96 |
| 4031 · Fax/Copy | 627.60 |
| 4032 · Rollaway | 462.00 |
| 4033 · Room Service | 4,765.34 |
| 4034 · Vending Commissions | 403.85 |
| 4035 · Pet Charge | 3,185.00 |
| 4036 · Towels | -60.00 |
| 4037 · Guest Laundry | 257.51 |
| 4039 · Stamps | 0.74 |
| 4042 · Miscellaneous | -7,872.10 |
| **Total 4025 · Sales - Hotel** | 1,524,899.23 |
| **4100 · Sales - Banquet** | |
| 4105 · Banquet Room | 131,975.08 |
| 4110 · Food | 236,048.48 |
| 4115 · Liquor | 28,748.68 |
| 4120 · Equipment | 11,938.97 |
| 4125 · Service | 69,117.01 |
| **Total 4100 · Sales - Banquet** | 477,828.22 |
| **Total 4000 · Gross Sales** | 2,002,727.45 |
| **4200 · Sales - Restaurant & Bar** | |
| 4210 · Food | 128,061.30 |
| 4220 · Liquor | 13,615.50 |
| 4320 · Employee Sales Discount | -503.05 |
| 4352 · House | -36.75 |
| 4200 · Sales - Restaurant & Bar - Other | 130,243.90 |
| **Total 4200 · Sales - Restaurant & Bar** | 271,380.90 |
| **Total Income** | 2,274,108.35 |
| **Cost of Goods Sold** | |
| **4500 · Cost of Goods Sold** | |
| **4501 · Hotel** | |
| 4351 · Cost - Room Charge | 612.31 |
| 4353 · Comp BB | 162,429.04 |
| 4355 · Comp Room | 170.87 |
| **Total 4501 · Hotel** | 163,212.22 |
| **4505 · Banquet** | |
| 4510 · Food | 82,528.25 |
| 4515 · Liquor | 11,654.26 |
| **Total 4505 · Banquet** | 94,182.51 |
| **4550 · Restaurant & Bar** | |
| 4555 · Food | 45,598.77 |
| 4560 · Liquor | 7,183.10 |
| **Total 4550 · Restaurant & Bar** | 52,781.87 |
| **Total 4500 · Cost of Goods Sold** | 310,176.60 |
| **Total COGS** | 310,176.60 |
| **Gross Profit** | 1,963,931.75 |

3:34 PM

02/15/07

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| **Expense** | |
| 5000 · Cash Over/Short | 38.49 |
| 5050 · Bad Debt Expense | 35,646.31 |
| 6000 · Salaries | 628,587.14 |
| 6100 · Payroll Tax - Employer | 75,292.57 |
| 6150 · Employee Benefits | 17,419.81 |
| 6200 · Contract & Casual Labor | 22,795.47 |
| 6201 · Contract Labor - KR | 12,317.87 |
| 6202 · Contract Labor - Bobby's Svc | 12,500.00 |
| 6250 · Postage and Delivery | 252.44 |
| 6300 · Sales & Marketing | 26,323.10 |
| 6500 · Automobile Expense | 102.92 |
| 6550 · Bank Service Charges | 27,200.15 |
| 6560 · Payroll Process Fee | 2,900.22 |
| 6570 · Contributions | 600.00 |
| 6580 · Dues and Subscriptions | 1,210.76 |
| 6600 · Entertainment | 9,400.00 |
| 6650 · Equipment Rental | 1,299.10 |
| 6700 · Franchise Fees - Best Western | 104,677.61 |
| 6800 · Guest Services | |
|     6803 · DSL | 2,187.05 |
|     6800 · Guest Services - Other | 19,361.79 |
| **Total 6800 · Guest Services** | 21,548.84 |
| 6850 · Insurance | |
|     6853 · Work Comp | 69,551.61 |
| **Total 6850 · Insurance** | 69,551.61 |
| 6925 · Lease Expense | 271,298.86 |
| 6950 · Licenses and Permits | 4,256.15 |
| 7010 · Miscellaneous Expense | 15,156.35 |
| 7040 · Printing and Reproduction | 4,775.34 |
| 7100 · Professional Fees | |
|     7101 · Legal Fees | 2,000.00 |
|     7100 · Professional Fees - Other | 125.00 |
| **Total 7100 · Professional Fees** | 2,125.00 |
| 7150 · Recruiting | 4,147.79 |
| 7200 · Repair and Maintenance | 44,962.91 |
| 7250 · Storage | 2,612.35 |
| 7300 · Supplies | 75,847.05 |
| 7350 · Swimming Pool Expense | 8,355.90 |
| 7400 · Systems | 12,687.35 |
| 7500 · Taxes | |
|     7502 · Property | 40,718.30 |
| **Total 7500 · Taxes** | 40,718.30 |
| 7550 · Telephone | 13,490.37 |
| 7600 · Utilities | |
|     7601 · Electric | 87,661.37 |
|     7602 · Gas | 23,603.34 |
|     7603 · Trash | 11,129.54 |
|     7604 · Water | 11,062.07 |
|     7600 · Utilities - Other | 7,341.40 |
| **Total 7600 · Utilities** | 140,797.72 |
| 7650 · Travel Agent Commissions | 640.60 |
| **Total Expense** | 1,711,536.45 |
| **Net Ordinary Income** | 252,395.30 |

3:34 PM

02/15/07

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| **Other Income/Expense** | |
| **Other Expense** | |
| 9000 · Suspense | 5,558.09 |
| **Total Other Expense** | 5,558.09 |
| **Net Other Income** | -5,558.09 |
| **Net Income** | **246,837.21** |



3:34 PM

02/15/07

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2006

| | Jan - Dec 06 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Gross Sales** | |
| **4025 · Sales - Hotel** | |
| 4026 · Room Sales | 1,827,670.75 |
| 4027 · Non Taxable Room Sales | -43,281.15 |
| 4028 · DSL | 401.39 |
| 4029 · Long Distance | 978.76 |
| 4030 · Lodgenet  Movies | 20,039.57 |
| 4031 · Fax/Copy | 651.79 |
| 4033 · Room Service | 665.10 |
| 4034 · Vending Commissions | 585.49 |
| 4035 · Pet Charge | 4,050.00 |
| 4036 · Towels | 460.00 |
| 4037 · Guest Laundry | 939.55 |
| 4038 · Front Desk | 692.45 |
| 4039 · Stamps | 36.11 |
| 4040 · Freight | 12.00 |
| 4041 · Missing Item | 176.80 |
| 4042 · Miscellaneous | 6,567.76 |
| 4060 · Sales Liquor | 7,535.57 |
| 4080 · Sales Food | 18,693.19 |
| **Total 4025 · Sales - Hotel** | 1,846,875.13 |
| **4050 · Sales - Lounge** | |
| 4055 · Sales Food | 57.59 |
| **Total 4050 · Sales - Lounge** | 57.59 |
| **4100 · Sales - Banquet** | |
| 4105 · Banquet Room | 107,576.99 |
| 4110 · Food | 291,778.57 |
| 4115 · Liquor | 35,196.27 |
| 4120 · Equipment | 14,034.45 |
| 4125 · Service | 75,085.17 |
| **Total 4100 · Sales - Banquet** | 523,671.45 |
| **Total 4000 · Gross Sales** | 2,370,604.17 |
| **4200 · Sales - Restaurant & Bar** | |
| 4210 · Food | 266,263.77 |
| 4220 · Liquor | 91,209.07 |
| 4230 · Beer | 64,312.00 |
| 4240 · Delivery Charge | 504.00 |
| 4250 · Beverage | 2,706.96 |
| 4260 · Non Taxable | 487.00 |
| 4300 · Sales Comps | -6,429.10 |
| 4320 · Employee Sales Discount | -5,008.19 |
| 4350 · Coupons | -10,577.06 |
| 4352 · House | -5,962.54 |
| 4356 · Bar & Restaurant Promotions | -6,067.90 |
| **Total 4200 · Sales - Restaurant & Bar** | 391,438.01 |
| **Total Income** | 2,762,042.18 |
| **Cost of Goods Sold** | |
| **4500 · Cost of Goods Sold** | |
| **4501 · Hotel** | |
| 4351 · Cost - Room Charge | 19,930.22 |
| 4353 · Comp BB | 77,536.49 |
| 4354 · Comp Liquor | 22,470.37 |
| **Total 4501 · Hotel** | 119,937.08 |

3:34 PM

02/15/07

Accrual Basis

## Best Western AV Inn
## Profit & Loss
### January through December 2006

| | Jan - Dec 06 |
|---|---|
| **4505 · Banquet** | |
| 4510 · Food | 111,674.46 |
| 4515 · Liquor | 5,578.73 |
| **Total 4505 · Banquet** | 117,253.19 |
| | |
| **4550 · Restaurant & Bar** | |
| 4555 · Food | 125,551.79 |
| 4560 · Liquor | 39,351.81 |
| **Total 4550 · Restaurant & Bar** | 164,903.60 |
| | |
| **Total 4500 · Cost of Goods Sold** | 402,093.87 |
| | |
| **Total COGS** | 402,093.87 |
| | |
| **Gross Profit** | 2,359,948.31 |
| **Expense** | |
| WF CASH ACCOUNT CREDIT OFFSET | -91.10 |
| 5000 · Cash Over/Short | 348.02 |
| 5050 · Bad Debt Expense | 5,182.47 |
| 6000 · Salaries | 982,764.40 |
| 6001 · Banquet Tips | 16,131.39 |
| 6002 · Commission | 6,803.06 |
| 6100 · Payroll Tax - Employer | 117,132.65 |
| 6150 · Employee Benefits | 15,185.90 |
| 6200 · Contract & Casual Labor | 56,722.31 |
| 6201 · Contract Labor - KR | 97,029.03 |
| 6202 · Contract Labor - Bobby's Svc | 46,124.16 |
| 6250 · Postage and Delivery | 1,905.76 |
| **6300 · Sales & Marketing** | |
| 6310 · Advertising | |
| 6311 · Website | 780.35 |
| 6312 · Hotel | 3,538.65 |
| 6313 · Magazine | 13,958.75 |
| 6314 · Newspaper | 59,125.80 |
| 6315 · Radio | 39,087.00 |
| 6310 · Advertising - Other | 9,799.00 |
| **Total 6310 · Advertising** | 126,289.55 |
| | |
| 6320 · Promotions | 4,514.32 |
| 6300 · Sales & Marketing - Other | 13,180.28 |
| **Total 6300 · Sales & Marketing** | 143,984.15 |
| | |
| 6500 · Automobile Expense | 11,325.25 |
| 6550 · Bank Service Charges | 3,110.04 |
| 6551 · Amex Discount Fees | 10,851.19 |
| 6552 · Visa/MC Discount Fees | 24,671.18 |
| 6560 · Payroll Process Fee | 4,357.85 |
| 6570 · Contributions | 6,100.00 |
| 6580 · Dues and Subscriptions | 2,446.25 |
| **6600 · Entertainment** | |
| 6601 · Bands and Musicians | 36,150.00 |
| 6602 · DJ | 6,950.00 |
| 6603 · Karaoke | 2,400.00 |
| 6604 · Open Mic | 1,675.00 |
| 6605 · Other | 364.00 |
| 6606 · Salsa Night | 12,125.00 |
| **Total 6600 · Entertainment** | 59,664.00 |
| | |
| 6650 · Equipment Rental | 16,561.33 |

3:34 PM

02/15/07

Accrual Basis

## Best Western AV Inn
## Profit & Loss
### January through December 2006

|  | Jan - Dec 06 |
|---|---|
| **6700 · Franchise Fees - Best Western** | |
| 6701 · Franchise Fees | 65,135.62 |
| 6702 · AAA Program Fee | 4,268.75 |
| 6703 · BW TV Advertising | 8,536.32 |
| 6704 · BestCheque/TA Commissions | 14,683.36 |
| 6705 · BestNet | 2,046.31 |
| 6706 · Co-op Fees | 2,628.00 |
| 6707 · Frequent Flyers | 382.50 |
| 6708 · Gold Crown | 24,841.37 |
| 6709 · Internet Charges | 1,362.30 |
| 6710 · Quality Initiative Assmt | 1,036.80 |
| 6711 · Reservations | 330.47 |
| 6712 · Supplies | 2,072.61 |
| 6713 · Tools for Success | 259.80 |
| 6714 · VSAT/GDS | 4,937.35 |
| **Total 6700 · Franchise Fees - Best Western** | 132,521.56 |
| **6800 · Guest Services** | |
| 6802 · Direct TV | 1,603.69 |
| 6803 · DSL | 938.79 |
| 6804 · Laundry | 1,025.34 |
| 6805 · Lodgenet | 34,438.45 |
| 6806 · News Paper | 268.14 |
| **Total 6800 · Guest Services** | 38,274.41 |
| **6850 · Insurance** | |
| 6851 · Liability Insurance | 27,362.50 |
| 6852 · Auto Insurance | 133.20 |
| 6853 · Work Comp | 89,535.41 |
| 6850 · Insurance - Other | 133.16 |
| **Total 6850 · Insurance** | 117,164.27 |
| **6900 · Interest Expense** | |
| 6901 · Finance Charge | 5,529.60 |
| 6902 · WF Line of Credit | 3,801.71 |
| 6900 · Interest Expense - Other | 22,733.55 |
| **Total 6900 · Interest Expense** | 32,064.86 |
| **6925 · Lease Expense** | 370,344.58 |
| **6950 · Licenses and Permits** | 6,684.32 |
| **7000 · Meals and Entertainment** | 1,723.95 |
| **7010 · Miscellaneous Expense** | 14,614.25 |
| **7040 · Printing and Reproduction** | 11,971.87 |
| **7100 · Professional Fees** | |
| 7101 · Legal Fees | 2,312.50 |
| 7102 · Accounting | 2,500.00 |
| **Total 7100 · Professional Fees** | 4,812.50 |
| **7150 · Recruiting** | 3,033.90 |
| **7200 · Repair and Maintenance** | |
| 7201 · Building | 14,457.97 |
| 7202 · Computer | 1,898.24 |
| 7203 · Elevator | 1,065.00 |
| 7204 · Equipment | 24,404.68 |
| 7205 · Fire Extinguishers | 1,416.99 |
| 7206 · Grounds and Maintenance | 23,250.53 |
| **Total 7200 · Repair and Maintenance** | 66,493.41 |
| **7250 · Storage** | 3,680.86 |

3:34 PM

02/15/07

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2006

| | Jan - Dec 06 |
|---|---:|
| **7300 · Supplies** | |
| 7301 · Hotel | 16,645.41 |
| 7302 · Housekeeping | 49,179.57 |
| 7303 · Lounge | 1,162.61 |
| 7304 · Restaurant | 41,993.69 |
| 7305 · Banquet | 13,197.55 |
| 7306 · Maintenance | 22,519.57 |
| 7307 · Office | 8,133.13 |
| 7300 · Supplies - Other | 1,615.28 |
| **Total 7300 · Supplies** | 154,446.81 |
| **7350 · Swimming Pool Expense** | 5,223.50 |
| **7400 · Systems** | |
| 7401 · Auto Clerk | 6,374.54 |
| **Total 7400 · Systems** | 6,374.54 |
| **7500 · Taxes** | |
| 7501 · Local | 1,947.92 |
| 7502 · Property | 44,973.63 |
| **Total 7500 · Taxes** | 46,921.55 |
| **7550 · Telephone** | 20,017.47 |
| **7560 · Travel** | 9,559.43 |
| **7600 · Utilities** | |
| 7601 · Electric | 146,906.98 |
| 7602 · Gas | 35,611.56 |
| 7603 · Trash | 13,211.80 |
| 7604 · Water | 16,302.93 |
| **Total 7600 · Utilities** | 212,033.27 |
| **7650 · Travel Agent Commissions** | 165.70 |
| **8100 · Depreciation Expense** | 126,168.00 |
| **Total Expense** | 3,012,604.30 |
| **Net Ordinary Income** | -652,655.99 |
| **Other Income/Expense** | |
| **Other Income** | |
| 8700 · Other Income | 1,020.00 |
| **Total Other Income** | 1,020.00 |
| **Other Expense** | |
| 8800 · Other Expenses | 0.00 |
| 9000 · Suspense | -134.11 |
| **Total Other Expense** | -134.11 |
| **Net Other Income** | 1,154.11 |
| **Net Income** | -651,501.88 |

11:10 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2007

| Ordinary Income/Expense | Jan - Dec 07 |
|---|---|
| **Income** | |
| **4000 · Gross Sales** | |
| **4025 · Sales - Hotel** | |
| 4026 · Room Sales | 2,062,813.41 |
| 4027 · Non Taxable Room Sales | -11,902.58 |
| 4028 · DSL | 216.00 |
| 4029 · Long Distance | 1,419.51 |
| 4030 · Lodgenet Movies | 14,572.35 |
| 4031 · Fax/Copy | 233.10 |
| 4033 · Room Service | 18,802.57 |
| 4034 · Vending Commissions | 114.30 |
| 4035 · Pet Charge | 3,465.00 |
| 4036 · Towels | 172.00 |
| 4037 · Guest Laundry | 790.08 |
| 4038 · Front Desk | 1,041.84 |
| 4039 · Stamps | 30.34 |
| 4040 · Freight | -48.69 |
| 4041 · Missing Item | 273.00 |
| 4042 · Miscellaneous | 5,236.70 |
| 4025 · Sales - Hotel - Other | 835.97 |
| **Total 4025 · Sales - Hotel** | 2,098,064.90 |
| **4100 · Sales - Banquet** | |
| 4105 · Banquet Room | 154,787.85 |
| 4106 · Cancel Fee | 12,445.85 |
| 4107 · Bar setup fee | 3,062.50 |
| 4108 · Outside vendor | 500.00 |
| 4110 · Food | 446,112.22 |
| 4115 · Liquor | 51,952.46 |
| 4120 · Equipment | 17,112.38 |
| 4125 · Service | 113,619.42 |
| **Total 4100 · Sales - Banquet** | 799,592.68 |
| **Total 4000 · Gross Sales** | 2,897,657.58 |
| **4200 · Sales - Restaurant & Bar** | |
| 4210 · Food | 291,858.39 |
| 4220 · Liquor | 91,772.96 |
| 4230 · Beer | 41,408.73 |
| 4240 · Delivery Charge | 138.93 |
| 4250 · Beverage | 3,298.69 |
| 4352 · House | 136.93 |
| **Total 4200 · Sales - Restaurant & Bar** | 428,614.63 |
| **7700 · Costumer Refund** | -4,972.30 |
| **Total Income** | 3,321,299.91 |

11:10 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2007

Page 2

| | Jan - Dec 07 |
|---|---|
| **Cost of Goods Sold** | |
| **4500 · Cost of Goods Sold** | |
| 4505 · Banquet | |
| 4510 · Food | 200,907.00 |
| 4515 · Liquor | 22,588.00 |
| **Total 4505 · Banquet** | 223,495.00 |
| 4550 · Restaurant & Bar | |
| 4555 · Food | 87,125.00 |
| 4560 · Liquor | 34,860.00 |
| **Total 4550 · Restaurant & Bar** | 121,985.00 |
| **Total 4500 · Cost of Goods Sold** | 345,480.00 |
| **Total COGS** | 345,480.00 |
| **Gross Profit** | 2,975,819.91 |
| **Expense** | |
| 5000 · Cash Over/Short | 538.24 |
| 5050 · Bad Debt Expense | 4,637.80 |
| 6000 · Salaries | 970,284.82 |
| 6001 · Banquet Tips | 65,032.35 |
| 6002 · Commission | 25,251.28 |
| 6100 · Payroll Tax - Employer | 76,622.46 |
| 6150 · Employee Benefits | 34,820.21 |
| 6200 · Contract & Casual Labor | 72,305.60 |
| 6201 · Contract Labor - KR | 47,334.55 |
| 6250 · Postage and Delivery | 3,220.95 |
| 6300 · Sales & Marketing | |
| 6310 · Advertising | |
| 6311 · Website | 0.00 |
| 6312 · Hotel | 600.00 |
| 6313 · Magazine | 4,984.00 |
| 6314 · Newspaper | 39,238.04 |
| 6315 · Radio | 833.00 |
| 6316 · Yellow Pages | 99.75 |
| 6310 · Advertising - Other | 8,602.50 |
| **Total 6310 · Advertising** | 54,357.29 |
| 6300 · Sales & Marketing - Other | 9,675.34 |
| **Total 6300 · Sales & Marketing** | 64,032.63 |

11:10 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2007

| | Jan - Dec 07 |
|---|---|
| 6500 · Automobile Expense | 12,571.59 |
| 6550 · Bank Service Charges | 1,742.39 |
| 6551 · Amex Discount Fees | 12,322.56 |
| 6552 · Visa/MC Discount Fees | 20,751.95 |
| 6553 · Discover Discount Fees | 850.02 |
| 6560 · Payroll Process Fee | 2,593.11 |
| 6570 · Contributions | 5,964.00 |
| 6580 · Dues and Subscriptions | 10,187.11 |
| 6600 · Entertainment | |
| 6601 · Bands and Musicians | 6,600.00 |
| 6602 · DJ | 4,100.00 |
| 6603 · Karaoke | 4,100.00 |
| 6600 · Entertainment - Other | 8,475.00 |
| **Total 6600 · Entertainment** | **23,275.00** |
| 6650 · Equipment Rental | 17,909.72 |
| 6700 · Franchise Fees - Best Western | |
| 6701 · Franchise Fees | 155,833.38 |
| 6704 · BestCheque/TA Commissions | 414.00 |
| **Total 6700 · Franchise Fees - Best Western** | **156,247.38** |
| 6800 · Guest Services | |
| 6802 · Direct TV | 1,717.47 |
| 6803 · DSL | 1,995.16 |
| 6804 · Laundry | 196.10 |
| 6805 · Lodgenet | 32,724.62 |
| 6806 · News Paper | 3,578.33 |
| 6800 · Guest Services - Other | 4,197.28 |
| **Total 6800 · Guest Services** | **44,408.96** |
| 6850 · Insurance | |
| 6851 · Liability Insurance | 34,517.79 |
| 6852 · Auto Insurance | 1,688.00 |
| 6853 · Work Comp | 41,516.00 |
| 6850 · Insurance - Other | 10,525.00 |
| **Total 6850 · Insurance** | **88,246.79** |
| 6900 · Interest Expense | |
| 6901 · Finance Charge | 729.46 |
| 6902 · WF Line of Credit | 8,084.90 |
| 6900 · Interest Expense - Other | 24,098.36 |
| **Total 6900 · Interest Expense** | **32,912.72** |
| 6925 · Lease Expense | 411,939.96 |
| 6950 · Licenses and Permits | 13,016.74 |
| 7000 · Meals and Entertainment | 5,542.55 |
| 7010 · Miscellaneous Expense | 4,589.49 |
| 7040 · Printing and Reproduction | 9,546.00 |

11:10 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2007

|  | Jan - Dec 07 |
|---|---|
| **7100 · Professional Fees** | |
| 7101 · Legal Fees | 3,255.00 |
| 7102 · Accounting | 3,925.00 |
| 7100 · Professional Fees - Other | 19.00 |
| **Total 7100 · Professional Fees** | **7,199.00** |
| **7200 · Repair and Maintenance** | |
| 7201 · Building | 14,035.73 |
| 7202 · Computer | 2,223.34 |
| 7203 · Elevator | 2,357.92 |
| 7204 · Equipment | 39,141.55 |
| 7205 · Fire Extinguishers | 1,589.83 |
| 7206 · Grounds and Maintenance | 18,234.00 |
| 7200 · Repair and Maintenance - Other | 3,852.02 |
| **Total 7200 · Repair and Maintenance** | **81,434.39** |
| 7250 · Storage | 3,897.00 |
| **7300 · Supplies** | |
| 7301 · Hotel | 34,356.31 |
| 7302 · Housekeeping | 44,087.52 |
| 7303 · Lounge | 1,797.39 |
| 7304 · Restaurant | 36,338.55 |
| 7305 · Banquet | 42,611.82 |
| 7306 · Maintenance | 20,749.53 |
| 7307 · Office | 9,622.12 |
| **Total 7300 · Supplies** | **189,563.24** |
| 7350 · Swimming Pool Expense | 6,561.39 |
| **7400 · Systems** | |
| 7401 · Auto Clerk | 5,433.86 |
| 7404 · Time | 189.60 |
| 7400 · Systems - Other | 4,702.39 |
| **Total 7400 · Systems** | **10,325.85** |
| **7500 · Taxes** | |
| 7501 · Local | 2,761.70 |
| 7502 · Property | 50,129.69 |
| 7500 · Taxes - Other | 46,198.12 |
| **Total 7500 · Taxes** | **99,089.51** |
| 7550 · Telephone | 20,383.48 |
| 7560 · Travel | 16,916.10 |

Page 4

Page 5

11:10 AM

09/11/08

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through December 2007

| | Jan - Dec 07 |
|---|---|
| **7600 · Utilities** | |
| 7601 · Electric | 136,410.22 |
| 7602 · Gas | 28,088.65 |
| 7603 · Trash | 14,578.00 |
| 7604 · Water | 16,232.16 |
| **Total 7600 · Utilities** | 195,309.03 |
| 7650 · Travel Agent Commissions | 1,915.05 |
| **Total Expense** | 2,871,292.97 |
| **Net Ordinary Income** | 104,526.94 |
| **Other Income/Expense** | |
| **Other Income** | |
| 8600 · Interest Income | 35.05 |
| 8700 · Other Income | 4,514.09 |
| **Total Other Income** | 4,549.14 |
| **Other Expense** | |
| 8800 · Other Expenses | 89,162.06 |
| 9000 · Suspense | 11,936.03 |
| **Total Other Expense** | 101,098.09 |
| **Net Other Income** | -96,548.95 |
| **Net Income** | 7,977.99 |

11:11 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through June 2008

|  | Jan - Jun 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Gross Sales** | |
| 4025 · Sales - Hotel | |
| 4026 · Room Sales | 961,520.72 |
| 4027 · Non Taxable Room Sales | -162.49 |
| 4028 · DSL | 131.00 |
| 4029 · Long Distance | 550.61 |
| 4030 · Lodgenet Movies | 5,598.15 |
| 4031 · Fax/Copy | 43.00 |
| 4033 · Room Service | 7,782.64 |
| 4034 · Vending Commissions | 312.80 |
| 4035 · Pet Charge | 1,505.00 |
| 4036 · Towels | 20.00 |
| 4037 · Guest Laundry | -47.55 |
| 4038 · Front Desk | 442.62 |
| 4039 · Stamps | 27.94 |
| 4042 · Miscellaneous | 4,944.76 |
| 4025 · Sales - Hotel - Other | -74.80 |
| **Total 4025 · Sales - Hotel** | 982,594.40 |
| 4100 · Sales - Banquet | |
| 4105 · Banquet Room | 87,404.82 |
| 4106 · Cancel Fee | 1,812.87 |
| 4107 · Bar setup fee | 2,115.50 |
| 4110 · Food | 151,764.43 |
| 4115 · Liquor | 17,825.25 |
| 4120 · Equipment | 6,362.62 |
| 4125 · Service | 45,107.67 |
| **Total 4100 · Sales - Banquet** | 312,393.16 |
| **Total 4000 · Gross Sales** | 1,294,987.56 |
| 4200 · Sales - Restaurant & Bar | |
| 4210 · Food | 114,556.91 |
| 4220 · Liquor | 62,632.93 |
| 4230 · Beer | 28,717.50 |
| 4240 · Delivery Charge | 97.50 |
| 4250 · Beverage | 1,233.09 |
| 4320 · Employee Sales Discount | -24.00 |
| **Total 4200 · Sales - Restaurant & Bar** | 207,213.93 |
| 7700 · Costumer Refund | -3,563.20 |
| **Total Income** | 1,498,638.29 |

Page 1

11:11 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through June 2008

|  | Jan - Jun 08 |
|---|---|
| **Cost of Goods Sold** | |
| 4500 · Cost of Goods Sold | |
| 4505 · Banquet | |
| 4510 · Food | 108,027.63 |
| 4515 · Liquor | 11,873.00 |
| **Total 4505 · Banquet** | 119,900.63 |
| 4550 · Restaurant & Bar | |
| 4555 · Food | 45,036.00 |
| 4560 · Liquor | 20,337.00 |
| **Total 4550 · Restaurant & Bar** | 65,373.00 |
| **Total 4500 · Cost of Goods Sold** | 185,273.63 |
| **Total COGS** | 185,273.63 |
| **Gross Profit** | 1,313,364.66 |
| **Expense** | |
| 5000 · Cash Over/Short | 103.07 |
| 5050 · Bad Debt Expense | 5,272.38 |
| 6150 · Employee Benefits | 27,271.92 |
| 6200 · Contract & Casual Labor | 3,172.57 |
| 6201 · Contract Labor - KR | 17,747.98 |
| 6250 · Postage and Delivery | 530.93 |
| 6300 · Sales & Marketing | |
| 6310 · Advertising | |
| 6311 · Website | 14,692.84 |
| 6312 · Hotel | 552.00 |
| 6313 · Magazine | 1,877.20 |
| 6314 · Newspaper | 9,684.85 |
| 6316 · Yellow Pages | 598.50 |
| 6310 · Advertising - Other | 15,148.32 |
| **Total 6310 · Advertising** | 42,553.71 |
| 6320 · Promotions | 0.00 |
| 6300 · Sales & Marketing - Other | 7,593.61 |
| **Total 6300 · Sales & Marketing** | 50,147.32 |
| 6500 · Automobile Expense | 2,620.74 |
| 6550 · Bank Service Charges | 758.82 |
| 6551 · Amex Discount Fees | 9,844.99 |
| 6552 · Visa/MC Discount Fees | 15,289.43 |
| 6553 · Discover Discount Fees | 357.55 |
| 6570 · Contributions | 400.00 |
| 6580 · Dues and Subscriptions | 6,186.15 |

11:11 AM
09/11/08
Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through June 2008

|  | Jan - Jun 08 |
|---|---|
| **6600 · Entertainment** |  |
| 6602 · DJ | 5,735.00 |
| 6600 · Entertainment - Other | 100.00 |
| **Total 6600 · Entertainment** | 5,835.00 |
| 6650 · Equipment Rental | 12,257.53 |
| **6700 · Franchise Fees - Best Western** |  |
| 6701 · Franchise Fees | 49,042.54 |
| 6710 · Quality Initiative Assmt | 374.76 |
| **Total 6700 · Franchise Fees - Best Western** | 49,417.30 |
| **6800 · Guest Services** |  |
| 6802 · Direct TV | 295.89 |
| 6803 · DSL | 479.70 |
| 6804 · Laundry | 9.80 |
| 6805 · Lodgenet | 15,704.25 |
| 6806 · News Paper | 1,139.08 |
| 6800 · Guest Services - Other | 769.79 |
| **Total 6800 · Guest Services** | 18,398.51 |
| **6850 · Insurance** |  |
| 6851 · Liability Insurance | 28,286.86 |
| 6853 · Work Comp | 11,441.00 |
| **Total 6850 · Insurance** | 39,727.86 |
| **6900 · Interest Expense** |  |
| 6901 · Finance Charge | 32.30 |
| 6902 · WF Line of Credit | 574.00 |
| **Total 6900 · Interest Expense** | 606.30 |
| 6925 · Lease Expense | 127,541.32 |
| 6950 · Licenses and Permits | 2,407.00 |
| 6999 · Uncategorized Expenses | 0.00 |
| 7000 · Meals and Entertainment | 1,607.18 |
| 7010 · Miscellaneous Expense | 1,104.95 |
| 7040 · Printing and Reproduction | 849.77 |
| **7100 · Professional Fees** |  |
| 7101 · Legal Fees | 2,842.50 |
| 7102 · Accounting | 2,275.00 |
| 7100 · Professional Fees - Other | 0.00 |
| **Total 7100 · Professional Fees** | 5,117.50 |

11:11 AM

09/11/08

Accrual Basis

# Best Western AV Inn
## Profit & Loss
### January through June 2008

Page 4

| | Jan - Jun 08 |
|---|---|
| **7200 · Repair and Maintenance** | |
| 7201 · Building | 7,020.00 |
| 7202 · Computer | 3,603.62 |
| 7203 · Elevator | 1,087.20 |
| 7204 · Equipment | 24,592.92 |
| 7205 · Fire Extinguishers | 5,170.94 |
| 7206 · Grounds and Maintenance | 5,625.00 |
| 7200 · Repair and Maintenance - Other | 1,442.00 |
| **Total 7200 · Repair and Maintenance** | **48,541.68** |
| 7250 · Storage | 1,897.93 |
| **7300 · Supplies** | |
| 7301 · Hotel | 8,411.54 |
| 7302 · Housekeeping | 21,967.96 |
| 7303 · Lounge | 936.34 |
| 7304 · Restaurant | 16,354.96 |
| 7305 · Banquet | 7,342.67 |
| 7306 · Maintenance | 9,549.75 |
| 7307 · Office | 3,506.36 |
| 7300 · Supplies - Other | 331.00 |
| **Total 7300 · Supplies** | **68,400.58** |
| 7350 · Swimming Pool Expense | 2,779.50 |
| **7400 · Systems** | |
| 7401 · Auto Clerk | 1,930.96 |
| 7400 · Systems - Other | 2,454.00 |
| **Total 7400 · Systems** | **4,384.96** |
| **7500 · Taxes** | |
| 7501 · Local | 23,842.00 |
| 7502 · Property | 42,378.81 |
| 7500 · Taxes - Other | 800.00 |
| **Total 7500 · Taxes** | **67,020.81** |
| 7550 · Telephone | 15,038.22 |
| 7560 · Travel | 550.00 |
| **7600 · Utilities** | |
| 7601 · Electric | 53,962.48 |
| 7602 · Gas | 16,986.17 |
| 7603 · Trash | 6,676.38 |
| 7604 · Water | 6,615.83 |
| **Total 7600 · Utilities** | **84,240.86** |
| 7650 · Travel Agent Commissions | 1,243.82 |
| **Total Expense** | **698,672.43** |
| **Net Ordinary Income** | **614,692.23** |

11:11 AM
09/1/08
Accrual Basis

**Best Western AV Inn**
**Profit & Loss**
January through June 2008

|  | Jan - Jun 08 |
|---|---|
| **Other Income/Expense** | |
| **Other Expense** | |
| 8800 · Other Expenses | 14.95 |
| 9000 · Suspense | 18,379.12 |
| **Total Other Expense** | 18,394.07 |
| **Net Other Income** | -18,394.07 |
| **Net Income** | 596,298.16 |

## Improvement & Changes of 2008

Since the beginning of the year 2008, the convention center has been contracted to a bingo organization for two days per week or minimum of 8 days per month for $6000.00, which has been a good source of income for the hotel.

We have seven days of entertainment in our Lounge from 9pm to at least mid night. We offer two nights of Salsa dancing and four nights of Karaoke and Monday night football. We have been successful in drawing in the business professionals from our nearing community of the A.V hospital, local doctor offices, local chambers, banking institutions, and government agency employees. The patrons that attend these entertainment nights also join us for breakfast and dinner buffets and even our Sunday brunch in our Restaurant, for their business or office meetings, or often bring their families and friends.

We also have changed our outdoor signs and our logo. We have invested in a beautiful ten page website, which has just come on live in September 2008. We have placed annual bids with all corporate companies, military contractors and travel agencies all across the nation.

We have also signed with Travel Click reservation system which allows guests to make their reservations with our hotel online through any of the 3rd party websites.

We are also contracted with the Willow Spring raceway in Rosamond which is located less than 20 minutes away, as their host hotel for the 3rd year in a row. We get reservations from all film production companies that use that facility to shoot movie scenes. Also we accommodate all their guests coming in to town to watch or participate in races scheduled on every weekend of the year. We have groups for various sports car companies, and motorcycle racing groups that visit the facility to race during the weekends and weekdays who also use our convention center to conduct their safety meetings and classes prior to the races.

Honestly, ever since we have been operating under the independent name of The Antelope Valley Inn, we have actually had better sales in some months than when we were with Best Western brand.

*copy*

HEARING

**BOARD DATE:  April 2, 2008**

# S U M M A R Y

Reason for Summary:

The member does not comply with Article II, Section 8 (A-2 and A-3) of the Best Western Bylaws, and Chapter XI, paragraph 1100.7 and Chapter XII, paragraph 1200.2 of the Best Western Rules and Regulations which state that the principal must conform to meet the standards as set forth in the Articles of Incorporation, Bylaws, current printed Rules and Regulations or Board policies and operate, manage or maintain the property in such a way as to affect credit to Best Western and its members.

**Property Number**:  05050
**Property Name**:  BW Antelope Valley Inn
**City/State**:  Lancaster, CA

**Voting Member**:  Mr. Hooshang Harooni
**Other Properties**:  No

**ASSESSMENT HISTORY:   *Automatic transfer date:  March 1, 2005**

| | ASMT 1 | ASMT 2 | ASMT 3 | ASMT 4 | ASMT 5 | ASMT 6 | ASMT 7 | ASMT 8 |
|---|---|---|---|---|---|---|---|---|
| Asmt Type | PRB | MBR | MBR | MBR | MBR | RMV PRB | PRB | MBR |
| 7 or 24hr Notice | 24 | 24 | 7 | 24 | 7 | 24 | 7 | 24 |
| Marginal Pts | 0 | | 9 | 12 | | | | |
| Date | 1/31/2008 | 10/25/2007 | 5/17/2007 | 11/10/2006 | 6/1/2006 | 10/12/2005 | 5/26/2005 | 8/25/2004 |
| GRPA Score | 681 | 750 | 841 | 892 | 855 | 806 | 722 | 802 |
| Public Areas | 170 | 85 | 40 | 30 | 40 | 50 | 70 | 73 |
| Guest Rooms | 36 | 117 | 65 | 66 | 75 | 84 | 133 | 101 |
| Bath / Vanity | 113 | 48 | 54 | 12 | 30 | 60 | 75 | 24 |
| Clean | 49 | 36 | 32 | 0 | 24 | 30 | 13 | 14 |
| Clean Major | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Clean Moderate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Clean Minor | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 12 |
| Maintenance | 178 | 147 | 94 | 93 | 95 | 118 | 210 | 162 |
| Capital | 79 | 67 | 27 | 15 | 26 | 40 | 55 | 10 |
| Update | 13 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| Missing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brand Standards | 1000 | 820 | 940 | 1000 | 940 | 940 | 940 | 1000 |
| Restaurant | 950 | 970 | 1000 | 1000 | 1000 | 950 | 1000 | 900 |
| Lounge | 975 | 1000 | 975 | 1000 | 1000 | ---- | 1000 | 950 |
| Pool | 920 | 1000 | 1000 | 1000 | 1000 | ---- | 975 | 950 |
| Avg Sup Fac Score | 965 | 979 | 975 | 991 | 984 | 962 | 972 | 946 |
| Brand ID 1 | 1000 | 750 | 1000 | 1000 | 750 | 1000 | 1000 | 1000 |
| Brand ID 2 | 850 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Reg Ser Manager | Cindy Bree, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA | Mitch Van Wormer, CHA |

*Exhibit "C"*

## DECLARATION OF LENAA ESELTINE

I, Lenaa Eseltine, under penalty of perjury of the laws of the United States, hereby declare the following:

1.      I have been employed at the Best Western Antelope Valley Inn since 1980. I have been the Housekeeping Manager for the last ten years, four of which have been under Mr. Harooni's ownership.

2.      I have been involved in almost all inspections of the hotel during the last ten years most of which were conducted by Mitch, Best Western's inspector.

3.      During the last ten years and prior to Mr. Harooni purchasing the hotel I have personally witnessed on various occasions, a multitude of problems and mistakes being overlooked by Mitch, the Best Western inspector. For example, dirty rooms and linen, cracked furniture, spots on the carpet were overlooked during the inspections and no points were taken off.

4.      During the inspections, Mitch would overlook the various problems at the hotel and give it a passing score despite the visible infractions. He would tell me everything was fine as he was inspecting the hotel although we could both see the problem areas.

5.      On some occasions during the inspections, Mitch would tell me that some things needed to be fixed (i.e. shower curtains, wallpaper, linen) but he would not take off any points on the inspection report. The problems were never fixed and the hotel's membership was never revoked.

6.      During Mr. Harooni's ownership of the hotel, I have personally witnessed the renovation of the hotel and its condition is by far superior to that prior to his purchase. The maintenance of the hotel has also improved drastically.

Executed this 27 day of April, 2009 at Lancaster, California.


_Lina Eseltine_
Lenaa Eseltine

Exhibit "D"



**Best Western**
**Antelope Valley Inn**
**& Conference Center**

44055 North Sierra Highway
Lancaster, CA  93534
**(661) 948-4651**
Fax (661) 968-4532

For Reservations Call:
1-800-810-9430

March 21, 2008

The Board of Directors
c/o Cheryl Pollack, CHA
Best Western International, Inc.
6201 N. 24th Parkway
Phoenix, Arizona 85016-2023

Re:     Best Western Antelope Valley Inn
        Member No.: 05050

Dear Chairman and Members of the Board:

In response to the Best Western North American Quality Assurance Report for the
assessment date of 01/31/2008, I respectfully submit the following for your review and
consideration.

I acquired the Best Western Antelope Valley Inn March, 2005, at which time the property
was in extremely poor condition.  In fact, I acquired the hotel when the previous owner
was forced to sell the property due to his inability to improve the hotel's condition and
his non-compliance with Best Western requirements.

I have spent over two million dollars in extensive renovations to upgrade and improve the
hotel and have been extremely diligent in my efforts to meet with your requirements and
to elevate the hotel to not only the standards of Best Western, but to my own high
personal standards as well.  The capital improvements I have made include, but are not
limited to, the replacement of roofing in all buildings with the exception of the 2-story
building (still in good condition), the replacement of the air conditioning and carpeting in
all buildings, and the purchasing of new furniture throughout.  Quite simply, there are
hardly any items in the hotel that are not new.

Should you review Antelope Valley Inn's history over the past three (3) years, I believe
you will agree that I have done wonders in a short amount of time.  Although our GRPA
scores for the past two assessments were below 800 points, our previous scores had been
above 800 points (892 and 841).  Our regular maintenance and housekeeping policies and
procedures routinely address the general nature of the point loss items in each area.
Although some discrepancies were found during the assessment, it is our standard
practice to repair all damaged items as soon as possible and to maintain and service all
areas on a routine basis.  In addition to the daily servicing of guest rooms, the
housekeeping supervisor conducts thorough, daily room inspections with surprise
inspections periodically performed by management and executive staff.  There is also a
monthly touch-up/deep cleaning schedule and a quarterly bed and turn down system that
is followed.  Maintenance also follows a continuous furniture repair/touch-up schedule.

THE WORLD'S LARGEST HOTEL CHAIN®
Each Best Western hotel is independently owned and operated.

Exhibit " E "

The Board of Directors                                                    Page 2
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008

All point loss items consisted of minor items that are produced with normal wear and tear and were easily corrected.  They have been addressed and are no longer issues.  The point loss increase occurred during a period when we experienced a few minor setbacks.  Our chief maintenance engineer required leave to tend to personal obligations following a family loss and our lead preventive maintenance man terminated his employment.  We also experienced a very busy season during the past six months.  The increase in occupancy caused an increase in the otherwise normal wear and tear of the property and maintenance tasks.  Among our clientele were a number of children's baseball and soccer teams.  Children are excitable when together as a group and away from home.  They roughhouse and play, and you can easily conclude the type of damages and wear that occur as a result.

Because this is a large property, falling behind on just one day's work can easily require three days worth of work just to catch up.  As these problems rely solely on manpower to correct, we were unable to quickly address all the minor problems as we normally would have, given our staffing situation and increase in occupancy.  To alleviate the backlog, we contracted temporary help to assist our in-house staff with completing the workload and are now back on track.   To prevent similar problems from happening in the future, we have increased our number of full-time maintenance personnel to provide for adequate staffing and to effectively handle the extra workload in the event of an absence.

Given the constant flow of guests at any given time, it is impossible for a hotel to maintain a flawless condition 100% of the time.  A room, item, or area can be repaired one minute and damaged the next.  Major damages do take priority and are repaired as soon as possible.  However, minor damages, such as scratches on furniture, worn and scratched thresholds, doorframes, etc. and items that do not pose a hazard, are addressed through the regular and/or preventive maintenance schedule.

Since becoming a voting member, I have worked with Terry Wininger and Nanci Baldwin of the Best Western Design Department in addressing improvements for the hotel's overall design.  They are both aware of the condition the hotel was in when I acquired it and my efforts and accomplishments to improve it thus far.  Additionally, I contracted an independent design consultant to assist me with the design issues who also kept in contact with Ms. Baldwin.  I met with Ms. Baldwin again on March 5, 2008 to discuss further design plans and received the Preliminary Action Plan March 11, 2008.  I have already begun to review possible solutions for the matters outlined in the report and will submit my chosen plans as quickly as possible to Best Western Design for approval.

The Board of Directors                                                  Page 4
Best Western International, Inc.
Re: Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

Case Goods
All damaged furniture is in the process of being sanded and stained.  All furniture is
routinely inspected, cleaned and repaired in accordance with our preventive and regular
maintenance schedules.

Equipment (HVAC, TV)
The A/C grill vent in room 388 has been cleaned (no photo due to occupancy).    The A/C
in room 180 has been painted.  All A/C units are routinely inspected, cleaned and
repaired in accordance with our preventive and regular maintenance schedules.





**GUEST BATHROOMS:**

Accessories, Anchor Bolt Covers, Supplies, Miscellaneous
The hairdryer vent in room 388 has been cleaned (no photo due to occupancy).  All
hairdryers are routinely inspected, cleaned and repaired in accordance with our
preventive and regular maintenance schedules.

The Board of Directors                                                    Page 5
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

Chrome (All Bath Vanity Chrome Items)
Immediately following an extension by the Board, all chrome fixtures throughout the
property will be replaced.

Equipment (HVAC, Vents, Fans, TV)
The exhaust fans in rooms 105 and 134 have been thoroughly cleaned of dust.  All
exhaust fans are routinely inspected, cleaned and repaired in accordance with our
preventive and regular maintenance schedules.





The Board of Directors                                             Page 6
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008





<u>Mirror</u>
The de-silvered mirror in room 105 and all other damaged mirrors have been replaced.



The Board of Directors                                              Page 7
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008





<u>Toilet Seat, Bowl, Tank</u>
The hard water build-up in the toilet bowl of room 258 has been removed.  All toilets are
routinely inspected, cleaned and repaired in accordance with our preventive and regular
maintenance schedules.



The Board of Directors                                                    Page 8
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008



<u>Tubs, Showers, Surround, Grout</u>
The tub discoloration in room 157 has been repaired.  The tub in room 163 is scheduled
for resurfacing.  The plastic holder part glued to the tile in room 258 has been removed.
The non-skid in room 388 has been replaced (no photo due to occupancy).  All tubs,
showers, and surrounding grout are routinely inspected, cleaned and repaired in
accordance with our preventive and regular maintenance schedules.



The Board of Directors                                          Page 9
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008







The Board of Directors                                                    Page 10
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

<u>Vanity, Counter, Wash Basin</u>
All damaged vanity tops are in the process of being replaced.

**PUBLIC AREAS:**

<u>Buildings (Roofs)</u>
We are currently working with the Best Western Design Department to resolve all design
issues.  All building issues, including the peeling paint on the roof vents and roof edge
damage on the 2-story building are included and will be addressed in the new design
plans.

<u>Buildings (Walls)</u>
We are currently working with the Best Western Design Department to resolve all design
issues.  All building issues, including the faded paint on the wood and some beams from
the overhang on the 3-story building are included and will be addressed in the new design
plans.  The wood railings are currently being primed and painted.



<u>Buildings (Windows)</u>
All aluminum windows are in good working condition.  We are in the process of cleaning
and polishing the frames and correcting the putty to put them in the best condition
possible.

<u>Corridors (Accessories, Ceilings, Floors, Lighting, Walls)</u>
This is an on-going, regular maintenance issue.  All corner areas are routinely inspected
and cleaned of dust build-up in accordance with our preventive and regular maintenance
schedules.

The Board of Directors                                   Page 11
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008


Doors, Frames, and Hardware
This is an on-going, regular maintenance issue.  All public area doors, trim and
thresholds are routinely inspected, cleaned and repaired/replaced in accordance with our
preventive and regular maintenance schedules.





The Board of Directors                                                    Page 12
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008



Elevators/Lifts Interior or Exterior
The holes and scratches in the elevator panels will be covered by a professional graphic.
The elevator floor tile will be covered with carpeting approved by BW Design.

Ice/Vending Machines
All ice machines have been cleaned and serviced accordingly.  New ice machines are
ready to be purchased upon the granting of an extension.

Landscaping, Fencing
Due to inclement winter weather (freezing temperatures), some of the foliage has
perished.  Unfortunately, this is an ongoing, annual problem, as grass areas seasonally go
dormant.  With the return of more favorable weather, the dead plants will be immediately
replaced with healthy new ones.  We are in the process of researching different varieties
of plants that can withstand the harsh elements during the winter and summer months and
will purchase the most appropriate.  New ground cover has been ordered.  The bare areas
of the lawn will be treated during early spring and should develop quickly.  The empty
planters have been cleaned out for better appearance and replaced with annual color.
Although these items were noted during the assessment, the overall landscaping was not
considered a major issue with the Design Department.

The rusted satellite dish on the lawn has been removed.

The Board of Directors                                              Page 13
Best Western International, Inc.
Re: Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

<u>Lobby (Accessories, Front Desk, Fixtures, Furnishings, lighting, Ceilings, Doors,
Flooring, Walls, Window Coverings, Vents)</u>
The torn sofa has been repaired.  All furniture is routinely inspected, cleaned and repaired
in accordance with our preventive and regular maintenance schedules.

<u>Parking Lot, Trash Areas, Delivery, Other Equip/Service Areas, Parking Lot Lighting</u>
We are currently receiving bids for the repair of the parking lot asphalt.  Immediately
following an extension by the Board, the repair will be scheduled.  Barring any
unforeseen circumstances, I anticipate the repairs to be completed in July 2008.  Due to
inclement winter weather, asphalt contractors advised that no repairs should commence
until the weather becomes more favorable.

The storage containers are used to house the hotel's extra furniture, furnishings, bedding,
etc.  Two (2) of the five (5) storage containers have been emptied and are scheduled to be
removed from the property.  Meanwhile, the remaining containers have been placed in a
neat and orderly fashion with a good curb appeal.  All five (5) containers were in place
for some time prior to the 01/31/08 assessment.  However, they were not cited during
previous assessments.  Further, the Lancaster/Antelope Valley area is booming with
construction.  It is also the site of several motion picture and television productions.  In
light of that fact, a number of clientele are construction and media production crews and
truck drivers who use the back area to park their large tractor-trailers and equipment
trucks.  The storage containers "blend in" with these vehicles and do not out of place.
Further, the containers have never been an issue with or prompted a complaint by any
guests.

<u>Walkways, Stairways, Patios Including Lighting, Accessories</u>
We are currently working with the Best Western Design Department to resolve all design
issues.  All building issues, including the wood railing in the 3-story building, as well as
the walkways, are included and will be addressed in the new design plans.

The rugs in front of guest room doors are an on-going, regular maintenance issue.  All
rugs are routinely inspected, cleaned and repaired or replaced in accordance with our
preventive and regular maintenance schedules.

The Board of Directors                                             Page 14
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

## RESTAURANT/BREAKFAST ROOM:

Doors, Frames, Hardware
This is an on-going, regular maintenance issue.  All restaurant/breakfast room doors, trim
and thresholds are routinely inspected, cleaned and repaired/replaced in accordance with
our preventive and regular maintenance schedules (see previous photos).

Seating
All damaged furniture is in the process of being sanded and stained.  This is an on-going,
regular maintenance issue.  All furniture is routinely inspected, cleaned and repaired in
accordance with our preventive and regular maintenance schedules.

## BAR/LOUNGE:

Seating
All damaged furniture is in the process of being sanded and stained.  This is an on-going,
regular maintenance issue.  All furniture is routinely inspected, cleaned and repaired in
accordance with our preventive and regular maintenance schedules.

## SWIMMING POOL/LEISURE/SPA:

Accessories
The phone cord has been connected and repaired so that it is not strung across wall.



The Board of Directors                                    Page 15
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date:  April 2, 2008



<u>Seating</u>
New chairs have been selected and will be purchased immediately.

<u>Swimming Pool, Spa, Whirlpool (Tile, Sides, Bottom, Water)</u>
The spa will be cleaned to remove the hard water deposit and discoloration on March 24, 2008.

**MEETING ROOM - APOLLO:**

<u>Accessories</u>
Ash tray/garbage cans outside meeting entrance have been replaced.



The Board of Directors                                    Page 16
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

Ceilings, Vents, Walls, Partitions, Fences
The nails in the wall have been removed and the holes have been patched and painted.

Doors, Frames, Hardware
This is an on-going, regular maintenance issue.  All doors, trim and thresholds are
routinely inspected, cleaned and repaired/replaced in accordance with our preventive and
regular maintenance schedules (see previous photos).

**MEETING ROOM - BALLROOM:**

No point loss.

**PUBLIC RESTROOM:**

Ceilings, Vents, Walls, Partitions, Fences
The peeling wallpaper in the ladies' room and the discolored ceiling are in the process of
being repaired.

**HOTEL AND SUPPLEMENTAL FACILITIES STAFF**

No point loss.

**RECENT IMPROVEMENTS:**

New GDS System has been ordered.

Maintenance:
- A maintenance manager and two (2) additional crewmembers have been hired, for
  a total of four (4) maintenance personnel.  We also contract outside companies for
  assistance when needed.  With the increase in manpower, tasks and projects are
  handled in a more timely and efficient manner.
- Each morning, the maintenance manager conducts a thorough walk-through of the
  grounds to note specific areas requiring attention and then assigns the project(s) to
  his appropriate staff.
- An inspection schedule for the HVAC system, vents, drains, etc. has been put into
  place.

The Board of Directors                                                    Page 17
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

-   The handicap parking spaces have been painted.



Housekeeping:
-   As a preventive maintenance tool, we have put a schedule for detailed inspections
    of each guest room by the housekeeping supervisor into place.  Although
    housekeeping received very good comments during the assessment, management
    and executive staff performs periodic, surprise checks on randomly chosen guest
    rooms to ensure that they remain in their best condition.  Management and
    executive staff also conduct surprise inspections periodically.

**PLANNED IMPROVEMENTS:**

Immediately following an extension by the Board, the following items will be
implemented:
-   New chairs for the pool/spa area.  A selection has been made and will be
    purchased immediately.
-   Replacement of all chrome fixtures.
-   Possible marketing and advertising of the Convention Center separately from the
    hotel.
-   Upgrading the exterior design of the buildings.
-   Purchasing new ice machines.
-   Purchasing new beds, linens and bedding.
-   2-way interface system (new design standard).  Prices have been researched and
    an order is ready to be placed.

The Board of Directors                                                                 Page 18
Best Western International, Inc.
Re:  Best Western Antelope Valley Inn - Member No. 05050
Hearing Date: April 2, 2008

**WORK IN PROGRESS:**
- Replacement of damaged vanity tops.
- Sanding and staining of all furniture.
- The majority of the "Signature" printed material has been removed and replaced and efforts are continuing to ensure that the remaining material is also removed and/or replaced.
- Working with the Design Department on all design standard issues.
- Priming and painting of the exterior railings on the 3-story building.
- Curb painting.
- Repairing of the peeling wallpaper and the discolored ceiling in the ballroom public ladies' room.
- Repairing/replacing damaged and scratched doors, trim, and thresholds.

I believe that I have shown good faith in all that I have accomplished to improve the Best Western Antelope Valley Inn's overall condition and customer care.  I would like the opportunity to continue my efforts while maintaining my Best Western status.  As referenced under Planned Improvements, there are plans and projects for the hotel that I am ready to begin with and have allocated reserves for.  As previously mentioned, I have utilized a generous amount of reserves in completing capital improvements to this date and continue to have plenty of reserves to undertake future projects which are needed to correct the remaining design standards issues.

The problems outlined in the assessment report were and are easily corrected.  To reiterate, a busy hotel experiences perpetual wear and tear.  Although these problems are addressed and corrected on a daily basis, each day brings another list of problems that we must contend with.  In light of that fact, I don't believe my staff and I are negligent in the time and attention required for the upkeep of this hotel and in maintaining Best Western standards.  Inspections can be conducted on any of the finest hotels in the world and discrepancies will still be found.

This hotel is older and was not well maintained for many years prior to my acquiring it.  The fact that we had only a few minor issues pointed out during the assessment gives testament to the time and hard work I've invested to improve it, my pride in ownership, and the hard work and efficiency of my staff.

Respectfully submitted,


Hooshang Harooni, Owner
Best Western Antelope Valley Inn - Member No. 05050

## DECLARATION OF CHERYL DUGGAN

I, Cheryl Duggan, under penalty of perjury of the laws of the United States, hereby declare the following:

1.      I was employed by Mr. Harry Harooni as the General Manager of the Best Western Antelope Valley Inn for approximately two years (April 2006 – April 2008).

2.      During the first inspection by Best Western where I was present, I was informed by Mitch, the inspector, that he was sent to take away the hotel's membership. However, the hotel passed with one of the highest scores ever received due to the multi-million renovation that was taking place.

3.      As I recall, there were no items on the inspection list during that inspection and after the renovation was completed that would put the membership of the hotel at risk.

4.      Mr. Harooni and I attended a Best Western convention in San Francisco in 2006 where I encountered many top level executives of Best Western who were familiar with Mr. Harooni by sight. The conversation with all of them was one of promising support and individual attention to his hotel for sales and marketing support.

5.      At the San Francisco convention, I got the impression that Best Western's policy was to weed out older properties to showcase newer ones for the purpose of generating higher revenues, even to the older properties' detriment.

6.      Both myself and Lisa Wilkerson (Director of Sales) discovered that the property was closed out of the Best Western reservation system in approximately May 2006, therefore, not allowing any reservations to be made. No one at the corporate level discovered this malfunction even after Mr. Harooni implored Best Western's management help to determine the reason behind drastically low occupancy rates. Best Western was very slow to respond to this problem and fix it and reservations could not be booked for a long period of time.

7.      Both myself and Lisa Wilkerson (Director of Sales) went out on our own and solicited corporate accounts even though they were supposed to be contracted through Best Western. Best Western's Corporate Sales informed me that they only assisted the hotels that have high producing corporate accounts. The hotel was one of the leading corporate hotels in the Antelope Valley for many years. When Mr. Harooni purchased the hotel it was in a very bad condition and Best Western had discontinued any marketing for the property while still collecting the membership fees.

8.      Mr. Harooni did not receive adequate support from Best Western. Best Western's management made it very difficult to receive any help and was uncooperative in many instances.

Exhibit "F"

9.     When I left my employment at the hotel in approximately April 2008, the hotel had high scores and its occupancy was at its highest.

Executed this 30 day of April, 2009 at Los Angeles, California.

Cheryl Duggan

# DECLARATION OF LISA WILKERSON

I, Lisa Wilkerson, under penalty of perjury of the laws of the United States, hereby declare the following:

1.      I have been in the hotel business for the last 15 years. I have worked at Oxford Inn & Suites, Essex House Hotel, Carlson Hotels, Holiday Inn and Best Western Antelope Valley Inn. I have held positions of Director of Sales, Director of Catering, Sales Manager, Wedding Coordinator, Corporate and Government Sales Director.

2.      When I first started working for Best Western Antelope Valley Inn as Director of Sales, I found many discrepancies when I started looking into the reservation system. Mitch (the hotel inspector) offered to come to the hotel to sort out the issues with the reservation system. While going through the system it was discovered, that the hotel had been closed out for at least 3 months prior. The problems with the reservation system continued for the next two years.

3.      In July of 2006, during the RFP (request for proposal for corporate accounts) season, a time when the hotel was getting all of its new accounts, we were constantly having problems getting the proper information loaded into the Best Western system so the companies could book the hotel in year 2007. As a result of these problems, some companies were unable to make the reservations with our hotel.

4.      As the time got close to the end of the RFP season, Cheryl Duggan and I went on a ten day sales trip and visited fifteen different companies and came back with 14 new accounts. Best Western made no attempts to solicit new accounts on the hotel's behalf.

5.      Best Western did not solicit the Aerospace Industry in Lancaster for potential clients and seemed unaware of its existence. Once Best Western Antelope Valley Inn solicited that industry on its own, it attributed to approximately 80% of the hotel's business.

6.      I attended the Chicago NBTA Conference during which Best Western was supposed to meet with different company representatives who made the decision whether they would use Best Western as the hotel for their employees. I was told by Scott (last name unknown) from Best Western's corporate that I was not allowed to speak to the company representatives myself and that only sales people from Best Western could contact them. When I got back to Best Western Antelope Valley Inn, I submitted to Best Western all the companies I wanted to solicit. Best Western didn't know about these companies or their contact persons and I had to provide all of that information myself. Most of the companies would not talk to Best Western sales people. Subsequently, when no progress was made by Best Western in soliciting these clients, I called them myself and majority of the companies ended up choosing our hotel for their corporate travel.

Exhibit "G"

7.      It is my opinion, that Best Western provided very little or no support in soliciting new business for Best Western Antelope Valley Inn. In addition, the ongoing problems with the reservation system interfered greatly with the hotel's business.


Executed this 30 day of April, 2009 at Lancaster, California.

Lisa Wilkerson