Philip J. Nathanson (AZ Bar #013624)
**THE NATHANSON LAW FIRM**
8765 E. BELL ROAD, SUITE 101
SCOTTSDALE, AZ 85260
(480) 419-2578
(480) 419-4136-Fax

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AV INN ASSOCIATES 1, LLC, and HOOSHANG HAROONI, <br><br> Defendants. | No.  CV 08 - 2274 - PHX-DGC <br><br> **DEFENDANTS' NOTICE OF FILING APPEARANCE OF DEFENDANTS' ATTORNEY.** <br><br> (Assigned to Judge David G. Campbell) |

Please take notice that attorney PHILIP J. NATHANSON of THE NATHANSON LAW FIRM, filed the attached appearance as attorney for the defendants, AV INN ASSOCIATES 1, LLC and HOOSHANG HAROONI.

DATED this 25th day of June, 2009.

_____
Philip J. Nathanson

**CERTIFICATE OF SERVICE**

I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Notice of Appearance to be served upon the above named parties, electronically, by filing the same with the District of Arizona's CM-ECF online system on June 25, 2009.

/s/   Philip J. Nathanson
Philip J. Nathanson

AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*