LAW OFFICES
SHERMAN & HOWARD L.L.C.
2800 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004-1043
TELEPHONE (602) 240-3000
FACSIMILE (602) 240-6600
(AZ BAR FIRM NO. 00441000)
Arthur W. Pederson (AZ Bar No. 002821)
(apederson@shermanhoward.com)
David W. Garbarino (AZ Bar No. 022452)
(dgarbarino@shermanhoward.com)
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AV INN ASSOCIATES 1, LLC., a California limited liability company; HOOSHANG HAROONI,<br><br>Defendants. | No. CIV08-02274-PHX-DGC<br><br>**MOTION TO CLARIFY WHETHER DEFENDANT AV INN ASSOCIATES 1, LLC TIMELY AND PROPERLY ASSERTED A COUNTERCLAIM** |

Plaintiff Best Western International, Inc., an Arizona non-profit corporation ("Best Western"), hereby requests clarification from the Court as to whether defendant AV Inn Associates 1, LLC, a California limited liability company ("AV Inn"), timely and properly asserted a counterclaim against Best Western. The following memorandum of points and authorities supports this motion.

### *MEMORANDUM OF POINTS AND AUTHORITIES*

This Court entered a Case Management Order on March 10, 2009, setting a sixty-day deadline for "joining parties, amending pleadings, and filing supplemental pleadings." (Dkt. # 18) That deadline passed on May 11, 2009.

On May 6, 2009, AV Inn and defendant Hooshang Harooni ("Harooni") (AV Inn and Harooni collectively, "Defendants") filed a Motion and Memorandum for Leave to File Counterclaim (Dkt. # 22), and lodged Defendants' Counterclaim (Dkt. # 23). Best Western answered the counterclaim on May 29, 2009. (Dkt. # 24)

PHOENIX \ 322679.1 \ 015091.009

1  On June 15, 2009, the Court entered an order denying Defendants' Motion and Memorandum for Leave to File Counterclaim with respect to AV Inn, but granted the same with respect to Harooni, reasoning that Harooni, an individual, was permitted to represent himself, but Harooni, who is not an attorney, could not represent AV Inn, an entity. (Dkt. # 25)

On June 25, 2009, Philip J. Nathanson ("Nathanson") appeared on behalf of Defendants. (Dkt. # 28) Best Western had filed a Motion for an Order Requiring Defendant AV Inn to Obtain Counsel, but the Court denied the motion on June 29, 2009 after Nathanson filed his Notice of Appearance, reasoning that the motion was moot. The Court did not mention, however, whether AV Inn had properly and/or timely asserted a counterclaim against Best Western. (Dkt. # 29)

The time to file a counterclaim expired long ago (*see* Dkt. # 18), no counterclaim was filed on behalf of AV Inn since the Court denied Defendants' Motion and Memorandum for Leave to File Counterclaim with respect to AV Inn, and the Court has not otherwise expressly ruled that AV Inn has a counterclaim pending against Best Western before the Court. Accordingly, as it stands, AV Inn does not have a counterclaim pending against Best Western.

## *CONCLUSION*

To resolve any potential ambiguity, Best Western requests this Court to determine that AV Inn did not properly and timely assert a counterclaim against Best Western.

**DATED** this 17th day of November 2009.

SHERMAN & HOWARD L.L.C.

By /s/ Arthur W. Pederson
Arthur W. Pederson
David W. Garbarino
2800 North Central Avenue, Suite 1100
Phoenix, AZ 85004-1043
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2009, the foregoing was electronically transmitted to the Clerk's Office of the U.S. District Court for the District of Arizona using the CM/ECF System for filing and service upon the following individual via email:

Philip J. Nathanson (AZ Bar #013624)
THE NATHANSON LAW FIRM
8765 E. BELL ROAD, SUITE 101
SCOTTSDALE, AZ 85260
philipj@nathansonlawfirm.com

/s/ Arthur W. Pederson