# EXHIBIT E

# Summary Report
## North American Quality Assurance Assessment



| Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|
| Property Number: | 05050 |
| Property Name: | B/W Antelope Valley Inn |
| City, State/Province: | Lancaster, CALIFORNIA |
| Room (Unit) Count: | 144 |
| Regional Service Manager: | Mitch Van Wormer, CHA |

| Brand Standards | Pt Loss | Score |
|---|---|---|
| | 420 | 580 |

| Guest Room - Public Areas Assessment | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|
| Guest Rooms | 36 | 54 | 27 | 0 | 0 | 117 | |
| Guest Bathrooms | 0 | 48 | 0 | 0 | 0 | 48 | |
| Public Areas | 0 | 45 | 40 | 0 | 0 | 85 | |
| Totals | 36 | 147 | 67 | 0 | 0 | 250 | 750 |
| GRPA Area With Marginal Point Loss Added | | | | | | | 750 |

| Supplemental Facilities | Facility Name | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|---|
| Restaurant/Breakfast Room | Restaurant | 0 | 0 | 0 | 30 | 0 | 30 | 970 |
| Bar/Lounge | Lounge | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| Swimming Pool/Leisure/Spa | Outdoor Swimming Area | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| Other | Shuffle Board Area | 0 | 50 | 0 | 0 | 0 | 50 | 950 |
| Guest Laundry | Guest Laundry | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| None | Not Applicable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Averages | | 0.00 | 15.00 | 0.00 | 6.00 | 0.00 | 21.00 | 979.00 |

| Staff Performance Assessment Summary | Attitude | Competence | Pt Loss | Score |
|---|---|---|---|---|
| Hotel | 0 | 0 | 0 | 1000 |
| Supplemental Facilities | N/A | N/A | N/A | N/A |

| Brand Identity Assessment Summary | Pt Loss | Score |
|---|---|---|
| Brand Identity Category One | 0 | 1000 |
| Brand Identity Category Two | 50 | 950 |

| Locking Devices | Comply |
|---|---|
| | Yes |

| Guest Satisfaction | Value |
|---|---|
| Guest Satisfaction Survey Score | 7.3 |
| Customer Care Ratio | .10 |



BW0172

EXHIBIT NO. 10
H. HAROONI
12-11-09
HALEY WESTRA, RPR

1

# North American Property Update
## Best Western North American Quality Assurance System

| | |
|---|---|
| **Prop.#:** | 05050 |
| **Property Name:** | B/W Antelope Valley Inn |

| | |
|---|---|
| **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Assessor:** | Mitch Van Wormer, CHA |

**Advance Notice to Property:**
24 Hour Notice

**Person Notified:**
Kevin

**Time Notified:**
9 am

**Names of Participants & Position Titles:**
Christina, Manager
Lena, Head Housekeeper

**Voting Member Present for Assessment:**
No

**Recent Improvements at Property:**

*New corridor carpeting in the two story building, new bedspreads.*

**Planned Improvements at Property:**

*Projects as necessary.*

**Work in Progress:**

*The work in progress rules were explained and today there is no work in progress.*

**Design Progress Update:**

*The Design Excellence Reaudit report was reviewed and notable changes were submitted. An official copy will be sent to property upon Design review.*

**Room Count:**
144

**Housekeeping status of all rooms assessed:**

*The following rooms were assessed as vacant and clean:181,180, 293, 393, 269, 267, 265, 142.The following rooms were assessed as stayovers:134, 142*

**Rooms that Bedding was Assessed:**

*Beds were viewed, turned down and assessed in the following guest rooms:181, 180, 293, 393, 269, 267, 265, 142.*

BW0173

1

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**General Comments:**

Consider correcting all issues identified during the assessment, not just items noted on today's report. Use today's assessment as a training tool and discuss the results at your next departmental meeting. Continue with planned improvements, and follow a appropriate capital budget action plan.
   *Meeting space was occupied with many groups.*

**Reassessed Rooms**
.

**Rapid Response Visit Status**
Not Required

**Is this a critical care program visit?**
No

**Was this a "2 person visit" today?**
No

**Additional Assessments or Surveys:**
.

**Marginal Point Total - GRPA Area Only**
0

**Guest Satisfaction Score**
7.3

**Customer Care Ratio**
.10

BW0174

2

# North American Guest Rooms QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss | | | |
|---|---|---|---|---|---|
| **Beds, Box Springs, and Mattress** Capital | *Beds sets are showing visible sagging in mattress and/or boxspring. - in 393.* | 1 | X | 15 = | 15 |
| **Bed Coverings, Linens, and Pillows** Clean | *Hair on bed sheets. - in 293 and 267.* | 2 | X | 18 = | 36 |
| **Doors, Frames and Hardware** Maintenance | *Door thresholds at the room entry in 181 and 180 are very worn.* | 2 | X | 9 = | 18 |
| **Equipment (HVAC, TV)** Maintenance | *The finish on the hvac units and hvac units have a worn finish in 180 and 393. Television armoire has finish damage new the television in 393, 132 and 142.* | 2 | X | 9 = | 18 |
| **Kitchen Area (Equipment) – All** Maintenance | *Hotplate finish on the coffee maker is worn in 180.* | 1 | X | 9 = | 9 |
| **Seating** Capital | *Worn chair on the patio in room 265.* | 1 | X | 12 = | 12 |
| **Windows, Coverings, Frames, Hardware** Maintenance | *Paint finish damaged on window sill in 265.* | 1 | X | 9 = | 9 |

| **Total Guest Bedroom Point Loss** | | **117** |
|---|---|---|

BW0175

1

# North American Guest Bathroom QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* | | | | |
|---|---|---|---|---|---|---|
| **Tubs, Showers, Surround, Grout** | | | | | | |
| Maintenance | *Non-slip portion mat in the tub is very discolored in 269, rust stain on tub bottom in 267 and glue like residue on tub bottom in 265.* | 3 | X | 12 | = | 36 |
| | | | | | | |
| **Vanity, Counter, Wash Basin** | | | | | | |
| Maintenance | *Vanity top outside the bathroom has a worn finish in 134.* | 1 | X | 12 | = | 12 |

| | |
|---|---|
| **Total Guest Bathroom Point Loss** | **48** |

BW0176

1

# North American Public Areas QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Buildings – Roofs** | | |
| Maintenance | *Rain gutters around the entire two story building have peeling paint. The roof is damaged in this building.* | 20 |
| **Elevators/Lifts Interior or Exterior** | | |
| Maintenance | *Elevator had scuffed walls and broken on the floor.* | 5 |
| **Carts (Baggage, Housekeeping, Repair)** | | |
| Maintenance | *At least two housekeeping cart have worn and scratched painted finish.* | 10 |
| **Parking Lot, Trash Areas, Delivery, Other Equip/Service Areas, Parking Lot Lighting** | | |
| Capital | *The parking lot surface is very cracked and damaged, primarily on the sides and rear of the buildings. Painted striping is faded. Trash area door at the rear of the property is broken.* | 40 |
| **Walkways, Stairways, Patios Including Lighting, Accessories** | | |
| Maintenance | *Mats placed in front of guest rooms in the one floor buildings are worn.* | 10 |
| **Total Public Areas Point Loss** | | 85 |

BW0177

1

# N.A. Supplemental Facilities Restaurant/Breakfast Room QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|------------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

**Name of Facility:**          **Restaurant**

*DESCRIPTION*                                                  *Point Loss*

**Seating**
Update                                                              30
   *Two chairs outside the Restaurant have torn packing plastic covering the cushions.*

**Total Restaurant/Breakfast Room Point Loss**                      30

BW0178

1

# North American Supplemental Facilities Bar/Lounge QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|----------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

Name of Facility:                    Lounge

*DESCRIPTION*                                                          *Point Loss*

Total Bar/Lounge Point Loss                                                    0

BW0179

2

# North American Supplemental Facilities Pool/Leisure/Spa QA Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

Name of Facility:                Outdoor Swimning Area

*DESCRIPTION*                                                                                  *Point Loss*

Total Pool/Leisure/Spa Facility Point Loss                                                          0

BW0180

3

# North American Supplemental Facilties - Other
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**　　　　　　**Shuffle Board Area**

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Flooring, Decking** | |
| Maintenance | 50 |
| *Painted lines area very worn.* | |
| | |
| **Total Other Point Loss** | 50 |

BW0181

4

# North American Supplemental Facilties - Guest Laundry
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**　　　　　　**Guest Laundry**

*DESCRIPTION*　　　　　　　　　　　　　　　　　　　　　　　*Point Loss*

**Doors, Frames, Hardware**
Maintenance　　　　　　　　　　　　　　　　　　　　　　　　　25
　　*Door finish is damaged.*

**Total Guest Laundry Point Loss**　　　　　　　　　　　　　　25

BW0182

5

# North American Hotel Staff Performance QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *Point Loss* | *Calls* |
|---|---|---|
| **Total Hotel Staff Performance Point Loss** | 0 | |

BW0183

1

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|------------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|-------------|-------------------|------------|
| **Critical Brand Standards** | | |
| High Speed Internet Access | Marginal - HSIA Disclaimer Statement not posted in room. - ISP speed less than 512K down/256K up (minor issue). - No tent card in rooms displaying 24 x 7 support (minor issue). - | 240 |
| *Total Critical Brand Standards Point Loss* | | *240* |
| **Public Areas** | | |
| Additional toiletries available at desk | Missing in-room toiletries available upon request notification(s). - | 60 |
| *Total Public Areas Point Loss* | | *60* |
| **Guest Rooms** | | |
| Dialing instructions | New phones have arrived and dialing instructions for the face plates have been ordered. Guest Room (s) are missing dialing instructions - | 0 |
| Directory of services (Guest Directory) | Directory does not list all items that are required, second notice. | 120 |
| Beds | Beds sets must be purchased from the approved bedding list. 60 point deduction first offense - point value doubles if not corrected on subsequent assessments. - Compliance effective date is upon replacement, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0184

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|------------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|-------------|-------------------|------------|
| Blankets | Blankets must be either a) 100% polyester (fleece type) or b) thermal cotton.  Vellux type blankets are not acceptable   60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is upon replacement, but no later than April 1, 2008, call and notate as marginal until compliance date. - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Bedding (Linen) | Pillow Cases are to be a minimum of T-250 thread count and a minimum of 50% cotton.  A tone on tone and/or corded edge is recommended. - Sheets are to be a minimum of T-200 thread count and a minimum of 50% cotton. A tone on tone pattern to coordinate with the pillow cases are recommended - If not triple sheeted, the blanket shall be on the mattress and upgraded to a cotton waffle weave of blanket duvet. - Compliance effective date is upon replacement but no later than April 1, 2008. Call and notate as marginal until compliance date. - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - . - | 0 |

BW0185

2

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| HVAC Units | Each guest room must have thermostatically controlled heat/ cooling controls where the guest can set to a specific tempter. If PTAC units are used, the controls may be on the unit or on the wall. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is effective immediately on new or replacement units. Existing units, 10 years from the manufactures date, but in any event no later than 1/1/2017. Call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

**Total Guest Rooms Point Loss**                                                   120

**Guest Bathroom**

| Bath/Tub Grab Bars | A 24' grab bar that coordinates with the bath finishes in require in the tub/shower of all rooms. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0186

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Shower Curtain Rod | A curved shower rod finished to coordinate with the overall bath hardware is required.  60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Shower Head Height | In existing or conversion properties the shower head height is required to be a minim of 6' from the base of the tub. 6 feet, 6 inches is required in new constructing properties. Shower head height extenders ('S' pipes") or a hand lend shower mounted to provide a 6' height when cradled may be used to meet this requirement on existing or conversion properties. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0187





# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|------------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---------------|---------------------|--------------|
| Towels | Bath towels are required to be a minimum of 12 pound with a minimum 25" x 54" in size. Additionally, the towels must be 85% natural fiber, i.e. cotton.   60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

| | |
|---|---|
| *Total Guest Bathroom Point Loss* | *0* |
| **Total Brand Standards Point Loss** | **420** |

BW0188

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Category One Issues** | | |
| Advertising (Print Media), airport duratrans, billboards, brochures, courtesy vehicles, distorted logos, exterior signs, flags, highway logo panels, post cards, rack cards, sales folders, old logo visible | *·Distorted Logos - rvsd pts per PB, BI-Logo distortion by another brand touching the BW logo.* *11/8/07 dm* | 250 |
| *Total Category One Issues Point Loss* | | 250 |
| **Category Two Issues** | | |
| Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items; Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. -* | 0 |
| *Total Category Two Issues Point Loss* | | 0 |

BW0189

1

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| ***Total Category One Issues Point Loss*** | | *0* |
| Guest Directories (must meet logo specs) | *Guest directory did not meet BWI Brand Identity specifications - - Above the upper left of the logo the word Signature has been added. It is as if it represents a designation of a type of Best Western Hotel.* | *50* |
| Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items; Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. -* | *0* |
| ***Total Category Two Issues Point Loss*** | | *50* |

BW0190

# North American Locking Device QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

If any entrance door locks are inoperable, the guest room shall be placed "OUT OF SERVICE" and not rented until the lock is repaired. Any locking device or door that is non complying is to be corrected within 30 days from the report (assessment) date. New members and conditional applicants must comply prior to operating as a Best Western. Failure to advise Member Operations Support within this time frame to indicate compliance with Best Western's requirements will result in action which could affect your membership with Best Western. For a complete listing of Best Western's locking device and door requirements, refer to Best Western's Rules and Regulations, Chapter VII, sections 700.25 through 700.32.

*DESCRIPTION*                                                                 *Non-Compliant*

**This Property Complies With All Locking Device Requirements**          | Compliant |

BW0191

| Management Areas of Support |
| --- |
| **Property is not responding to all guest comments.** |
| *Ensure all GSS comments are responded to by email.  If the comment has left a free-form comment, respond on letterhead.  You may want to consider including a 'bounce-back' coupon or a marketing message in your respon Check tripadvisor.com , and other hotel websites for guest comments about your hotel and respond accordingly.* |
| **Property is not conducting self assessments.** |
| *Use the self assessment forms located on the Regional Services page on the member portal.  This self assessmen the same one used by your RSM.* |
| |
| |
| |
| |

| Housekeeping Areas of Improvement |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

BW0192

## Maintenance Areas of Improvement

*No preventative maintenance program.*

*Implement a preventative maintenance program.  Each guest room should have a preventative maintenance ins*
*four times per year.  See the preventative maintenance checklist I left with you.*

## Brand Standards Non-Compliance

*Slow High Speed Internet speeds.*

*Call your ISP about slow speeds and ask them for possible solutions.*

*No tent card for 24x7 HSIA support.*

*Ensure that all rooms have a tent card offering a toll free number for 24 hours High Speed Internet Support 7*
*week.   The tent card also needs to have a disclaimer stating that Best Western and the hotel is not responsible f*
*damage that occurs to guest's computer when they use the internet.   This information can also be listed in the*
*directory or on a sheet of paper located in the guest room drawer.*

BW0193

## Brand Identity Non-Compliance

"Each Best Western Hotel is independently owned and operated" needs to be added.

*Required on: Brochure/Rack Card, Office forms to include: Guest Folio, Registration Form, Confirmation She Property/In-room Stationary.  Required compliance when current printed material is replaced during 2007. Nor starting in 2008, the non-compliant point loss for this area will increase to 240 points.*

## Other Recommendations

# RSM 100% High-Speed Internet Access Compliance Checklist

| | | | |
|---|---|---|---|
| **Property Name:** | Antelope Valley Inn | **City/State/Prov:** | Lancaster, CA |
| **Property #:** | 05050 | **Inspection Date:** | October 25, 2007 |

**Overall Inspection Result:** Non-Comply    **New Construction Hotel:**    *ver 2.0*

## ON-SITE HSIA ASSESSMENT PROCEDURES - 420 Point Loss

**Comply** 1. Does the property have **100% coverage** in each guest room? New construction wired *and* wireless (200%).

**Comply** 2. Does the property meet the requirements of having **at least 3 hard-wired locations?**

**Comply** 3. Does the property have coverage in **some portion of the public areas?**

| | | | |
|---|---|---|---|
| **Guest Room Hard-Wired Locations:** | 144 | **Guest Room Wireless Locations:** | 144 |
| **Public Area Hard-Wired Locations:** | 1 | **Public Area Wireless Locations:** | 10 |
| **Total Guest Rooms:** | 144 | **Total Guest Room Coverage:** | 200% |

**Comply** 4. Utilizing your laptop computer and/or other testing tools, **verify the service** offering of HSIA in a minimum of **five (5) guest rooms** and in a minimum of one **(1) public area location**. Use the room in which you spend the night as one of the rooms. Make sure to test at night during the assessment as well, to ensure compliancy. *(If unable to get connection in any tested area, then "Non-Comply")*

- • For hard-wired locations, testing should be performed on the wall jack or in-room modem to ensure that internal hotel wiring is viable and that a guest could connect.

- • For wireless guest rooms, signal strength testing and verification of connection should be performed with the hotel room door shut to ensure proper coverage in the room. Each wireless test location should be at least 8 rooms from the previous testing location.

**Comply** 5. Is the **service provided free** of charge? *(If no, then "Non-Comply")*

**Comply** 6. Is there adequate **24x7 guest support** available free to the hotel guests? *(If no, then "Non-Comply")*
- • Utilize the toll-free number to verify availability of support.
- • Simulate a connection problem with technical support and determine whether the problem is resolved.

**Comply** 7. Properties approved after 1/1/06 are required to use **SpeedLinks**. Is this property compliant?

## ON-SITE HSIA ASSESSMENT PROCEDURES - 240 Point Loss

**Non-Comply** 8. Verify the property has a **minimum of 256Kbps upload** capacity from the guest to the Internet & **512Kbps download** capacity from the Internet to the guest. Testing performed using one of the online bandwidth meter/speed test utilities such as testmy.net, dslreports.com, cnet.com. *(If lower, then "Non-Comply")*

**Comply** 9. Does the property HSIA system **contain an Uninterruptible Power Supply (UPS)** that provides a minimum of fifteen (15) minute up-time for the in the event of a power outage? *(If no, then "Non-Comply")*

**Comply** 10. Does the property HSIA system **contain a Plug and Play "Zero Configuration" Gateway/Router** capable of supporting multiple simultaneous VPN sessions? *(If no, then "Non-Comply")*

- • Plug and Play "Zero Configuration" can be verified with a successful connection to the property HSIA network while a static IP address is configured into your laptop.

- • Support for multiple simultaneous VPN sessions can be verified by connecting successfully multiple times throughout your inspection visit to the BW VPN server using the Cisco VPN Client.

10a. Take **digital photos** of main equipment package in phone/equipment room. Pictures will be included in the QA Photo package stored in Docuware should additional equipment verification for compliancy be needed in the future.

**Comply** 11. Are a **minimum three (3) Ethernet Cat-5 patch cables** available for guest use? If the hotel offers wireless, are there a **minimum three (3) wireless cards and/or bridges** available for guest use? *(If no, then "Non-Comply")*

**Non-Comply** 12. Is there **guest room information (tent card)** on how to obtain technical support? *(If no, then "Non-Comply")*

- • Notification can be a tent card, in the guest directory or another written document in the guest room.

- • Notification must contain the toll-free number for a guest to call for assistance, instructions for how to get onto the HSIA system, and a "disclaimer" statement.

**General Comments:**



| PROPERTY INFORMATION | | ASSESSMENT INFORMATION | |
|---|---|---|---|
| Property Number: | 05050 | Field Report Date: | 10/25/2007 |
| Property Name: | B/W Antelope Valley Inn | Design Review | 10/30/2007 |
| Address: | 44055 Sierra Hwy | Guest Rooms: | 144 |
| City/State/Zip: | Lancaster, CALIFORNIA 93534-4412 US | Field Assessor: | Nanci Baldwin |
| Property Phone: | 661-948-4651 | Accompanied By: | Christine, General Manager |
| | | Rooms Assessed: | 130 , 120 , 126 , 134 , 135 , 138 , 175 , 191 , 195 , 196 |

## Design Detail Assessment Report

Attached is your **official** Design Detail Assessment. This report replaces your Design Overview Assessment. The assessment notes items that do not comply with Best Western's current New Construction and Refurbishment Guidelines. The items listed must comply by the due dates noted within this report. The areas that may be listed on your report are:

**Lobby**
**Bathroom/Vanity Area**
**Public Areas**
    Continental Breakfast Area          Elevators
    Interior Guest Room Corridors    Interior Public Corridors
    Public Restrooms             Interior Stairways
    Interior Vending Area
**Guest Rooms**
**Supplemental Facilities**
    Fitness Room              Guest Laundry
    Meeting Room            Pre-function Area
    Other Facilities          Restaurant/Coffee Shop/Lounge
    Swimming Pool
**Building Exterior/Grounds**

It is the responsibility of each member to ensure that their property complies with the New Construction and Refurbishment Guidelines by the established time frames. In conducting this design review Best Western reviewed some, but not all, elements of the Guidelines. This report is based on conditions seen on the assessment day only. The report will be updated during the Regional Service Manager's property visit each year. This report can be considered "final" for this review period, as a Regional Design Consultant has indicated those item(s) needed to be added, deleted or clarified on the review to coincide with Guideline specifications. This written notification and report includes an updated review for your records. The updated review only covers the design elements specifically addressed. Other design elements may be evaluated in future reviews.

Items previously waived due to structural, ordinance, location and/or climate limitations/restrictions have automatically had their waiver re-issued if the same conditions exist as when first waived. If you wish to pursue a waiver of additional items, contact your Regional Design Consultant who will guide you through the waiver process.

If an area or item was renovated within the last three years and complied with the guidelines in effect at that time, you are eligible for an extension through the Review Committee and Board of Directors evaluation process.

Please contact your Design Consultant for assistance with this report or any other design issues.



*BW0196*

1



# Design Detail Assessment Form

| PROPERTY INFORMATION | | ASSESSMENT INFORMATION | |
|---|---|---|---|
| Property Number: | 05050 | Field Report Date: | 10/25/2007 |
| Property Name: | B/W Antelope Valley Inn | Design Review | 10/30/2007 |
| Address: | 44055 Sierra Hwy | Guest Rooms | 144 |
| City/State/Zip: | Lancaster, CALIFORNIA 93534-4412 US | Field Assessor: | Nanci Baldwin |
| Property Phone: | 661-948-4651 | Accompanied By: Christine, General Manager | |
| | | Rooms Assessed: 130 , 120 , 126 , 134 , 135 , 138 , 175 , 191 , 195 , 196 | |

NOTE: It is the responsibility of each member to ensure that their property complies with every element of the Design Excellence Guidelines by the established time frames. In conducting this design review Best Western Reviewed some, but not all, elements of the Guidelines, so this report is based on conditions seen on the assessment day only. The report will be updated during the RSM's first property visit each year. This document can be considered "final" for this review period, as a designer has indicated those item(s) needed to be added, deleted or clarified on the review to coincide with Guideline specifications. This written notification and Overview includes an updated review for your records. But remember, the updated review only covers the design elements it specifically addresses. Other design elements may be evaluated in future reviews.

| Non-Compliant | Guideline # | Due Date | Status |
|---|---|---|---|
| **Exterior** | | | |
| **Building** | | | |
| Architectural Elements<br>**Comments:**<br>* RSM, 11/10/06, Plans are in the works to make these changed<br>11/20/06  RDC--RSM comment is noted<br><br>RSM update, 10/25/07, no change.<br><br>10/29/07  RDC--no change<br>* Coordinate styles and designs of all property buildings, except for freestanding facilities, such as restaurant or lounge that has a separate identity from the hotel.<br><br><br>**Additional Info:**<br>* 12/28/2005: Revised Due Date per Board Policy. | 301.1.1, 301.1.1, 301.1.2, 301.2.1 | 6/27/2007 | |
| **Public Areas** | | | |
| **Public Restrooms** | | | |
| Partitions<br>**Comments:**<br>* 5/28/07  RDC--NEW FOUND ITEM. This review shows dated dark wood grain laminate partitions in a public restroom. It is not clear which men's restroom this is, possibly adjacent meeting rooms, however the finish must be replaced with an updated partition finish<br><br><br>**Additional Info:**<br>* 5/31/2007: New Found Item, Revised Due Date | 412.8.1, 412.8.1 | 12/10/2007 | |
| **Guest Rooms** | | | |



# Design Detail Assessment Form

| PROPERTY INFORMATION | | ASSESSMENT INFORMATION | |
|---|---|---|---|
| Property Number: | 05050 | Field Report Date: | 10/25/2007 |
| Property Name: | B/W Antelope Valley Inn | Design Review | 10/30/2007 |
| Address: | 44055 Sierra Hwy | Guest Rooms: | 144 |
| City/State/Zip: | Lancaster, CALIFORNIA 93534-4412 US | Field Assessor: | Nanci Baldwin |
| | | Accompanied By: | Christine, General Manager |
| Property Phone: | 661-948-4651 | Rooms Assessed: | 130 , 120 , 126 , 134 , 135 , 138 , 175 , 191 , 195 , 196 |

| Non-Compliant | Guideline # | Due Date | Status |
|---|---|---|---|
| **Guest Rooms, Standard cont....** | | | |
| **Guest Rooms, Standard** | | | |
| Complete Renovation Required<br>Comments:<br>* 4/10/096 RSM, 4/10/06, 22 rooms are currently complete, to include, paint, carpet, curtains, sheers, new furniture, and new bathroom fixture. Halls are to be renovated as rooms in the area are completed. Management expects to be done by July 2006.<br>4/18/06 RDC--RSM comment is noted and work is in progress<br>11/20/06 RDC--no comment was made by the RSM at this review, however the photos indicate that there are some rooms that do not appear completely renovated. Ex: rooms 110, 272 and 172. There appears to be older softgoods, seating and lighting in some locations. Please advise<br>5/28/07 RDC--no comment was made at this review regarding guest room progress, however, the photos show that there are still older and uncoordinated items in guest rooms that have not been addressed. Ex: rooms 188, 175, 167 and 144. No change at this time<br><br>10/29/07 RDC--no comment was made during this review regarding guest room progress and photos still show rooms with older and uncoordinated items. Ex: room 269. Please advise. No change at this time<br>* Total renovation of the guest rooms is required to eliminate the dated appearance. Submit all plans and FF&E to Best Western Design for review and approval prior to implementation. - Some guest rooms have a purple/sage green carpeting which may be retained. Many rooms have sage green window coverings which may be retained if desired.<br><br><br>Additional Info:<br>* 12/28/2005: Revised Due Date per Board Policy. | 501, , 501, , 501, , 501 | 6/27/2006 | |

BW0198

3

# Design Detail Assessment Form

| PROPERTY INFORMATION | | ASSESSMENT INFORMATION | |
|---|---|---|---|
| Property Number: | 05050 | Field Report Date: | 10/25/2007 |
| Property Name: | B/W Antelope Valley Inn | Design Review | 10/30/2007 |
| Address: | 44055 Sierra Hwy | Guest Rooms: | 144 |
| City/State/Zip: | Lancaster, CALIFORNIA 93534-4412 US | Field Assessor: | Nanci Baldwin |
| | | Accompanied By: | Christine, General Manager |
| Property Phone: | 661-948-4651 | Rooms Assessed: | 130 , 120 , 126 , 134 , 135 , 138 , 175 , 191 , 195 , 196 |

| Non-Compliant | Guideline # | Due Date | Status |
|---|---|---|---|
| **Guest Rooms, Standard cont....** | | | |
| Seating<br>**Comments:**<br>* 10/29/07 RDC--no comment was made at this review regarding this issue. Please advise<br>* Provide a lounge chair and ottoman or recliner in single-bedded rooms with a desk and desk chair. - RSM update, 10/25/05, as seen in room 131. | 503.8.4, 503.8.2, 503.8.3, 503.8.5, 503.8.6, 503.8.6, 503.8.1, 503.8.6, 503.8.3, 503.8.3 | 1/1/2006 | |
| **Supplemental Facilities** | | | |
| **  Restaurant 1** | | | |
| Seating<br>**Comments:**<br>* 5/28/07 RDC--NEW FOUND ITEM. This review shows banquet chairs being used in part of the dining room, adjacent to a row of upholstered booth. This type of seating is not acceptable for use other than in a meeting room. Replace with upgraded seating<br><br>**Additional Info:**<br>* 5/31/2007: New Found Item, Revised Due Date | 413.7.1, 413.7.1, 413.10.2, 413.7.1, 413.9.2, 413.9.1 | 12/10/2007 | |

BW0199

# EXHIBIT F

# Summary Report
## North American Quality Assurance Assessment

| | |
|---|---|
| Assessment Date: | 1/31/2008 2:52:46 PM |
| Property Number: | 05050 |
| Property Name: | B/W Antelope Valley Inn |
| City, State/Province: | Lancaster, CALIFORNIA |
| Room (Unit) Count: | 144 |
| Regional Service Manager: | Cindy Bree, CHA |

| Brand Standards | Pt Loss | Score |
|---|---|---|
| | 0 | 1000 |

| Guest Room - Public Areas Assessment | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|
| Guest Rooms | 6 | 30 | 0 | 0 | 0 | 36 | |
| Guest Bathrooms | 38 | 33 | 39 | 3 | 0 | 113 | |
| Public Areas | 5 | 115 | 40 | 10 | 0 | 170 | |
| Totals | 49 | 178 | 79 | 13 | | 319 | 681 |
| GRPA Area With Marginal Point Loss Added | | | | | | | 681 |

| Supplemental Facilities | Facility Name | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|---|
| Restaurant/Breakfast Room | Jilas Restaurant | 0 | 50 | 0 | 0 | 0 | 50 | 950 |
| Bar/Lounge | HArry's Place | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| Swimming Pool/Leisure/Spa | Pool/Spa | 0 | 50 | 0 | 30 | 0 | 80 | 920 |
| Meeting Room | Apollo | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| Meeting Room | Ballroom | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| Public Restroom | Restrooms in meeting hall | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| Averages | | 0.00 | 29.17 | 0.00 | 5.00 | 0.00 | 34.17 | 965.83 |

| Staff Performance Assessment Summary | Attitude | Competence | Pt Loss | Score |
|---|---|---|---|---|
| Hotel | 0 | 0 | 0 | 1000 |
| Supplemental Facilities | N/A | N/A | N/A | N/A |

| Brand Identity Assessment Summary | Pt Loss | Score |
|---|---|---|
| Brand Identity Category One | 0 | 1000 |
| Brand Identity Category Two | 150 | 850 |

| Locking Devices | Comply |
|---|---|
| | No |

| Guest Satisfaction | Value |
|---|---|
| Guest Satisfaction Survey Score | 7.52 |
| Customer Care Ratio | .11111 |



EXHIBIT NO. 12
H. HAROONI
12-11-09
HALEY WESTRA, RPR

BW0427

1

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Advance Notice to Property:**
24 Hour Notice

**Person Notified:**
Lisa

**Time Notified:**
8am

**Names of Participants & Position Titles:**

*Jeff Hall, RSM*
*Executive Housekeeping RepresentativeLenaAssistant Hotel ManagerChristine*

**Voting Member Present for Assessment:**
No

**Recent Improvements at Property:**

*New showerheads*

**Planned Improvements at Property:**

*continue projects*

**Work in Progress:**

*The work in progress rules were explained and today there is no work in progress.*

**Design Progress Update:**

*The Design Excellence Reaudit report was reviewed and notable changes were submitted. An official copy will be sent to property upon Design review.*

**Room Count:**

*Room count remains unchanged at144*

**Housekeeping status of all rooms assessed:**

*The following rooms were assessed as vacant and clean:105, 115, 134, 163, 258, 157, 180, 286, 388, 264*

**Rooms that Bedding was Assessed:**

*Beds were viewed, turned down and assessed in the following guest rooms:105, 115, 134, 163, 258*

BW0428

1

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**General Comments:**

Consider correcting all issues identified during the assessment, not just items noted on today's report. Use today's assessment as a training tool and discuss the results at your next departmental meeting. Continue with planned improvements, and follow a appropriate capital budget action plan.

**Operational & Personnel Issues**

.

**Reassessed Rooms**

.

*On today's assessment no rooms were identified for additional reassessment during the next official QA visit.*

**Rapid Response Visit Status**
Not Required

**Is this a critical care program visit?**
No

**Additional Assessments or Surveys:**
New "I Care" Staff Performance Report 2008

**Marginal Point Total – GRPA Area Only**
0

**GRPA Marginal Calls Overview**

.

**Guest Satisfaction Score**
7.52

**GSS Score Explanation & Action Steps**

.

**Customer Care Ratio**
.11111.

**CC Ratio Explanation & Action Steps**

.

BW0429

2

# North American GUEST ROOMS QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---------|-------|------------------|----------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss | | | | |
|-------------|-------------------|:--:|:--:|:--:|:--:|--:|

**Ceilings, Walls**
Maintenance — *Visible patch on ceiling, 258* — 1 X 12 = 12

**Case Goods**
Maintenance — *Scratches and damage to surface of furniture in 388* — 1 X 9 = 9

**Equipment (HVAC, TV)**
Clean — *A/C grill vent dusty, 388* — 1 X 6 = 6
Maintenance — *Top of A/C scratched, 180* — 1 X 9 = 9

**Total Guest Bedroom Point Loss** — 36

BW0430

1

# North American GUEST BATHROOM QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Accessories, Anchor Bolt Covers, Supplies, Miscellaneous** | | |
| Clean | *Hairdryer vent has lint build up, 388* | 1  X  2  =  2 |
| **Chrome (All Bath Vanity Chrome Items)** | | |
| Capital | *Tub chrome tarnished, 180, 388* | 2  X  12  =  24 |
| **Equipment (HVAC, Vents, Fans, TV)** | | |
| Clean | *Exhaust fan dusty, 105, 134* | 2  X  3  =  6 |
| **Mirror** | | |
| Maintenance | *mirror deslivered, 105* | 1  X  9  =  9 |
| **Toilet Seat, Bowl, Tank** | | |
| Clean | *Toilet bowl has hard water build up, 258* | 1  X  15  =  15 |
| **Tubs, Showers, Surround, Grout** | | |
| Clean | *part of plastic holder glued to tilew in tub, 258* | 1  X  15  =  15 |
| Maintenance | *Tub bottom discolored, 163, 157* | 2  X  12  =  24 |
| Update | *Mismatched non skid in tub, 388* | 1  X  3  =  3 |
| **Vanity, Counter, Wash Basin** | | |
| Capital | *Vanity top damaged, 134* | 1  X  15  =  15 |
| **Total Guest Bathroom Point Loss** | | 113 |

# North American PUBLIC AREAS QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Buildings – Roofs**<br>Maintenance | *Roof vents on 2 story building has peeling paint, roof edge damaged on overhang near Japanese garden* | 5 |
| **Buildings - Walls**<br>Maintenance | *3 level building has faded paint on wood, some beams from overhang have peeling paint at bottom.* | 10 |
| **Buildings - Windows**<br>Maintenance | *Bathroom window frames in 2 level buildingn have worn aluminum, some have missing window putty, faded paint on window trim near 115, window in 3 level building at end of hall has damaged sun screen.* | 20 |
| **Corridors (Accessories, Ceilings, Floors, Lighting, Walls)**<br>Clean | *Bldg 3 carpet has dust build up in corners of hall.* | 5 |
| **Doors, Frames, and Hardware**<br>Maintenance | *All doors, trim and thresholds in public areas have scratching, peeling paint, damaged wood on trim.* | 20 |
| **Elevators/Lifts Interior or Exterior**<br>Maintenance | *Elevator panels have holes and scratches, tile broken* | 5 |
| **Ice/Vending Machines**<br>Maintenance | *Ice machine near pool has tape on casing, hard water deposits and discoloration, ice machine in bldg 3 has rust.* | 10 |
| **Landscaping, Fencing**<br>Maintenance | *Areas of bare dirt, planted areas have dead plants, lawn has bare areas missing grass, some planters are empty, satellite dish on lawn is rusted.* | 20 |
| **Lobby (Accessories, Front Desk, Fixtures, Furnishings, Lighting, Ceilings, Doors, Flooring, Walls, Window Coverings, Vents)**<br>Maintenance | *Lobby sofa has torn fabric* | 5 |
| **Parking Lot, Trash Areas, Delivery, Other Equip/Service Areas, Parking Lot Lighting**<br>Capital | *Parking lot has numerous cracks, lines are faded, curbs and car stops have peeling* | 1<br>40 |

BW0432



# North American PUBLIC AREAS QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

### Walkways, Stairways, Patios Including Lighting, Accessories

| | | |
|---|---|---|
| Maintenance | *Wood railing in 3 level building has faded and scratched finish, walkways are discolored, cracked and stained, rugs in front of some guest room doors are worn.* | 20 |

| | |
|---|---|
| **Total Public Areas Point Loss** | 170 |

BW0433

# N.A. Supplemental Facilities Restaurant/Breakfast Room QA Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA |

**Name of Facility:**       **Jilas Restaurant**

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Doors, Frames, Hardware** | |
| Maintenance | |
| *Door and threshold scratched* | 25 |
| | |
| **Seating** | |
| Maintenance | |
| *Finish worn on chair -* | 25 |
| | |
| **Total Restaurant/Breakfast Room Point Loss** | 50 |

BW0434

# North American Supplemental Facilities Bar/Lounge QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

**Name of Facility:**          HArry's Place

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Seating** | |
| Maintenance | 25 |
| *Finish worn on stool -* | |
| **Total Bar/Lounge Point Loss** | 25 |

BW0435

2

# North American Supplemental Facilities Pool/Leisure/Spa QA Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**          Pool/Spa

| *DESCRIPTION* | *Point Loss* |
|---|---|
| <u>Accessories</u><br>Update<br> *Extremely budget appearance - Phone cord strung across wall, not connected.* | 30 |
| <u>Seating</u><br>Maintenance<br> *Chairs missing straps* | 25 |
| <u>Swimming Pool, Spa, Whirlpool (Tile, Sides, Bottom, Water)</u><br>Maintenance<br> *Hard water deposit and discoloration on top edge of tile in spa* | 25 |
| **Total Pool/Leisure/Spa Facility Point Loss** | 80 |

BW0436

## North American Supplemental Facilties - Meeting Room
### Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**            Apollo

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Accessories** | |
| Maintenance | 0 |
| *Worn surface - Ash tray/garbage cans outside meeting entrance are tarnished* | |
| **Ceilings, Vents, Walls, Partitions, Fences** | |
| Update | 0 |
| *Marginal - Nails in wall near ceiling from recent decorations* | |
| **Doors, Frames, Hardware** | |
| Maintenance | 25 |
| *Door and threshold scratched* | |
| **Total Meeting Room Point Loss** | 25 |

BW0437

4

## North American Supplemental Facilties - Meeting Room
### Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

Name of Facility:                    **Ballroom**

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Total Meeting Room Point Loss** | **0** |

BW0438

## North American Supplemental Facilties - Public Restroom
Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

Name of Facility:            **Restrooms in meeting hall**

| *DESCRIPTION* | *Point Loss* |
|---|---|
| <u>Ceilings, Vents, Walls, Partitions, Fences</u> | |
| Maintenance | 25 |
| *Wall paper peeling in ladies room, discoloration on ceiling above light fixture* | |
| **Total Public Restroom Point Loss** | 25 |

BW0439

6

# North American Hotel Staff Performance QA Assessment Report
## Best Western North American Quality Assurance System

| | |
|---|---|
| **Prop.#:** 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM |
| **Property Name:** B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA |

| DESCRIPTION | Point Loss | Calls |
|---|---|---|
| **Total Hotel Staff Performance Point Loss** | 0 | |

BW0440

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Critical Brand Standards** | | |
| Out Dated Awards | Chairman/Director Awards: During an assessment, if a property is found to be displaying an award without a prominent date 24 months after receipt of the award, the first time it will be a marginal call and the member requested to remove or replace the award with one that prominently displays the year it was given. - Chairman/Director Awards: If a property is found to be non-compliant in this area a second time, it will be a 240-point deduction on their Minimum Standards assessment; there will be a one-time option of point restoration with photo verification of compliance if received within 30 days. - | 0 |
| Mandatory B.A.R. Training | B.A.R. is a mandatory training program composed of 3 modules. - | 0 |
| ***Total Critical Brand Standards Point Loss*** | | *0* |
| **Public Areas** | | |
| Vending Area | Vending machines may not be in the lobby or lobby entry area. They must be in a defined area. An alcove, room or partitioned area is required.  60 point deduction first offense – point values double if not corrected on subsequent assessments. - This is a marginal call at this time designed to advise you of the required compliance date of April 1, 2008.  Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0441

1

## North American Brand Standards QA Assessment Report
### Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Public Computer | A free of charge, publicly accessible computer with internet access, along with a printer is required in all properties.  The computer and printer must be in a public space, such as the lobby or a business center.  The computer and printer can not be located in the properties offices or behind the front desk.   60 point deduction first offense – point values double if not corrected on subsequent assessments. - This is a marginal call at this time designed to advise you of the required compliance date of April 1, 2008. Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Uniform Standard | Non compliance/deficiencies found  - marginal call (enforcement starts 07/2008). - gm wearing denim/blue jeans | 0 |

***Total Public Areas Point Loss***                                                  *0*

**Guest Rooms**
| | | |
|---|---|---|
| Beds | Beds sets must be purchased from the approved bedding list. 60 point deduction first offense - point value doubles if not corrected on subsequent assessments. - Compliance effective date is upon replacement, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0442

2

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Blankets | Blankets must be either a) 100% polyester (fleece type) or b) thermal cotton.  Vellux type blankets are not acceptable   60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is upon replacement, but no later than April 1, 2008, call and notate as marginal until compliance date. - | 0 |
| Bedding (Linen) | Pillow Cases are to be a minimum of T-250 thread count and a minimum of 50% cotton.  A tone on tone and/or corded edge is recommended. - Sheets are to be a minimum of T-200 thread count and a minimum of 50% cotton. A tone on tone pattern to coordinate with the pillow cases are recommended - | 0 |
| Desk Chairs | Premium commercial quality leather or fabric upholstered rolling chair that coordinates with the room decor is required in all rooms with a desk. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2009, call and notate as marginal until the compliance date - | 0 |

BW0443

## North American Brand Standards QA Assessment Report
### Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Pillow Protectors | A pillow cover is required on all pillows. The pillow cover is to be a minimum of a T-180 thread count, 55% cotton/45% polyester. A pouch style or rust-proof zipper style cover will meet this requirement 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1st, 2008, call and notate as marginal until the compliance rules are enabled. - | 0 |
| HVAC Units | Each guest room must have thermostatically controlled heat/cooling controls where the guest can set to a specific temperature. If PTAC units are used, the controls may be on the unit or on the wall. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is effective immediately on new or replacement units. Existing units, 10 years from the manufactures date, but in any event no later than 1/1/2017. Call and notate as marginal until the compliance date - | 0 |

**Total Guest Rooms Point Loss** _____ **0**

**Guest Bathroom**
Bath/Tub Grab Bars           . - .                                    0
Shower Curtains              Vinyl is not acceptable as an over      0
                            drape or liner. Nylon or cloth is
                            recommended. 60 point
                            deduction first offense – point
                            values double if not corrected on
                            subsequent assessments. -
                            Compliance effective date is April
                            1, 2008, call and notate as
                            marginal until the compliance        BW0444
                            date -

4

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Shower Curtain Rod | A curved shower rod finished to coordinate with the overall bath hardware is required.  60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - | 0 |
| Shower Head Height | In existing or conversion properties the shower head height is required to be a minim of 6' from the base of the tub. 6 feet, 6 inches is required in new constructing properties. Shower head height extenders ('S' pipes") or a hand lend shower mounted to provide a 6' height when cradled may be used to meet this requirement on existing or conversion properties. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - | 0 |
| Towels | Bath towels are required to be a minimum of 12 pound with a minimum 25" x 54" in size. Additionally, the towels must be 85% natural fiber, i.e. cotton.    60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0445

*Total Guest Bathroom Point Loss*                                                5

**Total Brand Standards Point Loss**                                            0

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---------|-------|-----------------|----------------------|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|-------------|-------------------|-----------|
| **Category One Issues**<br>Advertising (Print Media), airport duratrans, billboards, brochures, courtesy vehicles, distorted logos, exterior signs, flags, highway logo panels, post cards, rack cards, sales folders, old logo visible | *As mentioned in prior assessment, the word: "Signature" used above the BW logo must be removed from all printed material. BI dept. is aware that there is some previously printed material still in circulation. Hotel has discontinued use of all other material.* | 0 |

**Total Category One Issues Point Loss**                                                            0

| **Category Two Issues**<br>All Best Western logos must include the ®. | *Marginal, missing trademark on BW logo sign on podeum in BQ rooms*<br>*Signs manufactured prior to 1996 may not include the ®. Replacement is not required until it becomes necessary to replace the sign or sign faces due to damage, etc. - The exception to use of the ® is the hard plastic items, such as, ice buckets, trays, etc., with a gold BW logo.  The ® does not print well in gold on these items, therefore, it is not required. - If a property has amenities that do not include the ® those items need to be changed at next reprint, unless the item is new, then the properties should be having it corrected now. -* | 0 |

BW0446

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items; Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. - Note - starting in 2008, the non-compliant point loss for this area will increase to 240 points.* | 0 |
| Reservation Plaque | *Not available at the time of the assessment - - Reservation plaque can be ordered through BW supply.* | 50 |
| Telephone Faceplates | *Incorrect use or format - - Logo size is incorrect* | 50 |
| Other | *Incorrect use or format - - Photocopied logo used for property maps at check in. The Best Western logo must always be printed, never photocopied.* | 50 |

| *Total Category Two Issues Point Loss* | | *150* |

## North American Brand Identity QA Assessment Report
### Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Other | *Incorrect use or format - - Photocopied logo used for property maps at check in. The Best Western logo must always be printed, never photocopied.* | 50 |
| Other | *rvsd points-logo on podium has 2 radii, only internally lit exterior signs have the 2nd radii-PB, BI dm 2/8/08* | 50 |

**Total Category Two Issues Point Loss**                          *150*

BW0448

3

# North American Locking Device QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

If any entrance door locks are inoperable, the guest room shall be placed "OUT OF SERVICE" and not rented until the lock is repaired. Any locking device or door that is non complying is to be corrected within 30 days from the report (assessment) date. New members and conditional applicants must comply prior to operating as a Best Western. Failure to advise Member Operations Support within this time frame to indicate compliance with Best Western's requirements will result in action which could affect your membership with Best Western. For a complete listing of Best Western's locking device and door requirements, refer to Best Western's Rules and Regulations, Chapter VII, sections 700.25 through 700.32.

*DESCRIPTION*                                                                 *Non-Compliant*

**A. Primary Guest Room Entrance Doors**
4. Security door chain, door guard or latch guard                                        X
   *Latch guard. - Rooms in the buildings with 1 or 2 levels do not have a security latch device.*

**This Property Complies With All Locking Device Requirements**      | Non-Compliant |