*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 8*

# EXHIBIT "8"

**Applicant General Information Form**

O5050



# BEST WESTERN INTERNATIONAL, INC.

## APPLICANT GENERAL INFORMATION FORM

**THIS FORM MUST BE COMPLETED IN ITS ENTIRETY.
FAILURE TO DO SO WILL RESULT IN A
DELAY IN PROCESSING THE APPLICATION.**

### CHECK ONE BOX ONLY:

☒ Applicant Owns The Hotel

☐ Applicant is Lessee of The Hotel

### I. INFORMATION REGARDING APPLICANT(S)

1. State the name and percentage of owning/leasing interest for each person or entity holding an ownership/leasing interest in the Hotel, as well as the social security number of each owner. In this sub-part do not indicate the breakdown of interest in corporations, partnerships or limited liability companies who are owners/lessees. Merely state the name of each owner/lessee and percent interest. For example: XYZ Corporation - 50%, John James - 25%, Jane James - 25%.

| Full Name | Address | Phone Number | Soc. Sec. # | % Interest |
|---|---|---|---|---|
| AV INN Associates 1, LLC | | | | 100% |
| (310) 562-0293 | P.O. Box 24541 LA, CA 90024 | | | |
| Tax Id # | 77-06-52449 | | | |

TOTAL 100 (Must Equal 100%)

2. If any owner/lessee is not an individual (i.e. is a corporation, partnership, limited partnership, limited liability company or other entity), provide the following information for each owner/lessee:

   (1) Corporation (answer only subparagraphs A - D);
   (2) Partnership (answer only subparagraphs E - G);
   (3) Limited Partnership (answer only subparagraph H);
   (3)(4) Limited Liability Company (answer only subparagraphs I - L); and
   (5) Other Entity (answer only subparagraph M).

1

11/98

BW0011

Limited Partners:

| Name | Soc. Sec. # or Corp. Tax ID # | % Ownership |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Limited Liability Company

I. Name of Company: AV INN ASSOCIATES 1, LLC

J. Date and state/province of formation of company: November 12, 2001 CA

K. Tax identification number for company: 77-06-52449

L. Names and percent of interest of each member.

| Name | Soc. Sec. # | % Interest |
|---|---|---|
| HooShang Haroo Ni | 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 | 50% |
| Jila Harooni | 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 | 50% |
|  |  |  |

Other Entity

M.  If an entity other than a corporation, partnership, limited partnership or limited liability company, fully describe the entity, identify each person having an ownership interest therein, and specify the percent interest of each person.

| Entity | Owner | Soc. Sec. # | % Ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3

11/98

BW0012

## II. INFORMATION REGARDING MANAGEMENT

MANAGEMENT EXPERIENCE of person or entity who will be primarily responsible for the management of the property.

Company or Individual Name: HOOSHANG HAROONI (Please See EXIBIT #1 page 10½)

Address: P.O. Box 24541 Los Angeles CA 90024

City: _____ State/Province: _____ Postal Code: _____

Telephone Number: 310-562-0293

President: _____

Vice President or Director of Finance: _____

Vice President or Director of Sales and Marketing: _____

Vice President of Operations: _____

List all hotels and restaurants owned and/or operated by manager or management entity within the last three years. Attach a separate sheet if necessary.

Name: California Grill Since 1995
Address: 1720 M Street, N.W. Wash. DC
Type of Business: Restaurant
Owned X Operated X
From 95 to 12/04
   Mo/Yr   Mo/Yr

Name: Mr. Tom Azhdam
Address: 1090 Vermont Ave. N.W. Wash. DC
Type of Business: Restaurant
Owned X Operated X
From ___ to ___
   Mo/Yr   Mo/Yr

Name: EPICURE DELI/Restaurant
Address: 7315 Wisconsin Ave. Bethesda MD.
Type of Business: Restaurant
Owned X Operated X
From 83 to 2003
   Mo/Yr   Mo/Yr

Name: SEMINARY BEER, WINE & DELI
Address: 9458 Georgia Ave. Silver Spr, MD .209?
Type of Business: _____
Owned X Operated X
From 95 to NOW
   Mo/Yr   Mo/Yr

➤ Mr. BAHRAM KAMDJOU (BOB)

## III. INFORMATION REGARDING VOTING MEMBER

1. Full Name: _HOOSHANG HAROONI_

2. Mailing Address: _P.O. Box 24541 Los Angeles CA._

   _AV Inn Associates 1, LLC_
   Company Name                                          Area Code/Telephone Number

   _44055 Sierra Highway, Lancaster CA 93534_
   Street Address - include suite number if applicable

   City                              State/Province                              Postal Code

3. Street Address (for express mail deliveries, if different from mailing address):

   Company Name                                          Area Code/Telephone Number

   Street Address - include suite number if applicable

   City                              State/Province                              Postal Code

4. Home Address (if different from mailing address):

   _259 N. Kenter Ave, Los Angeles CA 90049_
   Street Address                                        Area Code/Telephone Number

   City                              State/Province                              Postal Code

5. Telephone Number (if different from above): _310-440-9162_

6. Facsimile Number: _310-440-9181_

7. Social Security Number: _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_

8. Explain affiliation with any person or entity listed previously.

## IV. GENERAL HOTEL INFORMATION

**NUMBER OF GUEST UNITS**     **NUMBER OF STORIES**

Current Hotel Name     Hotel Telephone Number

Proposed Best Western Hotel Name (if application is approved)     Hotel Facsimile Number

Hotel Street Address (if proposed construction, provide exact site location, i.e., intersections and street address)

City (Hotel location)     State/Province     Postal Code     Name of County/Parish

City (for mailing purposes, if different than above)     State/Province     Postal Code

### Location:

General Location: _____
    (Example: highway, downtown, beachfront)

Distance to Major Airport: _____ Name of Airport _____

## V. COMPLETE THIS SECTION ONLY IF APPLICANT PROPERTY IS AN EXISTING HOTEL FACILITY (if project is proposed for construction or under construction, proceed to Section VI):

Year Built _____ Year(s) Added To _____

☐ Open and Operating Hotel

☐ Hotel is Presently Closed

☐ Hotel Will Be Closed During Renovation

If renovating, estimated Completion/Opening Date _____

Please outline below your plans for renovation, e.g., exterior and interior modifications, demolition of buildings, construction of new buildings, etc. (attach additional information or submit colorboards and renderings, if available).

_____

_____

_____

Has the Hotel ever been affiliated with any chain, franchise, or other hotel/motel organization?____Yes____No. If yes, provide the names and dates of each affiliation and the reasons for the termination thereof.

_____

_____

_____

VI. COMPLETE THIS SECTION ONLY IF APPLICANT PROPERTY IS A PROJECT PROPOSED FOR CONSTRUCTION OR UNDER CONSTRUCTION

☐ Proposed Construction Hotel

   Estimated Date When Construction Will Begin _____   Estimated Opening Date _____

☐ Under Construction Hotel (concrete footings have been poured)

   Estimated Opening Date _____

☐ Architectural Plans Enclosed With Application    Preliminary _____   Complete _____
   (For projects *under construction*, architectural plans are required at the time of application.)

☐ Architectural plans will not be available for review prior to presentation of this application to the Board of Directors; however, applicant agrees that at a minimum, preliminary plans will be submitted within 90 days from written notice of approval of application, unless otherwise specified by the Board of Directors. Applicant also agrees that plans submitted will indicate compliance with Best Western New Construction Guidelines.

NOTE: Variance request(s) must be submitted for consideration of variance extension(s). Outline below specific details of any known variance request(s).

_____

_____

_____

_____

**NOT APPLICABLE**

RENDERINGS AND COLORBOARDS TO BE SUBMITTED FOR INCLUSION WITH THE PRESENTATION OF YOUR PROJECT, IF AVAILABLE.

## ALL APPLICANTS PROCEED TO SECTION VII

BW0016

## VII. FACILITIES, SERVICES AND AMENITIES

### Facilities:

All facilities associated with the hotel property, e.g., restaurant, lounge, gift shop, etc., are subject to Best Western inspection. If the property is approved for Best Western membership, all such facilities will be subject to any renovation deemed necessary by Best Western. If any of the facilities are leased, the lease(s) must allow for Best Western inspection and renovation (see suggested lease language attached). In addition, a copy of the lease(s) incorporating the required provision must be submitted prior to operating as a Best Western affiliate.

**PLEASE CHECK BOX FOR HOTEL FACILITIES, AMENITIES AND SERVICES AVAILABLE AND PROVIDE ADDITIONAL INFORMATION AS REQUIRED**

| | | | |
|---|---|---|---|
| ☐ | Indoor Swimming Pool* | ☐ | Exercise Room |
| ☐ | Outdoor Swimming Pool* | ☐ | Sauna |
| ☐ | Game Room | ☐ | Whirlpool |
| ☐ | Tennis Courts | ☐ | Complimentary Continental Breakfast Served |
| | ___ On premises | | |
| | ___ Adjacent | ☐ | Continental Breakfast Served |
| ☐ | Golf Course | ☐ | Guest Laundry |
| | ___ On Premises | ☐ | Airport Courtesy Car |
| | ___ Adjacent | ☐ | Concierge |
| ☐ | Microwave in rooms _____ % | ☐ | Refrigerator in rooms _____ % |
| ☐ | Cocktail Lounge on Premises | _____ Owned   _____ Leased | |
| ☐ | Meeting/Function Space | _____ sq. ft.   _____ Owned   _____ Leased | |
| ☐ | Banquet Service Available | | |
| ☐ | Gift Shop | _____ Owned   _____ Leased | |
| ☐ | Hair Salon | _____ Owned   _____ Leased | |

*As a minimum, Best Western requires a swimming pool at the Hotel, which meets established specifications. If not in compliance, please submit a letter outlining your situation, which will then be submitted to the Board of Directors for consideration of a waiver.

☐     Restaurant on Premises (defined as connected to or located within the lodging establishment).

    _____ Owned     _____ Leased

    Name of Restaurant: _____

    Hours of Operation: _____ a.m. to _____ p.m.

☐     Restaurant not located within or connected to the lodging establishment (please complete the following):

| Name of Closest Restaurants(s) | Hours of Operation | Table Service | Distance in Feet From Your Hotel Lobby |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**NOT APPLICABLE**

Are any of the above restaurants located in another lodging establishment? \_\_\_ Yes \_\_\_ No

If yes, state the name of the lodging establishment(s): _____

Other Amenities/Facilities/Services (identify any that are leased): _____

_____

_____

## VIII. INSURANCE

_____*Checking a few Companies @ this time*_____
Name of Insured

_____
Insurance Company Name and Address

_____
Agent's Name and Address

_____
Policy No.                                                        Policy Period

_____
Insurer Policy Limits

## IX. CERTIFICATION

I certify that all information in this application is true and correct. I understand that falsification of any information shall be grounds for denial of the Membership Application and Agreement or termination of membership.

Date: __12-01-04__

__HOOSHANG HAROONI__
Name Of Voting Member (Print or Type)

_[signature]_
Signature (DO NOT USE ANY TITLE)

**over.**

EXIBIT 1.

*. In addition to Current Management Group

There Will be me: HARRY (HOOSHANG HAROON.
BAHRAM KAMDJOU
& TOM NASSIR AZHDAM.

(10k)

BW0020