# EXHIBIT "10"

**E-Mail correspondence between Terry Wininger
and Tom Wilson, Revenue Manager, Best Western**

Terry S. Wininger, CHA
District VI Manager - Member Relations
Best Western International, Inc.
*The World's Largest Hotel Chain & The Official Hotel of NASCAR*
Tel: 602-957-5754  Fax: 602-957-5984

| | |
|---|---|
| **From:** | Wilson, Thomas |
| **Sent:** | Tuesday, February 28, 2006 8:19 AM |
| **To:** | Wininger, Terry |
| **Cc:** | Van Wormer, Mitch |
| **Subject:** | RE: Please Harry Harooni from BW Antelope Valley Inn - Lancaster, CA Prop 05050.  His cell number is 310-562-0293, thanks! |

Terry,

I'll call him this morning.  At a quick glance we definitely have some opportunities to help them out.  Interesting that on Dec. 21st someone from the property closed all rate plans from selling for Feb. 3rd, 06 until Feb. 4th, 07. It was opened backup on Jan. 27th.

I'll keep you posted on this property.

Thanks,


*Thomas Wilson*

Revenue Manager

Best Western International

Phone: (623) 780-6243 Fax: (623) 780-6499

Toll Free: (866) 257-7884

THE WORLD'S LARGEST HOTEL CHAIN ®

THE OFFICIAL HOTEL OF  */ / ////NASCAR*®

| | |
|---|---|
| **From:** | Wininger, Terry |
| **Sent:** | Monday, February 27, 2006 5:04 PM |
| **To:** | Wilson, Thomas |
| **Cc:** | Van Wormer, Mitch |
| **Subject:** | FW: Please Harry Harooni from BW Antelope Valley Inn - Lancaster, CA Prop 05050.  His cell number is 310-562-0293, thanks! |

Tom - Harry is operating his first hotel, has poured $1.5 mil into the property and focused all his attention on the physical plant.  His occupancy has gone down, below what it was when he took over, to about 20%.  He said he's losing $100K per month.  He's hired two new girls that supposedly know what they're doing, and they've gone in and opened rooms in res system; but according to him, when they go back in the next day or so, they have been closed out again.  Either they don't actually know what they're doing, or he thinks perhaps someone is sabotaging his system.  He's in desperate need of your expertise.

He said AAA just gave him his third diamond, so we need to be sure that is reflected in the system also.

Once you find out what's going on and get his room inventory and pricing fixed, if there's anything specific that we should solicit Mitch's assistance for, i.e. training the staff on proper maintenance of inventory, or whatever, please let us know.

This man's heart is in the right place.  He just lacked experience coming in.

BW0993

Terry S. Wininger, CHA
District VI Manager - Member Relations
Best Western International, Inc.
*The World's Largest Hotel Chain & The Official Hotel of NASCAR*
Tel: 602-957-5754  Fax: 602-957-5984

| | |
|---|---|
| **From:** | Wilson, Thomas |
| **Sent:** | Tuesday, February 28, 2006 8:19 AM |
| **To:** | Wininger, Terry |
| **Cc:** | Van Wormer, Mitch |
| **Subject:** | RE: Please Harry Harooni from BW Antelope Valley Inn - Lancaster, CA Prop 05050. His cell number is 310-562-0293, thanks! |

Terry,

I'll call him this morning. At a quick glance we definitely have some opportunities to help them out. Interesting that on Dec. 21st someone from the property closed all rate plans from selling for Feb. 3rd, 06 until Feb. 4th, 07. It was opened backup on Jan. 27th.

I'll keep you posted on this property.

Thanks,

*Thomas Wilson*
Revenue Manager
Best Western International
Phone: (623) 780-6243 Fax: (623) 780-6498
Toll Free: (866) 257-7664
THE WORLD'S LARGEST HOTEL CHAIN ®
THE OFFICIAL HOTEL OF  / / //// **NASCAR** ®

| | |
|---|---|
| **From:** | Wininger, Terry |
| **Sent:** | Monday, February 27, 2006 5:04 PM |
| **To:** | Wilson, Thomas |
| **Cc:** | Van Wormer, Mitch |
| **Subject:** | FW: Please Harry Harooni from BW Antelope Valley Inn - Lancaster, CA Prop 05050. His cell number is 310-562-0293, thanks! |

Tom - Harry is operating his first hotel, has poured $1.5 mil into the property and focused all his attention on the physical plant. His occupancy has gone down, below what it was when he took over, to about 20%. He said he's losing $100K per month. He's hired two new girls that supposedly know what they're doing, and they've gone in and opened rooms in res system; but according to him, when they go back in the next day or so, they have been closed out again. Either they don't actually know what they're doing, or he thinks perhaps someone is sabotaging his system. He's in desperate need of your expertise.

He said AAA just gave him his third diamond, so we need to be sure that is reflected in the system also.

Once you find out what's going on and get his room inventory and pricing fixed, if there's anything specific that we should solicit Mitch's assistance for, i.e. training the staff on proper maintenance of inventory, or whatever, please let us know.

This man's heart is in the right place. He just lacked experience coming in.

BW0993

# EXHIBIT "11"

### March 28, 2005 Welcome Letter (To Be Supplemented)

# EXHIBIT "12"

### *Deposition of Cheryl Duggan*

**1**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BEST WESTERN INTERNATIONAL,
INC.,

    Plaintiff,

    vs.           CASE NO. CV082274PHXDGC

AV INN ASSOCIATES 1, LLC; and
HOOSHANG HAROONI,
    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF
CHERYL DUGGAN

December 3, 2009
12:17 p.m.

1875 Century Park East
Suite 500
Los Angeles, California

MARYAM T. SALAHUD-DIN, CSR No. 9669

---

**2**

APPEARANCES OF COUNSEL

For the Plaintiff:
    SHERMAN & HOWARD
    BY:  DAVID W. GARBARINO
    Attorney at Law
    2800 North Central Avenue, Suite 1100
    Phoenix, Arizona 85004-1043
    602.240.3000

For the Defendants:

    THE NATHANSON LAW FIRM
    BY:  BLAIR LAZARUS
    Attorney at Law
    120 North LaSalle Street, Suite 1000
    Chicago, Illinois 60602
    312.782.3322

Also Present:
    HOOSHANG HAROONI

---

**3**

INDEX OF EXAMINATION

WITNESS: CHERYL DUGGAN

| EXAMINATION | PAGE |
|---|---|
| By Mr. Garbarino | 5, 105 |
| By Ms. Lazarus | 92, 112 |

---

**4**

INDEX TO EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 1 | Document titled "Brief Two-Year History for Current Owner" | 43 |
| 3 | Document titled "Best Western AV Inn Profit & Loss January through December 2005" | 44 |
| 4 | Document titled "Best Western AV Inn Profit & Loss January through December 2006" | 44 |
| 5 | Document titled "Best Western AV Inn Profit & Loss January through December 2007" | 44 |
| 6 | Document titled "Best Western AV Inn Profit & Loss January through June 2008" | 44 |
| 8 | Document titled "Summary Report North American Quality Assurance Assessment," dated 5/17/2007, Bates stamped BW0022 through 46 | 52 |
| 9 | Document titled "0505 Antelope Valley Inn Lancaster, CA Global Quality Assurance Assessment 05/17/07," Bates stamped BW0047 through 162 | 60 |
| 10 | Document titled "Summary Report North American Quality Assurance Assessment," dated 10/25/2007, Bates stamped BW0172 through 199 | 65 |
| 12 | Document titled "Summary Report North American Quality Assurance Assessment," dated 1/31/2008, Bates stamped BW0427 through 449 | 67 |
| 20 | Declaration of Lisa Wilkerson | 88 |
| 21 | Declaration of Lenaa Eseltine | 88 |
| 22 | Declaration of Cheryl Duggan | 75 |

## 5

1         DEPOSITION OF CHERYL DUGGAN

2          December 3, 2009

3

4           CHERYL DUGGAN,

5  having been first duly sworn, testifies as follows:

6

7           EXAMINATION

8  BY MR. GARBARINO:

9     Q.  Can you state your full name for the record.

10    A.  Cheryl Ann Duggan.

11    Q.  And how do you spell that last name?

12    A.  D-u-g-g-a-n.

13    Q.  Have you ever had your deposition taken

14  before?

15    A.  Yes.

16    Q.  And when did you have your deposition taken

17  before?

18    A.  I had a deposition taken probably six months

19  ago and then probably about 10 years ago.

20    Q.  Okay.  I'm sure that, when you had your

21  deposition previously taken, there were some ground

22  rules the attorney went over at the get-go.  I'm going

23  to go over those again just to refresh your memory.

24      The court reporter is taking down everything

25  that we say.  So we need to say everything verbally.

## 6

1  And it is better if we each talk at one time, don't

2  overlap talking.  It makes it difficult for her to get

3  that down.

4      Same thing with head shaking and head nods,

5  uh-huhs, huh-uhs.  Those don't make it on to the record

6  very well.

7      If at any time during this deposition you need

8  to take a break, feel free.  Let me know.  My only

9  caveat is, if I have a question to you, that you answer

10  that question before we go on break; okay?

11    A.  Okay.

12    Q.  If for any reason you don't understand one of

13  my questions, please feel free to let me know.  I will

14  try to reword it, do everything I can to help you

15  understand what I'm trying to get.  Okay.

16      Are you taking any medication that would

17  affect your ability to understand what I'm saying here

18  today --

19    A.  No.

20    Q.  Let me finish my question.  I'm sorry.

21      -- or affect your ability to answer my

22  questions here today?

23    A.  No.

24    Q.  You said you were deposed six months ago.  Can

25  you tell me what the circumstances of that deposition

## 7

1  were.  What I mean circumstances, I mean what was the

2  nature of the case?

3    A.  It was regarding a car accident.

4    Q.  Were you a party in that case, meaning were

5  you a plaintiff or a defendant?

6    A.  I insured a vehicle that somebody had bought

7  regarding an accident.  So they were researching me as

8  being the insured.

9    Q.  So this is a personal injury case?

10    A.  Uh-huh.  Yes.

11    Q.  And you said you were deposed 10 years ago.

12  What was the nature of that case?

13    A.  I was involved in a chamber of commerce

14  lawsuit.

15    Q.  How were you involved?

16    A.  I was the president of the chamber.

17    Q.  Which chamber of commerce?

18    A.  Palmdale.

19    Q.  Was the chamber of commerce at Palmdale being

20  sued?

21    A.  Yes.

22    Q.  Have you been a party to any other litigation

23  other than the two that we just spoke about here today?

24      And I'm not saying that you were a party to

25  these litigations.

## 8

1      But have you ever been a named party to any

2  other litigation?  .

3    A.  No.

4    Q.  What did you do to prepare for your deposition

5  today?

6    A.  Actually, nothing.

7    Q.  Fair enough.

8      Did you read any documents?  Anything like

9  that?

10    A.  No.

11    Q.  Did you speak with Mr. Harooni before your

12  deposition today about the substance of what we would be

13  talking about?

14    A.  Just when I came in.

15    Q.  Fair enough.

16      Are you aware that this litigation involves

17  Best Western AV Inn Associates and Mr. Harooni?

18    A.  Yes.

19    Q.  And do you understand that Best Western has

20  sued AV Inn Associates and Mr. Harooni to collect undue

21  assessments and whatnot?

22    A.  I'm not sure of who is suing who.

23    Q.  Fair enough.  I understand.  Let me just give

24  you a little background.  And I'm sure that counsel for

25  the defendants will correct me if I'm incorrect.

---

**9**

1       But in this case Best Western has sued AV Inn
2   Associates and Mr. Harooni to collect based on a breach
3   of contract claim.  In turn, Mr. Harooni has asserted a
4   counterclaim against Best Western essentially claiming
5   wrongful termination of the hotel's Best Western
6   membership.
7       And the hotel -- when I use the term "hotel"
8   today, I'm going to be referring to the hotel that is
9   located in Lancaster, California at 44055 North Sierra
10  Highway; okay?
11      A.  Okay.
12      Q.  Can you tell me when it was that you worked at
13  the hotel.
14      A.  I started early 2007.
15      Q.  And when did you leave the hotel?
16      A.  April, 2008.
17      Q.  Why did you leave the hotel?
18      A.  I had bought my own business.
19      Q.  What kind of business is that?
20      A.  Party rental.
21      Q.  Before working at the hotel, where did you
22  work?
23      A.  I had taken about a year, year and a half
24  off.  Previous to that I worked for the Beanie
25  Corporation, which is another hotel Oxford Inn.

---

**10**

1       Q.  Is the Oxford Inn located in Lancaster?
2       A.  Yes.
3       Q.  And what did you do for the Oxford Inn?
4       A.  I was their general manager.
5       Q.  How long were you their general manager?
6       A.  Right under a year.
7       Q.  And before working the Oxford Inn, where
8   did you work?
9       A.  Holiday Inn.
10      Q.  Also in Lancaster?
11      A.  In Palmdale.
12      Q.  And what did you do at the Holiday Inn?
13      A.  I was the director of sales.
14      Q.  How long did you hold that position?
15      A.  About eight years.
16      Q.  And before that?
17      A.  Before that I actually worked at the AV Inn
18  for four different owners.
19      Q.  Who were the owners when you worked there?
20      A.  I believe the Browns.
21      Q.  Was it a Best Western at that time?
22      A.  I believe it was.
23      Q.  What was your position at the AV Inn back
24  then?
25      A.  Director of catering.

---

**11**

1       Q.  So this was the early '90s.  Is that fair?
2       A.  Uh-huh.
3       Q.  And before working at the AV Inn in the early
4   '90s?
5       A.  I worked for Ramada.
6       Q.  In Lancaster?
7       A.  Palmdale.
8       Q.  And what did you do for Ramada?
9       A.  I was director of sales.
10      Q.  When you say Ramada, you mean the specific
11  Ramada Hotel?
12      A.  Ramada Inn, Palmdale Lancaster, yes.
13      Q.  And how many years were you there?
14      A.  On and off probably for eight.
15      Q.  And I know we are going back a long ways.
16      A.  I know.
17      Q.  Before the Ramada?
18      A.  The Ramada was formerly the Holiday Inn.  It
19  was the original Holiday Inn.  And I worked for them.
20      Q.  Okay.  How long did you work for them?
21      I understand this is all --
22      A.  The whole term was probably maybe three years
23  before it turned.  I'm coming up on 26 years.  So if it
24  adds up to 26 years, you got it okay.
25      Q.  Anybody before the Holiday Inn?

---

**12**

1       A.  A vets' restaurant.
2       Q.  Did you have any other prior hotel experience
3   before working at restaurant?
4       A.  No.
5       Q.  And you said total experience in the hotel
6   industry 26 years?
7       A.  Uh-huh, yes.  Getting old.
8       Q.  Do you have any -- what is your educational
9   background?  College?
10      A.  Some college.  Not a degree.  High school.  A
11  lot of training through the franchises.
12      Q.  How did you meet Mr. Harooni?
13      A.  I actually was applying at the hotel.  And he
14  took my application and sat down and talked with me.
15      Q.  Was that in 2007?
16      A.  Yes.
17      Q.  Why did you apply for a job at the hotel?
18      A.  I had been off -- I had took like a little
19  hiatus.  I had a grandchild.  And so I had my time with
20  her as a baby.  And I just felt the need to get back in
21  to working.  I was looking for a part-time job.  They
22  had advertised in the paper for accounting.  And so when
23  I went in --
24      Q.  So were you immediately hired as the general
25  manager?

## 13

1    A.  Yes, that day.
2    Q.  And were you paid hourly or salary?
3    A.  Salary.
4    Q.  How much was your salary?
5    A.  Between 36- and 40,000.  I have to go back and
6    look actually.
7    Q.  Fair enough.  40,000 would be in the high end,
8    36 being the low?
9    A.  Uh-huh.
10   Q.  When you were employed at the hotel, were
11   there renovations going on?
12   A.  Yes.
13   Q.  Can you tell me what those renovations were?
14   A.  The rooms division was still underway.  They
15   were getting ready to do the convention center.  Public
16   areas were completed already.  Restaurant, bar.
17   Q.  So the renovation of the rooms was occurring
18   in 2007.  Can you explain what was being done to the
19   rooms in 2007.
20   A.  Basically, they were gutted down to drywall.
21   They got new plaster finish, new carpeting, new drapes,
22   marble countertops, new sinks, furniture.  Some rooms
23   had brand new.  Some had used.
24   Q.  So when we talk about rooms being gutted,
25   there were actually rooms being gutted in 2007?

## 14

1    A.  Yes.
2    Q.  Did the renovation of the rooms -- was it
3    completed in 2007?
4    A.  Yes.  No.
5    Q.  And if you are having difficulty with exact
6    dates, I understand.
7    A.  I'm thinking of the property and how it was
8    laid out and what was going on.  I would say yes.  Yes.
9    Q.  And when rooms were being gutted and
10   renovated, how many rooms would be gutted at one
11   particular point in time?
12   A.  We would take a floor.
13   Q.  A floor.  So how many rooms would that be?
14   A.  Depending on where, which building.
15   Q.  So what would be the lowest number of rooms
16   renovated by floor?
17        And just an estimate is fine.
18   A.  I'm thinking there was 20 to a floor.
19   Q.  And once renovation began, how long would a
20   room be out of commission before it can be rerented to a
21   guest?
22   A.  We were probably out about a -- probably about
23   a two- to three-week turnaround.
24   Q.  How many floors were there to be renovated?
25   A.  In the three-story there was -- I can't

## 15

1    remember exactly how many.  There were three floors.
2    There was the two-story that was in the back.  And then
3    the pool side rooms all around the pool area.  So it was
4    actually done like in three phases.
5    Q.  Were each of these three phases started and
6    completed while you were employed by the hotel?
7    A.  Yes.
8    Q.  Did any renovations of the room occur before
9    you started working at the hotel if you know?
10   A.  Yes.
11   Q.  Did you have any participation in the
12   accounting for the renovations that were being done in
13   terms of receiving invoices, getting invoices paid, that
14   sort of thing?
15   A.  The renovation was -- all the accounting and
16   invoices and everything went to the accountant.  Okay.
17   There was contracts that were negotiated that sometimes
18   I was in on.  Sometimes I wasn't because some of them
19   were done before I arrived.  So materials needed or
20   anything like·that, I was aware of.
21   Q.  And so when an invoice would come in, would it
22   come in to you or would it just go in to accounting?
23   A.  Sometimes it would come in to me.  Sometimes
24   it would go straight to the accountant.
25   Q.  Did they require authorization by you to pay

## 16

1    an invoice?
2    A.  No.  Actually, moreover, the renovation was
3    Harry, Kevin, and between the contractors.  But,
4    sometimes if they needed something, and I was there to
5    intercept and provide for them.
6    Q.  Okay.  Fair enough.
7        So during your time at the hotel, the
8    restaurant and bar were opened during that entire time?
9    A.  They were opened.  But we -- that was one of
10   the things -- I have a food and beverage background.  So
11   we really pushed the restaurant.
12       And we had like all you can eat seafood buffet
13   on Saturdays.  We had a Saturday night prime rib.  We
14   had a Sunday brunch that we had started which went over
15   really well.
16       We had a lot of people that came -- a lot of
17   the people coming in from out of the areas.  The soccer,
18   any of the sports, once they had experienced it, they
19   would come the extra night rather than coming on
20   Saturday so they can come and have the dinner.  Yes.
21   Q.  So to answer my question, the bar and
22   restaurant were opened the entire time you were there?
23   A.  Yes.
24   Q.  Did you have any role in overseeing accounting
25   for the hotel?

17

```
1      A.  As far as watching the cost of the daily
2   expenses, yes.  Departmentwise, to make sure that they
3   are staying within budget.
4      Q.  Did you have a role in just the day-to-day
5   accounting, the debits and the credits and how
6   transactions were recorded?
7      A.  I oversaw it.  Some days I would actually --
8   somebody was like -- I would put the data into it but
9   not very often.
10      Q.  What kind of accounting software was used?
11      A.  Quick Books.
12      Q.  Who was primarily responsible for entering the
13   data in the Quick Books?
14      A.  Well, in the beginning there was an
15   accountant.  And her name was Cindy.  I can't remember
16   her last name.  Then she was replaced with Danette
17   Lewis.  And then she was replaced by a lady named
18   Hannah.
19      Q.  Do you recall Hannah's last name?
20      A.  No.
21      Q.  Hannah was only an accountant for the hotel?
22      A.  Yes.
23      Q.  Did she ever hold any other position?
24      A.  Not while I was there.
25      Q.  As GM of the hotel, what was your role?
```

18

```
1      A.  To oversee the daily operations and help my
2   department heads with any situations, employee
3   situations, making sure that everything pretty much ran,
4   the staffing was correct, did all the hiring, the
5   firing, counseling, write-ups, reviews.
6      Q.  And did you report to Mr. Harooni?
7      A.  Yes.
8      Q.  Did you report to anyone else?
9      A.  No.
10      Q.  How many people reported to you?
11      A.  Well, I had one, two, three -- I think five or
12   six department heads.  And overall I think we had about
13   55 to 65 employees.
14      Q.  Do you have the knowledge to estimate a
15   monthly payroll total for the hotel?
16      A.  If I remember right, it would be about 25,000.
17      Q.  Per month?
18      A.  No.  Per pay period if I remember right.
19      Q.  And there were 24 pay periods per year?
20      A.  Yes.  I think we got paid twice monthly.  I'm
21   not sure.  I can't remember.
22      Q.  You said you had five departments.
23      A.  Uh-huh.
24      Q.  Who were those five departments?
25      A.  There was housekeeping.  There was catering.
```

19

```
1   There was the front desk.  There was the kitchen.  There
2   was the bar.  Oh, and maintenance.  So there were six.
3      Q.  The head of maintenance, his name is Alfonso;
4   is that correct?
5      A.  Yes.
6      Q.  Do you remember his last name?  I think I have
7   heard it.  Vicente or something.
8      A.  Yes.  I'm thinking.
9         MS. LAZARUS:  Valencia.
10         THE WITNESS:  Valencia.  I think it is
11   Valencia.
12   BY MR. GARBARINO:
13      Q.  And he was the head of maintenance the entire
14   time you were there?
15      A.  Yes.
16      Q.  Did you ever attend any training at Best
17   Western?
18      A.  No.
19      Q.  You never traveled to Phoenix to the Best
20   Western headquarters?
21      A.  No.
22      Q.  Are you familiar with the general manager tool
23   kit that is offered by Best Western?
24      A.  I had read through the material.
25      Q.  So you have received the materials?
```

20

```
1      A.  Yes.
2      Q.  Did you find them particularly helpful?
3      A.  Yes.  They are always helpful.  All the
4   resource books are always helpful.
5      Q.  Did you ever use any Best Western online
6   resources?
7      A.  Online being.
8      Q.  On the Internet through Best Western's
9   website.
10      A.  I don't remember.
11      Q.  That is fair.
12      A.  I don't recall.  We did a lot of Internet
13   business, but I don't recall.
14      Q.  Do you know who was the manager before you at
15   the hotel?
16      A.  Christine.  I can't think of her last name.
17      Q.  That is fair.  Do you know who the manager was
18   after you left?
19      A.  I believe it was Christine.
20      Q.  Did you ever have any contact with third-party
21   accountants, being an accounting firm outside of the
22   hotel, that would provide tax returns or audits,
23   financial statement review, that sort of things?
24      A.  No.
25      Q.  Do you know if an audit was ever performed of
```

## 21

1   the hotel?
2       When I say audit, I mean a financial statement
3   audit?
4       A.  I don't recall one.
5       Q.  I take it your position with the hotel was a
6   full-time, 40-hour-a-week or more job?
7       A.  Yes.
8       Q.  Meaning, you were there at least five days a
9   week?
10      A.  Yes.
11      Q.  How often was MR. Harooni at the hotel when
12  you were there?
13      A.  Almost daily.
14      Q.  Did you ever have any contact with anybody at
15  Best Western?
16      A.  Yes.
17      Q.  Did you ever have any contact with anyone at
18  Best Western while you were employed in 2007?
19      A.  Yes.
20      Q.  Who did you have contact with?
21      A.  I had conversations with a lady named Terri.
22  I believe her name -- Winegger, something like that.
23      Q.  Fair enough.
24      A.  I had conversations with a salesperson Scott
25  Wilson.  I had conversations with another salesperson

## 22

1   Mary Ann Gray.
2       Q.  And the inspector, Mitch, I assume you had
3   conversations with him?
4       A.  Yes.
5       Q.  Anybody else?
6       A.  We had met a lot of people at the convention.
7       Q.  Do you recall who in particular you met at the
8   convention?
9       A.  Well, that was the first time I had actually
10  met face to face with Terri and Scott.  And I remember
11  seeing the board, you know.  I don't remember their
12  names, if I knew them from the material and everything.
13      Q.  Do you remember when you first came into
14  contact with Terri Winegger?
15      A.  It was pretty immediate.  When I came on
16  board, we were doing researching, revamping the whole
17  program.  And so with doing that, I had conversations
18  with Terri.  We had a wholesales relationship going on.
19  And that is when we would talk to Scott.
20      Q.  You said earlier revamping the program.  What
21  do you mean by revamping the program?
22      A.  Well, with every general manager that comes
23  in, they have their own type of way of managing.  So I
24  was going through each department.  Front desk being
25  one, you know.  Reservation systems, tracking, all of

## 23

1   those types of things.
2       Q.  So revamping the program essentially means
3   revamping the operations at the hotel to fit your style
4   of management?
5       A.  Well, I just went through and seen what was
6   being done and things that could be improved on at the
7   report level.
8       Q.  Does revamping the program have anything to do
9   with the sales and marketing activities of the hotel?
10      A.  Well, yes, because there really wasn't any.
11      Q.  Before you arrived there, there was no sales
12  and marketing?
13      A.  Not at the property, I don't believe.
14      Q.  Was Lisa Wilkerson employed while you were at
15  the hotel?
16      A.  She -- yes, she was.
17      Q.  And she was in marketing; correct?
18      A.  Yes.
19      Q.  And she was there before you or at the same
20  time?
21      A.  Yes.  Just a short while.  A week or something
22  like that.  Two or three weeks.
23      Q.  Two or three weeks before you started?
24      A.  Just short time.
25      Q.  Do you recall Terri Winegger making any

## 24

1   promises to the hotel for additional support?
2       A.  Well, yeah.  They had promised, you know, to
3   help.  And one of the things was the reservations and
4   getting some corporate accounts.
5       Q.  What specifically did Best Western promise
6   with respect to the reservations?
7       A.  Help with the corporate accounts.
8       Q.  What did you understand that help to mean?
9       A.  Making contact, getting -- having us do RFP's,
10  doing everything they can to push the property.
11      Q.  Was there some sort of deadline each time for
12  each year for RFP's?
13      A.  Yes.
14      Q.  When was that deadline?
15      A.  Usually October is our RFP deadline for the
16  next year so you receive a good many of them in October.
17      Q.  Explain to me the process, the RFP process.
18      A.  Companies that put out requests for proposals
19  for rates ask what your hotel has to offer.  A lot of
20  the RFP's had fallen by the wayside because the corporate companies didn't
21  had been so rundown that the corporate companies didn't
22  request an RFP from there.
23          So in getting that back online and making
24  those corporate contacts and getting us in so we can --
25  so we could be part of the bidding process and getting

## 25

1    the hotel back on everybody's screen.
2         Q.   Okay.  So what needed to be done to get the
3    hotel back on everybody's screen?
4         A.   We had to contact nearly every company.
5         Q.   The hotel had to contact nearly every company?
6         A.   Well, Lisa ended up doing most of it.  It
7    was -- a lot of the franchisees do the RFP's that are
8    through franchise the gold central.  They have central
9    sales people.  And they take care of all of that like
10   advertising and all of that kind of thing.
11        So with that -- but that wasn't being done for
12   Antelope Valley Inn.  Antelope Valley Inn was not being
13   pushed.  People hadn't been contacted, you know.
14        And that was one of the things that we had
15   Lisa doing was going through.  And she was a well
16   seasoned director of sales.  She had a lot of contacts.
17   In talking through Scott and Mary Ann, in doing
18   research, she would end up with the contact and making
19   contact.  And then maybe three or four days later, they
20   would call and say this is the person would you need to
21   talk to.
22        So we weren't waiting around.  It was too slow
23   for me.  Time is of the essence when you are doing
24   RFP's.  You have to -- some of them that were -- you
25   know, the area had a lot of hotels, not like 15 years

## 26

1    ago.  And hotels really had to work to pull their place
2    in the market.  So that is what we had to do.
3         Q.   Okay.  So it was action that the hotel had to
4    take, not Best Western?
5         A.   No, because when we came in there, what was
6    Harry's understanding was that these practices were
7    already being done.  And that is what he thought he was
8    getting the help of.  And that is not what was
9    happening.
10        Q.   Okay.  Do you have -- if you can answer this
11   question, do you have any knowledge of how other Best
12   Westerns were doing the same RFP process?
13        MS. LAZARUS:  Object to the form.
14   BY MR. GARBARINO:
15        Q.   You can go ahead and answer it.
16        A.   I'm not sure because with Best Western was
17   different than like with Holiday Inn or Ramada.  Best
18   Western had a wide scope, you know, very diverse, five
19   properties.  And so some properties were, you know,
20   small mom and pop, you know, little inns.  And corporate
21   business wasn't their thing.  It was more, you know,
22   resort or transient.
23        So I'm not sure to answer your question how
24   the other properties did it.  I was just familiar with
25   how we had always done it at other properties under

## 27

1    other flags.
2         So that is why, when we started interacting
3    with Best Western and talking to these people, in my
4    opinion, there wasn't a whole lot started.
5         Q.   Meaning on the hotel end when you started?
6         A.   On the franchise end of it.  On Best Western's
7    end of it.
8         Q.   Okay.
9         A.   And when -- right after I was -- became
10   employed with Mr. Harooni, then -- and asking him, he
11   was under the impression that they were helping him.
12   Well, what we found out was that, in fact, the system --
13   very simple.  Check the system.  The system was blocked
14   out.  It was booked full.
15        Q.   And this a different issue; right?  The
16   reservation issue and the corporate accounts are two
17   different issues?
18        A.   Well, you can't get reservations if your hotel
19   is closed out.
20        Q.   There was some allegation that there was some
21   deadline missed for the RFP process that barred the
22   hotel from getting these reservations from any
23   particular company for some period of time.
24        And that is what I'm -- and we will talk about
25   the reservation system in a minute.  But this is what

## 28

1    I'm trying to figure out, the exact process that was
2    needed to go through or who dropped the ball where with
3    respect to the RFP's.
4         So let's just take an example.  Boeing.  What
5    needed to be done to get the hotel on Boeing's list of
6    hotels to be used by its employees?
7         A.   Well, normally, you would ask for an RFP.
8    With Boeing it is very difficult.  They are very
9    choosy.  And we went as far as to send Lisa and Kevin to
10   Chicago to try and romance, you know, Lisa Bliss in
11   getting -- at least considering the hotel.
12        Q.   So let's take another example then if Boeing
13   was a little bit out.  What about Northrop?
14        A.   Well, they were pretty much -- you have to
15   request.  And if a property has been off the radar
16   screen for a while and everybody -- it is very hard to
17   overcome that, you know.  It is very, very difficult.
18        When a property is so run down for so long and
19   to try and push a brand new property that has been
20   annual renovated, you have to work extra hard in
21   convincing them that, you know, this is what is done --
22   pictures, virtual tours, invitation to come do property
23   site tours, anything you can up until -- I mean to doing
24   site visits with them.
25        Q.   So let me ask you this.  You said a request

## 29

1   has to be made. Who makes that request?
2       A.  Well, normally, like for Holiday Inn, those
3   RFP's would come down through, like, the regional, you
4   know, marketing. And we would receive them. It was an
5   automatic.
6           Best Western, I was only there through the one
7   October. So I don't know what was done prior to, you
8   know, the October, prior to my employment. But we
9   didn't have any contracts. We didn't have any RFP's.
10  So nothing.
11      Q.  Nothing had been done?
12      A.  No.
13      Q.  Who has to take the initial step and request?
14      A.  Well, I'm thinking that Best Western, like all
15  of the rest of them, have a certain amount of regional
16  VP's that are working on that that work for all of their
17  hotels, you know, in making sure that the RFP season --
18  that they have the request in.
19          We were always -- myself and the staff that I
20  had were always proactive. And we were always involved
21  with the companies because they were out there. And
22  we -- because I had been in it for so long, we had
23  relationships. Okay. It wasn't like cold calling.
24          So who handled it up until then, I don't know
25  because there wasn't anything done. There wasn't even

## 30

1   any contracts that were even done from Best Western for
2   the whole franchise you get X, Y, and Z because of the
3   name.
4       Q.  Okay.
5       A.  And we had a hard time. There wasn't
6   anything.
7       Q.  Okay. So you were there for one RFP season
8   though; correct?
9       A.  Correct.
10      Q.  During that season can you just walk me
11  through the process of what steps needed to be taken by
12  the hotel to make sure that the hotel was on a certain
13  client's list.
14      A.  Well, if you were granted the RFP, it would
15  come over the Internet, the application.
16      Q.  Okay. If you are granted the RFP. Who
17  granted it?
18      A.  Whoever was asking for it.
19      Q.  So this would be a potential customer?
20      A.  Well, like I said, it depends because, if you
21  had your franchise standing behind you, they were
22  already like on it.
23      Q.  Okay. In this case, in Best Western's case,
24  in the RFP process, what and who takes the first step to
25  get the hotel on the client's list?

## 31

1       A.  Lisa took the first step. She initiated the
2   request.
3       Q.  And did a request have to be made to get the
4   process rolling?
5       A.  Yes.
6       Q.  So the hotel had to make the initial request?
7       A.  Somebody had to make the request.
8       Q.  And who did she make that request to?
9       A.  We did Boeing. We did Lockheed. We did
10  Northrop.
11      Q.  So these requests were made to Boeing,
12  Lockheed, Northrop?
13      A.  Uh-huh. Yes.
14      Q.  So Best Western has nothing to do at this
15  point in the process?
16      A.  Well, they were supposed to. We had ongoing
17  conversations with Scott and Mary Ann.
18      Q.  But what you are talking about now, Lisa made
19  a request to Boeing, Northrop or -- what was the
20  other -- Lockheed?
21      A.  Yes.
22      Q.  Has Best Western done anything in this process
23  at this point in time?
24      A.  Up until then, I don't believe so because the
25  conversations were like starting from scratch, when we

## 32

1   were talking with them, and saying, okay, is there any
2   RFP's that are coming? No. So then we had to go really
3   scratching for our own selves.
4       Q.  So a request is made to Boeing, Northrop,
5   Lockheed. What happens next?
6       A.  The application comes in over the Internet.
7   And it is filled out and submitted.
8       Q.  And the application comes from Boeing,
9   Lockheed or Northrop, the potential customer?
10      A.  Yes.
11      Q.  And the application is completed by the
12  hotel?
13      A.  Yes.
14      Q.  Does Best Western play any role in completing
15  the application?
16      A.  Not the ones we did.
17      Q.  So once the application is completed, what
18  happens next?
19      A.  You wait to see if it was accepted.
20      Q.  So you actually have to send it back to --
21      A.  Yes.
22      Q.  -- the company or the potential customers?
23      A.  Yes.
24      Q.  And if it is accepted, what is the next step?
25      A.  Then you are granted a contract for the

## 33

1  following year. Their employees can come there for a
2  negotiated rate.
3      Q.  Do you know if this process was different for
4  other Best Westerns?
5      A.  I don't know. I do know that we were told --
6  and I believe it was from Mary Ann -- that she had --
7  she had enough hotels to represent and that, because
8  ours was, for lack of a better word, coming online, you
9  know, when it did, that she would try and get ours
10  pushed.
11      But it was made clear to Lisa and myself that
12  our property was not going to be one of the number one
13  priority properties pushed.
14      Q.  Okay. Do you have any idea what were the
15  number one properties that were pushed?
16      A.  No.
17      Q.  When you say pushed a property, what do you
18  mean by that?
19      A.  Promoted.
20      Q.  Were there any other Best Westerns in the area
21  that you were aware of that were being promoted over the
22  hotel?
23      A.  There is another Best Western, but I wasn't
24  aware of what was going on with them.
25      Q.  You have worked for, obviously, a number of

## 34

1  hotel chains, franchises, memberships, whatever you want
2  to call them.
3      Is the process we just talked about, the RFP
4  process, a little bit different for each franchise based
5  on your experience?
6      A.  Just for the part like for Holiday Inn, the
7  RFP's -- a lot of RFP's were already requested from the
8  franchise. You know, we didn't have to go in ourself.
9  We just received the rate, the RFP. We filled it out
10  and sent it back. So some of them, we didn't have to.
11      There was a lot of companies that, you know,
12  which I'm sure Best Western did, but there wasn't any
13  for this hotel. So I'm sure they probably have, you
14  know, their own corporate accounts that year after year
15  they RFP.
16      Q.  So, in your mind, what is the reason why the
17  hotel fell off the radar screen?
18      A.  Because it was so run down. It had such a bad
19  reputation. Antelope Valley Inn and the Desert Inn were
20  the No. 2 hotels in the whole valley for many, many
21  years.
22      Q.  Okay. Let's talk for a minute about the
23  reservation system. There has been an allegation that
24  the reservation system was malfunctioning. Can you tell
25  me what you know about the reservation system and what

## 35

1  you know about any malfunctions that you experienced.
2      A.  Once I arrived at the property and started
3  working, we were not receiving any reservations and
4  through Lisa researching it, had found that our hotel
5  had been closed out for like a year.
6      So anybody that was going on and calling for
7  any hotel that was for Lancaster would either get routed
8  to the other Best Western that was in Palmdale or to
9  Santa Clarita or to wherever else there was at the
10  closest location because ours showed closed out.
11      Q.  So once you learned that this was a problem,
12  what happened next?
13      A.  Lisa was put in charge of monitoring it and
14  making sure that the reservation system was opened
15  certain days that, if we blocked them out, to make sure
16  that they were blocked out. We had soccer weekends or,
17  you know, those types of things.
18      Q.  Okay. So you are saying it was blocked out
19  for an entire year. So that must mean 2006?
20      A.  No. '7.
21      Q.  So it was blocked out forward so nobody could
22  make a reservation for 2007?
23      A.  Correct, correct. It was like somebody came
24  in and booked the hotel for an entire year. It showed
25  blocked out.

## 36

1      Q.  So we are kind of talking about two different
2  time spans here the amount of time it has been blocked
3  out in the system; correct?
4      A.  Uh-huh.
5      Q.  And then the amount of time that the block out
6  has been input into the system going back. Does that
7  make sense?
8      A.  Yes.
9      Q.  Okay. Do we know how far going back this
10  problem had been in existence?
11      A.  No, I don't.
12      Q.  So it could have been two weeks?
13      A.  No. It was farther than two weeks because we
14  didn't have any occupancy in researching the back
15  occupancy in like a month ago. We were looking to see
16  if any reservations were coming through. That is why it
17  was so odd because there was no reservations. And it is
18  like there is no reservations coming over for the
19  reservation system. There was none.
20      So I couldn't tell you how long it had been
21  done, when the starting point was. You know, what I'm
22  saying. But it had been done prior to me arriving.
23      Q.  Do you know if anybody would know how far back
24  it was -- this problem had existed?
25      A.  I don't know. My main concern was getting it

37

1    fixed and getting it opened.
2        Q.   Okay.  So once you discovered there was a
3    problem, how long did that take to get it fixed?
4        A.   A day, an hour, whatever it takes to go in and
5    open it up.
6        Q.   Was there anybody who you knew had experience
7    working with this reservation system before you
8    arrived?
9        A.   Christine.
10       Q.   Is there anybody else that had access to the
11   system at the time that you arrived?
12       A.   To the able to block out dates and things like
13   that?
14       Q.   Yes.
15       A.   I believe only to Christine.  I don't know who
16   was there prior.  I don't know who had access.  I
17   limited it so I could have control.
18       Q.   So there wasn't an entire -- based on what you
19   are telling me, there wasn't an entire year that
20   reservations weren't allowed to be made into the
21   system.  It just was blocked out that nobody could make
22   a reservation a year out.  Is that fair?
23       A.   Well, I don't know how long it had been done.
24       Q.   Right.  I understand that.  But let's say the
25   day before you discovered the problem, the only problem

38

1    was that somebody couldn't make a reservation, say, the
2    following month; correct?
3        A.   Right.
4        Q.   The day after you saw that, the problem, that
5    same person could make that reservation?
6        A.   Correct.
7        Q.   So it is not like there was an entire year's
8    worth of revenue lost because of the problem?
9        A.   It could have been.
10       Q.   But if somebody made a reservation after you
11   had the problem fixed --
12       A.   But I don't know how long it was closed out.
13       Q.   But once you fixed the problem, reservations
14   could be made?
15       A.   Correct.
16       Q.   And if we looked at Best Western's figures and
17   regarding the amount of revenue related to the
18   reservation system, if there is revenue related to a
19   particular month that was previously blocked out, is it
20   fair to assume that reservation was made after you fixed
21   the system?
22       A.   Yes.
23       Q.   Okay.  In your belief, it could have been made
24   beforehand?
25       A.   Say it again.

39

1        Q.   If there is -- let's say there is one room
2    night worth of revenue in April of 2006.  Okay.  It is
3    possible that -- you believe that that reservation was
4    made after you fixed the problem; correct?
5            MS. LAZARUS:  Object to the form.
6    BY MR. GARBARINO:
7        Q.   Let's back up.  Let's just take, for example,
8    one room night of revenue in April of 2006.  Could that
9    reservation have been made after you fixed the problem?
10           MS. LAZARUS:  Object to the form.
11           THE WITNESS:  If the system was opened up,
12   they could make reservations for any time.
13   BY MR. GARBARINO:
14       Q.   Right.  Okay.
15       A.   Once the system was opened up.  But if the
16   system is closed, it won't take it.
17       Q.   Okay.
18       A.   It will defer you to a comfortable location,
19   another Best Western.
20       Q.   So the real question is how long was the block
21   out in place going backwards?
22       A.   Correct.
23       Q.   Not how long going forward the system had it
24   blocked out.  It could have been three years to be
25   blocked out.  And as long as you solved the problem, we

40

1    would have had reservations in April of 2006?
2        A.   Once it was opened.
3        Q.   Right.  Got it.  Does that make sense?
4        A.   Yes, I think.
5        Q.   So it is your testimony -- and I just want to
6    make sure of this -- that before you and Lisa started
7    working at the hotel, there was nobody who was in charge
8    of marketing at the hotel?
9        A.   I don't believe so.
10       Q.   Were you present for any of the inspections
11   that occurred on the property?
12       A.   Yes.
13       Q.   How many inspections were you present for?
14       A.   One.
15       Q.   Do you remember what the date of that
16   inspection was?
17       A.   No, I don't remember.  It was with Mitch.
18       Q.   Mitch?
19       A.   Uh-huh.
20       Q.   It was obviously after you started in 2006.
21   Excuse me.  2007.  Would it have been the first
22   inspection on your watch as general manager?
23       A.   Yes.  I'm not sure it was the first
24   inspection.
25       Q.   Right.  But in terms of the time, your being

41

1    general manager --
2        A.  Yes.
3        Q.  -- this was the first inspection that occurred
4    while -- since you had been employed as general manager
5    at the hotel?
6        A.  Yes.
7        Q.  Was Mitch the only person who inspected the
8    hotel while you were there?
9        A.  Yes.
10       Q.  And the first inspection was when you first
11   met Mitch?
12       A.  Yes.
13       Q.  Tell me about that meeting.
14       A.  We met in the lobby.  He was -- you know,
15   picked out some rooms that he wanted to go see.  When we
16   started going through the property, he was really,
17   really happy because he had said to me and Lina that he
18   was sent there to pull the flag.
19       Q.  Did he say who sent him there to pull the
20   flag?
21       A.  I'm just thinking that, you know, Best Western
22   corporate, whoever he comes from; that, you know, he was
23   so pleasantly surprised to see how much progress was
24   done and the condition of the property.  He was really
25   happy.  We received a very high score.  I mean, we were

42

1    only a few points off.  I was very proud because
2    everybody had worked very hard.
3        Q.  Did you have the impression that Mitch would
4    overlook any problems that he saw?
5        A.  No.
6        Q.  Was your impression, if Mitch saw a problem,
7    he marked it down on his inspection report?
8        A.  Yes.
9        Q.  And he would deduct points for that problem?
10       A.  Yes.  I know how the process goes.  I did cite
11   inspections a lot.
12       Q.  Is it possible that the first inspection the
13   first time you met Mitch was in May of 2007?
14       A.  Probably.
15       Q.  And in May of 2007, you were the general
16   manager; correct?
17       A.  Yes.  If it is a 900, very high 900's, that is
18   the one because I don't think that they had received
19   that high after that, after I had left.
20       Q.  Okay.
21       A.  Because we were so good.
22       Q.  Can we go off the record for just a second.
23           (Recess.)
24       MR. GARBARINO:  Back on the record.
25       Q.  So right before we took a break, we were

43

1    discussing the inspections performed by Best Western
2    inspector Mitch.  And his last name is Van Wormer; is
3    that correct?  Is that what you recall?
4        A.  Yes.
5        Q.  And you only attended one of those
6    inspections?
7        A.  Yes.
8        Q.  And we believe that was the inspection,
9    though, in May of '07; correct?
10       A.  I believe.
11       Q.  Okay.  I'm going to backtrack just for a quick
12   second to ask you some questions about exhibits.
13           Exhibit 1 was a document that was disclosed to
14   us by Mr. Harooni.  And I'm not sure who prepared it.
15   And I just want you to look at it.  And if you recognize
16   it, tell me who prepared it.  If you know, that would be
17   great.
18           (Plaintiff's Exhibit 1 marked.)
19           THE WITNESS:  I don't know.
20   BY MR. GARBARINO:
21       Q.  Does it look familiar to you?
22       A.  No.
23       Q.  That is fine.
24           Okay.  Exhibits 3 through 6 are profit and
25   loss statements that we were provided.  I believe

44

1    Exhibit 3 is 2005.
2           (Plaintiff's Exhibits 3 through 6 marked.)
3    BY MR. GARBARINO:
4        Q.  You weren't at the property in 2005; right?
5        A.  Right.
6        Q.  So you would have no reason to review that
7    document?
8        A.  Right.
9        Q.  2006, I think, is No. 4.
10          And you would have no reason to review that
11   document either?
12       A.  Right.
13       Q.  Okay.  But Exhibit No. 5 is 2007; correct?
14       A.  Yes.
15       Q.  Did you review this at any time, or do you
16   recall reviewing this at any time?
17          In fact, it was probably prepared after you
18   left.  I'm guessing.
19       A.  I'm thinking because I oversaw monthly
20   reports.  I don't think this was -- the whole year was
21   prepared before I left.
22       Q.  And that makes sense to me since you left
23   in --
24       A.  I left in April.
25       Q.  Oh, you left in April.  That is right.

## 45

1    A. Yes. But there was -- I know that Harry was
2 working with Scott Evans of Berkey Cox and Evans as the
3 accountant.
4    Q. Berkey Cox and Evans?
5    A. Yes. Berkey.
6    Q. This was third-party accountants that, I
7 assume, assisted AV Inn in some way, shape or form?
8    A. Yes, they are an accounting firm.
9    Q. Do you know exactly what they did for AV Inn?
10    A. Well, I know that they were preparing a profit
11 and loss statements for you.
12    Q. Okay. If that is all you know, that is all
13 you know?
14    A. I should say I assume. Okay.
15    Q. Okay. That is fine. I just want to ask you
16 about a couple of numbers on the 2007 profit and loss
17 statement, the first one being salaries. And it is on
18 page 2 of the profit and loss statement.
19    And it has a total amount -- and correct me
20 if I'm wrong -- of $970,284.82; is that correct?
21    A. I'm sorry. I have -- okay. Right here. I
22 have one contact that is near and one is far. So when I
23 do stuff like this, you are messing with my head.
24    Q. I understand. Is that accurate what I said
25 about the amount of the salaries?

## 46

1    A. The number here is what you said. I'm not
2 certain. I don't know what was figured into this profit
3 and loss statement. So I don't know.
4    Q. Okay. So you don't know which employees are
5 included in this --
6    A. Right.
7    Q. -- amount?
8    Okay. And earlier you testified that on
9 average the payroll was approximately $25,000 per pay
10 period; is that correct?
11    A. Yes.
12    Q. And you don't recall whether the pay was every
13 two weeks or bimonthly; correct?
14    A. It was either two weeks or bimonthly. I can't
15 remember.
16    Q. So if it was bimonthly, is it fair to say
17 there would have been 24 pay periods in a year?
18    A. Correct.
19    Q. And if it was every two weeks, is it fair to
20 say there was probably 26 pay periods every year?
21    A. Yes.
22    Q. And I will let you do this math yourself. But
23 if we take 26 -- assuming there were 26 pay periods
24 times $25,000, I'm only coming up with $650,000.
25    A. Okay.

## 47

1    Q. Subject to your checking my math.
2    Do you have any explanation as to why the
3 salary expense here is nearly $320,000 more?
4    MS. LAZARUS: Objection. Form and
5 foundation.
6 BY MR. GARBARINO:
7    Q. You can go ahead and answer if you know the
8 answer.
9    A. I don't know. I wasn't aware of who everybody
10 that was on payroll.
11    Q. Okay.
12    A. I was only aware of my department heads and
13 the clocking in, those types of things. So I know that
14 there were other people that worked for Harry.
15    Q. Do you know who those other people were?
16    A. Some of them could have been people that he
17 hired through the renovation, some of them workers. It
18 would fluctuate, you know, depending on what had been
19 happening. Like I said, I started in April.
20    Q. No. Go ahead. I'm sorry. I didn't mean to
21 interrupt.
22    A. I started in April. So I only came in to what
23 I knew to be then. Okay. So I didn't know what.
24    Q. Fair enough.
25    Did you go through the monthly payroll and see

## 48

1 all of the checks that were being issued or direct
2 deposits that were being made?
3    A. Yes.
4    Q. Did Mr. Harooni -- was he a recipient of any
5 direct deposit or check from payroll?
6    A. I honestly don't remember.
7    Q. And that is fine. If you don't remember, you
8 don't remember?
9    A. I don't. I don't remember.
10    Q. Fair enough.
11    A. I don't remember.
12    Q. I understand. There is a line item for ground
13 lease. Let me find it here. Let me just ask you this.
14    Are you familiar that the hotel had a ground
15 lease with respect to the banking center?
16    A. Yes.
17    Q. Do you know how much that monthly lease amount
18 was off the top of your head?
19    A. Exactly, no.
20    Q. Did it fluctuate every month?
21    A. I don't think so.
22    Q. So it should have been constant every single
23 month?
24    A. I guess so.
25    Q. Earlier you testified of specific promises

## 49

1    made by Terri Winegger and Scott Wilson relating to
2    sales relations.
3        Do you recall specifically what those promises
4    were to do?
5    A. To help get the problems straightened out for
6    Harry, to help on their end.
7    Q. And this was at the -- when was this? This
8    was in 2007 when you first started?
9    A. Yes.
10    Q. And what did Best Western do in response?
11    A. Well, when I first came on, I wasn't real sure
12    what they were doing because Harry had informed me that
13    he was to get a lot of help from Best Western and that
14    they were, you know, a lot of nice people. And this
15    lady Terri, you know, she has been very helpful. And
16    she has promised to help him.
17        And, you know, and so that in talking with
18    her, with him, like on a conference call, when we went
19    to the convention, I finally got to meet her. And that
20    is when we met Scott Wilson.
21    Q. And they made promises to you at the
22    convention?
23    A. That they were going to get things
24    straightened out and promised Harry that they would get
25    him help. And, you know, it was the -- don't worry

## 50

1    about it. We are going to get it straightened out. We
2    are going to get it straightened out for you.
3    Q. Okay. What happened?
4    A. Well, with Scott Wilson, it was a couple of
5    weeks, I believe, after the convention. They were slow
6    in the draw. Okay. They weren't as quick as, like, I
7    would have liked them to have been.
8        Once we got on line with Scott Wilson and Mary
9    Ann Gray and we went through the whole gamut of, you
10    know, starting from scratch and going, here is what we
11    need to be doing and here is, you know, RFP's and this
12    is -- and then I did remember, when talking about Mary
13    Ann Gray that, when she had informed Lisa that she --
14    that our property was not going to be one that was going
15    to be promoted.
16        And I remember writing her a very nasty
17    e-mail. So wherever that is, that should be there.
18    Q. Do you have a copy of that e-mail?
19    A. No. But he was very upset. And I was very
20    distraught over all of the efforts that everybody had
21    gone through only to have her say you are not my top
22    priority even though you are one of two in a major
23    aerospace area. You know, it was very defeating.
24    Q. Did you get a response to your e-mail?
25    A. I think we did. I think she fired back

## 51

1    something that wasn't so nice.
2    Q. You don't happen to have a copy of that
3    response?
4    A. No. But I was really upset. I was mad.
5    Q. Where would that e-mail and the response from
6    Best Western be if they still existed today?
7    A. I would think in Mary Ann Gray's back
8    database. If ever.
9    Q. Okay.
10    A. I'm sure that his computers are all gone.
11    Q. When you refer to his, you mean Mr. Harooni's?
12    A. Yes. The ones that were in my office.
13        It was upsetting. It was upset going through
14    all of that that we had gone through and to be informed
15    that, you know, we would not be top of her list. And
16    not that we had to be the top of her list. But we
17    wanted to be there alongside at least the other Best
18    Westerns.
19    Q. But you don't know how the other Best Westerns
20    were being promoted; is that correct?
21    A. Right. And they are not a full service.
22    Q. So you could have been alongside of them. You
23    just don't know?
24    A. Well, they are not a full service hotel. So I
25    would imagine that we would not have been beside them.

## 52

1    Q. You would have been ahead of them?
2    A. Yes.
3    Q. But do you know if they were ahead or behind
4    or aside?
5    A. I know that we weren't anywhere.
6    Q. But do you know the status of the other Best
7    Westerns?
8    A. No.
9    Q. Between you, Mr. Harooni, and Lisa Wilkerson,
10    who would have the best knowledge about the problems
11    with the reservation system?
12    A. Lisa.
13    Q. Okay. If we can go to Exhibit 8.
14        (Plaintiff's Exhibit 8 marked.)
15    BY MR. GARBARINO:
16    Q. And I'm going to turn -- at the bottom there
17    is a mark. It says BW0022. Do you see that mark?
18    A. (No audible response.)
19    Q. I'm going to refer to page numbers by using
20    that number.
21    A. Okay.
22    Q. If you can turn to BW0023, there is a heading
23    called names of participants and position titles. And
24    it states Christine manager and Lina manager of
25    housekeeping. Should that name actually be your name

---

53

1    instead of Christine?
2        A.  Yes.
3        Q.  Because you were the general manager at the
4    time of this inspection?
5        A.  Yes.
6        Q.  And based on your belief, as you sit here
7    today, you believe that you were in attendance at this
8    inspection?
9        A.  Yes.
10       Q.  And the inspection was performed by Mitch;
11   correct?
12       A.  Yes.
13       Q.  Did Mitch ever deduct any points that you
14   thought were unfair?
15       A.  There was points that he would -- yes.  When
16   you are going through a renovation, that they put it
17   underneath a different -- as getting to it.  Or you know
18   what I'm saying, that the renovation hadn't been
19   completed.  So that type of thing.
20          So but as far as like giving us anything, no.
21       Q.  You believe that his inspections were fair?
22       A.  Yes.
23       Q.  And when you talked about points deducted with
24   respect to renovations, did that actually affect the
25   hotel's score on an inspection?

---

54

1        A.  No.  Not that -- it was my understanding that
2    it wouldn't.
3        Q.  Okay.  If we go down the list further, there
4    is a heading called "Housekeeping status of all rooms
5    assessed." And this lists the rooms that were assessed
6    this particular day by number.
7           Do you recall, as you sit here today, the
8    inspection of any one of these specific rooms?
9        A.  Yes.
10       Q.  Okay.  Do you remember all of them?
11       A.  I remember 121.
12       Q.  What, in particular, do you remember about
13   121?
14       A.  That is the one that we were inspecting when
15   he told me that he was so happy because he was coming
16   here to tell us that he was going to pull the flag.
17       Q.  Did you believe that Mitch had the power to
18   pull the flag?
19       A.  Well, I would guess.  He was inspecting.  And
20   if we didn't pass.
21       Q.  Did you believe that Mitch was the final
22   decision maker on whether the hotel retained its flag?
23          MS. LAZARUS:  Object to the form.
24          THE WITNESS:  Well, with the statement, yes.
25   BY MR. GARBARINO:

---

55

1        Q.  Okay.
2        A.  Not that he might be the one.  He would
3    contribute to it.  That is what he said to me.  So that
4    is what I had to go off of.
5        Q.  Did he indicate who he had those instructions
6    from?
7        A.  No.  And I hate to assume.  My thought is,
8    okay, you are a corporate guy.  You are inspecting.  So
9    if you tell me you are here to pull the flag, if we
10   hadn't improved, I would think that you would be there
11   on orders.  Okay.
12       Q.  Let me ask you this.  And this was the first
13   time you met Mitch; correct?
14       A.  Yes.
15       Q.  Did you talk with him subsequently?
16       A.  No.
17       Q.  No.  So this was the only time you ever talked
18   to Mitch?
19       A.  Yes.  This was the first time I ever met him.
20       Q.  Okay.  What else specifically do you remember
21   about room 121?
22       A.  Just that that was a room when he said that.
23   And that is what marked it for me.
24       Q.  If we can turn to BW0025, there is a heading
25   called Case Goods.

---

56

1        A.  Yes.
2        Q.  And it describes armoire has damage near the
3    television in 132, 121, and 264.  Do you see that?
4        A.  Yes.
5        Q.  Is that an accurate description of the
6    armoire?
7        A.  The armoires, the common thing -- and I
8    remember him telling me that there was a crayon or some
9    sort of something that he knew of because, when the TV's
10   were pulled out, the frames would rub.  And it was a
11   consistent error that everybody gets.  And a quick fix
12   to keep that is this crayon.
13       Q.  Okay.  But you agree with the statement there
14   that that is an accurate portrayal of the armoires that
15   he saw that day?
16       A.  Yes.  And I know what the damage he is talking
17   about.
18       Q.  And do you agree with the point deduction?
19          MS. LAZARUS:  Object to the form.
20          THE WITNESS:  Well, we had it on them.  So
21   yes.  I, mean if that is what you get taken off for
22   because it had those marks.  So, I mean, we wouldn't say
23   they weren't there because they were there.
24   BY MR. GARBARINO:
25       Q.  Other than this inspection of the rooms, did

## 57

1 you have an opportunity or did you do this in your daily
2 task, room inspections of other rooms?
3 A. Absolutely.
4 Q. On the next page under tubs, showers,
5 surround, grout, it states tub stained in rooms 167 and
6 264. Do you see that?
7 A. Uh-huh.
8 Q. Do you recall that particular problem that --
9 A. That is in the two-story. And they had stains
10 in them. And the building was old. That was like one
11 of the oldest buildings. So that was an ongoing.
12 Q. So is this a fair description of what Mitch
13 saw in those tubs?
14 A. Well, it was around the -- it wasn't like the
15 tub is stained. It was around the drain.
16 Q. Okay. But is this a fair description of what
17 he saw that day?
18 A. It is a generalized statement. You could take
19 it as the whole tub or -- I mean, he wasn't that
20 specific in saying tub drain, hole or -- you know what
21 I'm saying.
22     I know what he was talking about because I was
23 there. If somebody else was reading it, they might
24 think the whole tub is stained.
25 Q. Okay. Let's do this.

## 58

1     The following exhibit, Exhibit No. 9, is the
2 actual photographs. If you can could turn to BW0151.
3 A. 151?
4 Q. Yes.
5 A. Uh-huh.
6 Q. Is that a picture of what he is describing?
7 A. Yes, rust.
8 Q. So you are talking about the stains. And it
9 is just around the drain; correct?
10 A. Yeah. Where the water would come in right
11 there.
12 Q. And it looks like there is some actually
13 coming underneath the faucet; is that correct?
14 A. Correct.
15 Q. Do you guys need a minute?
16 MS. LAZARUS: Yes. We were -- what page
17 number were we looking at?
18 MR. GARBARINO: Yes. BW0151. This is in
19 Exhibit 9.
20 MS. LAZARUS: Okay.
21 BY MR. GARBARINO:
22 Q. Have you ever seen these pictures before,
23 ma'am?
24 A. No.
25 Q. If we can go to Exhibit 8, back to the

## 59

1 previous exhibit, and turn to page BW0027, under
2 buildings, roofs, it states, "Roof damage visible on two
3 story building." Do you recall seeing what Mitch is
4 talking about here?
5 A. Yes.
6 Q. Can you describe it.
7 A. The roof -- we have strong winds. So there
8 was -- the roof leaked. It needed a new roof. If it
9 was going to look cosmetically, you know, appealing,
10 then it would have needed a brand new roof. But it did
11 have damage.
12 Q. A little further down on the same page under
13 the heading elevator/lifts interior or exterior, it
14 states that the elevator had interior wall finish wear.
15 Is that an accurate description of the elevator?
16 A. Well, there was only one elevator. And it was
17 in the three-story. And the elevators were used for
18 taking equipment up and down. So yes, there was.
19 Q. There was wall finish wear?
20 A. Yes, because they were still in the process of
21 renovating.
22 Q. Fair enough. And then further down in the
23 heading entitled, Parking lot, trash areas, et cetera,
24 Mitch noted parking lot damaged on the side and at the
25 rear of property.

## 60

1     Do you recall seeing that damage?
2 A. I know that we were replacing a curbed planter
3 on the -- I would call it the middle driveway of the
4 property. The rear of the property -- I don't recall
5 any damage in the rear of the property.
6 Q. Do you recall the parking lot being cracked?
7 A. Yes. It had cracks.
8 Q. We are going to go to the next exhibit,
9 Exhibit 9.
10     (Plaintiff's Exhibit 9 marked.)
11 BY MR. GARBARINO:
12 Q. And I'm going to point you to a picture. It
13 is going to be BW0085.
14 A. Uh-huh.
15 Q. And, actually, let's go to 86. I'm sorry.
16     Is that a picture of -- which part of the
17 hotel?
18 A. This is the back.
19 Q. The rear of the hotel?
20 A. Uh-huh, uh-huh.
21 Q. And all of those lines on the pavement are
22 cracks?
23 A. Well, they are cracks, but they were filled in
24 with slurry, black, you know, tar stuff. But the
25 whole -- but the whole parking lot got resurfaced.

## 61

1    Q.  When did the parking lot get resurfaced?
2    A.  I would say that was one of the last things
3    that were completed. I'm thinking earlier 2008. They
4    took it in sections and did it.
5    Q.  If you turn to the next picture BW0087.
6    A.  Uh-huh.
7    Q.  It looks like you can see those cracks a
8    little bit more clearly.
9        Is it fair to say that one of those cracks
10   isn't filled in?
11   A.  Right.
12   Q.  It looks like there is concrete coming up or
13   breaking up along that crack line.
14   A.  Right.  The water drained through there.
15   Q.  So based on these pictures, is it fair to say
16   that there was parking lot damage in the rear of the
17   property?
18   A.  Well, yes.
19   Q.  Is that a yes?  I'm sorry.
20   A.  Yes.  I'm sorry.
21   Q.  And on exhibit -- going back to Exhibit No. 8,
22   the same page, there is a discussion of a broken door on
23   a trash area.  Do you see that?
24   A.  Uh-huh.
25   Q.  Can you tell me about that broken door?

## 62

1    A.  If they are talking about the trash
2    enclosure.  And the doors were always being broken.
3        We even had a high speed chase right after we
4    had repaired it.  And they -- of all of the places to
5    run in, he runs to the very back of this property and
6    nosed right into the trash can gates.
7    Q.  And broke the door?
8    A.  And broke the door.
9    Q.  Amazing.
10   A.  So it was tied up all night.  We had damage --
11   I know that it was turned in for -- the sheriff's took
12   pictures of it.  But, I mean, there was -- that was
13   ironic because we were always repairing it.  And we had
14   just gotten it picture perfect again.  And out of
15   nowhere, that happens.
16   Q.  Do you remember when that happened?
17   A.  Oh, my gosh.  No, no.
18   Q.  Now, it looks like there was another
19   inspection conducted while you were general manager of
20   the hotel in October of 2007.
21       Do you recall when that inspection occurred?
22   A.  I don't remember.  There could have been one
23   because it seemed like for the renovation that they were
24   checking on the renovation progress.  So those types of
25   things don't stick in my mind.  It was more of the

## 63

1    overall, like, the first one that I went through.
2    Q.  Did you ever go through another inspection
3    like the one that we just discussed in May of 2007?
4    A.  I could have.  I really -- I really don't
5    remember.  If I was there, I would have been the one on
6    it.  If I wasn't present, then probably Christine would
7    have took him and Lina.  I might not have been on
8    property.
9    Q.  So was Christine working at the property while
10   you were general manager?
11   A.  Yes.  She was my assistant general manager.
12   Q.  And this is the same Christine that was the
13   general manager before you and after you?
14   A.  Yes.
15   Q.  Okay.  So if Mitch noted in his inspection
16   report that Christine was present, she may have actually
17   been present?
18   A.  Not for the one that I was on.
19   Q.  So the inspection in May of 2007, it was just
20   you, Lina, and Mitch?
21   A.  Right.
22   Q.  Do you recall attending another inspection
23   with Lina and Mitch?
24   A.  You know, I could have.  I don't remember.
25   Q.  That is fine.

## 64

1    A.  I really don't remember because it was pretty
2    much -- you know, they are routine.  And so I could
3    have.  I don't know.  I don't know.  But I know that
4    this was my very first.
5        So it being the first, I was very cautious of
6    what he was looking at, what he was looking for, those
7    types of things.
8    Q.  Did you understand Best Western's scoring
9    system when this inspection was conducted?
10   A.  Yes.
11   Q.  Okay.  Did you understand that a score of what
12   I'm going to refer to as GRPA areas -- that is the guest
13   rooms -- guest rooms public area assessment, GRPA.
14   A.  Uh-huh.
15   Q.  Needed to be above 800 points?
16   A.  Yes.
17   Q.  And you understand that if the GRPA score full
18   fell below 700 points, that the property could be
19   subject to termination?
20   A.  Yes.
21   Q.  And you understand that a score between 700
22   and 800 could place the property in probation and,
23   depending on how many similar scores between 700 and 800
24   had been received previously, could subject the property
25   to termination?

---

**65**

1    A.  I wasn't going -- I wasn't too much aware of
2  what was prior to me being there.  Just in the time that
3  I was there.
4    Q.  Okay.
5    A.  That is what I -- that was my main concern.  I
6  knew that, while I was there, that the scores were
7  high.  We had done very much improvement.  He was very
8  pleased.  The property was beginning to -- we were
9  progressing.
10    Q.  Do you recall getting a score of below 800?
11    A.  No, I don't because I was ecstatic.  And I
12  know it was the overall.  But we were comparing it to, I
13  believe, the last year.
14    Q.  I want to turn to Exhibit 10.
15      (Plaintiff's Exhibit 10 marked.)
16  BY MR. GARBARINO:
17    Q.  And this is an inspection report dated 10-25
18  of 2007; correct?
19    A.  Uh-huh.
20    Q.  And the inspector was Mitch; correct?
21    A.  Uh-huh.
22    Q.  And the GRPA score was 750; is that correct?
23    A.  That is what it says.
24    Q.  You weren't aware that there was a score below
25  800 on this inspection?

---

**66**

1    A.  No.
2    Q.  Did you receive this report after Mitch
3  prepared it?
4    A.  When was it?  In October 25th.  You know what,
5  I was gone.  We were in New York.  We had left on a
6  sales trip.  So I wasn't at this one.
7    Q.  Okay.
8    A.  So I wasn't aware, no.
9    Q.  Did you ever receive a copy of this report?
10    A.  I don't believe I did.  I would have -- this
11  would have floored ME because how can in four months,
12  five months it drop?  It doesn't make sense.
13    Q.  Who typically received the inspection report?
14    A.  Well, I had -- I don't recall.  And I don't
15  recall if I received a copy of it.  I was aware of the
16  numbers.  I can't swear too I had it in my hand.
17    Q.  I understand.  But it is your testimony that
18  you weren't present for this inspection?
19    A.  I'm thinking because we had -- I would have to
20  look and see.
21      We left for East Coast, Lisa and I.  I would
22  have to see because it was right there.  I spend my
23  anniversary in New York City, which is November 3rd.  So
24  that is how I always recall the time of year that we
25  were on the East Coast.

---

**67**

1    Q.  And you and Lisa were there for 10 days.
2    A.  So I don't understand this.  I really don't.
3    Q.  Okay.  And based on what your testimony here
4  is today, this is kind of surprising to you; correct?
5    A.  Yes.
6    Q.  I want to go to the next inspection report,
7  which is Exhibit 12.
8      (Plaintiff's Exhibit 12 marked.)
9  BY MR. GARBARINO:
10    Q.  This inspection was conducted on January 31st
11  of 2008.  Do you recall being present for this
12  inspection?
13    A.  I don't know.  I don't recall a woman ever.
14    Q.  And the inspector's name is Cindy Bree;
15  correct?
16    A.  That is what it says.  I don't recall ever
17  talking to a woman.
18    Q.  And on the next page BW0428, it says names of
19  participants and position titles.
20    A.  Where is that?  Oh, right here.
21    Q.  About a fourth of the way down.  Correct?  You
22  see it?
23    A.  Yes.
24    Q.  It says that Jeff Hall, RSM, was present.  Do
25  you recall ever meeting with Jeff?

---

**68**

1    A.  Is Jeff from --
2    Q.  Best Western.
3    A.  No.
4    Q.  And it says that the executive housekeeping
5  representative, Lina, was present and the hotel manager,
6  Christine, was present? .
7    A.  Uh-huh.
8    Q.  Do you have any reason to believe that those
9  were not the participants in the inspection that day?
10    A.  No.
11    Q.  And if we go back to the first page of the
12  inspection report BW0427, the GRPA score is 681.  Is
13  this the first time you have seen this report?
14    A.  Yes.
15    Q.  And, again, do you have any idea who would
16  have received this report from Mitch and/or Best Western
17  at the hotel?
18    A.  No.  I would just be guessing.  I don't know.
19    Q.  Let's go back to the previous report that was
20  conducted on October 25th of 2007.  And we don't need to
21  get the exhibit out.
22      But if you had been aware that there was an
23  inspection score below 800, what would your course of
24  action have been?
25      MS. LAZARUS:  Object to the form.

---

69

1    THE WITNESS: My God, I would have been all
2  over everybody. I would have been into -- because that
3  is -- it shouldn't have been possible being a running
4  hotel, being a brand new hotel, you know, pretty much
5  brand new furniture, pretty much public areas much brand
6  new. The hotel was beautiful. There was no reason.
7       So I would want some explanations and
8  especially if going through and seeing what he actually
9  took points off for because in six months a property
10 can't go downhill that bad. It is brand new. I mean,
11 even for -- if you didn't do anything.
12      And for ours -- I had 116 point maintenance
13 program. And rooms were taken off market. And these
14 rooms had 116 points of repair to check. And so when
15 those rooms went back on, they were just like a brand
16 new room.
17      Q. Okay. And Mitch inspects not only for
18 maintenance issues but also cleanliness issues; correct?
19      A. Corrects.
20      Q. Is it possible for a room to get dirty during
21 a six-month period?
22      A. Not if they are doing their job. I mean,
23 there is dirty. There is mistakes that people make.
24 They are human. Okay. They miss something that is
25 hidden behind somewhere. Or if somebody has a lazy day,

---

70

1  you know.
2       But I'm talking, you know, you can tell a room
3  that has been neglected. You can tell by looking at the
4  edges. You know, if they don't sweep before they
5  vacuum. Crud build up in the corners, you know, mold,
6  those types of things. That is -- you know --
7       Q. Okay. So do you use a -- and I will certainly
8  give you the opportunity to go through these inspection
9  reports.
10      But based on the fact that you weren't there,
11 do you have any ability to dispute what is in these two
12 inspection reports that we talked about?
13      And those are the inspection reports for
14 January 31st, 2008 and October 25th, 2007.
15      MS. LAZARUS: Object to form.
16      THE WITNESS: I would have to actually sit and
17 read through that whole second one.
18 BY MR. GARBARINO:
19      Q. Okay. The 31st?
20      A. Yes.
21      Q. Of 2008?
22      A. Yes.
23      Q. Do you want to go through it on the record.
24      A. I mean, I just -- it doesn't make sense for us
25 to go from acquiring 800 when I'm not sure what we had

---

71

1  before. I'm thinking it was really, really low because
2  everybody -- the whole staff was ecstatic that we had
3  received such high scores because we had all really,
4  really worked hard.
5       So, like I said, I'm thinking that, if Mitch
6  was coming to critique the renovation, the progress of
7  the renovation, it would not have been a big deal to me
8  because renovation was going along. You know what I'm
9  saying. I was never afraid for anybody to walk in and
10 look at my rooms.
11      Q. Okay.
12      A. You know.
13      Q. Let's go over the January 31st, 2008 report if
14 you want to.
15      A. The 12th.
16      Q. Yes. Starting on BW0430. Is there any item
17 there that is surprising to you?
18      MS. LAZARUS: Counsel, I'm going to object to
19 this. She has never seen this before. She wasn't
20 there -- these are specific things that she just didn't
21 have personal knowledge of.
22      MR. GARBARINO: That is fair.
23      Q. Have you ever inspected any of these rooms
24 before?
25      A. Yes.

---

72

1       Q. If somebody was to say there was a problem
2  with room 388 and you had seen it before, could you
3  testify to its existence?
4       A. At the time I could have.
5       Q. Have you inspected every room in the hotel?
6       A. Yes.
7       MR. GARBARINO: Is that enough foundation?
8       MS. LAZARUS: She wasn't there when the report
9  was made. She has never looked at the report before.
10      THE WITNESS: What I'm taking is that he
11 didn't look at rooms on this day is that what I'm
12 taking. No rooms were assessed or identified for
13 additional reassessment. Was he there looking at
14 renovation or --
15      MR. GARBARINO: Can we go off the record for a
16 minute.
17      (Discussion off the record.)
18      MR. GARBARINO: We went off the record to
19 confirm some dates.
20      Up until this point in the deposition, the
21 deponent has testified that she started with the hotel
22 in early of 2007 and left in April of 2008. Upon
23 further recollection, and understandably this being some
24 time ago, it appears that the deponent actually started
25 to work at the hotel early in 2006 and left in 2007.