*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 13*

# EXHIBIT "13"

**Deposition of Kamyar ("Kevin") Refuoa**

## 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BEST WESTERN INTERNATIONAL, INC.,

Plaintiff,

vs.                                    CASE NO. CV082274PHXDGC

AV INN ASSOCIATES 1, LLC; and
KAMYAR REFOUA,
            Defendants.

DEPOSITION OF
KAMYAR REFOUA

December 3, 2009
9:07 a.m.

1875 Century Park East
Suite 500
Los Angeles, California

MARYAM T. SALAHUD-DIN, CSR No. 9669

## 3

INDEX OF EXAMINATION

WITNESS: KAMYAR REFOUA

| EXAMINATION | PAGE |
|---|---|
| By Mr. Garbarino | 5, 67 |
| By Ms. Lazarus | 53 |

## 2

APPEARANCES OF COUNSEL

For the Plaintiff:

SHERMAN & HOWARD
BY:  DAVID W. GARBARINO
Attorney at Law
2800 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-1043
602.240.3000

For the Defendants:

THE NATHANSON LAW FIRM
BY:  BLAIR LAZARUS
Attorney at Law
120 North LaSalle Street, Suite 1000
Chicago, Illinois 60602
312.782.3322

Also Present:
    HOOSHANG HAROONI

## 4

INDEX TO EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 19 | Defendants' Supplemental Answers to Plaintiff's Interrogatories | 41 |

Page 5

1    DEPOSITION OF KAMYAR REFOUA
2         December 3, 2009
3
4         KAMYAR REFOUA,
5    having been first duly sworn, testifies as follows:
6
7              EXAMINATION
8    BY MR. GARBARINO:
9         Q.  Can you please state your full name for the
10   record.
11        A.  Yes. Kamyar Refoua.
12        Q.  How did you spell Kamyar?
13        A.  K-a-m-y-a-r.
14        Q.  And your last name?
15        A.  R-e-f-o-u-a.
16        Q.  And do you go by any other name?
17        A.  Yes. Kevin.
18        Q.  Is it okay if I call you Kevin during this
19   deposition?
20        A.  Yes.
21        Q.  Are you familiar with this litigation and the
22   facts leading up to it?
23        A.  Yes.
24        Q.  Okay. You understand that Best Western has
25   filed claims against Mr. Harooni and AVN Associates 1,

Page 6

1    LLC?
2         A.  Yes.
3         Q.  And you understand that Mr. Harooni has filed
4    a counterclaim against Best Western for essentially
5    wrongful termination of his Best Western membership?
6         A.  Yes.
7         Q.  You understand today, when I use the term
8    "hotel," I'm going to be referring to the hotel that is
9    located in Lancaster, California at 44055 North Sierra
10   Highway? Is that okay?
11        A.  That is fine.
12        Q.  In which time frame did you work for the
13   hotel?
14        A.  It was from the beginning -- you want specific
15   dates?
16        Q.  If you can remember specific dates, great. If
17   you just give me months, that is fine too.
18        A.  It was from the date of purchase which I
19   believe was in 2005 all the way until either March or
20   April of '08.
21        Q.  And I'm sorry. I should have done this
22   earlier. But I'm just going to go over the ground rules
23   real quick of this deposition.
24             Have you ever been deposed before?
25        A.  Never.

Page 7

1         Q.  Okay. The ground rules are real simple.
2    Because the court reporter is here taking everything
3    down, she can only take things down when one person is
4    speaking at a time. So please let me try to finish my
5    question. And I will do my best to let you finish your
6    answer before I ask my next question.
7              In that same vein, because she is taking
8    everything down verbally that has been spoken, uh-huhs,
9    huh-uhs shaking of the head, nodding the head, that
10   stuff doesn't quite make it onto the record very well.
11             So if you use uh-huhs and huh-uhs or shake
12   your head up and down, nod, whatever, I will probably
13   ask for a verbal answer, yes or no. So don't feel
14   offended by that. I just want to make sure we have a
15   clear record on that.
16             If at any time you need to take a break, just
17   let me know. The only caveat I have is, if I have ask a
18   question, I would require you to answer that question
19   before we go on break. But, otherwise, feel free to ask
20   for a break at any time if you need one.
21             Lastly, if you don't understand one of my
22   questions the way I phrased it, whatever, just let me
23   know. I will be happy to rephrase it and do my best to
24   make you understand or state my question in a way that
25   you are able to understand it.

Page 8

1         Are you currently taking any medication that
2    might affect your ability to understand my questions or
3    answer my questions here today?
4         A.  No.
5         Q.  While you were working at the hotel, what was
6    your position?
7         A.  It was more of an assistant position to
8    Mr. Harooni. So helping him out with any
9    responsibilities that he would give me.
10        Q.  Did you report directly to Mr. Harooni?
11        A.  Yes.
12        Q.  Did you report to anyone else at the hotel?
13        A.  No. You mean in terms of an immediate
14   supervisor?
15        Q.  Correct.
16        A.  No.
17        Q.  So in terms of hierarchy of the folks who
18   worked at the hotel, where would you be in relation to
19   the general manager?
20        A.  Below the general manager.
21        Q.  But you didn't report to the general manager?
22        A.  No, I didn't report to the general manager.
23        Q.  What is your relationship to Mr. Harooni?
24        A.  My aunt's husband.
25        Q.  Is it fair to say you have known Mr. Harooni

**Page 9**

1  all of your life?
2      A.  Yes.
3      Q.  And how old are you?
4      A.  25.
5      Q.  Before you started to work for Mr. Harooni at
6  the hotel, where did you work?
7      A.  I went to college.
8      Q.  Where did you go to college?
9      A.  Community college SMC.
10     Q.  SMC, what does that stand for?
11     A.  Santa Monica college.
12     Q.  So you went directly from graduating from
13 Santa Monica college to working for Mr. Harooni?
14     A.  Yes. It was a transition phase. So I didn't
15 complete college. I left halfway.
16     Q.  Did you hold any jobs while you were in
17 college?
18     A.  Yes. Multiple jobs.
19     Q.  Part time? Full time?
20     A.  Full time. Full time and part time.
21     Q.  What were the jobs that you held while you
22 were in college?
23         MS. LAZARUS: Object to the form.
24 BY MR. GARBARINO:
25     Q.  You can go ahead and answer.

**Page 10**

1      A.  Okay. I worked at Beverly Hills Whitley,
2  which is a newspaper company. I worked at a restaurant,
3  Hollywood Video. And I worked with a couple of lawyers
4  also part time.
5      Q.  What did you do for the lawyers part time?
6      A.  Just helping out in the office. So clerical
7  work.
8      Q.  Did you hold any jobs before college?
9      A.  Yes.
10         MS. LAZARUS: Object to the form.
11 BY MR. GARBARINO:
12     Q.  What jobs did you hold before college?
13     A.  I worked at a restaurant also, another
14 restaurant.
15     Q.  Anything other than restaurants before
16 college?
17     A.  No.
18     Q.  Did you have any experience prior to working
19 at the hotel with Mr. Harooni of working in a hotel or
20 motel?
21     A.  No.
22     Q.  While you were working at the hotel for
23 Mr. Harooni, how many hours a week did you work?
24     A.  It was full time.
25     Q.  Is it fair to say 40 or more hours per week?

**Page 11**

1      A.  Yes.
2      Q.  Were you paid a salary or hourly?
3      A.  I was a salary.
4      Q.  How much was your annual salary?
5      A.  Every year it was different. So I would say
6  towards the end it was probably around 30,000 a year.
7      Q.  Do you remember what your starting salary
8  was?
9      A.  No, I don't remember.
10     Q.  Less than 30,000?
11     A.  Less than 30,000, yes.
12     Q.  So what exactly was your role at the hotel?
13 What did you do when you were employed by Mr. Harooni at
14 the hotel?
15     A.  Well, it was more implementing the
16 construction phase of the hotel. So it really wasn't
17 associated with any management position. It was more
18 getting the hotel upgraded talking, to construction
19 workers, making sure that the job is getting done and
20 also implementing policies at the hotel.
21     Q.  Let's start at the latter, implementing
22 policies. What do you mean by that?
23     A.  So when the general manager and Mr. Harooni
24 would come to the conclusion on how they would like to
25 implement policies with the employees, I would go. And

**Page 12**

1  I would make sure it would get done.
2         So I will talk to employees themselves and
3  make sure that any suggestions, any regulation that
4  Mr. Harooni had to make sure that the employees were
5  working correctly, I would just go ahead and make sure
6  that that got done.
7      Q.  Can you give me an example of a policy.
8      A.  The rooms get cleaned on time before 9:00
9  o'clock. I would make sure that got done. If there is
10 a -- the hotel is full and we need the room to be
11 cleaned and turned before a certain time, I would make
12 sure that would get done.
13     Q.  How would you make sure that the policy would
14 get done?
15     A.  Just working with the managers. If they
16 needed a helping hand, I would be there.
17     Q.  Are there any policies that stick out in your
18 mind as being significant to the operation of the hotel
19 that you implemented?
20         MS. LAZARUS: Object to the form.
21         THE WITNESS: Nothing major, no. All the
22 major ones, I wouldn't deal with. It was just most of
23 it would be on a lower level.
24 BY MR. GARBARINO:
25     Q.  Okay. Let's talk a minute about the

### Page 13

1  construction and renovation. When did the renovation
2  start?
3     A.  Immediately after purchase.
4     Q.  And that was approximately in March of '05?
5     A.  Yes.
6     Q.  Okay. What was renovated first?
7     A.  I believe it was the roofs. Whatever needed
8  immediate attention. So we prioritized what we would
9  need to do first and then moved from there.
10    Q.  Were all of the roofs replaced?
11    A.  Yes.
12    Q.  Okay. After the roofs, what was the next
13 project?
14    A.  I believe it was the air-conditioning.
15    Q.  And this is still in 2005?
16    A.  Yes.
17    Q.  After the air-conditioning?
18    A.  Simultaneously, it was the rooms and the
19 restaurant and bar.
20    Q.  How long did it take to replace the roofs if
21 you can remember?
22    A.  A couple of months, I would say.
23    Q.  Was the hotel opened and operating while the
24 roofs were being replaced?
25    A.  Yes.

### Page 14

1     Q.  100 percent the hotel was opened and
2  operating?
3     A.  When the roofs were being replaced?
4     Q.  Yes.
5     A.  Yes.
6     Q.  How long did it take to replace the
7  air-conditioning?
8     A.  I would say about a month.
9     Q.  So the roofs, air-conditioning, approximately
10 two to three months, started construction or remodeling
11 of the rooms, the bar, and the restaurant in June, July
12 of 2005?
13    A.  Yeah. It was simultaneously. So it was bits
14 and pieces of the rooms and then the restaurant. So it
15 wasn't a complete renovation at the time.
16    Q.  Is it fair to say that the renovation of those
17 three areas -- the rooms, the bar, and the restaurant --
18 started sometime in June, July of 2005?
19    A.  Yes.
20    Q.  When the rooms were being renovated, how many
21 rooms would be renovated at one time?
22    A.  It was done in phases. So it would be about
23 20 or 30.
24    Q.  At one time?
25    A.  At one time, yes.

### Page 15

1     Q.  And during the time those 20 to 30 rooms were
2  being renovated, were they open to the public to be
3  rented?
4     A.  No, no. Not those rooms, no. So they would
5  be out of service.
6     Q.  And once renovation started in one room, how
7  long would it take before that room would be back in
8  service to be rented to the public?
9     A.  It would be about a week or two.
10    Q.  How long did it take to complete renovation of
11 all of the hotel rooms?
12    A.  Two years.
13    Q.  So it started in June or July of 2005.
14 Completed June or July of 2007?
15    A.  Yes.
16    Q.  Were you in charge of accounting for all of
17 the expenditures related to the remodeling?
18    A.  No.
19    Q.  Who was in charge of that?
20    A.  There was a budget. And we would go off the
21 budget.
22    Q.  When a contractor needed to be paid, what was
23 the process in making sure that contractor got paid?
24    A.  He would send an invoice to accounting and
25 accounting would update.

### Page 16

1     Q.  When you say accounting, is there somebody
2  specific in accounting?
3     A.  Yes. At the time -- I can't recall her name.
4  But there was someone in accounting.
5     Q.  Now, the bar was also renovated; correct?
6     A.  Yes.
7     Q.  Do you know how long it took to complete the
8  renovation of the bar?
9     A.  It took about four months.
10    Q.  So if it took four months, was it completed in
11 2005?
12    A.  The majority of the renovation was completed
13 in 2005.
14    Q.  When you say the majority of the renovation,
15 you mean to the bar?
16    A.  No. I'm talking in terms of a whole.
17    Q.  As a whole. As you just said, the rooms took
18 through 2007; correct?
19    A.  Yeah. It took through 2007 for items that
20 weren't as necessary, the toilets. So when we came to
21 upgrade the rooms, we prioritized what needed to be done
22 first. So anything that cosmetically was a defect
23 question, we changed that.
24       And then in 2007 it was more upgrades for
25 cost-related utility expenses like changing -- the

## 17

1  toilets was upgraded, changing the shower heads. So
2  that was in 2007.
3      Q. So if we go back to the renovation that
4  started in 2005 where you have, I believe you stated, 20
5  to 30 rooms out of commission at one point in time.
6      A. Yeah.
7      Q. When did those renovations to the rooms
8  complete?
9      A. 2005. Yeah 2005 they finished.
10     Q. 2005?
11     A. Yes.
12     Q. Okay. So the renovations to the rooms that
13 took place after 2007, would they necessarily take a
14 room out of commission?
15     A. For a day or so depending on what it is that
16 needed to get done.
17     Q. When you started at the hotel, who was the
18 initial general manager?
19     A. Chris Chaney.
20     Q. How long was she at the hotel?
21     A. I believe 10 to 15 years prior.
22     Q. And how long did she stay at the hotel after
23 Mr. Harooni came into control of it?
24     A. How long after?
25     Q. Yes.

## 18

1      A. I believe maybe two years after, two or three
2  years after because I know she left sometime in '08.
3      Q. And who was the general manager after Chris?
4      A. Cheryl Duggan.
5      Q. How long was she with the hotel?
6      A. I'm not sure. But I would say two years
7  probably.
8      Q. Were there any managers after Cheryl?
9      A. I wouldn't know because I left also.
10     Q. So did you leave before or after Cheryl left?
11     A. I left, I would say, after Cheryl left.
12     Q. So was there a gap in general management
13 position after Cheryl left?
14     A. I believe so, yes.
15     Q. And by the time you left the hotel, there was
16 no GM?
17     A. When I left?
18     Q. Yes.
19     A. I believe Chris took on the position again.
20     Q. The same Chris that had been there before?
21     A. Yes.
22     Q. Who was in charge of maintenance when you were
23 at the hotel?
24     A. Alfonso Valencia.
25     Q. And that was consistent throughout the entire

## 19

1  time you worked at the hotel?
2      A. Yes.
3      Q. And you do not recall the name of the
4  accountant or bookkeeper?
5      A. It is slipping my mind. I can't recall her
6  name.
7      Q. Fair enough. Anybody else you haven't
8  mentioned here today that was employed at the hotel in a
9  management-level position?
10     A. No.
11     Q. So in your role as assistant to Mr. Harooni,
12 is it fair to say that you spent most of your time at
13 the hotel during your working hours?
14     A. Yes.
15     Q. Did you ever take part in any training offered
16 by Best Western?
17     A. Yes.
18     Q. What was that training?
19     A. It was initial training in the beginning. So
20 when you go to purchase a franchise, they have you go in
21 a meeting. And they train you on just how the
22 operations of Best Western works. So I went to that.
23         Then I also went to a general manager's
24 training also.
25     Q. And why did you go to these two trainings?

## 20

1      A. Excuse me?
2      Q. Why did you go to the initial training and the
3  general manager training?
4      A. The initial training, I went to accompany
5  Mr. Harooni. And then the second meeting I went because
6  he was busy. So he had to send someone. So I took on
7  that role.
8      Q. So the initial training, is it fair to say you
9  went to that in 2005?
10     A. Yes.
11     Q. Do you remember which month?
12     A. No.
13     Q. Where did you go to that training?
14     A. It was in Arizona. It was at headquarters.
15     Q. And when did you go to the GM training?
16     A. I believe in '07.
17     Q. And at the time you went to the GM training,
18 who was the general manager of the hotel?
19     A. Cheryl Duggan.
20     Q. Do you know if Cheryl Duggan ever went to
21 training at Best Western?
22         MS. LAZARUS: Object to the form.
23         THE WITNESS: No. Actually, yes, I believe
24 she did, but I'm not sure, though.
25 BY MR. GARBARINO:

21

1  Q. Explain to me in a little bit more detail why
2  the GM training in 2007 Cheryl didn't go and instead you
3  went.
4  A. The hotel was busy with operations and
5  remodeling. And it was a few-day training. And we
6  called. When I called, they said it wasn't something
7  that would require the general manager to go. And all
8  of the training tools and information that they gave, I
9  was able to bring back.
10    So I just went to collect information, get
11 trained, and then come back and tell Cheryl what
12 happened.
13   Q. During your time at the hotel, did you know if
14 any general manager attended the general manager
15 training?
16   A. No.
17   Q. No, you don't know; or no general manager
18 attended the training?
19   A. No general manager attended the training.
20    I believe it became mandatory in '07. So
21 prior to that I don't believe it was mandatory for any
22 general manager to attend. I also believe the
23 certification was good for two years, two or three
24 years.
25   Q. While you were at the hotel, did anybody work

22

1  under you?
2  A. No.
3  Q. In this litigation Mr. Harooni is alleging
4  that Best Western didn't provide services and supplies
5  as promised by the membership agreement. Do you know
6  what those services and supplies are?
7  A. Yes. I'm not sure to the full extent of what
8  Mr. Harooni's -- what he expects the service to be. But
9  I have an understanding of what the services would have
10 been that should have been provided that weren't.
11   Q. And what are those services?
12   A. Okay. So in the beginning, when I went to the
13 first meeting with Best Western, it was an initial
14 meeting that we met with Terri Winegger. And she kind
15 of explained how the operation how Best Western operates
16 and what kind of services they provide the foundation
17 they have.
18    And one of the services she said that they
19 provide is RFP management where they would be able to
20 get all of the large corporations like Boeing, Northrop,
21 Lockheed for us. And that was part of their sales
22 strategies that they would be able to provide those
23 services and on those accounts.
24    And then she also mentioned that there was an
25 accounts manager that would overlook the financial

23

1  health of the property to make sure that all of the
2  avenues of revenues were being exhausted.
3     So it was sales service. It was also
4  monitoring the property in terms of the financial health
5  and, also, to make sure that all of the avenues of
6  income from Best Western were being exhausted.
7     I believe they called it revenue manager.
8  Q. Okay. Let's start with the RFP management.
9  Did Terri explain to you how Best Western was going to
10 go about to do this for the hotel?
11   A. Very vaguely. It was more, this is the
12 services we offer. We have the infrastructure in place
13 to be able to support the demands that the hotel would
14 need. And she outlined what the scope of services would
15 be that they would be able to provide.
16   Q. Do you know if Mr. Harooni or anybody else at
17 the hotel asked Best Western to provide these services?
18   A. Yes. We all did.
19   Q. When?
20   A. It was in the beginning stages and throughout
21 the ownership period.
22   Q. How were these requests made to Best Western?
23   A. I believe verbally they were made. There is
24 some paper trail, e-mail, some letters.
25   Q. Do you have any of those e-mails or paper

24

1  trail in your possession?
2  A. If I look, I could probably find them.
3  Q. You understand that part of the -- let me back
4  up for a minute.
5     Were you actually served with a subpoena?
6  A. Yes.
7  Q. And there was a document request on that
8  subpoena. Did you happen to notice that?
9  A. No.
10   Q. There was a document request on the subpoena.
11 And if you have any documents related to the litigation,
12 the hotel, et cetera, et cetera, you need to give those
13 to Mr. Harooni's attorney. And they will get those to
14 me; okay?
15   A. Okay. That is fine.
16    I was served a subpoena two days ago. I
17 didn't even know I was coming until two days ago. I
18 didn't have enough time to prepare.
19   Q. I understand.
20    Did you ever receive any written materials
21 from Terri Winegger regarding the RFP management as to
22 what she said Best Western was going to provide?
23   A. No, I did not.
24   Q. Okay, let's talk about the account manager
25 looking over the financial health of the hotel for a

## 25

1  minute. What was your understanding of how Best Western
2  could do this?
3      A.  So they have a reservation system in place
4  where you are able to book through Best Western. And it
5  was our understanding that they monitored that system to
6  make sure that it is active and working correctly.
7          And that was one of the services that Terri
8  mentioned that -- she took us to a room and said this is
9  our department. These are the people in charge and
10 introduced us to our revenue manager and said, if you
11 have any questions in terms of the Best Western
12 reservation system or any other questions in terms of,
13 if there was any monetary questions, you would be able
14 to talk to him.
15     Q.  So Terri told you that they specifically
16 monitored the reservation system for this hotel?
17     A.  It wasn't specific for us. It was for every
18 hotel. That was the service they provided to all the
19 members.
20     Q.  The reservation system or the monitoring of
21 the reservation system?
22     A.  The reservation system and the monitoring.
23     Q.  What was your understanding of the term
24 "monitoring"?
25     A.  To make sure that, if it was closed, it would

## 26

1  be open. To make sure that our rate structure was
2  correct and competitive to the marketplace.
3      Q.  Did Terri Winegger specifically mention that
4  they monitor it to see if the hotel had rooms that were
5  closed on the system?
6      A.  Yes.
7      Q.  She told you that?
8      A.  Yes.
9      Q.  Did Terri Winegger also tell you that Best
10 Western monitored the rate structure?
11     A.  Yes. She said that, when the quarterly
12 inspections were being done, that we would have someone
13 come sit down with us and review all of our rates,
14 review the Best Western booking system and kind of train
15 us on what our rate structure should be also.
16         So at the time I believe -- I'm trying to
17 recall the name. There were so many names. Mitch. His
18 name was Mitch. So Mitch would come out. And he would
19 inspect the property.
20         And then after he had his inspections, he
21 would sit down with us and go through all of the revenue
22 chains that Best Western provides to make sure that they
23 are functioning properly and to also make sure that it
24 is competitive in the marketplace.
25         So he would have an analysis report of the

## 27

1  other hotels. And he would make recommendations, like,
2  this is charging X amount for their rooms on these
3  dates. This is where you guys should be also.
4      Q.  It was more recommendations.
5          So did Mitch come do that every time he came
6  out and --
7      A.  Yes.
8      Q.  What, in addition to Mitch coming out and
9  doing that, do you believe the hotel should have
10 received from Best Western in terms of its management of
11 its financial health?
12         MS. LAZARUS: Object to the form.
13         THE WITNESS: Can you repeat the question.
14 BY MR. GARBARINO:
15     Q.  Sure.
16         You just testified that Mitch came out and
17 talked with you regarding the various matters that we
18 just discussed. In addition to that, what else did the
19 hotel expect to receive from Best Western?
20     A.  So he would --
21         MS. LAZARUS: Object to the form.
22         THE WITNESS: He would overview the monitoring
23 system. And then we would -- we expected that Best
24 Western, our revenue manager, would go through it in
25 more detail.

## 28

1          So Mitch was very vague about everything. So
2  he didn't specifically go into every single category and
3  make sure that everything was opened and closed. His
4  was more overview and recommendations.
5  BY MR. GARBARINO:
6      Q.  Did Terri Winegger tell you that somebody
7  would go over it in detail?
8      A.  Yes. If we need the service, yes.
9      Q.  Did you request the service?
10     A.  Multiple times, yes.
11     Q.  And those requests were made in writing?
12     A.  I believe e-mail, yes.
13     Q.  And if you have those, would you provide those
14 to Mr. Harooni's attorney?
15     A.  Yes.
16     Q.  Do you know if Best Western had any other
17 financial information about the hotel other than what
18 was through the reservation system?
19     A.  To the best of my knowledge, no.
20     Q.  So in terms of monitoring the financial health
21 of the hotel, the only information Best Western had was
22 the information through the reservation system?
23     A.  Yes, which would be a large portion of the
24 bookings.
25     Q.  I understand.

29

1    Is it fair to say that walk-ins come that in
2    and rent a room for the night wouldn't be on the Best
3    Western system?
4    A.  No.
5    Q.  And Best Western would have no means of
6    tracking that; correct?
7    A.  Yes.
8    Q.  And the same would be true if somebody called
9    the hotel directly?
10   A.  Yes.
11   Q.  So the bookings that we are talking about
12   through the reservation system are probably through a
13   1-800 number and the Internet maybe?
14   A.  Yes.  So it would be any electronic bookings.
15   Q.  And you had no role with respect to the
16   accounting for the hotel; correct?
17   A.  Yes.
18   Q.  When you were in Arizona in 2005 for the
19   initial training, were there any other promises that
20   Best Western made to you?
21   A.  Yes.  It was more in terms of support,
22   anything that we would need.  So it was more like a
23   blanket statement.  So if you need any help on anything,
24   any support, you would need, you just call us and we
25   would try to help you.

30

1    Q.  Was there any sort of specific support that
2    was represented to you that was included in that?
3    A.  So it was obviously the financial overview and
4    then the sales, the sales aspects of the hotel.
5    Q.  What do you mean by sales aspects of the
6    hotel?
7    A.  Okay.  So Lancaster Palmdale, the market is
8    mostly corporate.  So and those corporate clients would
9    have to go through an RFP.  So it would be like 90
10   percent corporate, 10 percent leisure.  And out of that
11   90 percent, a good 80 percent of them, we didn't have
12   control over getting the accounts because they were
13   corporate accounts.
14      So Best Western would have to initiate the
15   contact and build the relationship.  And we would feed
16   off that.  So like Ratheon, Boeing, Northrop, Lockheed.
17   So those clients were promised.
18   Q.  Best Western promised these clients to you?
19   A.  We said that we would be able to get them our
20   own.  And they said we are 4,000 strong.  We have a
21   relationship with these corporate contacts and that we
22   would be able to get them.
23   Q.  Who made that promise to you?
24   A.  I spoke with a sales manager, also, in Chicago
25   when I went for a convention.  So I have to recall his

31

1    name.  I can't recall his name.  He was the sales
2    manager for that region.
3    Q.  And this person promised you that Best Western
4    would get these customers for the hotel?
5    A.  Yes.
6    Q.  And when was that promise made?
7    A.  It was, I believe, in '06.  We went to the
8    convention in Chicago.  And I'm trying to recall if it
9    was either '06 or '07.
10   Q.  Did this person identify specific clients that
11   Best Western would obtain for the hotel?
12   A.  Yes.  Northrop, Northrop Grumman, Boeing,
13   Lockheed, Ratheon.
14      His name was Scott Wilson.
15   Q.  What would prevent these companies from
16   choosing a different hotel?
17   A.  Nothing.
18      So it would be at their discretion.  But at
19   least you would have the option of being on the list for
20   them to pick from.  So it wasn't that they promised that
21   they would come to the hotel.  It was more of a promise
22   the account would be established for them to pick the
23   hotel from a group of hotels.
24   Q.  And you didn't believe that Best Western was
25   on the list of hotels for any of these companies?

32

1    A.  No, not for our property.  So each property
2    would have to submit an RFP and then get qualified and
3    then be placed on the list.
4    Q.  So if there are 4,000 Best Western hotels,
5    they each had to submit something to be on the list?
6    A.  That was my understanding, yes.
7    Q.  Is it possible you had a misunderstanding?
8    A.  Yes, it is possible.
9       I don't believe that the blanket RFP was for
10   each property.  So it was more case -- it was more per
11   each property than just generally speaking.  So if we --
12   Best Western submitted an RFP to Boeing and Northrup and
13   it applied to all hotels, they wouldn't make sense.
14   Q.  That wouldn't make sense?
15   A.  No.  It wouldn't make sense.
16   Q.  But if someone from Boeing is making a
17   reservation through Best Western, wouldn't they go
18   through the Best Western system?
19   A.  Yes.  Would go through the Best Western system
20   if that property is on that system.
21      MS. LAZARUS:  Object to the form.
22   BY MR. GARBARINO:
23   Q.  Was the AVN on that form?
24   A.  No.
25      MS. LAZARUS:  Object to form.

Page 33

1  BY MR. GARBARINO:
2  Q. But we just discussed that the hotel was
3  connected to the Best Western reservation system;
4  correct?
5  A. Yes. On the reservation system, yes.
6  But it is independent of that. So there is
7  multiple -- my understanding is that there is multiple
8  reservation systems to the 800 number for Best Western
9  goes through one reservation system and then being like
10 RFP go through a different system.
11 Q. How does a particular -- what is your
12 understanding of how a particular hotel gets on the RFP
13 list, for example, Boeing?
14 A. How would they get on it?
15    MS. LAZARUS: Object. Form and foundation.
16    THE WITNESS: So my understanding is that we
17 would submit the paperwork to either Boeing, Northrop,
18 whatever corporate account. And once it is submitted,
19 there would be a -- and that corporate would go through
20 to make the reservation.
21 BY MR. GARBARINO:
22 Q. Do you know if the hotel submitted that
23 paperwork to Boeing, Lockheed, Ratheon?
24 A. I believe it was supposed to be done on our
25 behalf through corporate. So we would send the form to

Page 34

1  corporate. And corporate would submit it to Boeing and
2  Northrop.
3  Q. So how would corporate know you would want it
4  to submitted to Boeing and Northrop?
5  A. We would request it.
6  Q. Was that request made?
7  A. Yes.
8  Q. When was that request made?
9  A. I believe it was made in '06.
10 Q. '06.
11    Why was it not made earlier than '06?
12 A. It could have been made earlier. To my
13 knowledge, it was '06. But I'm not sure of the
14 conversation that Mr. Harooni had. So he could have
15 requested it earlier.
16    But I know that I also got more involved in
17 requesting for the RFP's. So I myself requested in '06
18 to see if it was going to get done or not. But it could
19 have been requested earlier.
20 Q. Who else had a role in this RFP process at the
21 hotel?
22 A. Chris.
23 Q. Is that Christina?
24 A. Christina, yes.
25 Q. Anyone else?

Page 35

1  A. Mr. Harooni himself.
2  Q. What about Lisa Wilkerson?
3  A. Lisa also.
4  Q. Who would you say was in charge of this
5  process at the hotel?
6  A. Lisa Wilkerson.
7  Q. Between Christina, Mr. Harooni, Lisa
8  Wilkerson, and yourself, who would have the best
9  understanding of the RFP process?
10 A. Lisa Wilkerson would.
11 Q. Do you know if the hotel missed any deadlines
12 with respect to the RFP process in 2005?
13 A. I would not know, no.
14 Q. Did the hotel miss any deadlines with respect
15 to the RFP process in 2006?
16 A. I would not know, but -- I wouldn't know.
17 Q. What about in 2007, same answer?
18 A. 2007, we didn't miss it.
19 Q. Back to promises allegedly made by Best
20 Western during the initial meeting. You mentioned
21 support. We talked about the financial overview. We
22 talked about certain clients.
23    Were there any other support specific items
24 that was promised to you during that initial meeting
25 with Terri Winegger?

Page 36

1  A. Yes, there was. It was more training and
2  support.
3  Q. What sort of training?
4  A. Management training.
5  Q. Is this the general management training?
6  A. Yes. General management training, yes.
7  Q. Anything else?
8  A. No, not that I can recall.
9  Q. How did the hotel -- strike that.
10    To participate in the general managing or
11 general manager training, what would the hotel have to
12 do?
13 A. It would just have to go to Phoenix and attend
14 the classes.
15 Q. So it was incumbent on the hotel to do
16 something, not Best Western?
17 A. For the general management training, yes. I
18 believe it was once-a-year training. And I believe it
19 started in '06.
20    MS. LAZARUS: I apologize. But when counsel
21 gets to a stopping point, can we please take a break.
22    MR. GARBARINO: Yes. We can take one right
23 now.
24    (Recess.)
25 BY MR. GARBARINO:

## 37

1   Q. We were talking about support promises that
2   were made by Terri Winegger.
3   A. Yes.
4   Q. Do you know if that same support was offered
5   to all Best Western members?
6   A. Yes.
7   Q. Was it your understanding, through your
8   discussions with Terri Winegger, that the hotel would
9   receive additional support beyond and above what is
10  provided to the other Best Western members?
11      MS. LAZARUS: Object to the form.
12      THE WITNESS: Yes.
13  BY MR. GARBARINO:
14  Q. What was that additional support that was
15  above and beyond provided to other Best Western members?
16  A. Just more attention and focus on the hotel
17  because the hotel previously purchased was in default.
18  And Best Western knew that. And it was a property that
19  was in distress. So more support was required for this
20  specific property versus a more established property.
21  Q. What specifically was the additional support
22  though?
23  A. It was more -- I guess it was just more
24  corporate involvement. So it would be any management
25  question that we would have, any implementation that we

## 38

1   would want to do.
2   Q. How would Best Western know to get involved?
3   A. We would request it.
4   Q. Were requests made to Best Western?
5   A. Yes.
6   Q. So we have talked about the request related to
7   the revenue side. What other requests were made to Best
8   Western?
9   A. To my understanding, it was request for
10  support.
11  Q. Okay. Specifically, what type of support --
12  exclude for a moment the revenue side. What specific
13  support was requested of Best Western?
14  A. More management training.
15  Q. Anything else?
16  A. No.
17  Q. But Best Western offered general management
18  training every year; correct?
19  A. I believe so, yes.
20  Q. But nobody attended from the hotel in 2007?
21  A. I believe that the training was good for two
22  years. So it wouldn't expire for another two years.
23  Q. Was it possible for the hotel to send somebody
24  even though the certification hadn't expired?
25  A. I don't know.

## 39

1   Q. Did the hotel send anybody from the hotel for
2   any other training?
3   A. No. I believe the general manager training
4   was the only one that was provided. I'm not sure of any
5   other training that would be provided.
6   Q. Previously, you testified that part of the
7   additional support that was being provided to the hotel
8   included management training?
9   A. Yes. That was when Mitch would come on to do
10  the inspections. So that kind of training. He wouldn't
11  necessarily have to travel to Arizona to get that
12  training.
13      But when Mitch or any other inspector would
14  come out, that was in the scope of services that we
15  provided is an overview of management, housekeeping,
16  training.
17  Q. Did Mitch do that when he came out?
18  A. Yes.
19  Q. So Best Western provided the additional
20  support in this case you believe --
21  A. When Mitch came out, yes.
22  Q. Do you know if the hotel paid anything extra
23  for this additional support?
24  A. I'm not sure. I wouldn't know. It could be
25  possible.

## 40

1   Q. Did you have access to the reservation system
2   at the hotel?
3   A. If I needed to, yes.
4   Q. When would you need to have access to the
5   reservation system?
6   A. We never would need to.
7   Q. Did you ever access the reservation system?
8   A. I believe once or twice, I did.
9   Q. Do you remember when that was?
10  A. No.
11  Q. When was it that you first had access to the
12  reservation system?
13  A. '06, 2006.
14  Q. Do you remember the month?
15  A. No.
16  Q. Of all of the folks working at the hotel, who
17  would be the Best Western person to have the best
18  knowledge about the operating -- the reservation system
19  at the hotel?
20  A. Christine would.
21  Q. What about Lisa Wilkerson?
22  A. Lisa would have also.
23  Q. Would you say Christina would have better
24  understanding and knowledge?
25  A. Yes. Only because Christine worked for 10 15

41

1  years.
2  Q. Between the two of them, who had the
3  responsibility of maintaining the system for the hotel?
4  A. Lisa did.
5  Q. Were you aware at any point in time that the
6  reservation system was down?
7  A. No.
8  Q. Malfunctioning?
9  A. No.
10 Q. I'm going to ask you to look at Exhibit 19.
11 And when I refer to exhibits, what I'm referring to is
12 the specific items in here. And I have put in a tab for
13 each specific exhibit. So if you would just pull out
14 Exhibit 19.
15     (Plaintiff's Exhibit 19 marked.)
16 BY MR. GARBARINO:
17 Q. And what these are -- it is a pleading a
18 document entitled "Defendants' Supplemental Answers to
19 Plaintiff's Interrogatories."
20 A. Uh-huh.
21 Q. Essentially, these are questions that Best
22 Western propounded upon the defendants in this case.
23 And under the rules of Civil Procedure, they have to
24 provide answers. And one of the answers they provided
25 on page -- and I'm sorry. There is no page number on

42

1  here.
2      But if you look to paragraph 14, the question
3  is, "Identify all evidence within Defendants'
4  possession, custody or control, and/or anticipated
5  testimony of witnesses, including the names of such
6  witnesses and their respective anticipated testimony,
7  that demonstrate the facts identified by the Defendants'
8  response to Interrogatory 13 supra."
9      And that specific interrogatory, if you turn
10 back to the previous page, states, "Identify each and
11 every fact the Defendants rely upon to claim that Best
12 Western failed to maintain a functioning online
13 reservation system."
14 A. Okay.
15 Q. Defendant's answer, you will see after
16 paragraph 14, directly after paragraph 14, states,
17 Kevin -- excuse me if I don't pronounce your last name
18 correctly. "Kevin Rafou has direct knowledge of the
19 malfunctioning reservation system."
20     Is that statement true?
21 A. Yes, it is true.
22 Q. But you just testified that you weren't aware
23 of the system malfunctioning?
24 A. Yes. At the time I wasn't. But give me one
25 second, sir.

43

1  Q. Sure. Take all the time you need.
2  A. I believe this is referring to after the
3  fact. So during, when it was malfunctioning or previous
4  to it, I didn't know. But once it did happen, I did
5  have knowledge of it.
6  Q. Okay. So when did you have knowledge that the
7  system was malfunctioning?
8  A. Afterwards, after the fact.
9  Q. So when you had knowledge that the system had
10 been malfunctioning, at that point in time the system
11 was not malfunctioning?
12 A. I believe no, it wasn't malfunctioning at that
13 time.
14 Q. Do you know when the system was
15 malfunctioning?
16 A. It was previous -- I believe it was '05 and
17 '06 it was malfunctioning.
18 Q. And how do you know the system was
19 malfunctioning?
20 A. It showed that the rooms were closed for about
21 a duration of one year, so when anyone came to book
22 online, we weren't bookable.
23 Q. How do you know the system showed that the
24 rooms were closed?
25 A. Because there is a function in there that you

44

1  are able to view, see if rooms are closed or open. So
2  it tells you.
3  Q. So you specifically accessed the system and
4  saw this yourself?
5  A. I didn't access it myself. I was a witness to
6  it. So when Christine opened it up, I was there to take
7  a look at it also.
8  Q. Do you remember when that was?
9  A. When what was?
10 Q. When Christina opened up the system and you
11 saw that rooms were blocked out?
12 A. I believe in '06.
13 Q. Do you remember the month?
14 A. No.
15 Q. What did Christina do about that?
16 A. Contacted Best Western.
17 Q. And do you have any knowledge of how Best
18 Western responded?
19 A. No.
20 Q. Do you know how many rooms were blocked out?
21 A. It was the whole hotel.
22 Q. Do you have any knowledge of how that
23 happened?
24 A. Just I believe it was malfunctioning on Best
25 Western's end.

### 45

1 Q. Do you have any direct knowledge to know that
2 the system was malfunctioning on Best Western's end?
3 A. No. I wouldn't know. But it is a reservation
4 system that is supported by Best Western. So it would
5 be their responsibility to make sure that it is up and
6 running.
7 Q. But is it possible for somebody at the hotel
8 to block out the rooms?
9 A. It is possible, yes.
10 Q. Do you have any knowledge as to how long the
11 reservation system was blocked out?
12 A. I believe about a year, a year and a half.
13 Q. Would Lisa Wilkerson have better knowledge of
14 how long the system was blocked out?
15 A. Yes.
16 Q. Do you know if anybody else from the hotel had
17 access to the reservation system?
18 A. I believe it was limited access. So it would
19 just be upper management.
20 Q. And that would be who?
21 A. General manager. Whoever the general manager
22 would be at the time.
23 Q. Do you know if Mr. Harooni had access to the
24 reservation system?
25 A. I wouldn't know.

### 46

1 Q. Did anybody ever come out from Best Western to
2 provide the folks at the hotel training on the
3 reservation system?
4 A. Yes. Mitch. Every quarter he would come out.
5 Q. So he gave the training every time he would
6 come out on the reservation system?
7 A. I believe so, yes.
8 Q. Did you attend any of those trainings?
9 A. No.
10 Q. When Mitch would come out and do inspections,
11 were you present for the inspections?
12 A. Yes, from time to time.
13 Q. Do you remember which inspections you were
14 present for?
15 A. No.
16 Q. So you would actually accompany Mitch and, I
17 believe, it was Christina and Lina on the inspections?
18 A. Yes. I wasn't there for the full duration of
19 the inspection but 10-, 15-minute increments.
20 Q. Did you have any responsibility for the
21 banquet center?
22 A. No.
23 Q. Did you have any responsibility for daily
24 maintenance?
25 A. Yes.

### 47

1 Q. What was that responsibility?
2 A. The upkeeping of the rooms.
3 Q. And how would you fulfill that
4 responsibility?
5 A. I would go room to room to make sure if there
6 is any cosmetic defects on the furniture, any carpet
7 stains. Make sure the bed spread is clean. Make sure
8 that the room is presentable.
9 Q. Would you inspect every hotel room every day?
10 A. No.
11 Q. How many would you inspect every day?
12 A. About 30.
13 Q. Did you have any systematic approach when you
14 inspected a particular room?
15 A. Yes. There was a checklist.
16 Q. Who provided that checklist?
17 A. The general manager. Christine and Cheryl.
18 Q. So just describe to me, when you walk into a
19 room, what do you do?
20 A. So you take a look at the furniture, make sure
21 that there isn't any scratches on the furniture, make
22 sure that there isn't any stains on the carpet, that
23 there isn't any cosmetic defects on the bed, and go into
24 the bathroom, make sure that the towels are okay, that
25 the shower heads are clean. And that would be it.

### 48

1 Q. Is there any method you used to -- looking
2 around? Do you just start at one point in the room and
3 just work your way to each particular item in the room?
4 Or is there a specific method you would use?
5 A. No. I would just go off the checklist.
6 Q. In December of 2007, do you know if a request
7 was made to Best Western to close part of the hotel?
8 A. I wouldn't have knowledge of that. What do
9 you mean close?
10 Q. Take certain rooms out of commission because
11 they weren't being used on a frequent basis.
12 A. It could be possible. I'm not sure.
13 Q. Were you there on December 4th, 2007?
14 A. Yes.
15 Q. Do you have any knowledge of what happened at
16 the hotel after Best Western terminated its membership?
17 A. I wasn't employed then.
18 Q. Did you ever have any discussions with
19 Mr. Harooni about the status of the hotel after the
20 termination of the Best Western membership?
21 A. On and off. But I didn't get too involved.
22 Q. Were there any discussions about how the
23 property would be rebranded to another flag?
24 A. No.
25 Q. Did you have any knowledge regarding the

49

1  disposition or attempts to dispose of the hotel in 2008
2  and 2009?
3  A. You mean to sell the hotel?
4  Q. Correct.
5  A. Yes.
6  Q. You had knowledge of the sales?
7  A. Sales in terms of revenue or in terms of
8  actually selling the property.
9  Q. Actually selling the property.
10 A. Yeah. I knew that the hotel was up for sale.
11 Q. Did you know anything else?
12 A. Specifically.
13 Q. Specific deals? Specific offers?
14 A. I believe a couple of offers were made, but,
15 specifically, no. But I know that -- I know that a few
16 offers were made.
17 Q. Do you know when offers were made?
18 A. No.
19 Q. Do you know how much offers were made for?
20 A. No.
21 Q. There seems to be a split in the property
22 there. Seems to be two different parcels related to the
23 hotel. Do you have any familiarity with the legal
24 division of the property itself?
25 A. Yes.

50

1  Q. Okay. Explain that to me. Explain the legal
2  division of the hotel.
3  MS. LAZARUS: Object to the form.
4  THE WITNESS: So there is -- it is on six
5  acres of land. And four acres is owned by the LLC.
6  BY MR. GARBARINO:
7  Q. Okay.
8  A. And two acres is leased out.
9  Q. Okay. So there are six total acres?
10 A. Yes.
11 Q. Four owned by AV Inn, Associates?
12 A. Yes.
13 Q. And two are leased out?
14 A. Yes.
15 Q. The lease is in the name of AV Inn Associates?
16 A. Yes. It is leased to the name.
17 Q. And is that the parcel of the property that
18 has the banquet hall?
19 A. Yes.
20 Q. Do you have any understanding of how that
21 lease payment is calculated?
22 A. I believe it is on a 30-year -- I believe it
23 is amortized over 30 years.
24 Q. Is it a constant amount every month, or does
25 it depend upon revenue?

51

1  MS. LAZARUS: Object to the form.
2  THE WITNESS: I believe it is constant.
3  BY MR. GARBARINO:
4  Q. Do you know if the banquet hall -- let me
5  strike that. Let me go back for a minute.
6  You are aware that the hotel was sold;
7  correct?
8  A. Yes.
9  Q. Which part was sold?
10 A. I'm not sure about the details.
11 Q. Okay. Do you know whether AV Inn still leases
12 the banquet hall?
13 A. I don't know.
14 Q. Do you have any knowledge regarding the board
15 meeting that was held to determine ongoing, the status
16 ongoing -- or strike that.
17 Do you have any knowledge of the board meeting
18 that took place at Best Western's headquarters regarding
19 AVN's membership at the hotel?
20 A. I know a meeting took place. But,
21 specifically, what went on in that meeting, I don't
22 know.
23 Q. You weren't there?
24 A. No, I wasn't there.
25 Q. Can I just have a moment to make sure I got

52

1  everything.
2  (Recess.)
3  BY MR. GARBARINO:
4  Q. Kevin, are you currently employed?
5  A. Yes.
6  Q. Where are you employed?
7  A. A company called Re Green.
8  Q. What does Re Green do?
9  A. It is an energy conservation company.
10 Actually, I started it with a couple of my buddies.
11 Q. Does Mr. Harooni have any role in that
12 business?
13 A. No.
14 Q. One last thing. I don't think I got an
15 answer. The restaurant and bar renovations, when were
16 those completed? Do you recall?
17 A. I believe '06.
18 Q. During the renovations, were the restaurant
19 and bar closed down?
20 A. For a certain percentage of the renovation, it
21 was closed down. And then for the other percentage, it
22 was opened.
23 Q. What percentage would you say it was closed
24 down for?
25 A. I would say maybe 20 percent.

53

1   Q. So if it was -- renovations took five months.
2   Is that fair statement?
3   A. Yes.
4   Q. The actual time the restaurant and bar were
5   closed down was one month?
6   A. A month, month and a half.
7   Q. I have no further questions.
8        MS. LAZARUS: I do have some follow-up
9   questions for you.
10              EXAMINATION
11  BY MS. LAZARUS:
12  Q. A couple of things I want to clarify and a
13  couple of things I want to get a little bit more
14  information about. So first, the founding of Re Green,
15  is that why you left the company?
16  A. Yes.
17  Q. That is why you left the company?
18  A. That is why I left.
19  Q. So during the initial training, the initial
20  Best Western training, after Mr. Harooni purchased the
21  property, was there any discussion about these requests
22  for proposal deadlines?
23  A. From Best Western or from us?
24  Q. Well, did Best Western ever indicate to you
25  when the request for proposals were usually submitted?

54

1   A. No.
2   Q. Did they tell you when these requests for
3   proposals had to be submitted to the companies?
4   A. No.
5   Q. Did they indicate to you when you would need
6   to contact Best Western about getting on the request for
7   proposal list?
8   A. No.
9   Q. So we also -- it is unclear to me. We went
10  back and forth on whether Best Western would be on a
11  company's list. And that would be for all 4,000
12  properties or whether it would have to go property by
13  property?
14       I just want to clarify it.
15       Would your individual property have to be
16  okayed?
17  A. It was my understanding to that question is
18  yes.
19  Q. Okay. It is possible that Best Western could
20  be approved -- that the Best Western umbrella could be
21  approved by a company but that the Antelope Valley Best
22  Western would not be on the list of properties to
23  select?
24  A. To my understanding, that is correct, yes.
25  Q. So if your property did not submit a request

55

1   for proposal or did not ask Best Western headquarters to
2   please submit a proposal on its behalf, then the Best
3   Western Antelope Valley could be disqualified or -- let
4   me clarify -- not included on a company's travel plan
5   for the year?
6   A. Can you repeat the question.
7   Q. Yes. I will -- that was inelegantly worded.
8        After the initial RFP training, was it your
9   understanding that, unless the Antelope Valley -- the
10  Best Western Antelope Valley asked corporate to please
11  submit an RFP on its behalf, then the Best Western
12  Antelope Valley could be disqualified from accepting
13  these corporate travel accounts for the year?
14  A. It seems like there is an ambiguity. My
15  understanding -- my understanding is that yes and no,
16  that they would submit you. But then, also, you would
17  have to request. So it got very complicated in
18  understanding how the procedure works.
19  Q. Okay.
20  A. So we were left with a lot of ambiguity on our
21  end.
22  Q. Did Best Western ever take any steps to
23  explain that ambiguity?
24  A. Nobody ever approached us and said this is how
25  it works.

56

1   Q. Okay. So even after these management
2   trainings that you attended, it wasn't clear to you?
3   A. It is very complicated how it works. In
4   theory, you think it will be very easy, and you
5   submit -- you send some paperwork. But when you
6   actually come to submit the RFP's and get qualified, it
7   gets extremely complicated.
8   Q. Is that part of the reason why you went on
9   this trip to Chicago?
10  A. Yes. Okay. So the trip to Chicago, the
11  specific reason why we went to Chicago was that one of
12  the sales associates promised Lisa Wilkerson that our
13  hotel would get some -- I'm trying to figure out the
14  word.
15       We went to Chicago specifically because we
16  were under the impression that we would get additional
17  support from Best Western at that convention.
18       So it was a convention where Ratheon, Boeing,
19  Northrop, larger corporate clients would be there. And
20  it was my understanding that, if we bought materials,
21  marketing materials, to promote the hotel, that one of
22  the sales associates for Best Western would promote our
23  hotel individually. So that was the understanding.
24       When we go there, that wasn't the case. So we
25  took all the marketing material, we went there. We were

## Page 57

1. under the impression that we would be able to generate
2. business from this trip. And when we went there, it was
3. as if like the conversation with her never took place.
4. They kind of ignored.
5.      And that is why I spoke with Scott Wilson, who
6. is the revenue manager. I'm sorry. Who is the sales
7. supervisor. And we got into -- I got into a discussion
8. with him about the RFP's, why nothing was -- why weren't
9. we followed up with, why there was no communication.
10.      And he told me that they dropped the ball on
11. that and that he would immediately get his team to
12. contact the property to be able to submit the RFP's and
13. try to bring in these accounts.
14. Q. So the reason why you -- why Best Western
15. might be promoting your property individually is because
16. there is an individual component to the RFP process?
17. A. That is my understanding, yes. We
18. specifically went to Chicago because we were told that
19. we would be able to promote the property at the booth
20. because everyone has their own booth. Best Western has
21. their own booth. Other hotel chains have their own
22. booths.
23.      Also, and we were under the impression that we
24. would be able to market our property at that booth. And
25. it was our first time going. So we really didn't have

## Page 58

1. any knowledge of what we should be expecting.
2. Q. And you said that you would talk to Best
3. Western, and then Best Western would talk to the
4. companies on your behalf.
5.      Were you allowed to talk to the companies on
6. your own?
7. A. No. So this is where the ambiguity came in is
8. that we weren't able to directly communicate with these
9. corporate clients. And we requested Best Western to
10. contact them, but nothing was getting done.
11.      So as an individual independent property, we
12. weren't allowed, because we were under the Best Western
13. chain, to go directly to these corporate clients. But
14. we had to rely on Best Western to establish the
15. relationships for us to move forward.
16. Q. And that was the context in which Mr. Wilson
17. told you that he dropped the ball?
18. A. Yes.
19.      So one specific case in point was Boeing, that
20. we got the contact person. And we tried to contact them
21. ourself and tried to split the RFP independent of Best
22. Western. And we weren't able to do that because they
23. said you are a Best Western hotel. You have to go
24. through the corporate channel in order to participate in
25. on our RFP.

## Page 59

1. Q. Did you ever get into any heated conversations
2. or any arguments with Mr. Wilson or anyone else from
3. Best Western?
4. A. It wasn't so much heated. It was more
5. frustration because I felt there was a lot of lip
6. service, a lot of empty promises that never got
7. completed. So he never got into any sort of argument.
8. But we did go back and forth. And I was a little bit
9. frustrated also. So I did express my frustration to
10. Mr. Wilson.
11.      And I believe that is in e-mail form. So I
12. can go through my e-mails and other communications.
13. Q. Absolutely. Please get those to me, and I
14. will provide those to Mr. Garbarino?
15. A. Okay. Mr. Wilson also came out to the
16. property.
17. Q. When did he do that?
18. A. He came out, I believe, in '07. So this is
19. what I feel happened is that in the beginning, when we
20. initially went to Best Western in '05, a lot of services
21. and promises were made.
22.      But then I believe they were just blanket
23. statements with no real intention of actually being able
24. to fall through with the promises they made.
25.      And then what happened is that, once nothing

## Page 60

1. was done, no one came out, is that we started
2. complaining a lot more and got more involved in terms of
3. what is the problem, how come nobody is coming in
4. because we actually took a couple of years back --
5. reservations from the years back and compared them to
6. '05, '06, '07 and saw that they were drastically
7. reduced through the reservation system.
8.      Like, in '03 or '4, there was $1 million
9. coming in. And like in '05 and '06, there was
10. $400,000. So that is when we started realizing there is
11. something going wrong.
12. Q. Is that when you understood there to be the
13. problem with the reservation system not while it was
14. going on but after?
15. A. It was after the fact. Because I really
16. wasn't in charge to make sure that that was getting
17. done. But then it was very obvious that some channel of
18. revenue wasn't being exhausted.
19. Q. Did you have any conversations with Mr. Wilson
20. while he was at the property?
21. A. Yes.
22. Q. What did he say to you?
23. A. When we spoke with him, we kind of went over
24. our concerns. And he addressed the concerns. We
25. explained to him that 90 percent of the revenue being

## Page 61

1 generated in Lancaster Palmdale comes directly from the
2 corporate relations that they seem to have established.
3     So our revenue is dependent on their work.
4 So, like, Boeing, Northrop, Lockheed, we can't go after
5 those clients unless they initiate the contacts and
6 submit RFP. We heavily rely on their services to be
7 able to generate business for the hotel.
8     So it is not like you are in Disneyland where,
9 if you are nobody, you still get booked. You are in the
10 middle of the desert with corporate clients that would
11 have no other means of finding you unless you go through
12 the electronic channels. And the RFP in the Best
13 Western reservation system are the electronic channels.
14     Q. You expressed that to him. Did he give you
15 any answers?
16     A. He said he would be trying to get the
17 accounts. He said he would be making sure working
18 toward -- these accounts were established.
19     Q. Did you ever talk to him after his visit to
20 follow up?
21     A. Yes. We followed up. There was also an
22 ambiguity there. We didn't know exactly what was going
23 on because one after another they said there is
24 problems. There is complications. And we just kind of
25 expanded from there on the problems, trying to target to

## Page 62

1 see exactly what is going wrong.
2     So I know for one specific company that we
3 submitted an RFP for -- I can't recall the name of the
4 RFP. But we on our end submitted paperwork for Best
5 Western. Best Western submitted it to that specific
6 company. And then for six months, even after the RFP
7 was booked, we still weren't bookable.
8     So we called that corporate company and said,
9 what is going on. And they kept telling us that on Best
10 Western's end we are not being seen. So they would have
11 to submit the paperwork. So the electronic channel of
12 reserving the rooms would open up. And if you don't
13 submit that paperwork, then nothing gets done.
14     And then we called Best Western. Best Western
15 kept saying they did do it. And we called the corporate
16 contact. And they said nothing is getting done. And we
17 tried booking ourself and saw that channel wasn't open.
18     Q. Who was the person having conversations with
19 Best Western about that?
20     A. Lisa Wilkerson.
21     Q. So she would be the person with the best
22 knowledge of those --
23     A. I got a little bit involved just to see if I
24 would be able to add anything to try to get the solution
25 resolved. So it was more like a group effort.

## Page 63

1 Everybody tried to do whatever they can.
2     Q. Was this an ongoing problem?
3     A. Yes.
4     Q. Did it happen more than once?
5     A. For what? The RFP?
6     Q. Yes.
7     A. I believe that it was an isolated situation
8 with that RFP that was sent. But the RFP's, I'm not
9 sure if there was a booking issue.
10     Q. And Lisa Wilkerson would be the person to know
11 about that?
12     A. Lisa Wilkerson.
13     Q. Okay. How did you come to know that the
14 reservation system had been booking half-a-million
15 dollars more per year in 2003 and 2004 than it was in
16 2005 and 2006?
17     A. I'm not sure if that is the actual number. I
18 was just presenting just some numbers out there. But
19 you are able to compare from year to year. So you can
20 see what you did in '04, what you did in '05, and then
21 cross compare them.
22     So it is just a report that we printed out at
23 the time to see how much the property did before and how
24 much it is currently doing. And then you will see a
25 substantial amount less.

## Page 64

1     Q. So you remember it being a substantial
2 difference?
3     A. Yes.
4     Q. When you were at the initial training at Best
5 Western, did you hear anything about corporate clients
6 or corporate accounts and a restaurant or bar?
7     A. What restaurant?
8     Q. And having to have a restaurant or bar opened
9 at the hotel?
10     A. No, not at the hotel.
11     Q. Do you know if the hotel ever lost any
12 corporate clients because the restaurant or bar was
13 closed?
14     A. Not to my knowledge.
15     Q. Why were the roofs a priority when you first
16 started the remodeling?
17     A. Why were they a priority?
18     Q. Yes.
19     A. Because it was leaking.
20     Q. Was it leaking all over?
21     A. It was leaking in patches. So we just went
22 ahead and replaced all the roofs. I believe it was like
23 20 or 30 years old. So it was time. It had to be
24 renewed anyways.
25     Q. And then in terms of how many rooms would

65

1  actually be closed out at a time during the renovations,
2  how many -- I guess there has been -- it is not entirely
3  clear to me how many rooms were being worked on versus
4  how many rooms were actually inhabitable at any given
5  time.
6       A.  So I want to expand on this question a little
7  bit more.
8           So we would take out the rooms out of service
9  based on occupancy of the hotel.  So we would project
10 what the occupancy would be.  And then based on that, we
11 would go ahead and remodel.  So it was usually like 20
12 or 30 rooms.
13          But, simultaneously, we worked on all of
14 rooms.  But you didn't have to take them out of service
15 at one time.  So it was more dependent on the
16 occupancy.  If we knew we had clients coming in, we
17 wouldn't take the rooms off.
18      Q.  Okay.  Would it be fair to say that, even if
19 you had a contractor -- even you if you had talked to
20 the contractor about working on a room, then those rooms
21 wouldn't necessarily be closed?
22      A.  Yes.  They didn't have to be closed.
23      Q.  Okay.
24      A.  Yes.
25      Q.  Were you aware of any ongoing monitoring that

66

1  had to be done with the reservation system?
2       A.  On whose part?
3       Q.  On either side's part, either yours or Best
4  Western's?
5       A.  Yes.  On Best Western's part there was
6  supposed to be monitoring.
7       Q.  Okay.
8       A.  And then I believe on our part we were also
9  supposed to monitor.
10      Q.  What kind of ongoing monitoring were you
11 supposed to do?
12      A.  Us as a property?
13      Q.  Yes.
14      A.  Just to make sure that the rooms are
15 bookable.  And then on our end it looked like it was
16 bookable.  But you open up the reservation system, and
17 that is all you have to do is click a button, and it is
18 opened.  And, actually, making sure that it gets
19 reserves and that the channels are opened would be Best
20 Western's responsibility.
21      Q.  Okay.  And, then, I also wanted to ask you
22 again about -- you said, when Mr. Harooni first took
23 over the property, it was in, quote, default and
24 distress.  And I wanted to ask you a little bit more
25 about that.  What did you mean by default and distress?

67

1       A.  That the property wasn't meeting the
2  requirements of Best Western.  So the rooms weren't up
3  to date.  The cosmetic appearance of the hotel wasn't up
4  to date.  And that is pretty much it.
5       Q.  And did you have a conversation with anyone
6  about that when you were at the initial training?
7       A.  I didn't specifically, no.
8       Q.  Okay.  I think that is it.
9           MR. GARBARINO:  I have a few follow-up.
10              FURTHER EXAMINATION
11 BY MR. GARBARINO:
12      Q.  It is clear that Lisa Wilkerson has the best
13 knowledge about the RFP process?
14      A.  Yes.  It would be based on her experience,
15 yes.
16      Q.  Do you know whether Lisa Wilkerson had any
17 conversations with anybody at Best Western regarding the
18 operations of the reservation system?
19      A.  I know she did.  But specifically what they
20 were, I don't know.
21      Q.  Do you know if she had any conversations with
22 people at Best Western regarding the RFP process?
23      A.  Yes.
24      Q.  When you went out to this conference, it was
25 in Chicago; correct?

68

1       A.  Yes.
2       Q.  Were there any other Best Western members
3  there?
4       A.  No.
5       Q.  Did that seem strange to you?
6       A.  Yes, it did.  That is why we were shocked.
7       Q.  Do you remember who told you that it was
8  proper for a Best Western member to go out to this
9  conference?
10      A.  Yes.  I don't know the name.  Lisa would know
11 the name.  But it was somebody in corporate because we
12 wouldn't just arbitrarily pick up and go to Chicago for
13 no reason.
14      Q.  You said that Scott Wilson stated that Best
15 Western dropped the ball.  Dropped the ball with respect
16 to what particular task, duty, obligation?
17      A.  The RFP's.
18      Q.  What specifically did Best Western not do?
19      A.  Follow up on the clients.  Go make sure that
20 they see us as an account.
21      Q.  When did Best Western not follow up with the
22 clients?
23          MS. LAZARUS:  Object to the form.
24          THE WITNESS:  Can you repeat that question,
25 please.

## 69

1  BY MR. GARBARINO:
2  Q. Sure.
3  You just said that Scott Wilson said that Best
4  Western dropped the ball because it didn't follow up
5  with the clients.
6  A. Yes.
7  Q. When was Best Western supposed to follow up
8  with the clients?
9  MS. LAZARUS: Same objection.
10 THE WITNESS: I believe in the beginning of
11 the year, they would follow up. They would send us a
12 list of the corporate accounts, clients. And we would
13 tell them which we wanted to go after.
14 Q. Did Best Western send you that list?
15 MS. LAZARUS: Object to the form.
16 THE WITNESS: To the best of my knowledge,
17 no.
18 BY MR. GARBARINO:
19 Q. Could Best Western have sent that list and it
20 was received by somebody else at the hotel?
21 A. No.
22 Q. Why not?
23 A. Because it would have had to have been sent to
24 a general manager.
25 Q. But you were not the general manager?

## 70

1  A. No, I'm not. Oh, you are saying specifically
2  me. If it was sent to someone else.
3  Q. It could have been received by somebody else.
4  You don't know if the hotel received it or not?
5  A. I know they didn't because we had a discussion
6  about that.
7  Q. Who was part of that discussion?
8  A. It was myself, Mr. Harooni, and Cheryl Duggan
9  and Lisa Wilkerson.
10 Q. And the convention in Chicago was 2006; right?
11 A. I believe so. Either 2006 or 2007. It would
12 have been in the end of 2006, early 2007.
13 Q. You testified that you and Mr. Harooni and the
14 hotel in general relied on promises made by Terri
15 Winegger at the initial meeting where you went to Best
16 Western; correct?
17 A. Yes.
18 Q. Is that fair to say?
19 A. Yes.
20 Q. Was that after or before Mr. Harooni purchased
21 the hotel?
22 A. I believe it was before.
23 Q. Do you have a specific date?
24 A. No. I believe the property was in escrow but
25 not yet closed. That is my recollection.

## 71

1  Q. Okay. So how did you know to go to Best
2  Western for this initial meeting?
3  A. Mr. Harooni just told me to come. I believe
4  someone from corporate obviously told him to come.
5  Q. But you don't know the specific date that this
6  meeting took place?
7  A. No.
8  Q. You mentioned an unknown company that was
9  unable to make reservations at the hotel for some amount
10 of time.
11 A. Yes.
12 Q. You don't have any idea who that company was?
13 A. I believe it was Lockheed Martin. Lisa
14 Wilkerson would definitely know.
15 Q. I have no further questions. You are done.
16 MS. LAZARUS: Thank you for your time.
17 MR. GARBARINO: Thank you for coming down.
18 /
19 /

## 72

Penalty of Perjury

I, KAMYAR REFOUA, do hereby declare under
penalty of perjury that I have read the foregoing
transcript of my deposition; that I have made such
corrections as noted herein, in ink, initialed by me, or
attached hereto; that my testimony as contained herein,
as corrected, is true and correct.

EXECUTED this _____ day of _____.

_____, at _____, _____.
       (City)              (State)

_____
KAMYAR REFOUA

                                    73

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3       That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11      I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14      IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17  Dated: _____
18
19
20  _____
21  MARYAM T. SALAHUD-DIN
22  CSR No. 9669
23
24
25

                                    74

1       DEPOSITION ERRATA SHEET
2   RE: Esquire Deposition Solutions
3   File No.40605   Assignment No. 283278
4   Case Caption: BEST WESTERN INTERNATIONAL, INC.
5   vs. AV INN ASSOCIATES 1, LLC, ET AL.
6   Deponent: Kamyar Refoua
7   Deposition Date: December 3, 2009
8   To the Reporter:
9   I have read the entire transcript of my Deposition taken
10  in the captioned matter or the same has been read to me.
11  I request that the following changes be entered upon the
12  record for the reasons indicated. I have signed my name to
13  the Errata Sheet and the appropriate Certificate and authorize
14  you to attach both to the original transcript.
15
16  Page No._____Line No._____Change to:_____
17  _____
18  Reason for change:_____
19  Page No._____Line No._____Change to:_____
20  _____
21  Reason for change:_____
22  Page No._____Line No._____Change to:_____
23  _____
24  Reason for change:_____
25

                                    75

1   Deposition of Kamyar Refoua
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____ DATE:_____
25          Kamyar Refoua