*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 17*

# EXHIBIT "17"

**Best Western 2007 Annual Report**

# A Letter From Best Western



2007 marked another year of strong growth and accomplishment for Best Western International, The World's Largest Hotel Chain®. Building on a strong 60th anniversary year in 2006, our business grew dramatically in several key areas:

- 2007 Lynx net revenue totaled $1.1 billion worldwide – 8.3 percent greater than fiscal year 2006 for North America and 12.6 percent greater worldwide.
- The North American Worldwide Sales team generated nearly $392 million in revenue for fiscal year 2007, 21 percent greater than the prior fiscal year.
- Gold Crown Club International rewards program revenue delivered to North American properties was up 27 percent over the prior fiscal year.
- bestwestern.com delivery in North America exceeded the revenue from online third parties and travel agents combined, speaking to the strength of our brand.

Internationally, we leveraged our global position with strategic additions to our portfolio, particularly in Asia. The region's booming economy and growing travel markets make Asia a smart fit as Best Western furthers its global reach and expands our distribution. Accordingly, in June 2007 we announced our aggressive development plan for India, with a goal of adding more than 100 hotels and 10,000 rooms to the blossoming Indian lodging market over the next 10 years. Best Western has already gained recognition as the fastest growing brand in Asia, with 120 properties that are either open or currently under construction. We must be doing the right things because one of Asia's top travel trade newspapers, TTG Asia, voted Best Western International the top hotel brand in the mid-scale segment.

In late 2006 we engaged The Boston Consulting Group, a world renowned strategy and management consulting firm, to help us define our 10-year product strategy. The BCG recommendations developed last year now form the cornerstone of our organization's future business plans. Best Western was also heartened to learn that the extensive consumer research conducted by BCG confirmed that *Best Western is the most preferred leisure brand in the mid-scale segment.*

More than 400,000 guests choose to stay with Best Western International every night. They choose our hotels because of the Best Western promise: quality, service and value. We will continue to strengthen our brand by living up to this brand promise and exceeding our guests' – and the industry's – expectations.

Annual reports tend to focus on hard numbers. The hospitality business, however, is really about people. We have set out a bold vision for ourselves: to lead the industry in superior customer care. We believe that if we establish an emotional connection with our guests (through compassion and caring), they will be loyal to us. And, treating our guests like family is how our company was founded.

We believe the combination of caring, involved and experienced hotel owners, a hardworking and dedicated Board of Directors and a professional and talented corporate team is the winning formula for building a stronger brand, delivering greater value to our members and making memorable connections with our guests.


David Francis, CHA
Chairman of the Board


David Kong
President and Chief Executive Officer



*(vertical text, left margin)* **Best Western 2007 annual report**

## About the Company

Best Western International is THE WORLD'S LARGEST HOTEL CHAIN®, providing marketing, reservations and operational support to over 4,000* independently owned and operated member hotels in 80* countries and territories worldwide. An industry pioneer since 1946, Best Western has grown into an iconic brand that hosts 400,000* worldwide guests each night. Best Western's diverse property portfolio, its greatest strength, stems from a business model designed to give owners maximum flexibility to address market-specific needs. Equally committed to the business and leisure traveler, Best Western recently embarked on a five-year mission to lead the hotel industry in customer care. Since 2004, Best Western has served as the Official Hotel of NASCAR®. For more information or to make a reservation, please visit www.bestwestern.com.

*Numbers are approximate and can fluctuate.*

## Table of Contents

About the Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Financial Highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Independent Auditors' Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Consolidated Statements of Financial Position . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Consolidated Statements of Revenues, Expenses & Net Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Consolidated Statements of Cash Flows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Notes to Consolidated Financial Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Supplemental Information (unaudited) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*2*

Best Western 2007 annual report

# Financial Highlights

**Introduction** – Best Western International, Inc. (the Company) is a membership organization incorporated as a non-profit corporation with headquarters in Phoenix, Arizona. As a membership organization, the Company's objective is to generate sufficient revenue to cover expenses and maintain financial stability. If profits are realized, they are generally offset by losses incurred in prior years or those planned for future years.

## Results of Operations
### Excess (Deficit) of Revenues over Expenses –
The Company reported a net loss after taxes of $3.0 million in fiscal 2007 compared to net earnings after taxes of $2.5 million in fiscal 2006.

**Revenues** – Revenues increased by $15.4 million, or 8%; the major changes from 2006 are explained below.

- Monthly fees were approximately $1.9 million, or 2%, higher primarily due to a 3.4% increase in monthly fees in 2007, partly offset by fewer average number of properties and room counts in 2007.
- Affiliation fees increased $0.7 million, or 10%, due primarily to higher new member affiliations (increase in fee and higher average number of rooms per property) and 18 additional fees from the transfer of ownership of an existing BW affiliated property.
- International cost share and overhead recovery fees increased $0.4 million, or 14%, mainly due to increased LYNX reservation revenue delivered to organizations affiliated with the Company.
- Other revenues increased $3.6 million, or 53%, mostly due to higher program advertising commissions ($1.0 million), customer care penalties (new in 2007 and totaling $0.5 million), QC inspection fees ($0.4 million – 155 more rapid response visits), member training revenue ($0.3 million – expedited GM training), "800" express revenue ($0.3 million) and design consulting fees ($0.3 million).
- Revenue from self-funding programs increased $6.1 million, or 12%, due primarily to higher Frequency stay program revenue (mostly BW Gold Crown Club International of $5.9 million – 23% increase in room nights sold and 6% increase in ADR), increased purchases by members (BW Supply) and maintenance fees on Two Way systems, partially offset by lower GDS and internet booking fees charged to members (the fee for reservations made through the Company's proprietary website was eliminated in 2007; fee was $1.25 in 2006).

**Expenses** – Expenses increased by $22.0 million, or 11%; the major changes from 2006 are explained below.

- Salaries, wages and commissions increased $8.5 million, or 17%, primarily due to increases in service levels to our customers and members of our Frequency stay program, increased business related to our supply program, additional staffing related to our information technology group and our compensation program for merit increases and bonuses.
- Payroll taxes and benefits increased $3.2 million, or 29%, due to higher salaries expense (increases in both payroll taxes and benefits costs), and costs associated with the Company's deferred compensation plans.
- Advertising and promotion expense increased $4.1 million, or 9%, mostly due to increased media advertising ($2.2 million – GCCI and Canadian media advertising) and higher agency fees.
- Professional fees increased $3.2 million, or 41%, mostly due to product strategy consulting costs of $1.4 million and "I Care" related customer service consulting costs of about $1.1 million in 2007. 
- Other expenses increased $2.1 million, or 14%, primarily due to the higher International GDS booking fees and GSA commissions paid on increased reservations volume and higher provision for doubtful accounts to adequately reserve for properties that have left the brand this year.
- Self-funding program cost of sales increased by $0.8 million, or 4%, mainly as a result of the higher number of points issued to Gold Crown Club members partially offset by higher breakage on free night vouchers.

## Financial Position and Liquidity
The Company continues to be in a healthy financial position at November 30, 2007. Cash balances are $22.6 million. Current assets, those expected to generate cash within the next year, are $66.8 million, or 74% of total assets.

## Capital Resources
The Company expended $7.9 million in fiscal 2007 for capital projects. The major projects were building improvements, computer hardware upgrades and computer software, including improvements to the Company's eCustomer contacts/web booking engine and telecommunications systems.

The Company expended $7.3 million in fiscal 2006 for capital projects. The major projects were infrastructure upgrades and computer software, including improvements to the Company's web booking engine and a membership automation system.

The Company anticipates that existing cash balances and cash flows from operations will be adequate to meet the Company's cash requirements for at least the next year.

# Independent Auditors' Report

**MUKAI,
GREENLEE &
COMPANY, P.C.**

Certified Public Accountants

2600 North Central Avenue
Suite 1820
Phoenix, Arizona 85004
Telephone (602) 279-2600
Fax (602) 279-5191

## INDEPENDENT AUDITORS' REPORT

The Board of Directors
Best Western International, Inc.

We have audited the accompanying consolidated statements of financial position of Best Western International, Inc. and Subsidiaries (the Company) as of November 30, 2007 and 2006, and the related consolidated statements of revenues, expenses and net assets and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Best Western International, Inc. and Subsidiaries as of November 30, 2007 and 2006, and the changes in its net assets and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Mukai, Greenlee & Company P.C.*

February 23, 2008

# Consolidated Statements of Financial Position

## November 30, 2007 and November 30, 2006

|  | 2007 | 2006 |
|---|---|---|
| **ASSETS** | | |
| | | |
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $22,636,834 | $  5,918,670 |
| Short term investments | - | 17,967,562 |
| Accounts receivable, principally from members (net of allowance for doubtful accounts of $5,239,049 in 2007 and $4,028,339 in 2006) | 30,428,263 | 29,800,709 |
| Prepaid expenses and other current assets | 11,898,883 | 12,912,030 |
| Deferred income tax asset | - | 1,035,000 |
| Income taxes receivable | 1,787,680 | 470,762 |
| **TOTAL CURRENT ASSETS** | **66,751,660** | **68,104,733** |
| | | |
| **PROPERTY, EQUIPMENT AND COMPUTER SOFTWARE, AT COST** | | |
| Land | 2,335,018 | 2,335,018 |
| Land improvements | 737,598 | 737,598 |
| Buildings | 15,767,713 | 14,202,962 |
| Leasehold improvements | 127,602 | 127,602 |
| Furniture and equipment | 25,806,231 | 32,132,779 |
| Computer software costs | 28,564,313 | 24,835,089 |
| | 73,338,475 | 74,371,048 |
| Less accumulated depreciation and amortization | (51,601,927) | (53,779,806) |
| Net property, equipment and computer software | 21,736,548 | 20,591,242 |
| | | |
| **OTHER ASSETS** | 1,285,954 | 1,139,987 |
| **TOTAL ASSETS** | **$89,774,162** | **$89,835,962** |
| | | |
| | | |
| **LIABILITIES AND NET ASSETS** | | |
| | | |
| **CURRENT LIABILITIES:** | | |
| Accounts payable, accrued liabilities and deferred compensation plans | $34,827,192 | $38,163,351 |
| Current frequent travelers program liability | 12,594,119 | 14,789,847 |
| Income taxes payable | - | 39,700 |
| Deferred income tax liability | 447,000 | - |
| Deposits | 8,385,545 | 8,050,189 |
| **TOTAL CURRENT LIABILITIES** | **56,253,856** | **61,043,087** |
| | | |
| Non-current deferred compensation plans liability | 2,884,767 | 1,318,253 |
| Non-current frequent travelers program liability | 17,582,815 | 11,128,501 |
| Non-current deferred income tax liability | 104,000 | 414,000 |
| **TOTAL LIABILITIES** | **76,825,438** | **73,903,841** |
| | | |
| **NET ASSETS** | 12,948,724 | 15,932,121 |
| **TOTAL LIABILITIES AND NET ASSETS** | **$89,774,162** | **$89,835,962** |

*See accompanying notes to consolidated financial statements.*

# Consolidated Statements of Revenues, Expenses & Net Assets

## Years ended November 30, 2007 and 2006

| | 2007 | 2006 |
|---|---|---|
| **REVENUES:** | | |
| Monthly fees | $98,007,064 | $96,124,416 |
| Annual dues | 8,946,151 | 8,760,500 |
| Affiliation fees | 8,070,956 | 7,348,263 |
| Special advertising assessment | 11,660,896 | 12,006,010 |
| Special quality assurance assessment | 1,416,310 | 1,456,412 |
| International reservations fees | 17,123,492 | 14,398,493 |
| Member meetings | 3,560,596 | 3,368,700 |
| International cost share and overhead recovery fees | 2,924,482 | 2,568,728 |
| Other revenues | 10,454,334 | 6,824,508 |
| Program fees: | | |
| * Property direct relations | 2,943,045 | 3,196,585 |
| * Frequency stay programs | 32,413,838 | 26,441,329 |
| * Travel card program | 3,280,588 | 2,759,019 |
| * GDS and internet domestic reservations | 7,548,870 | 9,608,042 |
| * BW Supply sales, mark-up and commissions | 6,700,300 | 5,843,428 |
| * Other programs | 5,860,444 | 4,834,291 |
| **TOTAL REVENUES** | **220,911,366** | **205,538,724** |
| | | |
| **EXPENSES:** | | |
| Salaries, wages and commissions | 56,952,811 | 48,478,303 |
| Third party labor | 10,634,250 | 11,263,342 |
| Payroll taxes and employee benefits | 14,476,467 | 11,252,059 |
| Advertising and promotion | 48,725,713 | 44,631,618 |
| Telephone | 6,101,789 | 6,179,479 |
| Travel | 6,971,276 | 6,293,646 |
| Depreciation and amortization | 6,717,513 | 6,225,165 |
| Rentals | 4,330,439 | 4,280,886 |
| Maintenance, utilities, property taxes | 4,244,860 | 4,170,145 |
| Professional fees and settlements | 10,930,993 | 7,775,968 |
| Meetings related costs | 4,150,587 | 4,079,535 |
| Printing | 5,076,596 | 5,635,646 |
| Supplies, postage and freight | 5,506,922 | 5,379,832 |
| Interest | 33,638 | 161,193 |
| Other expenses | 17,055,906 | 14,964,184 |
| Program cost of sales: | | |
| * Frequency stay programs | 13,629,513 | 12,903,251 |
| * Third party GDS/Internet booking fees for North American properties | 6,923,804 | 7,011,410 |
| * Other programs | 1,008,998 | 800,779 |
| **TOTAL EXPENSES** | **223,472,075** | **201,486,441** |
| **(Deficit) excess of revenues over expenses before income tax expense** | **(2,560,709)** | **4,052,283** |
| Income tax expense | (422,688) | (1,546,262) |
| **(Deficit) excess of revenues over expenses** | **(2,983,397)** | **2,506,021** |
| | | |
| **NET ASSETS:** | | |
| Beginning of Year | 15,932,121 | 13,426,100 |
| **END OF YEAR** | **$12,948,724** | **$15,932,121** |

*See accompanying notes to consolidated financial statements.*

Best Western 2007 annual report
6

# Consolidated Statements of Cash Flows

## Years ended November 30, 2007 and 2006

| | 2007 | 2006 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| (Deficit) excess of revenues over expenses | $(2,983,397) | $2,506,021 |
| Adjustments to reconcile (deficit) excess of revenues over | | |
| expenses to net cash provided by operating activities: | | |
| Depreciation and amortization | 6,717,513 | 6,225,165 |
| Provision for doubtful accounts | 2,457,941 | 1,982,131 |
| Provision for (benefit from) deferred income taxes | 1,172,000 | (136,000) |
| Gain on sale of property and equipment and computer software | (6,644) | - |
| Changes in assets and liabilities: | | |
| (Increase) in accounts receivable | (3,085,495) | (8,191,088) |
| Decrease (increase) in prepaid expenses | | |
| and other current assets | 1,013,147 | (1,873,474) |
| (Increase) in income taxes receivable | (1,316,919) | (384,112) |
| (Increase) in other assets | (145,967) | (90,005) |
| (Decrease) in accounts payable, accrued liabilities | | |
| and deferred compensation plans | (1,769,644) | (464,480) |
| Increase in frequent travelers program liability | 4,258,586 | 4,388,574 |
| (Decrease) in income taxes payable | (39,700) | (300) |
| Increase in deposits | 335,355 | 45,889 |
| Total adjustments | 9,590,173 | 1,502,300 |
| **NET CASH PROVIDED BY OPERATING ACTIVITIES** | **6,606,776** | **4,008,321** |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Proceeds from maturity (purchases) of investments | 17,967,562 | (5,967,562) |
| Purchase of property, equipment and computer software | (7,866,174) | (7,305,846) |
| Proceeds from sale of property and equipment | 10,000 | - |
| **NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES** | **10,111,388** | **(13,273,408)** |
| Net increase (decrease) in cash and cash equivalents | 16,718,164 | (9,265,087) |
| Cash and cash equivalents at beginning of year | 5,918,670 | 15,183,757 |
| **CASH AND CASH EQUIVALENTS AT END OF YEAR** | **$22,636,834** | **$5,918,670** |

Supplemental disclosures of cash flow information:

Cash paid for interest was $33,638 in 2007 and $161,193 in 2006.

Cash paid for income taxes was $622,000 in 2007 and $2,141,000 in 2006.

*See accompanying notes to consolidated financial statements.*

# Notes to Consolidated Financial Statements

## Years ended November 30, 2007 and 2006

### (1) Organization and Summary of Significant Accounting Policies

(a) *Nature of Business*

Best Western International, Inc., and subsidiaries (the Company) is a membership organization incorporated as a non-profit organization. The Company is an association of member hotels established solely to provide revenue generating opportunities and the leverage of purchasing power to benefit its members.

The Company's services and products are sold throughout the world, primarily in the United States and Canada. The Company grants credit to its members; in those instances where a member requests product in excess of the credit limit allowed by Company policy, the Company requests a letter of credit or prepayment to secure the collection of accounts receivable.

In the event of dissolution, after liquidation of all debts and obligations, any remaining assets of the Company shall be distributed to an Arizona-based non-profit education or charitable organization.

(b) *Principles of Consolidation*

The consolidated financial statements include the accounts of Best Western International, inc. and its wholly-owned subsidiaries consisting of B-W Advertising Agency, Inc., B-W Insurance Agency, Inc., B-W Worldwide Reservations, Inc., B-W GCCI, Inc., Best Western International Limited, B-W Financial Services, Inc., BWI Latin America Reservations Co., BWI Latin America Service Co., BWI Asia, Inc., BWI Denmark, Inc., and B-W International Licensing, Inc.

BWI (Thailand) Co., LTD and Best Western (Hong Kong) Limited are wholly-owned subsidiaries of B-W International Licensing, Inc. BWI Brazil Ltda. and BWI Argentina S.R.L. are wholly-owned subsidiaries of BWI Latin America Service Co. and BWI Latin America Reservations Co., BWI Denmark Inc. Arizona, Filial heraf is a branch of BWI Denmark, Inc.

All significant intercompany transactions and balances are eliminated in consolidation.

(c) *Reclassifications*

Certain 2006 amounts have been reclassified to conform to the 2007 financial statement presentation.

(d) *Cash and Cash Equivalents*

Cash and cash equivalents include highly liquid money market instruments that have original maturities of three months or less at the date of purchase.

The Company has concentrated its credit risk for cash by maintaining deposits in Wells Fargo Bank, N.A. and other financial institutions which exceed amounts covered by insurance provided by the U.S. Federal Deposit Insurance Corporation (FDIC). The Company has not experienced any losses in such accounts and believes it is not exposed to any significant credit risk to cash.

(e) *Accounts Receivable and Allowance for Doubtful Accounts*

Accounts receivable, principally from members are primarily from member fees, member services and product sales. The Company does not require collateral, within credit limits established. The Company performs ongoing credit evaluations of its member receivables, non-payment can lead to termination of affiliation.

The allowance for doubtful accounts is based on the Company's assessment of the collectibility of member accounts. The Company regularly reviews the allowance by considering factors such as historical experience. The amounts of member accounts receivable greater than 90 days past due was $834,244 and $601,677, as of November 30, 2007 and 2006, respectively.

(f) *Property, Equipment and Computer Software*

Property, equipment and computer software are recorded at cost. Depreciation on land improvements, buildings, furniture and equipment is computed using the straight-line and accelerated methods over estimated useful lives ranging from 3 to 39 years. Leasehold improvements are amortized on a straight-line basis over the shorter of the related lease term or the estimated useful lives of the assets. Purchased software license fees and related implementation costs and costs to develop software for internal use are deferred and amortized on a straight-line basis over a three-year period. Repair and maintenance costs are charged to operating expenses as incurred.

# Notes to Consolidated Financial Statements

## Years ended November 30, 2007 and 2006

(g) *Investments*

Short term investments, classified as held-to-maturity, consist of securities issued by Federal or Federally-Sponsored agencies and commercial paper with maturities less than one year from the date of the financial statements. These investments are valued at amortized costs.

(h) *Income Taxes*

The Company accounts for income taxes under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

(i) *Impairment or Disposal of Long-Lived Assets*

The Company reviews long-lived assets to be held and used for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to future net cash flows expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the assets exceeds the fair value of the assets. Properties held for sale are recorded at the lower of cost or fair value less estimated costs to sell.

(j) *Revenue Recognition*

Fees, dues and assessments are established by the Board of Directors to cover the cost of providing services to its Members. These fees are billed monthly and recognized as revenue in the same month as the service they are designated to cover are provided. All other revenue sources, such as program fees, are recognized as earned in the month that the product or service is provided.

(k) *Significant Estimates and Assumptions*

Management of the Company has made certain estimates and assumptions relating to the reporting of assets and liabilities, revenues and expenses, and the disclosure of contingent assets and liabilities to prepare these consolidated financial statements in conformity with accounting principles generally accepted in the United States of America. Actual results could differ from those estimates.

The following is a description of the estimate used for the GCCI frequency travelers program. The frequent travelers program estimated total liability is $30,176,934 and $25,918,348 as of November 30, 2007 and 2006, respectively. It represents management's estimate of the future obligation of awards for points earned but not yet redeemed by participants. The liability is calculated by multiplying the outstanding point balance, reduced for an estimate of the points in accounts inactive for a 13-month period, by the estimated redemption rate and the result of that calculation is multiplied by the average cost per point. Added to this account is the estimated liability for Free Night Vouchers (FNV) that were issued as GCCI point redemptions. This amount is based upon the open value of the FNV issued as GCCI point redemptions for the last 18 months as of November 30, 2007, and the last 30 months for November 30, 2006. Management estimates the redemption rate on GCCI points to be 65%, which is based on a combination of historical trend of points redeemed, and the future expected levels of points to be redeemed and the cost per point of $0.004, which is based on the average cost paid per point redeemed. Should the actual redemption rate be higher or lower than 65%, it could have a material effect on the future results of the operations of the Company.

The portion of this liability expected to be redeemed within the next 12 months, based on the historical trend of points redeemed, is $12,594,119 and $14,789,847 as of November 30, 2007 and 2006, respectively.

(l) *Concentration of Credit Risk*

Financial instruments that potentially subject the Company to concentrations of credit risk consist primarily of accounts receivable, principally from members. Concentrations of credit risk with respect to accounts receivable are limited due to the large number of members comprising the Company's customer base.

# Notes to Consolidated Financial Statements

## Years ended November 30, 2007 and 2006

### (2) Income Taxes

Income tax expense (benefit) for the years ended November 30, 2007 and 2006 consisted of the following:

| 2007 | Current | Deferred | Total |
|---|---|---|---|
| Federal | $ (626,844) | $943,000 | $316,156 |
| State | (122,468) | 229,000 | 106,532 |
| | $ (749,312) | $1,172,000 | $422,688 |

| 2006 | Current | Deferred | Total |
|---|---|---|---|
| Federal | $1,474,262 | $(109,400) | $1,364,862 |
| State | 208,000 | (26,600) | 181,400 |
| | $1,682,262 | $(136,000) | $1,546,262 |

The actual tax expense differs from the "expected" tax expense (computed by applying the applicable U.S. federal corporate tax rate of 34% and the composite state tax rate of 8.25% to the (deficit) excess of revenues over expenses before income tax expense for the years ended November 30, 2007 and 2006. This is principally due to an increase in the book to tax basis of depreciable assets, utilization of a portion of the Company's net operating loss to offset taxable income, payment of an assessment for prior year taxes, state income tax expense and adjustments to prior year provisions. Also contributing to the difference are various income and expense items which are not deductible for tax purposes, including trademark, and certain meal and entertainment deductions.

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities at November 30, 2007 and 2006 are presented below:

| | 2007 | 2006 |
|---|---|---|
| **CURRENT DEFERRED TAX ASSETS:** | | |
| Acquisition of new logo | $ 53,000 | $ 53,000 |
| Compensated absences accrual for financial reporting purposes | 1,034,000 | 1,009,000 |
| Allowance for doubtful accounts | 2,213,000 | 1,723,000 |
| Deferred compensation plans | 177,000 | - |
| Net operating loss Federal & State | - | 3,100,000 |
| Total current deferred tax assets | 3,477,000 | 5,885,000 |
| | | |
| **CURRENT DEFERRED TAX LIABILITY:** | | |
| Prepaid expenses deferred for financial reporting purposes | 3,924,000 | 4,850,000 |
| Net current deferred tax (liability) assets | (447,000) | 1,035,000 |
| | | |
| **NON-CURRENT DEFERRED TAX ASSETS:** | | |
| Deferred compensation plans | 1,219,000 | 557,000 |
| Acquisition of new logo | 119,000 | 172,000 |
| Net operating loss | 156,000 | - |
| Total non-current deferred tax assets | 1,494,000 | 729,000 |
| | | |
| **NON-CURRENT DEFERRED TAX LIABILITY:** | | |
| Difference between financial statement and tax basis depreciation and amortization | 1,598,000 | 1,143,000 |
| Net non-current deferred tax liability | 104,000 | 414,000 |
| | | |
| **NET DEFERRED TAX (LIABILITY) ASSET** | $ (551,000) | $ 621,000 |

# Notes to Consolidated Financial Statements

## Years ended November 30, 2007 and 2006

The Company had a net operating tax loss for 2005 and 2004 of $2,725,387 and $6,531,914, respectively. The Company amended its federal tax returns for 2003 and 2002 and applied these losses against the taxable income originally reported for those years. As a result, the Company is expecting a refund of taxes paid in those years in the amount of $2,350,153. This refund is recorded as an income tax receivable in the accompanying consolidated statements of financial position. The balance of the unused net operating loss was applied against taxable income in 2006.

The Company's net operating tax loss for 2005 and 2004 could not be carried back for state income tax purposes. The Company plans to apply these net operating losses against future state taxable income. The benefit of these net operating losses is included in the Company's deferred tax asset accounts.

The taxable income amounts originally reported for 2003 and 2002 were adjusted as a result of an examination by the Internal Revenue Service (IRS) of the Company's tax return for those years. The taxable income was increased by $321,391 and $1,488,204 respectively. The Company paid additional income taxes for those years of $615,300; this payment is included in income tax expense for 2006.

As the management of the Company considers it more likely than not that the gross deferred tax assets will be realized, a valuation allowance has not been applied.

**(3)   Line of Credit**

The Company has a $6,750,000 unsecured line of credit available for current working capital needs at November 30, 2007 and 2006.  The line of credit expires on May 31, 2009, and provides for interest at either the prime rate, as defined by Wells Fargo Bank, or the LIBOR rate plus 137.5 basis points.  The Company had no outstanding borrowings against this line of credit at November 30, 2007 or 2006.

The unsecured line of credit agreement includes three financial covenants as defined in the agreement, all of which the Company was in compliance with at November 30, 2007.

**(4)   Accounts Payable and Accrued Liabilities**

The major components of accounts payable and accrued liabilities at November 30, 2007 and 2006 are as follows:

|  | 2007 | 2006 |
| --- | --- | --- |
| Accounts payable | $ 21,232,375 | $ 23,225,645 |
| Accrued liabilities and deferred compensation plans | 13,594,817 | 14,937,706 |
| **Total** | $ 34,827,192 | $ 38,163,351 |

**(5)   Contingencies**

The Company is a defendant in a number of lawsuits arising in the ordinary course of business.  In the opinion of management and corporate counsel to the Company, the ultimate outcome of such litigation will not have a material adverse effect on the Company's business, financial position, results of operations or cash flows.

# Notes to Consolidated Financial Statements

## Years ended November 30, 2007 and 2006

### (10) Deferred Compensation Plans

The Company has a deferred compensation plan in which key management employees of the Company, as determined by the Board of Directors, are selected to participate.  This plan was initiated on June 1, 1997 and is a defined contribution plan.  Participating employees may defer a percentage of their annual salaries and a percentage of any incentive compensation into the plan. The Company contributes based on a formula designed to restore benefits otherwise lost to participating employees due to statutory limits in the 401(k) investment plan and by an amount equal to the rate of the old age survivors and disability insurance tax under IRS code section 3101 multiplied by participant's compensation in excess of the social security tax base.

The Company's expense related to this plan was $535,358 and $257,839 for the years ended November 30, 2007 and 2006, respectively, and is included in payroll taxes and employee benefits in the accompanying statements of revenues, expenses and net assets.

On July 1, 2007, the Company established a long-term compensation incentive plan for key executives, retroactive to the year ended November 30, 2005.  Amounts awarded under the plan for each performance period are payable to each key executive in March of the third year after the performance period ends.  The key executive must be employed by the Company on the payment date.  The plan allows for proration of the accrued benefit for key executives because of death, disability or retirement.  The Company records expense for this plan over a three year period.  The Company's expense related to this plan was $993,000 for the year ended November 30, 2007, and is included in payroll taxes and employee benefits in the accompanying statements of revenues, expenses and net assets.

Amounts awarded under this incentive plan, and amounts expensed as of November 30, 2007 are as follows:

| Performance Period | Awarded | Expensed |
|---|---|---|
| Year ended November 30, 2005 | $  420,000 | $420,000 |
| Year ended November 30, 2006 | 576,000 | 384,000 |
| Year ended November 30, 2007 | 567,000 | 189,000 |
| | $1,563,000 | $993,000 |
| | | |
| Current liability | | $420,000 |
| Non-current liability | | 573,000 |
| | | $993,000 |

# Supplemental Information (unaudited)

## Director, Governor and Advisory Committee Expenses

The Company has seven members on its Board of Directors. These Directors are elected by the association's members for a three-year term and may serve no more than two terms. Directors attend board meetings, member meetings, international conferences with Affiliate organizations and perform other services for the Company throughout the year. They are paid a fee of $400 per day of service and are reimbursed for travel expenses.

Directors appoint Governors to assist them in membership matters within their districts, including property inspections. Governors are reimbursed for their travel expenses on such trips and are compensated $250 when visiting an applicant hotel or site.

In addition, Directors appoint members to serve on various Advisory Committees. These Advisory Committees meet and review, and make recommendations to the Board of Directors. Members of these committees are reimbursed for their travel expenses when they meet.

The expenses related to Directors, Governors and the Advisory Committees are presented below:

| | 2007 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|
| | Director | Governor | Advisory Committee | Total | Director | Governor | Advisory Committee | Total |
| **EXPENSES** | | | | | | | | |
| Fees | $ 514,800 | $57,000 | $ - | $ 571,800 | $ 517,600 | $56,700 | $ - | $ 574,300 |
| Other expenses | 783,664 | 41,986 | 131,591 | 957,241 | 784,087 | 31,939 | 207,584 | 1,023,610 |
| **Total** | **$1,298,464** | **$98,986** | **$131,591** | **$1,529,041** | **$1,301,687** | **$88,639** | **$207,584** | **$1,597,910** |

Best Western 2007 annual report

14

# Board of Directors

### 2008 Board of Directors

Best Western International's Board of Directors, clockwise from far left, rear:

Bonnie McPeake, representing District IV;
P.G. West, representing District I;
Larry McRae, representing District II;
Raymond Johnston, representing District VI;
David Francis, representing District VII;
Charles Helm, representing District V;
Roman Jaworowicz, representing District III.



## Board of Directors

**David Francis, CHA**
Chairman
Representing District VII
Best Western of Lynchburg
Lynchburg, Virginia

**Bonnie McPeake, CHA**
Vice-Chariman
Representing District IV
Best Western Pinehurst Inn
Aberdeen, North Carolina

**P.G. West, CHA**
Secretary/Treasurer
Representing District I
Best Western Turquoise Inn & Suites
Cortez, Colorado

**Charles Helm, CHA**
Representing District V
Best Western Crown Colony Inn & Suites
Lufkin, Texas

**Roman J. Jaworowicz, CHA**
Representing District III
Best Western Highland Inn & Conference Centre
Midland, Ontario, Canada
Best Western Campbellsville Lodge
Campbellsville, Kentucky

**Raymond Johnston**
Representing District VI
Best Western Las Brisas Hotel
Palm Springs, California
Best Western Las Brisas Hotel
Tucson, Arizona

**Larry McRae, CHA**
Representing District II
Best Western Grant Creek Inn
Missoula, Montana

## Corporate Officer

**David T. Kong**
President and Chief Executive Officer

## Executive Offices
6201 North 24th Parkway
Phoenix, Arizona 85016-2023, USA
(602) 957-4200

## Independent Auditors
Mukai, Greenlee & Company, P.C.
Phoenix, Arizona

Best Western 2007 annual report



Best Western and the Best Western marks are service marks or registered service marks of Best Western International, Inc.

©2008, Best Western International, Inc. All rights reserved. 2/08 660-2000-06

*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 18*

# EXHIBIT "18"

**Reaffiliation Worksheet**

 # Reaffiliation Worksheet

| Prop #: **05050** | Dist/Reg: **6-6** | Units: **144** | Initiator: **V.Ramaeker for T. Wininger** |
|---|---|---|---|
| Prop Name: **B/W Antelope Valley Inn** | | | Date Initiated: **10/4/04**    Date Sent **10/8/04** |
| Prop Address: **44055 N. Sierra Hwy** | | | |
| City, State/Province **Lancaster, CA** | | Closing Date: | Prop Status: **MBR** |

| QAR Scores: | Score: **802** | Date: **8/25/04** | Account Status: | **Current** |
|---|---|---|---|---|
| | Score: **856** | Date: **2/10/04** | Brand ID: | **Complies** |
| | Score: **858** | Date: **6/4/03** | Design Eval. Status: | **Dep** |
| Insurance Status: | | | Date MSR Completed: | |

| | Current VM | Applicant |
|---|---|---|
| Name: | **Mr. Young Sou** | **Hooshang (Harry) Harooni** |
| Address: | **44055 N. Sierra Hwy** | **& partners Tom Azhdam & Bob Kandjou)** |
| | **Lancaster, CA   93534** | **259 N. Canter Ave** |
| | | **Los Angeles, CA  90049** |
| | | harry@harooni.org |
| Phone: | **661-948-4651** | **Tom:301-512-5253 W / 301-251-1212 H** |
| | | **Harry-HO 310-440-9162 Cel 310-562-0293** |
| Fax: | **661-948-4532** | **301-608-0711 (Bob's fax #)** |
| | | **Harry's HO fax 310-440-9181** |

Please select the boxes representing the paragraphs that need to be added to your letter:

| BI Paragraph: #1    #2 | Sub-standard 18 month: | Design Paragraph: #1    #2    #3 |
|---|---|---|
| Inspection Paragraph: #1 .   #2    #3 | UC Paragraph: UC    Auto    Combo | TG Paragraph: |
| Date Received: | | |
| Application **12/13/04**    Fee: **1/14/05** | Closing Statement | Insurance: |

Comments:

10/1/04 – Received request to send auto transfer package and giving permission to release information to anyone who inquires to this property.  Vr

10/28/04 – Received call from Tom Azhdam, one of the buyers for the property.  He anticipates close of escrow in December.  He asked about fees, dues, etc. · I faxed him copy of Monthly Fees explanation.  I asked if he had application, and he didn't.  I let him know we sent to Young Sou on 10/8/04, and that  we must have it returned with auto transfer fee and proof of insurance within 30 days after close of sale.  /tw

11/17/04  Tom Azhdam called to ask if we could send MA&A electronically, I explained that we don't, but could fax to him.  He said he has hard copy.  He later called back to ask for contact info for preferred vendors for credit cards.  I told him all info was provided with Application to seller.  He said he's had hard time making contact with seller and asked me to fax.  I faxed to Bob's #.  /tw

12/10/04  Harry Harooni, principal came to office to meet with me.  I gave him a copy of Design Detail Assessment Report.  He said application had already been mailed.  He anticipates closing by end of year, and bank needs verification letter.


EXHIBIT NO. __3__
T. WININGER
1-5-2010
H. WESTRA, RPR

12/13/04  I called Harry to let him know I rec'd MA&A, but need to have pages 1 & 3 of 11/98 portion corrected.  I clarified that he had not yet mailed check.  He's still in negotiations with seller, because of non-disclosure issues.

12/13/04  I learned from Nancy Sawyer that property is non-compliant insurance wise, so I called Young Sou and explained that the property is no longer eligible for automatic transfer, until he gets appropriate liability insurance again.  He said he'll talk with his broker.  /tw

1/5/05  Robert Mestepey, broker for buyer, Harry Harooni, called to say the sale is a go and they hope to close around the first of February.  Asked if we could send something in writing confirming property still qualifies for auto transfer.  I redated auto transfer letter and faxed to Mr. Harooni with 2 pages of MA&A that need to be revised.  I spoke with Mr. Harooni later to advise QA is due soon.  He said he's set $500K aside and we won't recognize the place by March.  /tw

1/7/05  Harry Harooni, buyer, called interested in fast tracking training.  I told him RSM will give OSO, that he'll be required to attend VMMO & GM training.  He wants to attend next session. (I checked with Jamie and VMMO is still available but GM is full).  I let Harry know and asked him to call Jamie to schedule.  I e-mailed her with a heads-up and e-mailed Mitch Van Wormer to ask if he would call Harry to discuss training, and also to discuss computer system (PMS?) as Harry said he needs a new one.  /tw

1/14/05  Rec'd $5,500 check for auto transfer fee.  /tw

1/31/05  Met with Harry Harooni at VMMO.

2/2/05  Sent Harry info on two Restaurant Chains.  He's looking for someone to lease his restaurant.

2/14/05  Harry called, bank is ready to fund loan, but needs pre-sale letter.  I'm turning file over to Member Services (Nancy) to prepare letter and fax to Mr. Harooni at 310-440-9181.  /tw