*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 19*

# EXHIBIT "19"

BW 0296- BW 307 (Rapid Response with Invoice); BW 166-167 (Regional Design Consultant Letter)

# Rapid Response Hotel Operational Review
## *Summary & Action Plan*

Property Name: Best Western Antelope Valley Inn & Conference Center
Property Number: 05050
Visitation Date: October 30, 2007          RSM: Tony Russo
Voting Member: Hooshang (Harry) Harooni
Property Representatives: Kevin Rafoua, GM

After reviewing the operation of key departments at the property, I recommend the following actions take place and within the time guidelines attached to each task:

**Management/Front Desk**

| Current Procedure/Issue | Recommendation | Completion Date |
|---|---|---|
| 1. Critical Care | Best Western instituted a new program for properties earlier this year. It includes monitoring the status of three key areas and the possibility of more frequent assessments and assistance. Property performance in the QA Assessment, Customer Care (complaints) and the Guest Satisfaction Survey are compared. A benchmark is given, and if a property scores poorly in two or three areas, the next assessment is accelerated. The current negative targets are a QA score of 839 or lower in GRPA, a rolling 12 month Complaint Ratio of .348% or higher, and a Guest Satisfaction Survey average score of 3.70 or lower. These guidelines were as of 7/31/07 and they change each month. The new guest survey is managed by Medallia and the latest statistics are being combined with the previous survey results. <u>Until a new report is received</u>, RSM's are advised that if the current Overall YTD Medallia score is below 7.0, the property will be considered as a Critical Care property for this indicator. In addition, rather than using the scores from the 7/30/07 report for the Complaint Ratio, RSM's will use the ratio in MemberWeb. Currently, your property has the following scores: 750 <u>for quality assurance GRPA score</u>, .10417 <u>for</u> Complaint Ratio and 7.5 for Guest Satisfaction Surveys. The lowest key | Ongoing |

| | | |
|---|---|---|
| | indicator is 7.1 for the Quality of Guest Rooms. | |
| 2. Capital Plan | **Continue the property improvements planned and consider others mentioned below.** The industry average for a budgeted capital improvement is 4% of gross revenue per year.<br><br>There are several new design requirements with due dates by April 2008. A list of these requirements was provided during your RSM's visit last week, and again reviewed today. I strongly recommend complying with these new requirements now as opposed to waiting until they are due.<br><br>**Major concerns exist with missing secondary locking devices, the condition of the parking lot, the building exterior/roof condition, bed set age/condition, older shower enclosures, older bathroom tub/tiles and missing guest room chairs.**<br><br>From my observations, I noticed that secondary locking devices on some guest room entry doors were missing. The Global Quality Assurance Manual, Section 303.10 states, "Effective 1/1/04, a second locking device will be defined as providing a second latch, bar or other device…" (NOTE: This means that rooms with the older style Do Not Disturb latches **do comply** as the second locking device.)<br><br>**Further, Best Western Rules and Regulations, Section 900.6 states, "If any guest room entrance door locks are inoperable, the guest room shall be placed 'out of service' and not rented until the lock is repaired."** This is clearly a guest security and safety requirement and demands status as a top priority. Please correct this item immediately. | Jan. 23, 2007 |

| | | |
|---|---|---|
| | The older door handle straps are a dated item, non-functioning, and should be removed from all doors. | |
| | Maximum deficiency points were deducted last week for the substantial cracking and damage to the parking surface. The roof/gutters also had deficiency points, and today I noticed many areas where the wooden building surfaces were damaged or worn. In addition, many stucco areas were also damaged/worn or unprofessionally repaired or incomplete. | |
| | In most guest rooms viewed, a required second chair was missing. Refer to Design guidelines for information. | |
| | Mattress condition was called on the recent assessment, and most of the rooms I viewed had older beds. The bed in my room had a manufactured date of 1990. In order to stay competitive, new beds are strongly recommended. Please follow the new Design guidelines for bed replacements. | |
| | Some rooms viewed had older tub, tile and shower enclosures. Access to some showers was extremely limited and without any lighting inside. Upgrades are strongly recommended and may be required by Design in the very near future. | |
| | Keeping your property upgraded and in top condition will encourage guests to stay at your hotel. | |
| 3. Mission Statement and New Employee Orientation | Develop a Mission Statement or Vision for the staff on their way to bringing the property into the Top 20% for QA, CC and GSS. | Nov 25, 2007 |
| | Let your employees know what the property's goals are and what is expected of them. Regular training will lead to excellent customer service skills. | |

BW0298

| | | |
|---|---|---|
| 4. QA assessment | Review each QA assessment to determine deficiency trends. Use this information for training in housekeeping and maintenance. Any repeat deficiencies will require special attention. | Ongoing |
| 5. Room Inspections | Based on my discussions with the GM and the Management Staff, very little, if any, room and property inspections are being done. The duties required of the Manager and the Guest Service Manager require them to work many extra hours in order to handle all of their responsibilities. Room inspections rarely fit into their schedule.<br><br>Increase property inspection frequency. Regular, complete inspections of all guest rooms and the entire property. MBWA – Management By Walking Around, will ensure that the property focus is intact. Use a room checklist and do a walk-through of each and every room at least once each month, or sooner. Start a new checklist as soon as all rooms have been viewed.<br><br>Management/Sales/Front Desk should inspect the rooms on one checklist; Maintenance should complete another checklist. By necessity, Housekeeping should visit every day. Using a circular motion, look for deficiencies, again paying particular attention to areas where deficiencies have previously occurred. Use the **Self-Assessment Worksheet provided and enclosed in the attachments.** | Ongoing |
| 6. BW Convention and District VI Meetings | Attend the Best Western International Annual convention and Regional Meetings. They can provide information and insight into improving and maintaining your hotel. | Ongoing |
| 7. Staff development and training. | Conduct monthly staff meetings for each department. Using your GSS scores and QA assessments as topics, discuss each in detail. Review each and every guest comment and complement and individual item scores. Set attainable goals during the meetings. | Ongoing |

BW0299

Housekeeping:

| Current Procedure/Issue | Recommendation | Completion Date |
|---|---|---|
| 1. Cleaning time allowed per room | As discussed with the GM, the requirement for an eight hour housekeeper day is to clean 16 rooms. In your indoor corridor buildings, and if all supplies are available, I can agree with this schedule. With exterior room areas, this schedule might be too aggressive because of the distance/difficulty in moving from room to room. I recommend that in these instances, room cleaning be limited to 15 rooms per eight hours. | |
| 2. Deep cleaning schedule | Continue with a deep cleaning schedule. Each day housekeepers are given an extra cleaning duty, something that is not normally done every day. **A sample deep cleaning program forms is attached and was left during the visit.** | Jan. 23, 2007 |
| 3. Room cleaning procedures | To ensure consistency, each housekeeper needs to clean the guest room the same way. Use the room cleaning procedures document and modify to fit your property needs. **I left a copy of the Guest Room Cleaning Procedures document at the property and it is also attached.** | Nov.25, 2007 |
| 4. Work Orders | An important role for housekeepers is to report items that need repair to maintenance. Challenge housekeepers to write work orders each day. Provide incentives or a reward for those who turn in the most work orders. Use the previous assessment where points ere lost in maintenance as examples of what housekeepers should be looking for where a work order could be generated.<br><br>Implement a three part work order program, or use a picture form or similar tool that was discussed during my visit. | Ongoing |
| 5. Linen/Terry Procedures | Unfortunately, lost/missing linen and terry is one of the normal expenses that a property faces. An adequate par supply will ensure that your staff is spending quality time cleaning | Ongoing |

BW0300

|  | rooms and not returning to Housekeeping on a regular basis to pick up needed items. |  |
|--|--|--|
|  | Review the proper procedures for linen inspection and rejection. The staff must understand the importance of clean linen from the guest perspective and when being assessed. Explain the need to view all beds if a deficiency occurs. |  |

**Maintenance:**

| Current Procedure/Issue | Recommendation | Completion Date |
|--|--|--|
| 1. Staffing | As I learned today, with the loss of one full-time maintenance person recently, and the requirements of your older property, it appears that you are understaffed. In a new property, you would have the correct staffing; with some buildings more than 50 years old, this is not the case. I recommend immediately replacing the one person lost. |  |
| 2. Preventative maintenance | Continue your preventive maintenance schedule. **I left the short version of a Preventive Maintenance Checklist at the property and it is also attached.**<br><br>**As suggested, this should be in addition to regularly scheduled, monthly inspections to be conducted by the Maintenance staff.** | Jan. 23, 2007 |
| 3. Walkway appearance | Some walkways have damaged or stained areas of concrete. A cleaning and seal/coating may be required to improve curb appeal. | Jan. 23, 2007 |
| 4. Building condition | The condition of the building exterior may require pressure washing and/or some painting to improve the deficiencies seen. | Jan. 23, 2007 |

**Customer Service:**

| Current Procedure/Issue | Recommendation | Completion Date |
|---|---|---|
| 1. Customer Care | Continue to monitor and resolve customer issues as quickly as possible at the hotel level. **New rules are currently in effect now and as of July 1, 2007, additional changes occurred.** | Ongoing |
| 2. Paper surveys- GSS | I noticed that pre-printed, non-Medallia, guest survey forms are displayed for use at the Front Desk. Enrollment in the Medallia paper survey program is highly recommended. | Nov. 2007 |

**General Comments:**

Be sure the housekeepers are letting management know what needs to be replaced or fixed in guest rooms. Think about starting an incentive plan for your housekeeping department. Make it a game- whoever turns in the most maintenance issues in a month or in two weeks, give cash or movie tickets.

Paying attention to the details will reap large benefits in both QA assessments and guest satisfaction.

BW0302

October 31, 2007

Mr. Harry Harooni
Voting Member
Best Western Antelope Valley Inn and Conference Center
44055 N. Sierra Highway
Lancaster, CA 93534

Re: Member No: 05050

Dear Mr. Harooni:

Thank you to Kevin Ragoua and the staff for their hospitality during the Rapid Response Visit on 10/30/07. Enclosed is my report recapping the visit and an Action Plan to assist the property's efforts to improve on the last assessment.

Let me also thank you for your anticipated attention to resolve the problems encountered. I cannot over-emphasize the serious nature of this matter.

The following are my impressions and recommendations for your consideration:

### Executive Management Effort-
I learned very early that Kevin has other responsibilities that take or keep him away from the hotel. With 144 rooms, a full service restaurant, lounge and convention center, an increase in business and heavy weekend activity, the property needs Executive Management presence to run effectively, in my opinion. And, unfortunately, due to other business at the property, Kevin and I spent only 45 minutes together at the beginning of my visit.

### Employees/Job Duties/Morale-
I was considerably impressed with many of the individuals that I had contact with during my visit. All were pleasant, spoke well and were anxious to help. During the Management session it was obvious to me that employee morale is very low. With all managers on salary, they told me of their extensive work schedules, especially since your business has nearly doubled since the Essex House closed recently. With little or no increase in employees, they feel that they are being stretched too thin.

Your Manager, Christine has been at the hotel for 14 years. Together with your Guest Service Manager, Lisa, they are the backbone of your staff. According to them, they work many long days, nights and weekends covering everything from the Front Desk to bussing and serving in the restaurant when the business demands or an employee calls in sick. In short, they are the go-to team. And unfortunately, Lisa has already given you notice that she will leave at the end of the year. She has very good experience, and she will be difficult to replace. I think Christine is already felling the pressure of not having her around.

Maintenance recently lost one full time employee, and this loss is probably reflected in your latest assessment scores. I viewed many areas that were in need of maintenance work. With a property that is more than 50 years old, and with one that has as many facilities spread over a very large area, there needs to be adequate staffing in this area. According

to your supervisor, Alfonso, there are not enough people to accomplish all the work and preventive maintenance to keep the property in peak condition. As an example, apparently, with very old pipes and plumbing, much of his time is spent snaking drain lines which clog regularly.

Your Housekeeper, Lena, also feels the effects of being short staff. Since you implemented a turn-down service without adding staff hours, the responsibility falls on her. In addition, I learned that at least one building of 40 rooms has galvanized pipes. During swings in low to high occupancy, those rooms run rusty water. Did you know that Lena actually goes to each and every room, runs the water and cleans up any rust residue that spills out just to avoid any guest complaints? And this happens each and every time the occupancy fluctuates. Certainly, this is not the most effective use of her time.

Property inspections-
**There simply is no substitute for MBWA- Management By Walking Around. And clearly, from my discussions, this is an infrequent activity. Kevin does not inspect the property and I suggested that he needed to be part of this effort.**

Management/Front Desk and Maintenance should increase their efforts in this area. Regular, complete property reviews will verify property condition and identify items for improvement. As was discussed, a Management review of room condition is essential. Room inspections should mirror the complete and circular motion used by Regional Services Managers during regular assessments. Please note my comments on the Action Plan.

Recent findings/renovations-
**During my visit, I learned that some guest room doors are missing a required secondary locking device. As a guest safety/security issue, this demands your immediate attention. Please see my specific comments in the Action Plan document.**

Considerable resources have been spent by you to improve the property. There are many areas that need to be upgraded to stay competitive, to keep your business from moving to the Palmdale area. While many of the rooms are more modern, many of the older bathroom tub and shower enclosures present a vintage hotel. I understand guests are not quite as pleased about being in these rooms. Also, please see my comments regarding missing chairs.

Most of the rooms have older bedding. The room I was given has a bed manufactured in 1990. One bed was called deficient on the last assessment, and I have no doubt that other rooms may also need bed set replacements. With so many hotels improving their bedding in recent years, this is a primary guest satisfaction driver.

I heard concerns expressed about your breakfast, but I felt that presentation and ambiance were very good. I advised that a couple of items-- toast, one cereal and one artificial sweetener were missing, but this can be easily resolved. During peak occupancy at the hotel, however, adequate staffing will clearly be required to avoid complaints.

Rapid Response Visit
Page 3

> While the hotel purchases T-1 HSIA service of one megabyte, this area generates many complaints. Kevin expressed his frustration about spending many dollars and not having this resolved. In addition, required documents need to be in place regarding the service, a disclaimer and required support.
>
> Your Guest Directory was deficient for the second consecutive time during the last assessment. Should it not be corrected a third time, you will fail the assessment, and I understand that correction is in process.
>
> Your property also failed in Brand Standards. Some of these points can be restored if required steps are followed immediately. **THIS IS A CRITICAL ITEM AS FAILURE TO RESTORE THESE POINTS, TOGETHER WITH YOUR GRPA FAILURE, WILL CAUSE YOU TO HAVE YOUR MEMBERSHIP REVIEWED BY THE BOARD. A LETTER REGARDING THIS HAS ALREADY BEEN FORWARDED TO YOU.** Contact our Regional Services Support Supervisor, Veronica Perez, if you have any questions. Should you have these points restored this time, you will not be eligible again for another 24 months.

There are extensive collateral and support documents available on-line, at mybestwestern.com. Once logged on, go to Member Operations, then click on "Regional Service Managers". This section contains the GM Toolkit and the Executive Housekeepers Toolkit, both of which have very useful material. Again, in Member Operations, click on "Education & Training". Under BWI Tools and the section called Operations you will find material for Housekeeping, Maintenance and Front Desk.

If at any time within the next 18 months or three assessments within 24 months, any Quality Assurance assessment scores are less than a passing level, your membership may be jeopardized. This is stated in Article II, Section 8 (A) 2 and 3 of the Best Western Bylaws and Chapter XI, Paragraphs 1100.6 and 1100.7 and Chapter XII, Paragraph 1200.2 (D) of the Best Western Rules and Regulations.

Failure to comply with these rules, regulations and bylaws will result in written notification of your right to appear before the Board of Directors to show cause why your membership should not be canceled.

The passing levels for each of the Quality Assurance Assessments are as follows:
- Guest Rooms Public Areas    =    800 points or more.
- Minimum Standards    =    800 points or more.
- Supplemental Facilities    =    800 points or more for each facility.
- Staff Performance    =    800 points or more.

> I must emphasize the importance of your rapid correction of the deficiencies listed on the assessment reports that caused point losses. These corrections should be applied wherever necessary throughout the property, not just in the areas or rooms assessed. Deficiencies noted as marginal also deserve attention as they may cause future point losses.

**Marginal or Work In Progress items from the previous assessment can only be called deficiencies on your next assessment.** The window for the next official assessment is 90-120 days from the date of the last assessment, 10/25/07.

Rapid Response Visit
Page 4

With you and Kevin Ragoua busy with visitors during my visit, I'm sorry that I was not able to communicate many of these findings and recommendations in person. If you have any questions concerning this visit or other issues, please call me at 858 583-2026.

Sincerely,


Tony Russo, CHA
Regional Services Manager
Best Western International

BW0306

Bill 1500 RRV

# M E M O R A N D U M

**TO:** Delilah Dixon
Accounts Receivable

**FROM:** MARK SCHILLING
Director Regional Services

**BEST WESTERN INTERNATIONAL, INC.**

WORLDWIDE HOTELS

6201 N. 24th Parkway
Phoenix, Arizona
85016-2023, USA

(602) 957-4200

**DATE:** NOVEMBER 1, 2007

**SUBJECT:** $ 1500.00 Assessment Fee
$     RSM Expenses

**PLEASE BILL FEE FOR THE FOLLOWING ASSESSMENT PERFORMED:**

- ☐ QA PROBATION ASSESSMENT
- ☒ RAPID RESPONSE VISIT
- ☐ DESIGN PROBATION ASSESSMENT
- ☐ MEMBER REQUESTED AUDIT ASSESSMENT
- ☐ BMV – I CARE
- ☐ BMV – I CARE (RSM expenses)

**PROPERTY TO BE BILLED:**

| | |
|---|---|
| ASSESSMENT DATE: | 10/30/07 |
| MEMBER NO: | 05050 |
| PROPERTY NAME: | B/W Antelope Valley Inn |
| CITY/STATE: | LANCASTER, CA |

*Note: This fee is to be applied to department number 915- 49105.*

RSSA/dm

BW0307

Case 2:08-cv-02274-DGC   Document 60-2   Filed 03/20/10   Page 14 of 15

DEP PRG OVERVIEW



June 7, 2007

Mr. Hooshang Harooni
44055 Sierra Hwy
Lancaster, CA 95334-4412



Re: Best Western Antelope Valley Inn
Lancaster, CA
Member No: 05050

Dear Mr. Harooni:

Your Regional Design Consultant received the Regional Service Manager's progress report for your property detailing his/her observations made during their May 17, 2007 visit. The Regional Design Consultant reviewed that progress report and updated the DEP Overview accordingly. Enclosed is a copy of the updated Report, reflecting your property's current status and the progress made since the initial Report. Please review the current report to ensure you are aware of the design requirements and specific due dates.

Compliance with Best Western's Design Excellence Program is required as approved by the Board of Directors. The Regional Design Consultant's responsibility is to verify that the Design Excellence Program requirements are met, and to assist the Members in reaching these standards. Your Regional Design Consultant can help you achieve this objective through assisting with product selection and in the development of an action plan to correct design deficiencies in a timely manner. Please provide samples of furniture, fixtures and equipment to our Design Department for approval prior to purchasing or installation to avoid non-complying items that may require replacement.

Property enhancement and modernization nets Members real benefits of improved business through "trial" and "intent to return." Members are encouraged to continue efforts and to use the Design Overview and Design Detailed Reports as a guide to assist them in achieving improvement. Members who continually enhance their property remain competitive; maintain Best Western and the Design Excellence Program standards which benefit all members through strengthening our entire Best Western brand.

In December 2006, all Voting Members were mailed an addendum to the New Construction and Refurbishment Guidelines because updated/revised requirements were approved to keep Best Western current with industry and guest standards. Included in this booklet were 22 new or existing requirements with specific due dates assigned to them; and 8 requirements that will require adhering to the new guidelines upon replacement. Many of these requirements may or may not be noted on your current design report and therefore, we have included an attachment to summarize the updated design requirements and their due dates. You need to refer to the addendum for complete details of these 30 items and to learn about recommendations included in the addendum. Please note it is the responsibility of each member to ensure that their property complies with every element of the Design Excellence Guidelines by the established time frames.

BW0166

Best Western International, Inc. • 6201 North 24th Parkway • Phoenix, AZ 85016-2023 USA • 602.957.4200

June 7, 2007
Member No: 05050
Page 2

Another benefit of your membership is that we offer the services of the Best Western Supply department to assist with all of the purchasing needs at your property. Their mission is to leverage the buying power of Best Western. Your participation will help all members realize the benefits of cooperative buying. Supply has a professional purchasing and sales staff, a talented group of interior designers and a customer service team to handle any issues that arise. For your convenience, all purchases from Supply can be billed to your monthly statement. If you choose to use these services, please call 1-800-528-3601 in the United States and let Best Western Supply save you time and money.

If you have any questions about your report, please contact your Design Evaluation Assistant, Joan Noss at (602) 957-5741. If you need assistance in developing your current or long term Facility Design plan, please contact your Regional Design Consultant, Nanci Baldwin, at (916) 428-1416.

Sincerely,

Neal Crandall
Manager, Design Brand Development

NC/jn

Enclosure

BW0167