*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 20*

# EXHIBIT "20"

**October 25, 2007 Quality Assurance Assessment**

## Summary Report
### North American Quality Assurance Assessment

| | |
|---|---|
| Assessment Date: | 10/25/2007 1:42:17 PM |
| Property Number: | 05050 |
| Property Name: | B/W Antelope Valley Inn |
| City, State/Province: | Lancaster, CALIFORNIA |
| Room (Unit) Count: | 144 |
| Regional Service Manager: | Mitch Van Wormer, CHA |

| | Pt Loss | Score |
|---|---|---|
| **Brand Standards** | 420 | 580 |

| Guest Room - Public Areas Assessment | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|
| **Guest Rooms** | 36 | 54 | 27 | 0 | 0 | 117 | |
| **Guest Bathrooms** | 0 | 48 | 0 | 0 | 0 | 48 | |
| **Public Areas** | 0 | 45 | 40 | 0 | 0 | 85 | |
| Totals | 36 | 147 | 67 | 0 | 0 | 250 | 750 |
| GRPA Area With Marginal Point Loss Added | | | | | | | 750 |

| Supplemental Facilities | Facility Name | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|---|
| **Restaurant/Breakfast Room** | Restaurant | 0 | 0 | 0 | 30 | 0 | 30 | 970 |
| **Bar/Lounge** | Lounge | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| **Swimming Pool/Leisure/Spa** | Outdoor Swimming Area | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| **Other** | Shuffle Board Area | 0 | 50 | 0 | 0 | 0 | 50 | 950 |
| **Guest Laundry** | Guest Laundry | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| **None** | Not Applicable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Averages | | 0.00 | 15.00 | 0.00 | 6.00 | 0.00 | 21.00 | 979.00 |

| Staff Performance Assessment Summary | Attitude | Competence | Pt Loss | Score |
|---|---|---|---|---|
| **Hotel** | 0 | 0 | 0 | 1000 |
| **Supplemental Facilities** | N/A | N/A | N/A | N/A |

| Brand Identity Assessment Summary | Pt Loss | Score |
|---|---|---|
| **Brand Identity Category One** | 0 | 1000 |
| **Brand Identity Category Two** | 50 | 950 |

| Locking Devices | Comply |
|---|---|
| | Yes |

| Guest Satisfaction | Value |
|---|---|
| **Guest Satisfaction Survey Score** | 7.3 |
| **Customer Care Ratio** | .10 |

BW0172

1

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Advance Notice to Property:**
24 Hour Notice

**Person Notified:**
Kevin

**Time Notified:**
9 am

**Names of Participants & Position Titles:**
Christina, Manager
Lena, Head Housekeeper

**Voting Member Present for Assessment:**
No

**Recent Improvements at Property:**

*New corridor carpeting in the two story building, new bedspreads.*

**Planned Improvements at Property:**

*Projects as necessary.*

**Work in Progress:**

*The work in progress rules were explained and today there is no work in progress.*

**Design Progress Update:**

*The Design Excellence Reaudit report was reviewed and notable changes were submitted. An official copy will be sent to property upon Design review.*

**Room Count:**
144

**Housekeeping status of all rooms assessed:**

*The following rooms were assessed as vacant and clean: 181,180, 293, 393, 269, 267, 265, 142. The following rooms were assessed as stayovers: 134, 142*

**Rooms that Bedding was Assessed:**

*Beds were viewed, turned down and assessed in the following guest rooms: 181, 180, 293, 393, 269, 267, 265, 142.*

BW0173

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**General Comments:**

Consider correcting all issues identified during the assessment, not just items noted on today's report. Use today's assessment as a training tool and discuss the results at your next departmental meeting. Continue with planned improvements, and follow a appropriate capital budget action plan.

*Meeting space was occupied with many groups.*

**Reassessed Rooms**

**Rapid Response Visit Status**
Not Required

**Is this a critical care program visit?**
No

**Was this a "2 person visit" today?**
No

**Additional Assessments or Surveys:**

**Marginal Point Total - GRPA Area Only**
0

**Guest Satisfaction Score**
7.3

**Customer Care Ratio**
.10

BW0174

# North American Guest Rooms QA Assessment Report
# Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* | | | | |
|---|---|---|---|---|---|---|
| **Beds, Box Springs, and Mattress** | | | | | | |
| Capital | *Beds sets are showing visible sagging in mattress and/or boxspring. - in 393.* | 1 | X | 15 | = | 15 |
| **Bed Coverings, Linens, and Pillows** | | | | | | |
| Clean | *Hair on bed sheets. - in 293 and 267.* | 2 | X | 18 | = | 36 |
| **Doors, Frames and Hardware** | | | | | | |
| Maintenance | *Door thresholds at the room entry in 181 and 180 are very worn.* | 2 | X | 9 | = | 18 |
| **Equipment (HVAC, TV)** | | | | | | |
| Maintenance | *The finish on the hvac units and hvac units have a worn finish in 180 and 393. Television armoire has finish damage new the television in 393, 132 and 142.* | 2 | X | 9 | = | 18 |
| **Kitchen Area (Equipment) - All** | | | | | | |
| Maintenance | *Hotplate finish on the coffee maker is worn in 180.* | 1 | X | 9 | = | 9 |
| **Seating** | | | | | | |
| Capital | *Worn chair on the patio in room 265.* | 1 | X | 12 | = | 12 |
| **Windows, Coverings, Frames, Hardware** | | | | | | |
| Maintenance | *Paint finish damaged on window sill in 265.* | 1 | X | 9 | = | 9 |
| **Total Guest Bedroom Point Loss** | | | | | | **117** |

BW0175

# North American Guest Bathroom QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* | | | |
|---|---|---|---|---|---|
| **Tubs, Showers, Surround, Grout** | | | | | |
| Maintenance | *Non-slip portion mat in the tub is very discolored in 269, rust stain on tub bottom in 267 and glue like residue on tub bottom in 265.* | 3 | X | 12 = | 36 |
| | | | | | |
| **Vanity, Counter, Wash Basin** | | | | | |
| Maintenance | *Vanity top outside the bathroom has a worn finish in 134.* | 1 | X | 12 = | 12 |

| **Total Guest Bathroom Point Loss** | | **48** |
|---|---|---|

BW0176

1

# North American Public Areas QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Buildings - Roofs** Maintenance | *Rain gutters around the entire two story building have peeling paint. The roof is damaged in this building.* | 20 |
| **Elevators/Lifts Interior or Exterior** Maintenance | *Elevator had scuffed walls and broken on the floor.* | 5 |
| **Carts (Baggage, Housekeeping, Repair)** Maintenance | *At least two housekeeping cart have worn and scratched painted finish.* | 10 |
| **Parking Lot, Trash Areas, Delivery, Other Equip/Service Areas, Parking Lot Lighting** Capital | *The parking lot surface is very cracked and damaged, primarily on the sides and rear of the buildings. Painted striping is faded. Trash area door at the rear of the property is broken.* | 40 |
| **Walkways, Stairways, Patios Including Lighting, Accessories** Maintenance | *Mats placed in front of guest rooms in the one floor buildings are worn.* | 10 |

**Total Public Areas Point Loss** | | 85

BW0177

1

# N.A. Supplemental Facilities Restaurant/Breakfast Room QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

**Name of Facility:**           **Restaurant**

*DESCRIPTION*                                                          *Point Loss*

<u>Seating</u>
Update                                                                        30
  *Two chairs outside the Restaurant have torn packing plastic covering the cushions.*

**Total Restaurant/Breakfast Room Point Loss**                          , 30

BW0178

# North American Supplemental Facilities Bar/Lounge QA Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**          Lounge

*DESCRIPTION*                                                                          *Point Loss*

**Total Bar/Lounge Point Loss**                                                              **0**

BW0179

# North American Supplemental Facilities Pool/Leisure/Spa QA Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**               Outdoor Swimming Area

| *DESCRIPTION* | *Point Loss* |
|---|---|
| Total Pool/Leisure/Spa Facility Point Loss | 0 |

BW0180

3

# North American Supplemental Facilties - Other
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**          **Shuffle Board Area**

*DESCRIPTION*                                                              *Point Loss*

**Flooring, Decking**
Maintenance                                                                     50
  *Painted lines area very worn.*

**Total Other Point Loss**                                                      50

BW0181

4

# North American Supplemental Facilties - Guest Laundry
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

**Name of Facility:**                    **Guest Laundry**

*DESCRIPTION*                                                                      *Point Loss*

**Doors, Frames, Hardware**
Maintenance                                                                            25
   *Door finish is damaged.*

**Total Guest Laundry Point Loss**                                                      **25**

BW0182

5

# North American Hotel Staff Performance QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *Point Loss* | *Culls* |
|---|---|---|
| **Total Hotel Staff Performance Point Loss** | **0** | |

BW0183

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** 05050 | **Assessment Date:** 10/25/2007 1:42:17 PM | |
| **Property Name:** B/W Antelope Valley Inn | **Assessor:** Mitch Van Wormer, CHA | |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Critical Brand Standards** | | |
| High Speed Internet Access | Marginal - HSIA Disclaimer Statement not posted in room. - ISP speed less than 512K down/256K up (minor issue). - No tent card in rooms displaying 24 x 7 support (minor issue). - | 240 |
| ***Total Critical Brand Standards Point Loss*** | | **240** |
| **Public Areas** | | |
| Additional toiletries available at desk | Missing in-room toiletries available upon request notification(s). - | 60 |
| ***Total Public Areas Point Loss*** | | **60** |
| **Guest Rooms** | | |
| Dialing instructions | New phones have arrived and dialing instructions for the face plates have been ordered. Guest Room (s) are missing dialing instructions - | 0 |
| Directory of services (Guest Directory) | Directory does not list all items that are required, second notice. | 120 |
| Beds | Beds sets must be purchased from the approved bedding list. 60 point deduction first offense - point value doubles if not corrected on subsequent assessments. - Compliance effective date is upon replacement, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0184

1

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
| --- | --- | --- |
| Blankets | Blankets must be either a) 100% polyester (fleece type) or b) thermal cotton. Vellux type blankets are not acceptable   60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is upon replacement, but no later than April 1, 2008, call and notate as marginal until compliance date. - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Bedding (Linen) | Pillow Cases are to be a minimum of T-250 thread count and a minimum of 50% cotton.  A tone on tone and/or corded edge is recommended. - Sheets are to be a minimum of T-200 thread count and a minimum of 50% cotton. A tone on tone pattern to coordinate with the pillow cases are recommended - If not triple sheeted, the blanket shall be on the mattress and upgraded to a cotton waffle weave of blanket duvet. - Compliance effective date is upon replacement but no later than April 1, 2008. Call and notate as marginal until compliance date. - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - . | 0 |

BW0185

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| HVAC Units | Each guest room must have thermostatically controlled heat/cooling controls where the guest can set to a specific tempter. If PTAC units are used, the controls may be on the unit or on the wall. 60 point deduction first offense -- point values double if not corrected on subsequent assessments. - Compliance effective date is effective immediately on new or replacement units. Existing units, 10 years from the manufactures date, but in any event no later than 1/1/2017. Call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwestern.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

| | |
|---|---|
| *Total Guest Rooms Point Loss* | **120** |

**Guest Bathroom**

| | | |
|---|---|---|
| Bath/Tub Grab Bars | A 24' grab bar that coordinates with the bath finishes in require in the tub/shower of all rooms. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0186

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Shower Curtain Rod | A curved shower rod finished to coordinate with the overall bath hardware is required. 60 point deduction first offense -- point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Shower Head Height | In existing or conversion properties the shower head height is required to be a minim of 6' from the base of the tub. 6 feet, 6 inches is required in new constructing properties. Shower head height extenders ('S' pipes") or a hand lend shower mounted to provide a 6' height when cradled may be used to meet this requirement on existing or conversion properties. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0187

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
|---------|-------|------------------|----------------------|
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---------------|---------------------|--------------|
| Towels | Bath towels are required to be a minimum of 12 pound with a minimum 25" x 54" in size. Additionally, the towels must be 85% natural fiber, i.e. cotton.   60 point deduction first offense – point values double if not corrected on subsequent assessments. – Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date – Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page – Brand Standards Section 300. – | 0 |

*Total Guest Bathroom Point Loss*                                                        *0*

**Total Brand Standards Point Loss**                                                    **420**

BW0188

5

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 10/25/2007 1:42:17 PM |
| Property Name: | B/W Antelope Valley Inn | Assessor: | Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Category One Issues**<br>Advertising (Print Media), airport duratrans, billboards, brochures, courtesy vehicles, distorted logos, exterior signs, flags, highway logo panels, post cards, rack cards, sales folders, old logo visible | *Distorted Logos - rvsd pts per PB, BI-Logo distortion by another brand touching the BW logo.*<br>*11/8/07 dm* | 250 |
| ***Total Category One Issues Point Loss*** | | **250** |
| **Category Two Issues**<br>Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items; Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. -* | 0 |
| ***Total Category Two Issues Point Loss*** | | **0** |

BW0189

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Mitch Van Wormer, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| ***Total Category One Issues Point Loss*** | | 0 |
| Guest Directories (must meet logo specs) | *Guest directory did not meet BWI Brand Identity specifications - - Above the upper left of the logo the word Signature has been added. It is as if it represents a designation of a type of Best Western Hotel.* | 50 |
| Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items: Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. -* | 0 |
| *Total Category Two Issues Point Loss* | | 50 |

BW0190

1

# North American Locking Device QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 10/25/2007 1:42:17 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Mitch Van Wormer, CHA |

If any entrance door locks are inoperable, the guest room shall be placed "OUT OF SERVICE" and not rented until the lock is repaired. Any locking device or door that is non complying is to be corrected within 30 days from the report (assessment) date. New members and conditional applicants must comply prior to operating as a Best Western. Failure to advise Member Operations Support within this time frame to indicate compliance with Best Western's requirements will result in action which could affect your membership with Best Western. For a complete listing of Best Western's locking device and door requirements, refer to Best Western's Rules and Regulations, Chapter VII, sections 700.25 through 700.32.

*DESCRIPTION*                                                                 *Non-Compliant*

**This Property Complies With All Locking Device Requirements**          | **Compliant** |