# EXHIBIT "21"

**Photo from 1/31/08 Quality Assurance Assessment (JPG 42)**

05050 -- QA PHOTOS -- 01-31-2008 -- 11-03-2008 -- 42.jpg



# EXHIBIT "22"

**January 31, 2008 Quality Assessment Report by Cindy Bree**

# Summary Report

## North American Quality Assurance Assessment

| | |
|---|---|
| Assessment Date: | 1/31/2008 2:52:46 PM |
| Property Number: | 05050 |
| Property Name: | B/W Antelope Valley Inn |
| City, State/Province: | Lancaster, CALIFORNIA |
| Room (Unit) Count: | 144 |
| Regional Service Manager: | Cindy Bree, CHA |

| | Pt Loss | Score |
|---|---|---|
| **Brand Standards** | 0 | 1000 |

| Guest Room - Public Areas Assessment | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|
| **Guest Rooms** | 6 | 30 | 0 | 0 | 0 | 36 | |
| **Guest Bathrooms** | 38 | 33 | 39 | 3 | 0 | 113 | |
| **Public Areas** | 5 | 115 | 40 | 10 | 0 | 170 | |
| Totals | 49 | 178 | 79 | 13 | 0 | 319 | 681 |
| GRPA Area With Marginal Point Loss Added | | | | | | | 681 |

| Supplemental Facilities | Facility Name | Clean | Maint | Capital | Update | Missing | Pt Loss | Score |
|---|---|---|---|---|---|---|---|---|
| **Restaurant/Breakfast Room** | Jilas Restaurant | 0 | 50 | 0 | 0 | 0 | 50 | 950 |
| **Bar/Lounge** | HArry's Place | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| **Swimming Pool/Leisure/Spa** | Pool/Spa | 0 | 50 | 0 | 30 | 0 | 80 | 920 |
| **Meeting Room** | Apollo | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| **Meeting Room** | Ballroom | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| **Public Restroom** | Restrooms in meeting hall | 0 | 25 | 0 | 0 | 0 | 25 | 975 |
| Averages | | 0.00 | 29.17 | 0.00 | 5.00 | 0.00 | 34.17 | 965.83 |

| Staff Performance Assessment Summary | Attitude | Competence | Pt Loss | Score |
|---|---|---|---|---|
| **Hotel** | 0 | 0 | 0 | 1000 |
| **Supplemental Facilities** | N/A | N/A | N/A | N/A |

| Brand Identity Assessment Summary | Pt Loss | Score |
|---|---|---|
| **Brand Identity Category One** | 0 | 1000 |
| **Brand Identity Category Two** | 150 | 850 |

| Locking Devices | Comply |
|---|---|
| | No |

| Guest Satisfaction | Value |
|---|---|
| **Guest Satisfaction Survey Score** | 7.52 |
| **Customer Care Ratio** | .11111 |

1

BW0427

# North American Property Update
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

**Advance Notice to Property:**
24 Hour Notice

**Person Notified:**
Lisa

**Time Notified:**
8am

**Names of Participants & Position Titles:**

*Jeff Hall, RSM*
*Executive Housekeeping RepresentativeLenaAssistant Hotel ManagerChristine*

**Voting Member Present for Assessment:**
No

**Recent Improvements at Property:**

*New showerheads*

**Planned Improvements at Property:**

*continue projects*

**Work in Progress:**

*The work in progress rules were explained and today there is no work in progress.*

**Design Progress Update:**

*The Design Excellence Reaudit report was reviewed and notable changes were submitted. An official copy will be sent to property upon Design review.*

**Room Count:**

*Room count remains unchanged at144*

**Housekeeping status of all rooms assessed:**

*The following rooms were assessed as vacant and clean:105, 115, 134, 163, 258, 157, 180, 286, 388, 264*

**Rooms that Bedding was Assessed:**

*Beds were viewed, turned down and assessed in the following guest rooms:105, 115, 134, 163, 258*

BW0428

1

# North American Property Update
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**General Comments:**

Consider correcting all issues identified during the assessment, not just items noted on today's report. Use today's assessment as a training tool and discuss the results at your next departmental meeting. Continue with planned improvements, and follow a appropriate capital budget action plan.

**Operational & Personnel Issues**

**Reassessed Rooms**

*On today's assessment no rooms were identified for additional reassessment during the next official QA visit.*

**Rapid Response Visit Status**
Not Required

**Is this a critical care program visit?**
No

**Additional Assessments or Surveys:**
New "I Care" Staff Performance Report 2008

**Marginal Point Total - GRPA Area Only**
0

**GRPA Marginal Calls Overview**

**Guest Satisfaction Score**
7.52

**GSS Score Explanation & Action Steps**

**Customer Care Ratio**
.11111.

**CC Ratio Explanation & Action Steps**

BW0429

# North American GUEST ROOMS QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Ceilings, Walls** | | |
| Maintenance | *Visible patch on ceiling, 258* | 1  X  12 =   12 |
| **Case Goods** | | |
| Maintenance | *Scratches and damage to surface of furniture in 388* | 1  X  9  =   9 |
| **Equipment (HVAC, TV)** | | |
| Clean | *A/C grill vent dusty, 388* | 1  X  6  =   6 |
| Maintenance | *Top of A/C scratched, 180* | 1  X  9  =   9 |
| **Total Guest Bedroom Point Loss** | | **36** |

BW0430

# North American GUEST BATHROOM QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | | Point Loss | | |
|---|---|---|---|---|---|

**Accessories, Anchor Bolt Covers, Supplies, Miscellaneous**

| | | | | | |
|---|---|---|---|---|---|
| Clean | *Hairdryer vent has lint build up, 388* | 1 | X | 2 = | 2 |

**Chrome (All Bath Vanity Chrome Items)**

| | | | | | |
|---|---|---|---|---|---|
| Capital | *Tub chrome tarnished, 180, 388* | 2 | X | 12 = | 24 |

**Equipment (HVAC, Vents, Fans, TV)**

| | | | | | |
|---|---|---|---|---|---|
| Clean | *Exhaust fan dusty, 105, 134* | 2 | X | 3 = | 6 |

**Mirror**

| | | | | | |
|---|---|---|---|---|---|
| Maintenance | *mirror deslivered, 105* | 1 | X | 9 = | 9 |

**Toilet Seat, Bowl, Tank**

| | | | | | |
|---|---|---|---|---|---|
| Clean | *Toilet bowl has hard water build up, 258* | 1 | X | 15 = | 15 |

**Tubs, Showers, Surround, Grout**

| | | | | | |
|---|---|---|---|---|---|
| Clean | *part of plastic holder glued to tilew in tub, 258* | 1 | X | 15 = | 15 |
| Maintenance | *Tub bottom discolored, 163, 157* | 2 | X | 12 = | 24 |
| Update | *Mismatched non skid in tub, 388* | 1 | X | 3 = | 3 |

**Vanity, Counter, Wash Basin**

| | | | | | |
|---|---|---|---|---|---|
| Capital | *Vanity top damaged, 134* | 1 | X | 15 = | 15 |

**Total Guest Bathroom Point Loss** — **113**

BW0431

1

# North American PUBLIC AREAS QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Buildings - Roofs** <br> Maintenance | *Roof vents on 2 story building has peeling paint, roof edge damaged on overhang near Japanese garden* | 5 |
| **Buildings - Walls** <br> Maintenance | *3 level building has faded paint on wood, some beams from overhang have peeling paint at bottom.* | 10 |
| **Buildings - Windows** <br> Maintenance | *Bathroom window frames in 2 level buildingn have worn aluminum, some have missing window putty, faded paint on window trim near 115, window in 3 level building at end of hall has damaged sun screen.* | 20 |
| **Corridors (Accessories, Ceilings, Floors, Lighting, Walls)** <br> Clean | *Bldg 3 carpet has dust build up in corners of hall.* | 5 |
| **Doors, Frames, and Hardware** <br> Maintenance | *All doors, trim and thresholds in public areas have scratching, peeling paint, damaged wood on trim.* | 20 |
| **Elevators/Lifts Interior or Exterior** <br> Maintenance | *Elevator panels have holes and scratches, tile broken* | 5 |
| **Ice/Vending Machines** <br> Maintenance | *Ice machine near pool has tape on casing, hard water deposits and discoloration, ice machine in bldg 3 has rust.* | 10 |
| **Landscaping, Fencing** <br> Maintenance | *Areas of bare dirt, planted areas have dead plants, lawn has bare areas missing grass, some planters are empty, satellite dish on lawn is rusted.* | 20 |
| **Lobby (Accessories, Front Desk, Fixtures, Furnishings, Lighting, Ceilings, Doors, Flooring, Walls, Window Coverings, Vents)** <br> Maintenance | *Lobby sofa has torn fabric* | 5 |
| **Parking Lot, Trash Areas, Delivery, Other Equip/Service Areas, Parking Lot Lighting** <br> Capital | *Parking lot has numerous cracks, lines are faded, curbs and car stops have peeling* | 1 <br> 40 |

BW0432

## North American PUBLIC AREAS QA Assessment Report
### Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Walkways, Stairways, Patios Including Lighting, Accessories**

| | | |
|---|---|---|
| Maintenance | *Wood railing in 3 level building has faded and scratched finish, walkways are discolored, cracked and stained, rugs in front of some guest room doors are worn.* | 20 |

**Total Public Areas Point Loss**                                                      **170**

BW0433

2

# N.A. Supplemental Facilities Restaurant/Breakfast Room QA Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**          **Jilas Restaurant**

*DESCRIPTION*                                                                      *Point Loss*

**Doors, Frames, Hardware**
Maintenance                                                                            25
  *Door and threshold scratched*

**Seating**
Maintenance                                                                            25
  *Finish worn on chair -*

**Total Restaurant/Breakfast Room Point Loss**                                          50

BW0434

1

# North American Supplemental Facilities Bar/Lounge QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**                         HArry's Place

*DESCRIPTION*                                                                    *Point Loss*

<u>Seating</u>
Maintenance                                                                              25
   *Finish worn on stool -*

**Total Bar/Lounge Point Loss**                                                      25

BW0435

2

# North American Supplemental Facilities Pool/Leisure/Spa QA Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

Name of Facility:           Pool/Spa

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Accessories** | |
| Update | 30 |
| *Extremely budget appearance - Phone cord strung across wall, not connected.* | |
| | |
| **Seating** | |
| Maintenance | 25 |
| *Chairs missing straps* | |
| | |
| **Swimming Pool, Spa, Whirlpool (Tile, Sides, Bottom, Water)** | |
| Maintenance | 25 |
| *Hard water deposit and discoloration on top edge of tile in spa* | |
| | |
| **Total Pool/Leisure/Spa Facility Point Loss** | **80** |

BW0436

3

## North American Supplemental Facilties - Meeting Room
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**                  Apollo

| *DESCRIPTION* | *Point Loss* |
|---|---|
| **Accessories** | |
| Maintenance | 0 |
| *Worn surface - Ash tray/garbage cans outside meeting entrance are tarnished* | |
| **Ceilings, Vents, Walls, Partitions, Fences** | |
| Update | 0 |
| *Marginal - Nails in wall near ceiling from recent decorations* | |
| **Doors, Frames, Hardware** | |
| Maintenance | 25 |
| *Door and threshold scratched* | |
| **Total Meeting Room Point Loss** | **25** |

BW0437

4

# North American Supplemental Facilties - Meeting Room
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

**Name of Facility:**           Ballroom

*DESCRIPTION*                                                              *Point Loss*

**Total Meeting Room Point Loss**                                                **0**

BW0438

5

# North American Supplemental Facilties - Public Restroom
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

**Name of Facility:**          **Restrooms in meeting hall**

*DESCRIPTION*                                                    *Point Loss*

**Ceilings, Vents, Walls, Partitions, Fences**
Maintenance                                                          25
*Wall paper peeling in ladies room, discoloration on ceiling above light fixture*

**Total Public Restroom Point Loss**                                 **25**

BW0439

6

# North American Hotel Staff Performance QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | Point Loss | Calls |
|---|---|---|
| Total Hotel Staff Performance Point Loss | 0 | |

BW0440

1

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| **Critical Brand Standards** | | |
| Out Dated Awards | Chairman/Director Awards: During an assessment, if a property is found to be displaying an award without a prominent date 24 months after receipt of the award, the first time it will be a marginal call and the member requested to remove or replace the award with one that prominently displays the year it was given. - Chairman/Director Awards: If a property is found to be non-compliant in this area a second time, it will be a 240-point deduction on their Minimum Standards assessment; there will be a one-time option of point restoration with photo verification of compliance if received within 30 days. - | 0 |
| Mandatory B.A.R. Training | B.A.R. is a mandatory training program composed of 3 modules. - | 0 |
| *Total Critical Brand Standards Point Loss* | | *0* |
| **Public Areas** | | |
| Vending Area | Vending machines may not be in the lobby or lobby entry area. They must be in a defined area. An alcove, room or partitioned area is required.  60 point deduction first offense – point values double if not corrected on subsequent assessments. - This is a marginal call at this time designed to advise you of the required compliance date of April 1, 2008.  Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0441

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Public Computer | A free of charge, publicly accessible computer with internet access, along with a printer is required in all properties. The computer and printer must be in a public space, such as the lobby or a business center. The computer and printer can not be located in the properties offices or behind the front desk. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - This is a marginal call at this time designed to advise you of the required compliance date of April 1, 2008. Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
| Uniform Standard | Non compliance/deficiencies found  - marginal call (enforcement starts 07/2008). - gm wearing denim/blue jeans | 0 |

| *Total Public Areas Point Loss* | | *0* |
|---|---|---|

**Guest Rooms**

| Beds | Beds sets must be purchased from the approved bedding list. 60 point deduction first offense - point value doubles if not corrected on subsequent assessments. - Compliance effective date is upon replacement, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |
|---|---|---|

BW0442

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Blankets | Blankets must be either a) 100% polyester (fleece type) or b) thermal cotton. Vellux type blankets are not acceptable    60 point deduction first offense – point values double if not corrected on subsequent assessments. – Compliance effective date is upon replacement, but no later than April 1, 2008, call and notate as marginal until compliance date. – | 0 |
| Bedding (Linen) | Pillow Cases are to be a minimum of T-250 thread count and a minimum of 50% cotton. A tone on tone and/or corded edge is recommended. – Sheets are to be a minimum of T-200 thread count and a minimum of 50% cotton. A tone on tone pattern to coordinate with the pillow cases are recommended – | 0 |
| Desk Chairs | Premium commercial quality leather or fabric upholstered rolling chair that coordinates with the room decor is required in all rooms with a desk. 60 point deduction first offense – point values double if not corrected on subsequent assessments. – Compliance effective date is April 1, 2009, call and notate as marginal until the compliance date – | 0 |

BW0443

3

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Pillow Protectors | A pillow cover is required on all pillows. The pillow cover is to be a minimum of a T-180 thread count, 55% cotton/45% polyester. A pouch style or rust-proof zipper style cover will meet this requirement 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1st, 2008, call and notate as marginal until the compliance rules are enabled. - | 0 |
| HVAC Units | Each guest room must have thermostatically controlled heat/ cooling controls where the guest can set to a specific temperature. If PTAC units are used, the controls may be on the unit or on the wall. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is effective immediately on new or replacement units. Existing units, 10 years from the manufactures date, but in any event no later than 1/1/2017. Call and notate as marginal until the compliance date - | 0 |

| *Total Guest Rooms Point Loss* | | *0* |
|---|---|---|

**Guest Bathroom**

| | | |
|---|---|---|
| Bath/Tub Grab Bars | . - . - | 0 |
| Shower Curtains | Vinyl is not acceptable as an over drape or liner. Nylon or cloth is recommended. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - | 0 |

BW0444

4

# North American Brand Standards QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Shower Curtain Rod | A curved shower rod finished to coordinate with the overall bath hardware is required. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - | 0 |
| Shower Head Height | In existing or conversion properties the shower head height is required to be a minim of 6' from the base of the tub. 6 feet, 6 inches is required in new constructing properties. Shower head height extenders ('S' pipes") or a hand lend shower mounted to provide a 6' height when cradled may be used to meet this requirement on existing or conversion properties. 60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - | 0 |
| Towels | Bath towels are required to be a minimum of 12 pound with a minimum 25" x 54" in size. Additionally, the towels must be 85% natural fiber, i.e. cotton.   60 point deduction first offense – point values double if not corrected on subsequent assessments. - Compliance effective date is April 1, 2008, call and notate as marginal until the compliance date - Specific information of this requirement can be found on mybestwesten.com/Regional Services/View QA manual page - Brand Standards Section 300. - | 0 |

BW0445

| | |
|---|---|
| *Total Guest Bathroom Point Loss* | 0 |
| **Total Brand Standards Point Loss** | 0 |

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| | | | |
|---|---|---|---|
| **Prop.#:** | 05050 | **Assessment Date:** | 1/31/2008 2:52:46 PM |
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| **Category One Issues**<br>Advertising (Print Media), airport duratrans, billboards, brochures, courtesy vehicles, distorted logos, exterior signs, flags, highway logo panels, post cards, rack cards, sales folders, old logo visible | *As mentioned in prior assessment, the word: "Signature" used above the BW logo must be removed from all printed material. BI dept. is aware that there is some previously printed material still in circulation. Hotel has discontinued use of all other material.* | *0* |

| *Total Category One Issues Point Loss* | | *0* |
|---|---|---|

| | | |
|---|---|---|
| **Category Two Issues**<br>All Best Western logos must include the ®. | *Marginal, missing trademark on BW logo sign on podeum in BQ rooms*<br>*Signs manufactured prior to 1996 may not include the ®. Replacement is not required until it becomes necessary to replace the sign or sign faces due to damage, etc. - The exception to use of the ® is the hard plastic items, such as, ice buckets, trays, etc., with a gold BW logo.  The ® does not print well in gold on these items, therefore, it is not required. - If a property has amenities that do not include the ® those items need to be changed at next reprint, unless the item is new, then the properties should be having it corrected now. -* | *0* |

BW0446

1

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| | | |
|---|---|---|
| **Prop.#:** 05050 | **Assessment Date:** 1/31/2008 2:52:46 PM | |
| **Property Name:** B/W Antelope Valley Inn | **Assessor:** Cindy Bree, CHA | |

| *DESCRIPTION* | *ROOM # / COMMENTS* | *Point Loss* |
|---|---|---|
| Individually Owned & Operated Notice | *Brochure/Rack Card (Section 3) - On the front of every brochure/rack card the legal line "Each Best Western hotel is independently owned and operated" must be displayed. Please note, it must be centered at the bottom of the page. - Office Forms (Section 6) - The legal verbiage "Each Best Western hotel is independently owned and operated" is required to be displayed on the following items: Guest Folio, Registration Form, and Confirmation Sheet. This legal verbiage must be displayed at the bottom of each form and wherever possible it should be centered. - Property /In-Room Stationary (Section 12) - The Legal line verbiage "Each Best Western hotel is independently owned and operated" will be mandatory on all letterhead stationary. It must be centered at the bottom of the page under any other text that is displayed. - Note - starting in 2008, the non-compliant point loss for this area will increase to 240 points. -* | *0* |
| Reservation Plaque | *Not available at the time of the assessment - - Reservation plaque can be ordered through BW supply.* | *50* |
| Telephone Faceplates | *Incorrect use or format - - Logo size is incorrect* | *50* |
| Other | *Incorrect use or format - - Photocopied logo used for property maps at check in. The Best Western logo must always be printed, never photocopied.* | *50* |

| | | |
|---|---|---|
| *Total Category Two Issues Point Loss* | | *150* |

BW0447

# North American Brand Identity QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| **Property Name:** | B/W Antelope Valley Inn | **Assessor:** | Cindy Bree, CHA |

| DESCRIPTION | ROOM # / COMMENTS | Point Loss |
|---|---|---|
| Other | *Incorrect use or format - - Photocopied logo used for property maps at check in. The Best Western logo must always be printed, never photocopied.* | *50* |
| Other | *rvsd points-logo on podium has 2 radii, only internally lit exterior signs have the 2nd radii-PB, BI dm 2/8/08* | *50* |

| *Total Category Two Issues Point Loss* | | *150* |

BW0448

# North American Locking Device QA Assessment Report
## Best Western North American Quality Assurance System

| Prop.#: | 05050 | Assessment Date: | 1/31/2008 2:52:46 PM |
|---|---|---|---|
| Property Name: | B/W Antelope Valley Inn | Assessor: | Cindy Bree, CHA |

If any entrance door locks are inoperable, the guest room shall be placed "OUT OF SERVICE" and not rented until the lock is repaired. Any locking device or door that is non complying is to be corrected within 30 days from the report (assessment) date. New members and conditional applicants must comply prior to operating as a Best Western. Failure to advise Member Operations Support within this time frame to indicate compliance with Best Western's requirements will result in action which could affect your membership with Best Western. For a complete listing of Best Western's locking device and door requirements, refer to Best Western's Rules and Regulations, Chapter VII, sections 700.25 through 700.32.

*DESCRIPTION*                                                                                        *Non-Compliant*

**A. Primary Guest Room Entrance Doors**
4. Security door chain, door guard or latch guard                                          **X**
      *Latch guard. - Rooms in the buildings with 1 or 2 levels do not have a security latch device.*

**This Property Complies With All Locking Device Requirements**           | **Non-Compliant** |

BW0449