Best Western v. AV Inn Associates 1, LLC, et al.
Exhibit No. 24

# EXHIBIT "24"

**Bates 312-315 (Request to Downsize); Termination Notice (Bates 726)**

December 4, 2007

Dear Mrs. Wininger and the Board of Directors:

Since I have purchased the hotel in March of 2005 I have spent over $2.1 million in remodeling with hopes of increasing the business. After having gone through a lot of trial and errors, it has been proven to me, time after time, that the Antelope Valley cannot maintain an annual occupancy rate of more than 55% at any time, even thou we have all the major RFP's like Boeing, NASA, and Northrop to name a few. This rate is sure to be reduced as soon as the construction of more than five major hotels now being built in the near vicinity is completed with in the next year.

The fact that my personal health has seriously suffered over the last few years, I strongly believe that it makes more sense, not only for the sake of my health, but also for my business to decrease the room count on the other property and return the hotel to its original size. I would still be able to accommodate all my customers while maintaining a higher occupancy rate. This would allow me to reduce my overhead, and I would be able to manage and maintain the property at a higher standard.

This hotel was originally built as a 100-unit full service hotel. When the market started to pick up, the previous owners decided it would be a great opportunity to increase the business if they added another building with 48 rooms. This construction took place prior to the construction of the freeway-14, and consequently Sierra Hwy was the major

BW0312

commuter road traveled by all at the time. At this time I strongly believe that removing the 48-room building and going back to the original set-up of the hotel is the best decision.

I have not yet made any concrete plans about what I would want to do with the 48-room building. I might be interested in converting it in to a professional office building.

Sincerely,

Hooshang Harooni

BW0313

# BEST WESTERN INTERNATIONAL, INC.
## APPLICATION FOR CHANGE IN UNIT COUNT

BESTWESTERN AV INN                          05050
Property Name                               Property Number

LANCASTER, CALIFORNIA    LOS ANGELES    Current Number of Units Approved  148
City and State/Province   County

**DECREASE:**                               **INCREASE:**
Proposed Number of Units  48                Proposed Number of Additional Units _____

**Proposed Total Number of Rentable Units**  100

The undersigned applicant/voting member requests that in connection with the above-referenced property, the present unit count be changed as designated above. The undersigned has read, understands and agrees with all terms and conditions as set forth in the Bylaws, Rules & Regulations, New Construction and Refurbishment Guidelines and any other criteria set forth by Best Western in connection with the proposed change in unit count, including payment of any fees established by the Board as outlined on the enclosed schedule.

The undersigned certifies that the information in this application or attached is true and correct and understands that this information is required for approval by the Best Western Board of Directors for the requested change in unit count.

## INFORMATION REGARDING APPLICANT/VOTING MEMBER

1. Full Name   HOOSHANG HAROONI

2. Mailing Address   44055 N. SIERRA HWY.
   LANCASTER, CA. 93534

   (all correspondence will be sent to this address)

3. Telephone Number (during normal business hours)  (661) 948-4651
   Facsimile Number  (661) 948-4532

## INFORMATION FOR INCREASE IN UNIT COUNT

1. Is increase in unit count due to:

   a. Construction of additional units?     Yes _____ No _____

   b. Existing units not a part of the existing Best Western approved property (annex: adjacent to Best Western approved property or in close proximity)?     Yes _____ No _____

Page 1

2. What is the estimated date for units to be open and operating?

BW0314

3.    Amenities/facilities offered in new addition: _____

_____

4.    Please submit the following with this application:

    a.    property plot plan
    b.    room locator map (if applicable)
    c.    exterior and interior photographs (if applicable)
    d.    construction plans/blueprints (if applicable)

## INFORMATION REQUIRED FOR DECREASE IN UNIT COUNT

For an existing facility, the following may be required in conjunction with approval of a request for a decrease in unit count and will be verified on an on-going basis by a Best Western Regional Service Manager:

1.    The rooms taken out of the Best Western approved unit count must meet Best Western's Permanently Out-of-Service requirement per the attached criteria.
2.    The units/buildings taken out of the unit count must be separated via landscaping, fencing, walls, exterior modification, i.e., color scheme, for guests to distinguish units from remaining Best Western approved units.
3.    Rooms removed from the Best Western approved unit count but rented as a separate entity, must be rented from a separate office.

Please explain the circumstances of the request for decrease and your intentions for the units taken out of the Best Western approved unit count, i.e., converting units into suites, manager's quarters. Also list any other facilities which will no longer be considered part of the Best Western approved facility.

_Please See attached letter._

_____

_____

Please submit the following with this application:

a.    plot plan
b.    room locator map (if applicable)
c.    exterior photographs (if applicable)
d.    effective date of the unit count decrease: __01/01/08__

_____       __HOOSHANG HAROONI__
Date                                       Name of Applicant/Voting Member

                                                    _[signature]_
                                                    Signature

                                                    __OWNER__
                                                    Title

02/05

BW0315

# TERMINATION/CANCELLATION NOTICE

| Property #: 05050 | Effective Date: 4/8/08 | Account Status: Open ☐ Closed ☒ | Date/Time Received |
|---|---|---|---|
| Name: BW Antelope Valley Inn | Unit Count: 144 | | Originated By: Karen Fisher |
| City & State or Province: Lancaster, CA | | | |

**REQUESTED MSR ENTRY DATE:**

On Effective Date: ☐    Upon receipt of form: ☐    On Date: 4/9/08

*Spoiled*

---

☐ **SELF TERMINATION REASON**      ☒ **ADMINISTRATIVE CANCELLATION REASONS**

Date Director Notified: _____

☒ Standards      Mbr ☐ CM ☐ Reaffil Denied ☐
☐ Design Issues  Mbr ☐ CM ☐ Reaffil Denied ☐
☐ * Other Rqmts  Mbr ☐ CM ☐ Reaffil Denied ☐

**Specify Reason or other chain if applicable**

* Specify Reason: It was the Board's decision to cancel the membership after a membership review was done at the March 31 - April 4, 2008 Board of Directors meeting, due to attaining two sub-standard scores within 18 months

☐ Delinquent Account      Mbr ☐ CM ☐
☐ New owner did not apply within specified time
☐ Failed to renew prior to deadline

Special Note:

---

**FOR MEMBERSHIP SYSTEMS & RECORDS USE ONLY**

Date Verified (if appropriate): 4/9/08

MSR#: 4-7          MSR Date: 4/9/08

Date MIS updated: 4-9-08

Date WP Updated: 4-9-08

*08 APR -8 PM 1:34*

Rev. 2/97..lm

BW0726

*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 25*

# EXHIBIT "25"

**Design Change Letter (Bates 0325)**

BS PT RSTR GPPA PBB



Best Western International, Inc.
THE WORLD'S LARGEST HOTEL CHA

6201 N. 24th Parkway
Phoenix, Arizona
85016-2023 USA

(602) 957-4200
bestwestern.com

December 20, 2007

Mr. Hooshang Harooni
Best Western Antelope Valley Inn
44055 Sierra Hwy
Lancaster, CA 93534-4412

Re: Best Western Antelope Valley Inn
    Lancaster, CA
    Member No.: 05050

Dear Mr. Harooni:

Thank you for completing the Brand Standards Response Sheet sent on October 29, 2007. We appreciate your cooperation regarding this matter.

Our records have been changed to indicate compliance with Best Western International's Brand Standards requirements. Your property will be placed in probation status and assessed again in 90 – 110 day time frame from your most recent assessment which took place on October 25, 2007. This information has been forwarded to the responsible Regional Service Manager.

Please do not hesitate to contact our office if we can be of further assistance.

Sincerely,

Joe Wilson, CHA
Director Regional Service
Best Western International

JW/dm

Enclosure: Revised QA Assessment

BW0326



Each Best Western Hotel is independently owned and operated.

*Best Western v. AV Inn Associates 1, LLC, et al.*
*Exhibit No. 26*

# EXHIBIT "26"
**Termination Letter**

Admin Cncl



April 8, 2008

Mr. Hooshang Harooni  EXPRESS MAIL (1-Day)
Antelope Valley Inn
44055 Sierra Hwy.
Lancaster, CA 93534-4412

**Best Western International, Inc.**
THE WORLD'S LARGEST HOTEL CHAIN

6201 N. 24th Parkway
Phoenix, Arizona
85016-2023 USA

(602) 957-4200
bestwestern.com

RE:   Member No.: T-05050

Dear Mr. Harooni:

The Best Western International, Inc. ("Best Western") Board of Directors was pleased to have the opportunity to meet with you recently to discuss the membership status of your property. The information provided prior to and during the hearing was also reviewed. After full and complete consideration of the information provided, it was the decision to cancel all aspects of the property's membership effective immediately.

We have deleted the property's listing from our reservations system and cancelled your participation in Best Western's master credit card agreements. You must take appropriate steps to discontinue all use of the Best Western name and logo at your property effective immediately. You will be contacted within the next few days to confirm your arrangements to comply with this requirement.

**You must ensure that all of the instructions outlined in this letter are followed carefully and promptly. Specifically:**

**APRIL 23, 2008**

- Remove all Best Western signs, symbols, designs, trademarks and service marks ("Best Western Marks") from the property as required by your Membership Application and Agreement with Best Western and by Best Western's Rules and Regulations, including Rule 300.6. Please note that this includes not only the sign faces, but also the actual sign cabinets if curvilinear in shape that display or are part of Best Western Marks. You are responsible for the actual expenses incurred in removing all Best Western Marks. Please ensure that photographs and written confirmation of compliance with this requirement are received in the Best Western Brand Identity Department by this date.

  Note: Enclosed is a copy of the Membership Application & Agreement which you signed indicating your understanding of Best Western's ownership of the Best Western Marks.

- A representative of our Member Care Administration Department will be contacting you to verify your arrangements for removal of the Best Western registered name and marks from your hotel.

BW0728

Each Best Western Hotel is independently owned and operated.



Antelope Valley Inn
Lancaster, CA
Member No.: T-05050
April 8, 2008
Page 2 of 3

### APRIL 23, 2008 (Continued)

- You will be contacted again shortly after this date to confirm your arrangements for removal of the Best Western registered name and marks from your hotel.

- Remove all references to your property as a Best Western hotel, regardless of where these references are or what kind of media contains them. This includes, but is not limited to, advertising, collateral and promotional material, amenities, White and Yellow Pages listings/ads, directory assistance, hotel and travel guides and directories, billboards and highway signs, web sites, domain name registrations, etc. You are responsible for instructing the appropriate parties to make these changes (state and federal highway agencies, webmasters, etc.).

- Contact Best Western's E-Commerce Department at ecom@bestwestern.com prior to this date to obtain relevant technical information to advise your domain registrars to transfer your Best Western domain names to Best Western International, Inc. by this date.

- Complete and return the enclosed "Affidavit" and "Logo Removal Checklist" to the Best Western Brand Identity Department by this date confirming that all of Best Western's logo'd items used at the hotel/or elsewhere in conjunction with the hotel have been removed. You may contact the Best Western Brand Identity Department at (602) 957-5684.

Continued use of these marks, including on the internet, is an infringement and is illegal. Your membership agreement with Best Western requires you to pay hundreds of dollars a day for each day you infringe and Federal laws may require you to pay Best Western three times the value of the amount of harm you cause Best Western if you infringe.

### MAY 8, 2008

- You are responsible for returning the VSAT communications equipment and CSI credit card terminal, if applicable, to Best Western by this date. If you are not contacted first, you must contact the Best Western Property Help Desk to make arrangements for return of this equipment. You may reach the Help Desk by calling 1-800-528-1902 and selecting Option #1.

- Ensure that the Member Web terminal is *not* turned off until after this date so that Best Western can continue to process any cancellations received for reservations that had been made prior to your effective cancellation date.

BW0729

Antelope Valley Inn
Lancaster, CA
Member No.: T-05050
April 8, 2008
Page 3 of 3

### BEST WESTERN ACCOUNT

- Make arrangements to clear the remaining balance owed on your Best Western account as soon as possible, including the charges for fees and dues for the remainder of the fiscal year as specified in Article II, Section 5 (B) of the Bylaws. If you have any orders pending with the Best Western Supply Department, they may be shipped (with the exception of logo'd items) upon full prepayment by credit card or by cashier's check. If you have any questions concerning the account, please contact Ms. Rebecca Altieri in our Accounting Department at (602) 957-5627.

### FUTURE RESERVATIONS

- Best Western expects you to honor existing and future reservations on file with the Best Western reservations center. The guests will be expecting the same Best Western policies that applied when they booked the reservations to apply during their stays, e.g. form of payment, credit card policies, etc. You must advise the Best Western Customer Care Department at 1-800-528-1238 if you will not honor these policies so that Best Western can rebook the guests at another Best Western facility.

### GOLD CROWN CLUB

- Your past participation in the Gold Crown Club has been appreciated. However, at this time, we must ask that you destroy your Gold Crown Club materials or send them to our office. If tracking forms are awarded to your guests after your effective cancellation date, your Best Western account will be charged accordingly.

Please feel free to call me at (602) 957-5835 if you have any questions or you may reach me via email at cheryl.pollack@bestwestern.com.

Sincerely,

*Cheryl Pollack*

CHERYL POLLACK, CHA
Director, Member Care and Development Administration

CP/kf
Enclosures

cc: Best Western Governor (6-8)

BW0730