Kira A. Schlesinger (State Bar No. 023450)
**THE SCHLESINGER CONRAD LAW FIRM**
11811 N. Tatum Blvd., Ste. 3037
Phoenix, Arizona 85028
Tel: 602-615-6013
Fax: 602-441-5302
E-Mail: Kira@SchlesingerConrad.com

*Attorney for Defendant/Counterclaimant*
*Hooshang Harooni, and*
*Defendant AV Inn Associates 1, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC. | No.  CV 08 - 2274 - PHX-DGC<br>(Assigned to the Hon. David G. Campbell) |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE BAD FAITH AND BREACH OF CONTRACT |
| v. | |
| HOOSHANG  HAROONI AND AV INN ASSOCIATES 1, LLC,, | |
| Defendants. | **ORAL ARGUMENT REQUESTED** |
| AND RELATED COUNTERCLAIM | |

Defendants Hooshang ("Harry") Harooni and AV Inn Associates 1, LLC and

Crossclaimant Hooshang Harooni hereby[1] moves this Court for judgment on the

Complaint filed by Best Western, as well as the Counterclaim by Harry Harooni.  This

motion is based upon Rule 56(a), (b) and (c) of the Arizona Rules of Civil Procedure.

Best Western is not entitled to relief on its Complaint because the agreement with

---

[1] With apologies to Court and counsel, Defendants have been informed that through a docketing and computer error, this Notice of Motion and Motion was not filed concurrently with the Memorandum of in Support of the Motion, the Statement of Facts and Exhibits. The Memorandum was timely filed.

1  Harrooni and AV Inn Associates 1, LLC was wrongfully terminated in contravention of

2  the applicable contract documents.  Moreover, the contract was unconscionable, and

3  Defendants had a reasonable expectation that the contract would only be enforced in an

4  objective and rational manner.  Further, Best Western created the appearance of a

5  membership that was available to assist with the hotel.  In reality, Best Western breached

6  its contract with Defendants to provide services, and used overly subjective criteria to

7  terminate the contract in bad faith.  Accordingly, Mr. Harooni is entitled to relief on his

8  counterclaim against Best Western.

9          This motion is supported by the Memorandum of Points and Authorities, the

10  Separate Statement of Facts, the Declaration of Hooshang Harooni and Exhibits

11  supporting the Statement of Facts.

12

13  Dated: March 23, 2010                    **THE SCHLESINGER CONRAD LAW FIRM**

14

15                                          By:  _____

16                                               Kira A. Schlesinger
                                                Attorney for Defendant/Counterclaimant
17                                               *Hooshang Harooni* and Defendant *AV Inn*
                                                *Associates I, LLC*

18                                  **CERTIFICATE OF SERVICE**

19          I hereby certify that on this 23th day of March 2010, I caused to be transmitted by

20  the CM/ECF e-file system a true and correct copy of the foregoing **Motion for Summary**

21  **Judgment** to counsel registered as filers on that system.  To the best of my knowledge, no

22  additional parties require notification.

23

24                          By  _____/s/ Kira Schlesinger_____

25

26

27

28