**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004-1043
TELEPHONE (602) 240-3000
FACSIMILE (602) 240-6600
(AZ BAR FIRM NO. 00441000)

Arthur W. Pederson (AZ Bar No. 002821)
(apederson@shermanhoward.com)
David W. Garbarino (AZ Bar No. 022452)
(dgarbarino@shermanhoward.com)
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AV INN ASSOCIATES 1, LLC., a California limited liability company; HOOSHANG HAROONI,<br><br>Defendants. | No. CIV08-02274-PHX-DGC<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS (Dkt. 57) AND STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DKT. # 58)** |

Plaintiff Best Western International, Inc., an Arizona non-profit corporation ("Best Western"), hereby submits Notice of Errata Regarding Plaintiff's Motion for Summary Judgment against Defendants (Dkt. # 57) and Statement of Facts in Support of Motion for Summary Judgment (Dkt. #58).  Paragraph 10 of Plaintiff's Statement of Facts in Support of Motion for Summary Judgment inadvertently cited "Art. II, § 7" of the Best Western Bylaws and Articles.  The correct citation is to "Art. II, § 8."  In addition, as described in the Best Western Rules and Regulations cited in paragraph 10, i.e., Ex. D Ch. V-XII, quality standards apply to more than just "cleanliness of guestrooms and bathrooms."  Accordingly, Plaintiff's Statement of Facts in Support of Motion for Summary Judgment, should read as follows:

> 10.  The Governing Documents require members to adhere to certain quality standards with respect to guestrooms, bathrooms, and public areas and permit the Best Western Board of Directors (the "Board") to terminate a membership for failure to meet the quality standards. (Ex. C

1       Art. II, § 8; Ex. D Ch. V-XII.)

2 Plaintiff's Motion for Summary Judgment at 2 ll. 17-21 should reflect the modifications
3 to paragraph 10 of Plaintiff's Statement of Facts in Support of Motion for Summary
4 Judgment set forth above.

5       **DATED** this 16th day of April 2010.

6       SHERMAN & HOWARD L.L.C.

8       By /s/ David W. Garbarino
      Arthur W. Pederson
9       David W. Garbarino
      2800 North Central Avenue, Suite 1100
10       Phoenix, AZ 85004-1043
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2010, the foregoing was electronically transmitted to the Clerk's Office of the U.S. District Court for the District of Arizona using the CM/ECF System for filing and service upon the following individual via email:

Kira A. Schlesinger
The Schlesinger Conrad Law firm
11811 N. Tatum Blvd., Ste. 3037
Phoenix, AZ 85028
kira@schlesingerconrad.com

/s/ David W. Garbarino