UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC. | No. CV 08-2274-PHX-DGC |
| Plaintiff, | |
| v. | ORDER REGARDING DEFENDANTS/COUNTERCLAIMANTS MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF APPLICABLE TO RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| HOOSHANG HAROONI AND AV INN ASSOCIATES 1, LLC, | |
| Defendants. | |

And Related Counterclaim

Defendants/Counterclaimant's having requested leave of the Court permitting Defendants/Counterclaimant's to exceed the page limitation imposed by Local Rule 7.2(e) with respect to the response motion for summary judgment due to be filed April 27, 2010, and good cause appearing,

IT IS HEREBY ORDERED that leave is granted to exceed the page limitation imposed by Local Rule 7.2(e) with respect to the Opposition to Best Western's Motion for Summary Judgment.

Dated this 4th day of May, 2010.

_____
David G. Campbell
United States District Judge