Kira A. Schlesinger (State Bar No. 023450)
**THE SCHLESINGER CONRAD LAW FIRM**
11811 N. Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028
Tel: 602-615-6013
Fax: 602-441-5302
E-Mail: Kira@SchlesingerConrad.com

*Attorney for Defendant/Counterclaimant*
*Hooshang Harooni, and*
*Defendant AV Inn Associates 1, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC. | No.  CV 08 - 2274 - PHX-DGC |
| Plaintiff, | |
| v. | MOTION FOR RELIEF FROM JUDGMENT (MOTION FOR RECONSIDERATION) PURSUANT TO RULE 59 AND 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| HOOSHANG  HAROONI AND AV INN ASSOCIATES 1, LLC, | |
| Defendants. | |
| And Related Counterclaim | |

Defendants/Counterclaimant AV Inn Associates 1, LLC and Hooshang Harooni (collectively "Harooni") hereby respectfully submit this Motion for Reconsideration of the Court's Ruling re Plaintiffs' and Defendants/Counterclaimant's Motions for Summary Judgment (Dkt. 84).  Harooni also respectfully request that this Court revisit its ruling regarding oral argument as it appears that the lack of oral argument has, in fact, significantly prejudiced Harooni.  Failure to grant oral argument in this circumstance is an abuse of discretion because it has deprived Harooni of a full opportunity to demonstrate that a triable issue of fact exists.

/ / /

The Schlesinger Conrad Law Firm

This Motion is based upon Rules 59 and 60 of the Federal Rules of Civil Procedure.  It is supported by the attached Memorandum of Points and Authorities, the Declaration of Kira A. Schlesinger, the pleadings and documents on file with this Court and upon such further evidence as this Court may admit.

Respectfully submitted,

Dated: July 9, 2010        **THE SCHLESINGER CONRAD LAW FIRM**


By: _/s/ Kira A. Schlesinger_____
    Kira A. Schlesinger
    Attorney for Defendant/Counterclaimant
    *Hooshang Harooni* and Defendant *AV Inn Associates I, LLC*



Certificate of Service

I hereby certify that on this 9th day of July 2010, I caused to be transmitted by the CM/ECF e-file system a true and correct copy of the foregoing **Motion for Relief from Judgment (Motion for Reconsideration)** to counsel registered as filers on that system. To the best of my knowledge, no additional parties require notification.

By _____/s/ Kira Schlesinger_____

4845-9472-8710, v. 3