Kira A. Schlesinger (State Bar No. 023450)
**THE SCHLESINGER CONRAD LAW FIRM**
11811 N. Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028
Tel: 602-615-6013
Fax: 602-441-5302
E-Mail: Kira@SchlesingerConrad.com

*Attorney for Defendant/Counterclaimant*
*Hooshang Harooni, and*
*Defendant AV Inn Associates 1, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC. | No. CV 08 - 2274 - PHX-DGC |
| Plaintiff, | |
| v. | DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT (MOTION FOR RECONSIDERATION) PURSUANT TO RULE 59 AND 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| HOOSHANG HAROONI AND AV INN ASSOCIATES 1, LLC, | |
| Defendants. | |
| And Related Counterclaim | |

I, Kira A. Schlesinger, declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of Arizona and am counsel of record for Defendants/Counterclaimant in the above-captioned action. I have personal knowledge of the following facts, and would testify competently thereto if called as a witness.

2. I substituted into this case on February 25, 2010. Prior to that time, Mr. Harooni had hired The Nathanson Law Firm.

3. At the time that I substituted in, summary judgment motions were due imminently. However, Mr. Nathanson resisted transferring the file materials to me.





**1**    4.  On February 26, 2010, this Court issued an order compelling The Nathanson **2** Law Firm to transfer the file to me.

**3**    5.  The file was, in fact, delivered that day, but it was in total disarray.  I **4** promptly set to trying to organize and locate documents that I needed for the summary **5** judgment, but it was an arduous process.

**6**    6.  On March 19, 2010, I filed the subject motion for summary judgment, but **7** during the filing process, there were numerous difficulties occasioned both by the **8** problems with the hard-copy file and computer issues in scanning in these myriad **9** documents.

**10**    7.  As a result, the Exhibits were attached to both the memorandum of points **11** and authorities (Exhibits 1 – 18), and to the separate statement of facts (Exhibits 17 – 26).  **12** Admittedly, and with apologies, this overlap made it difficult to find the exhibits, and they **13** were not properly referenced in the moving papers.

**14**    8.  To the degree this obfuscation of evidence made it unclear that the evidence **15** was, in fact, submitted to the Court, this error is wholly counsel's fault.  Accordingly, Mr. **16** Harooni should not be penalized for any error.

**17**    9.  I have done my best to point to critical evidence in this Motion for Relief **18** from Judgment, and believe that this will assist the Court in locating evidence that may **19** have been previously overlooked.

**20**     I declare under penalty of perjury under the laws of the State of California that the **21** foregoing is true and correct to the best of my knowledge, and that this declaration was **22** executed on July 9, 2010.

**23**                  By:  /s/ *Kira A. Schlesinger*
                             Kira A. Schlesinger

**24**

**25**

**26**

**27**

**28**

DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT

1

Certificate of Service

I hereby certify that on this 9th day of July 2010, I caused to be transmitted by the CM/ECF e-file system a true and correct copy of the foregoing **Declaration of Kira A. Schlesinger in Support of Motion for Relief from Judgment** to counsel registered as filers on that system. To the best of my knowledge, no additional parties require notification.

By _____/s/ Kira Schlesinger _____

4819-0382-3878, v. 1