UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC. | No. CV 08 - 2274 - PHX-DGC |
| Plaintiff, | |
| v. | ORDER RE MOTION FOR RELIEF FROM JUDGMENT (MOTION FOR RECONSIDERATION) PURSUANT TO RULE 59 AND 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| HOOSHANG HAROONI AND AV INN ASSOCIATES 1, LLC, | |
| Defendants. | |
| And Related Counterclaim | |

Having reviewed Defendant/Counterclaimant's Motion for Relief from Judgment (Motion for Reconsideration), and the responding and reply briefs (if any), and good cause appearing, the motion is hereby

GRANTED.

The Court finds that upon review, there is sufficient evidence to support a finding that Hooshang Harooni personally invested funds in the hotel, and that contract provisions, *e.g.,* the requirement for standardized inspections, were not met by Best Western. Accordingly, Summary Judgment is Reversed as to Best Western, and Summary Judgment in Favor of Counterclaimant shall enter.

1    [The Court finds that upon review, there was sufficient evidence to present a triable
2 issue of fact such that Best Western has not demonstrated that Harooni lacked any
3 damages sufficient to support his counterclaim. Reviewing the facts presented in favor of
4 Harooni, the non-moving party as to Best Western's Motion for Summary Judgment, the
5 court finds that Best Western has not fully supported a finding that no damages exist.
6 Accordingly, Summary Judgment in favor of Best Western is reversed, and this matter
7 will be set for trial.]

9    [The Court, having reviewed the motion and responsive and reply pleadings (if
10 any), finds that there is a question regarding issues raised therein, and that oral argument
11 on the motion for summary judgment should be scheduled.  Accordingly, oral argument is
12 set for _____, 2010, at _____ __.m. ]
13    IT IS SO ORDERED.

4824-1067-9302, v. 1

ORDER RE MOTION FOR RELIEF FROM JUDGMENT (MOTION FOR RECONSIDERATION)
1