**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AV Inn Associates 1, LLC, a California limited liability company; Hooshang Harooni,<br><br>Defendants. | No. CV-08-2274-PHX-DGC<br><br><br>**ORDER** |

On July 13, 2010, Plaintiff Best Western International, Inc. filed a motion requesting clarification of Defendants' motion for reconsideration (Doc. 90). On July 14, 2010, the Court denied the motion for reconsideration (Doc. 91). As a result, the motion requesting clarification on Defendants' motion for reconsideration is moot, and the Court will deny it (Doc. 90).

**IT IS ORDERED** that Plaintiff's motion for clarification (Doc. 90) is **denied** as moot.

DATED this 16th day of July, 2010.

_____
David G. Campbell
United States District Judge