# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation, | Case No. CIV08-02274-PHX-DGC |
| Plaintiff/Counterdefendant, | **JUDGMENT** |
| v. | |
| AV Inn Associates 1, LLC, a California limited liability company, | |
| Defendant, | |
| and Hooshang Harooni, | |
| Defendant/Counterclaimant. | |

Best Western International, Inc., an Arizona non-profit corporation ("Best Western"), having filed a Motion for Summary Judgment (Dkt. #57) regarding Counts I-III of its Complaint and all counterclaims and affirmative defenses asserted by defendant AV Inn Associates 1, LLC ("AV Inn Associates"), and defendant/counterclaimant Hooshang Harooni ("Harooni") (AV Inn Associates and Harooni sometimes collectively, "Defendants"), the Court having reviewed and considered all arguments of counsel and all other matters of record herein, and for all of the findings of fact and conclusions of law set forth by the Court in its Order entered on June 24, 2010 (Dkt. #84), and pursuant to Rule 58(b) of the Federal Rules of Civil Procedure,

**JUDGMENT IS HEREBY GRANTED** in favor of Best Western International,

PHOENIX \ 786037.1 \ 015091.009

Inc., an Arizona non-profit corporation, against AV Inn Associates 1, LLC, a California limited liability company, and Hooshang Harooni jointly and severally (i) on Counts I, II and III of Best Western's Complaint in the amount of $75,219.29, plus interest at the rate of 1.5% per month from December 1, 2008, until paid in full, (ii) on Defendants' affirmative defenses, and (iii) on Harooni's counterclaims.

**IT IS FURTHER ORDERED AND ADJUDGED** that, any award of attorneys' fees and costs in favor of Best Western shall be the subject of a separate judgment, after further proceedings, as provided in Rule 54(d) of the Federal Rules of Civil Procedure.

Dated this 23rd day of July, 2010.

_____
David G. Campbell
United States District Judge