1 | Kira A. Schlesinger (State Bar No. 023450)
**THE SCHLESINGER CONRAD LAW FIRM**
2 | 11811 N. Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028
3 | Tel: 602-615-6013
Fax: 602-441-5302
4 | E-Mail: Kira@SchlesingerConrad.com

5 | *Attorney for Defendant/Counterclaimant*
*Hooshang Harooni, and*
6 | *Defendant AV Inn Associates 1, LLC*

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF ARIZONA

10

11 | BEST WESTERN INTERNATIONAL, INC. ) No.  CV 08 - 2274 - PHX-DGC
)
Plaintiff,                          )
12 |                                     )
v.                                  ) DEFENDANTS'/
13 |                                     ) COUNTERCLAIMANT'S NOTICE OF
HOOSHANG  HAROONI AND AV INN        ) APPEAL
14 | ASSOCIATES 1, LLC,                  )
)
15 | Defendants.                         )
)
16 | _____)
)
17 | And Related Counterclaim           )
)
18 | _____)

19 |     Defendants/Counterclaimant AV Inn Associates 1, LLC and Hooshang Harooni

20 | hereby appeal to the United States Court of Appeal for the Ninth Circuit from the final

21 | judgment granting summary judgment to Plaintiff Best Western, and all attorney's fees

22 | and costs, entered by the Hon. David G. Campbell, in the above-captioned action entered

23 | on July 23, 2010 (Dkt. 93).

24 | Dated: August 20, 2010          **THE SCHLESINGER CONRAD LAW FIRM**

25 |     By: /s/ *Kira  A. Schlesinger*
Kira A. Schlesinger
26 | Attorney for Defendant/Counterclaimant
*Hooshang Harooni* and Defendant *AV Inn*
27 | *Associates I, LLC*

28

The Schlesinger Conrad Law Firm

The Schlesinger Conrad Law Firm

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on this  20th day of August 2010, I caused to be transmitted by

3  the CM/ECF e-file system a true and correct copy of the foregoing **Notice of Appeal** to

4  counsel registered as filers on that system.  To the best of my knowledge, no additional

5  parties require notification.

6

7                        By _____/s/ Kira Schlesinger _____

8

9

10                                                                          4836-9673-0887, v. 2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28